Case 3:13-cv-01535-L   Document 17-19   Filed 08/21/... Page 1 of 7 PageID 1174

FORM 355A

*MASTER INDEX*

| | | |
|---|---|---|
| 1 | RANDY ETHAN HALPRIN | CAUSE NO. F01-00327-T |
| 2 | VS | IN THE 283rd JUDICIAL DISTRICT |
| 3 | THE STATE OF TEXAS | COURT OF DALLAS COUNTY, TEXAS |

\* INDEX \*

FILED IN
COURT OF CRIMINAL APPEALS

NOV 2 0 2003

Troy C. Bennett, Jr., Clerk

| CAPTION | VOL. 1-01 |
|---|---|
| INDEX OF COURT FILED DOCUMENTS | VOL. 1-01A |
| TRIAL DOCKET | VOL. 1-02 |
| SUPPLEMENTAL DOCKET SHEET - ORDER OF TRIAL | VOL. 1-03 |
| JURY CHARGE - GUILT/INNOCENCE  (09 JUN 03) | VOL. 1-22 |
| JURY VERDICT ON GUILT | VOL. 1-36 |
| CHARGE OF THE COURT - PUNISHMENT  (11 JUN 03) | VOL. 1-37 |
| SPECIAL ISSUE NO. 1 | VOL. 1-42 |
| SPECIAL ISSUE NO. 2 | VOL. 1-43 |
| SPECIAL ISSUE NO. 3 | VOL. 1-44 |
| NOTE TO THE COURT: Definition of "Anticipate"<br>- Evidence: Halprin's drawing of the position of the vehicles<br>- Exhibit showing triangulation of bullets entering police car<br>- Halprin's statement (written)<br>- Statements from Rivas, Newberry, Garcia, and Rodriguez<br>- Board with magnetic attachments illustrating location of evidence<br>- Photographs of squad car showing bullet holes<br>- Graphic board color coded to show which gun fired which shot | VOL. 1-45 |
| JUDGMENT ON PLEA OF NOT GUILTY BEFORE JURY PUNISHMENT BY JURY - NO COMMUNITY SUPERVISION  (12 JUN 03) | VOL. 1-48 |

FORM 355A

| | | |
|---|---|---|
| 1 | RANDY ETHAN HALPRIN | PAGE 2 |
| 2 | F01-00327-T | |

| | | |
|---|---|---|
| 6 | NOTICE OF DISPOSITION  (12 JUN 03) | VOL. 1-54 |
| 7 | CLERK'S CERTIFICATE | VOL. 1-55 |
| 8 | JUDGMENT CERTIFICATE OF THUMBPRINT AND PHOTO (11 JUN 03) | VOL. 1-57 |
| 9-10 | DEFENDANT'S MOTION FOR NEW TRIAL/OVERRULED (28 AUG 03) | VOL. 1-60 |
| 11 | DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH (12 JUN 03) | VOL. 1-61 |
| 12 | APPOINTMENT OF WRIT COUNSEL  (11 JUN 03) | VOL. 1-63 |
| 13 | TRUE BILL OF INDICTMENT  (08 FEB 01) | VOL. 1-65 |
| 14 | IRVING POLICE DEPARTMENT CASE REPORT | VOL. 1-66 |
| 15 | COLORADO APPLICATION FOR COUNSEL | VOL. 1-68 |
| 16-17 | DALLAS COUNTY MAGISTRATE WARNING AND ORDER SETTING BOND  (01 MAR 03) | VOL. 1-69 |
| 18-19 | DEFENDANT'S AFFIDAVIT OF INDIGENCY/ORDER (01 MAR 01) | VOL. 1-71 |
| 20 | LETTER FROM DEFENDANT - RANDY HALPRIN (13 JUN 02) | VOL. 1-72 |
| 21 | SMU LETTER AND ORDER TO DSO  (28 FEB 02) | VOL. 1-76 |
| 22 | NOTICE OF PRE-TRIAL HEARING  (26 FEB 03) | VOL. 1-78 |
| 23 | DISCOVERY ORDER  (26 FEB 03) | VOL. 1-79 |
| 24 | DEFENSE MOTIONS:     MOTION TO SUPPRESS EVIDENCE (02 MAY 03) | VOL. 1-82 |

FORM 355A

RANDY ETHAN HALPRIN                                                                 PAGE 3

F01-00327-T

DEFENSE MOTIONS:

| | |
|---|---|
| MOTION FOR HEARING ON VOLUNTARINESS OF ANY ADMISSION OR CONFESSION WHETHER WRITTEN OR ORAL  (02 MAY 03) | VOL. 1- 84 |
| MOTION FOR IDENTIFICATION HEARING OUT OF THE PRESENCE OF JURY  (02 MAY 03) | VOL. 1- 86 |
| MOTION TO DEFINE BEYOND A REASONABLE DOUBT IN COURT'S PUNISHMENT CHARGE  (11 JUN 03) | VOL. 1- 89 |
| DEFENDANT'S SPECIAL REQUESTED CHARGE NUMBER ONE AT THE PUNISHMENT PHASE OF THE TRIAL  (11 JUN 03) | VOL. 1- 92 |
| DEFENDANT'S SPECIAL REQUESTED CHARGE NUMBER TWO AT THE PUNISHMENT PHASE OF THE TRIAL  (11 JUN 03) | VOL. 1- 95 |
| DEFENDANT'S SPECIAL REQUESTED CHARGE NUMBER THREE AT THE PUNISHMENT PHASE OF THE TRIAL  (11 JUN 03) | VOL. 1- 98 |
| MOTION TO EXEMPT FROM THE "THE RULE" DURING PUNISHMENT  (09 JUN 03) | VOL. 1-100 |
| MOTION IN LIMINIE ON PUNISHMENT ARGUMENT (29 MAY 03) | VOL. 1-103 |
| MOTION IN LIMINAE TO PRECLUDE TESTIMONY ABOUT VIOLENT ACTS BY OTHERS  (29 MAY 03) | VOL. 1-105 |
| MOTION TO SET ASIDE THE INDICTMENT (Unconstitutionality of Statute)/DENIED  (29 MAY 03) | VOL. 1-109 |
| MOTION TO DETERMINE CONSTITUTIONALITY OF 37.071(2)(b)(2) PARTIES CHARGE/DENIED  (29 MAY 03) | VOL. 1-118 |

FORM 355A

RANDY ETHAN HALPRIN                                                           PAGE 4

F01-00327-T

---

DEFENSE MOTIONS:

| | |
|---|---|
| MOTION TO HOLD UNCONSTITUTUIONAL V.A.C.C.P. ARTICLE 37.071 SEC 2(e) AND (f) - FAILURE TO REQUIRE MITIGATION BE CONSIDERED/DENIED (29 MAY 03) | VOL. 1-121 |
| MOTION TO HOLD UNCONSTITUTUIONAL V.A.C.C.P. ARTICLE 37.071 SEC 2(e) AND (f) - FAILURE TO REQUIRE MITIGATION BE CONSIDERED/DENIED (29 MAY 03) | VOL. 1-124 |
| MOTION TO DECLARE THE TEXAS CAPITAL SENTENCING SCHEME UNCONSTITUTIONAL AND MOTION TO PRECLUDE IMPOSITION OF THE DEATH PENALTY/DENIED (29 MAY 03) | VOL. 1-127 |
| MOTION IN LIMINIE - PHOTOGRAPHS/GRANTED (29 MAY 03) | VOL. 1-145 |
| MOTION IN LIMINAE CHARACTER OF COMPLAINANT - VICTIM IMPACT/GRANTED (29 MAY 03) | VOL. 1-148 |
| MOTION FOR DISCOVERY OF VICTIM IMPACT TESTIMONY/DENIED (29 MAY 03) | VOL. 1-152 |
| MOTION TO DEFINE BEYOND A REASONABLE DOUBT/DENIED (29 MAY 03) | VOL. 1-155 |
| MOTION TO DECLARE V.A.C.C.P. 37.071 UNCONSTITUTIONAL AND FOR OTHER RELIEF (22 JAN 03) | VOL. 1-158 |
| DEFENDANT'S MOTION FOR DISCOVERY OF EXPERTS (22 JAN 03) | VOL. 1-172 |
| MOTION FOR PRODUCTION OF IMPEACHMENT EVIDENCE (22 JAN 03) | VOL. 1-174 |
| MOTION FOR THE PRODUCTION OF WITNESS INTERVIEW NOTES (22 JAN 03) | VOL. 1-179 |

FORM 355A

RANDY ETHAN HALPRIN    PAGE 5

F01-00327-T

**DEFENSE MOTIONS:**

| | |
|---|---|
| MOTION TO ALLOW DEFENDANT TO VOIR DIRE ON PAROLE LAW - 40 YEAR MINIMUM/GRANTED (28 FEB 03) | VOL. 1-182 |
| MOTION TO PROPOUND SPECIFIC QUESTIONS TO VENIREMAN REGARDING THE BURDEN OF PROOF ON SPECIAL ISSUE - MITIGATION/DENIED  (28 FEB 03) | VOL. 1-186 |
| MOTION FOR ORDER "IN LIMINE" TO PRESERVE THE TRUE AND CORRECT MEANING OF "PROBABILITY" IN THE FUTURE DANGEROUSNESS INSTRUCTION/GRANTED AS TO "MORE LIKELY THAN NOT"  (28 FEB 03) | VOL. 1-188 |
| MOTION TO PRESERVE RIGHT TO FILE OTHER MOTIONS/GRANTED (28 FEB 03) | VOL. 1-195 |
| HAND DELIVERED LETTER FROM MR. EDWIN V. KING TO MR. TOBY SHOOK   (17 APR 03) | VOL. 1-197 |
| DESIGNATION OF EXPERT WITNESSES  (23 MAY 03) | VOL. 1-199 |
| STATE MOTIONS:  ITEMS TURNED OVER TO THE DEFENSE | VOL. 1-201 |
| MOTION TO PHOTOGRAPH DEFENDANT  (16 MAR 01) | VOL. 1-203 |
| STATE WITNESS LIST   (02 MAY 03) | VOL. 1-205 |
| STATE'S LIST OF EXPERT WITNESSES   (02 MAY 03) | VOL. 1-209 |
| MOTION REQUESTING NOTICE OF DEFENDANT'S INTENT TO INTRODUCE EXPERT TESTIMONY OF DEFENDANT'S MENTAL STATE  (02 MAY 03) | VOL. 1-212 |

FORM 355A

RANDY ETHAN HALPRIN　　　　　　　　　　　　　　　　　　　　　　　　PAGE 6

F01-00327-T

| | |
|---|---|
| STATE'S MOTION FOR PSYCHIATRIC EXAMINATION OF DEFENDANT FOR REBUTTAL TESTIMONY/ORDER (02 MAY 03) | VOL. 1-214 |
| NOTICE OF INTENT TO USE EVIDENCE OF A CRIMINAL CONVICTION TO IMPEACH (02 MAY 03) | VOL. 1-217 |
| NOTICE OF INTENT TO USE PRIOR BAD ACTS AND UNADJUDICATED OFFENSES (02 MAY 03) | VOL. 1-219 |
| DEFENSE APPLICATIONS FOR SUBPOENA DUCES TECUM | VOL. 1-224 |
| STATE APPLICATIONS FOR SUBPOENA DUCES TECUM | VOL. 1-246 |
| MOTION TO QUASH STATE SUBPOENA FOR CPS RECORDS (16 APR 03) | VOL. 1-264 |
| WITNESS SUBPOENA'S | VOL. 1-276 |
| DEFENDANT'S EX PARTE MOTION FOR EXPERT ASSISTANCE/ORDER (26 MAR 03) | VOL. 1-346 |
| SEALED EVALUATION BY DR. THOMAS ALLEN/ORDER (22 MAY 03) | VOL. 1-350 |
| VICTIM IMPACT STATEMENT - SEALED | VOL. 1-351 |
| CLERK'S CERTIFICATE THAT APPELLATE RECORD IS TRUE AND CORRECT | VOL. 1-352 |

FORM 355A

1  RANDY ETHAN HALPRIN                        CAUSE NO.        F01-00327-T

2  VS                                         IN THE 283rd JUDICIAL DISTRICT

3  THE STATE OF TEXAS                         COURT OF DALLAS COUNTY, TEXAS

4

5

6                          *   INDEX   *

7   INDEX OF JURY SELECTION DOCUMENTS                              VOL. 2-353

8   WRIT FOR SPECIAL VENIRE/ORDER (02 DEC 02)                      VOL. 2-355

9   DEFENDANT'S NOTICE OF LIST/ORDER (31 DEC 02)                   VOL. 2-356

10  DEFENDANT'S NOTICE OF LIST TO ATTORNEY/ORDER                   VOL. 2-357
    (31 DEC 02)

11
    AGREEMENT ON VENIRE JUROR QUESTIONNAIRE RECORDS                VOL. 2-358
12  VENIRE PANEL (those who completed questionnaire)
    BY JUROR NUMBER/APPROVED (02 MAY 03)
13
    INDIVIDUAL VOIR DIRE AGREEMENT - AGREED JURORS                 VOL. 2-394
14  TO BE INTERVIEWED/ORDER (28 APR 03)

15  INDIVIDUAL VOIR DIRE JUROR ORIENTATION GUIDE                   VOL. 2-400

16  FINAL JURY SELECTION                                           VOL. 2-408

17  FINAL JURY SELECTION - Defense Strikes                         VOL. 2-413

18  FINAL JURY SELECTION - State Strikes                           VOL. 2-414

19  FINAL JURY SELECTION - Petit Jurors                            VOL. 2-415

20  SPECIAL PANEL BY JUROR NUMBER                                  VOL. 2-416

21  SPECIAL PANEL BY LAST NAME                                     VOL. 2-545

22  CLERK'S CERTIFICATE THAT APPELLATE RECORD                      VOL. 2-673
23  IS TRUE AND CORRECT

24