74721

REPORTER'S RECORD

VOLUME 71 OF 84 VOLUMES

TRIAL COURT CAUSE NO. F01-00237-T

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE DISTRICT COURT |
| VS. | * | DALLAS COUNTY, TEXAS |
| RANDY ETHAN HALPRIN | * | 283RD DISTRICT COURT |

*********************

EXHIBITS

DEFENSE EXHIBIT 34

PART 1

*********************

FILED IN
COURT OF CRIMINAL APPEALS
OCT 10 2003
Troy C. Bennett, Jr., Clerk

On the 2nd day of June, 2003, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Vickers L. Cunningham, Sr., Judge Presiding, held in Dallas, Dallas County, Texas.

Proceedings reported by machine shorthand.

ORIGINAL

DEFENSE EXHIBIT NO. 34

BOOK OF LETTERS, PART 1.

AX-34

Randy E. Halprin #01016635
3-N SC 35
600 Commerce St.
Dallas, TX 75202

I owe you A Billion Hugs!!!
Sorry so short, and late

DAWN M. AMOS #95206
LWCF 3
P.O. Box 500
Canon City, CO 81215

4506

4507

DEAREST DAWN, MARCH 20, 2001

So much to say! I was overwhelmed by all the letters I recieved today. Also, I did recieve your money order. Wow! 400 dollars was alot, much more than I asked for. I feel bad for asking for a little. I know you said you wouldn't accept it but I will repay you somehow someway. This I promise! I was able to buy real paper today, two pens (which they took after saying I could only have rubber pens. I said well why didn't you tell me before I bought them. The reply - we weren't paying attention! I felt like saying yeah, that's how I escaped!) So any ways I greatly appreciate it.

ONTO the pictures. I'm serous when I say this, you are gorgeous! I really liked the pictures! I can't believe you're keeping my paper pictures. I know my prison photo I looked like crap and my Teller county photo - worse. That was taken ... after my capture. I looked like shit! Somehow I'll figure ... way to get some real photos. It'll probably be awhile and they'll probably be Teenage photographs. I'm really not all that goodlooking ... ough, can't quite see what you see.

Anyways, I love your letters also. I don't get tired of reading ... ur thoughts. I'm a much worse Rambler than you. I can ... alk about some of the most nonsensical crap that I ... know you doze off.

I hope you don't have any ill feelings towards me being ... wish. I'm not Israeli so I don't carry the old world ... ews. I'm not kosher, though I try not to eat pork, but ... s hard when you like ham sandwiches and Bacon! ... e cheese and meat thing well, I love cheese burgers. ... y parents are KOSHER used to be anyways till I ... adopted (yes from another Jewish family - I'm by birth) ... ey knew that I wasn't raised completely kosher. So they ... ly enforce the rules. Also trying to keep the dishes ... pots and pans seperate became a lost battle. I don't ... my parents realized what they got into till ... was too late. My father however will not touch ... ything that has to do with PIGS. He's also very

pg 2.

Yeah, I feel the same way you do when it comes to getting letters from you. You really have a way of making me feel better in this situation. I love getting sensible mail. Not the [illegible] Cake letters I've been getting lately. But you've been through all that also.

I have a question. Does it ever feel odd writing a 23 year old. I mean every once in a while I think why does a thirty year old want to write me. I'm not saying I find it odd. I could careless about age myself. Besides, I've always been attracted to older women. I used to go to all these adoption parties with my mom and it would be nothing but women and they'd come around me and say I was going to grow up to be handsome and I'd never have a problem getting a wife and all that. My mom would be all proud and show me off. So I would fantasize [illegible] these older women at the parties. Teenagers and their [illegible]ginations! Anyways, I was just curious.

[illegible] suppose my situation here is getting better. They took me medical today. No shackles, No camera. I couldn't believe it. Also they treat me a little more with respect. It still sucks being locked up 24-7 but I'll deal with. I just wish [illegible] had a radio.

So you've got two daughters. I was going to ask if you [ha]d any children. I'm sure it's tough on your heart knowing [y]our one daughter is running around. I'm sure it's tough to [be] a mother in prison period. I wanted to have kids [on]e day and I'm glad I didn't knock anyone up before [I] got arrested and came to prison. I've had a few scares [bu]t all false alarms. Though my brother once said there [m]ight've been a chance because my ex was acting real [fu]nny for a while after I got locked up and then she [ju]st disappeared about a month after the last time I talked [to] her on the phone in County. Sometimes I wonder, but not [o]ften.

[I']m sorry if I'm bouncing around subjects too much [I']m going through all your letters all at once. So I'm [tr]ying to respond to everything ya know?

NEXT PAGE

Back to how I feel about writing you. Somehow you've managed to reach deeper into my heart or whatever. I feel no restraints in speaking how I feel or telling you about my past and all that. I actually find it odd that I've been so open with you, because in the past 5 years I've been very seclusive when it came to talking about who I was or where I came from. I usually just made crap up. Not these melodramatic stories people tell in prison how they were king shit in the world. Just that I was somebody different. So opening up to you has felt good. I remember watching A.M.W. while on the run. They did a piece about me and my background. They showed my parents house and the other guys were like "Damn Randy we never knew" I said well now ya know. Did you ever see that A.M.W. episode?

Anyways I feel completely comfortable with you. I love your personality and truly hope that this lasts. I really don't want this to be just any old pen pal chit chat that falls off into oblivion. Know what I mean? I don't know what to expect from all this, as you probably don't either, but just knowing I've got your friendship is better than anything. If it weren't for you we'd have never met so I thank you for taking that first step.

I promise never to hurt you or lie to you. Besides my life's too much in the spotlight to even attempt to lie. Damn press is digging up stuff about me that I didn't even know myself! I'm not that kind of person. I won't be rude, demanding or anything like that. I can promise never lie to you. I don't have much to offer but myself, my thoughts, encouragement, heart and prayers. You've already done so much for me that it's going to take some time to pay you back. But I will if it takes me a lifetime. Okay, enough of my cheesy ness!

You mentioned if I was a night owl. Well, honestly, I am lately, my sleep schedule is so screwed up I take a nap, take a nap, wake up and so on.

In TDC I couldn't really stay up all night after I got my maintenance job. Cause I had to go to work at 6:30 am

Part 1

Dear Dawn, March 31, 2001

Well its somewhere around 10 a.m. I finished writing you earlier so I could get it out today. I know I forgot to answer alot of your questions and getting caught up with 6 letters is a hard thing to do my hand needs to rest awhile.

So I was thinking about what you said about your Judge. When I compared that with talking to my Father the only answer I could give you is I believe my Dad would have to look into my eyes, be face to face with me to believe it. Words can only go so far, and they say the eyes never lie. So you have to look the Judge in the eyes, make him see that you're telling the truth and not giving him the same old story. Make him see you've changed, look him so dead in the eyes he starts to squirm in his chair! I believe you've got a chance if you do that.

Well, I spaced out after that paragraph - went numb. I couldn't write. I tried to sleep, I couldn't sleep so I stared at the walls til they [illegible] breakfast. I didn't end up dozing off till about 6:00 a.m. It's now a little after 2:00 p.m. I really hate when that happens. Also, they never came by and took my mail like I asked them to. So I'm going to [illegible] this with yesterdays letter.

You asked about larry and if that situation bothered me. I really try not to think about it. The "what ifs" and "if only". The first few days after that I felt really bad. Mostly because I left him, I abandoned him, or so I felt that way. I remember the whole situation so clearly. We were sitting down eating breakfast. All the other guys were gone so it was just him and I. We always kept a two way radio on so that we knew when one of our people was coming back, or if one of us got in trouble the others knew. It was just a rule we established with ourselves. So we were talking about life and what we planned to do. Then we started talking about God and all that. Well, all of a sudden all this chatter comes on the radio from some family on the highway talking about a road block. We stopped talking and started listening. One guy says "What's going on where the block at" another voice says "Police got someone stopped over at a gas station" - "hold on a cops coming up to the window"

Out to get revenge on society or something. When they tried to say I was the one who wrote that letter on A.M.W. I felt like busting the guy in his nose. He was all laughing about it and all that shit.

Anyways onto lighter subjects.

I didnt reply on food I enjoy mideastern food also. Greek is Good. I love any style GYROS (pronounced YEEROS.) Lamb is delicious. My parents used to go to this little greek community in Florida when we were on vacations called TARPON SPRINGS. They had all these shops and boats and Restaurants. It was cool. My dads really dark skinned so he can pass off as a Greek. Hed put on his greek hat and hed get into the spirit. I had alot of fun. One time my parents took us to this Lebanese restaurant. Talk about terrible! Their culture sucks! all I could eat was bannans. Ive been to Israel once for two weeks. Its strange cause unlike the other countries around. They have this class of different style Jewish foods from all over the world. Also its a conflicting culture because you have the "old world" beliefs and the "new world" beliefs. You said your ex was from Tel-Aviv. Im surprised he was so strict being Tel-Aviv is the most modern city in ISRAEL.

I Cant stand liver, Gizzards, Hominy grits, Broccoli, Caulaflower, Asparagus, beets, Cabbage (only sauercraut). Whats funny is that I gag at the smell or taste also. I remember as a kid in foster home they would try to force broccoli to me. I threw up on the foster mom and she stopped. I tried to warn my Adoptive parents about my my "problem" of course they said "Try it youll like it". One bite and I was blowing chunks! I told my dad "I told you". My favorite food is probably a Good Cheeseburger. Theres a place called FUDDRUCKERS" ever heard of it? They cook the meat and you lay on the toppings at this huge saladbar type deal. Its really good. My favorite snack food is Any type of potato chips. Ill go through a bag so fast. While out I ate a bag of Cool Ranch Doritoes (my favorite style) everyday, washed down with several Mountain Dews (my favorite Drink) I also like Pepsi alot!

Favorite Candy Bar is the BABY RUTH.

You mentioned the Shawshank Redemption. You know that movie played a big role in my decision to escape. It really is a Damn good movie.

over

So I'm on the Side Walk and I get near the Chow hall. Well all the Rank is Standing around and the LT. Calls out to me to Wear my Shoes properly. I try to pop up the heel and keep my foot in the Shoe. I eat and Come out and I'm ~~stepping~~ stepping on the heel again So the LT. yells at me to Come over. I abide and stand all nice and Straight and respectful hands behind my back blah, blah, blah. So he says "I thought I told you to wear them properly Inmate" With 'n attitude. I get mad and say "Maybe if your guards gave me shoes that fit I Wouldn't have this problem." He notices I'm not wearing any Socks and says "Boy, you aint got no Socks on maybe that's the problem. How long does it take to put a pair on?" I of course am already mad cause he's trying to make a clown of me in front of all the other inmates reply "I haven't really timed myself lately you got a Stop Watch?" He gets mad says "you know why you're here? Cause you don't know a mother fucking thing" I say "Tell you what LT. I'll put my intelligence against yours any day, we'll See Who doesn't know a mother fucking thing" OOPS! Next thing you know threatening to take me to an empty cell in CUFFS and wanting to [illegible] me down. Luckily, there was a female Captain there who pulled me [illegible] to the Side looked at my I.D and says "Youngster huh? go apologize to the LT and go to your house" I Say "Sorry sir" he says "Better watch your ass boy" I go home.

Truth is I used to be very Sarcastic and when I get angry I start talking [illegible] my ass. I've worked hard at Controlling that, but I'm only human.

I totally understand how you feel when you say you got tired of talking [illegible] Women. I used to give advice to guys and though I like helping people [illegible] it just got to me after awhile. I used to help people With their [s]chool Work, I'd write letters for people who Couldn't write or [illegible]. I even taught a guy how to read. People would always Say "Go To Jew Boy, if you got a problem. I didn't even charge people for [th]e help. I looked at it like paying back all those who ever helped me [be]sides how Can you Charge Someone who's trying to Change and do [rig]ht? I never understood that. I guess that's why people looked after [me]. I had alot of respect Once I got out of the Screw the World [att]itude. I just got tired of Seeing more unfortunate people being [taken] advantage of, it really made me Sick to the Stomach.

over

You're just very special and I want to keep what we have. I don't ever get tired of you talking about how you feel about all this. It makes me smile, it makes me feel good to know there's someone out there for me. Even if only for a short while. So I anticipate every letter I get from you!

So Thank you for being you!

Anyways you were telling me about your friend Patti in Kansas. I'm glad that she's been there for you all these years. I've lost touch with all my friends. I've got a friend named Jason who I lost touch with right before I came back to Texas. I've been trying to find him all these years. But can't. He was a really good guy. He was my ex's best friend besides me. We would go out in the hills in Kentucky at school sit on the rocks talk about life and watch the sunset. He tried to get me to get a hold of myself when I was starting to slip. I hope he's successful in life wherever he is.

Anyways, Can't wait for your next letter. I miss you and think about you all the time. You're on my heart, mind and prayers.

Oh my Birthday is September 13th

Love Always,

[signature]

Favorite Song I have so many

Letter to Elise: The Cure

Wild Horses: Rolling Stones (but I love the remake by the Sundays even more)

Whose gonna ride your wild horses: U2

Fade into you: Mazzy Star

1000 Oceans: Tori Amos

Pictures of you: The Cure

Stand inside your love: Smashing Pumpkins

Mayonaise: Smashing pumpkins

Comfortably Numb: Pink Floyd

Wish you were here: Pink Floyd

I could go on forever!

I just love music too much!



RANDY E. HALPRIN #01016935
3M SC 25
500 COMMERCE ST.
DALLAS, TX 75202

DAWN M. AMOS #95206
CWCF 3
P.O. BO

4521

Dearest Dawn,

March 22, 2001

Well today I recieved 3 more cards from you! You sure do know how to make a guy feel good! Also I got your other picture. You look Really good with your hair straight down like that.
The Ziggy card's my favorite. I love Ziggy the guy tries so hard to do everything right but he always gets crapped on. My other favorite comic is Calvin + Hobbes.
So first I'll do the Cosmo quiz:
1. A - Ansur
2. C Abstract pattern without any meaning but provokes thought
3. A. Find a tree to stand under (though in real life I'd just stand...
4. b. Go straight to the articles that interest me
5. The fence is short 2-3 feet tall. I try only a couple berries. I tell the farmer I couldn't resist his delicious berries that he grew so well. I had to give 'em a try. The berries ended up giving me the runs but they were tasty. Looking back I'll never eat unwashed fruit again cause the pesticide made me sick.
6. I end up waiting 45 minutes for the Coaster. The ride makes me excited. I scream ohShit that was cold!
The perfect course:

Too many loops huh?
So, how are you? I know you're expecting more letters from me. I'm sorry it's been so slow. I just get so bored my mind blanks out on me and I can't write. Honestly I don't write that many people. I try to tell the people thanks who write letters of encouragement I avoid the looney letters. I don't really get that much mail. Except yours. And believe me I'll take yours over anything else
I truly, sincerely mean that. You're just so great. I mean I haven't felt this good from someone in a very long time.
I really don't understand why you're being so good to me. I'm just really confused. I've got these feelings and emotions that are developing and I want your friendship. I don't want to lose it.

OVER

these feelings are kind of frightning. I'm not saying its impossible "fall" for someone through letters etc. I just don't know what I could give in return if I did. I don't know how it would all Play out. Its just confusing. I have nothing. But yet, oh hell, I don't now I'll Shut up.

There's Some idiot who lives down the hall in the AD-SEG area. He's always Screaming and banging on the door and crying. So I asked the guard what his problem was and if they could get him to shut up. The guard tells me he Shits on the floor and thinks its going to attack him. They're afraid to open his door cause he starts throwing it at them. So they have to slip a Sedative into his food to clean up his cell while hes asleep. Well, this mornin he went completely Berserk, Yelling, kicking the doors. I could feel the vibrations. So they opened his cell tied him down and Shipped him to some Mental Hospital. But now I have to listen to these two Ghetto Brothers talk through the Damn vents about how many Cadillacs and guns and money and women they had in the world. So I tell them to Shut up. They start yelling "who that is" and all that. Finally I tell them I'm one of the Texas 7 and they start saying all kinds Respectful Stuff. Like I'm some badass or something. So I ask them if they could keep it down a little. And they're like "yeah bro no problem Gee." So I guess Being a T7 guy has its advantages. What a strange World.

This book I'm reading is so boring. Its a law book called personal Injuries. Its too slow unlike John Grishams. I'm going to get a different book tomorrow.

**Did I tell you your gorgeous? Well you are!**

I wanted to comment on your classical mythological course. That would be a good one to take. I love the Ancient Greek myths. The odyssey is a great book. Its got all these different Stories in them all rolled into one. Its really ahead way ahead of its time. My father had me read it when I was young. Its pretty graphic actually.

It must be really hot outside cause its like 20° degrees in here. Th[ey] Got the Air all the way up. I'm freezing my ass off.

You know the anniversary Story you told me was Wild. I mean why did you get caught up into all that? What were you originally ... Were you looking at a lot of time before

happened? I know that once we put the escape in motion for sure there was no turning back. But I knew we were going to pull it off. It was just to well planned out. I mean 6 months worth. Once we got to our vehicle at the Walmart I knew we were in the clear. I just wish I would've seperated earlier. But I had to get that damn I.D. that never came. I go over that one night in my head. Like I said there are things I wish I could talk about that would blow your mind about that night. But I can't. I promise I will after all this is over. So many things I want to tell you.

You asked me if I would hold your hand or you would hold mine first. Well it depends on the situation. But I'm usually pretty forward so I'd probably hold your hand first. Then I would have you sit in my lap so I could wrap my arms around you and we would just sit and watch the sunset quietly. Then as the sun set finally faded and the stars came out I'd have you lay accross my chest or stomach and we would watch the stars maybe see a shooting star. I'd brush your forhead and face and play with your hair. Maybe we'd take a nap out there in the open. Yeah, that's what I'd do.

I loved that drawing "Never give up" it was really cute. I laughed when I saw that frog choking the Flaming. Also the Arkansas story was funny also.

I've got a joke for you:

An Austrailian sailor ports into New York for some slight R&R over a couple days. He goes into the city checks every thing out. Goes to some night bars gets a few drinks and decides he wants to try an American hooker. He picks up the hooker takes her to his hotel. As she's undressing he starts moving all the furniture around and out of the way. Confused, the hooker asks "what are you doing" The austrailian replys "If this is anything like a kangaroo I'd better be prepared."

HA!HA!HA! yeah, I know it's corny!

4524

So you go to court in May. I hope that everything works out. Is this for a time cut. What exactly is the reconsideration for? Remember, look him dead in the eyes. And pray, pray, pray. I'm sure it'll go your way.

You know I had considered trying for a time cut before I thought

about escaping. But Texas laws are so screwed up. I would have to get 2 out of three votes from the Sheriff, D.A. and Judge. I didn't see that happening. But I did have alot of mitigating factors. Maybe I should've done all that first. Who knows. But as we both agree things happen for reasons. I hope all this is revealed to me one day.

DID I tell you your Gorgeous? Well you are.

I just felt that since your always telling me how good looking I am I should do the same for you. You must have a problem keeping all the dikes from knocking on your door. sis! God knows I had a billion faggots wanting to "take care" of me in T.D.C. Its just so sick and revolting. There's this misconception in prison that if you're doing the Homo then you're not gay. Bullshit you're just as much a queer as the queer. But still they try to justify it. What a sick world.

So I've got this idea. Since we cant walk around and go out in the world we can do it in our letters. You know create kind of our own World. So Tonight were going to go out on a "first" Date. You know I just met you at a party of a friends so we hit it off and I ask you out. You agree to a nice dinner at some fancy place called "LA CAFÉ" a french Diner. It's a suit and tie Restaurant so I've got to dress up. Something I really don't like doing. It's set for Thursday at 7:00 pm.

I pick you up and I'm really nervous cause I don't know how you'll handle me being 23 and all. So we drive quietly to "LA CAFÉ" I tell the Maitré D whose name is Jean Luke that we have a reservation for two. He shows us to a table. I pull your chair out for you. GOD Am I nervous. So we chit chat while we're looking over our menus. the waiter asks us if we want any thing to drink. I ask for a mountain dew. the waiter laughs and says they don't carry that. He shows us a wine list. I know nothing about wine so he picks out a nice Chardonnay (whatever that is.) He pours our drinks and we sip it slowly making small talk. ~~[illegible]~~ We talk about life and work and all that. We order some really expensive French cuisine. I'm wondering how expensive all this is going to be.

mystery sentence

Our Meals arrive. We eat Silently. I'm really taken aback about how attractive you are. I love your ~~[illegible]~~ Auburn hair. You catch me Stealing glances at you while your eating. You smile, I smile back nervously. We finish I don't let you see how much the meal cost but you know it's expensive cause I grimaced when I saw the price. So we get into the car. I tug at my tie cause it's really uncomfortable. I really dislike ties. I ask you if you enjoyed the dinner. You Smile and say it was nice. I start thinking great this is the only date your going to get with this woman. I drop you off at your house and ask if you want to go out again you say you'd like that. And that you'll call me. I think to my self great the "I'll call you" line. We hug and I go back to my car.

Okay, Do you call me back or what? what happens on the Second date where do we go. So now you've got to write me a response. Only if you want to do this if not. Well I tried. :)

So Dawn, how do you feel about me as of now. What do you see in my letters? What kind of person do you think I am? What do you want to happen? I'm just really confused right now. I can't explain this connection, maybe that's what's bothering me. okay, I'll stop all that for now.

Tell me, where's a place that you'd love to go more than any other place in the world? if you could go there where would it be what would you do? I think I'd like to go to somewhere on the Mediteranian (SP?) Go to the beaches out there eat the exotic food, Maybe Spain or Greece Somewhere on the Coast. I'd also like to go back to Disney world. I haven't been since I was 14. My Parents go there every year but once I started Spending my Summers at school in Kentucky it all ended. My parents are big time travelers They love to go everywhere. They always made the vacations History lessons also. My father would "Pop Quiz" me on historical Sights to see if I was paying attention. If I passed the quiz I'd get to ~~[illegible]~~ go to the gift shop. If not I'd have to wait till the next quiz.

Well I took a nice good clean shower compliments of you! I got some real Shampoo, good deodorant, hair gel and soap. I feel the cleanest now since I've been in this dump. Also I can finally do Something with my hair. It's been looking pretty bad the past

few weeks. I've got real wild cowlicked hair, and water doesn't tame it too well but the gel lays it all down real nice like. So thank you! Here's a big big hug - HUG!

I don't think I ever told you about Kentucky. I went there when I was 14 at a private Boarding School called ONEIDA BAPTIST INSTITUTE. I never understood why my parents sent me to a Baptist School, but their only explanation was it'll do you good. It's mainly a disciplinary school for kids with behavior problems and bad grades. I went because I never did my school work and was failing, I'm talking likes zeros in every class. So I go to this school. At first I was real nervous all I could think about was HillBillies. My first night in Kentucky didn't help that either. My Dad and I stayed in this little town right outside of Oneida called London. It was a Saturday and school orientation wasn't until Sunday. Everybody in London had these horrible accents like the MR DUCKS, MR NOT DUCKS, M R R Ducks joke. My father tells me to see if they have a movie theater in town. So I check the small phone book and there's a listing for some place called, and I kid you not!, "BOBS MOVIE SHACK and theater". I started cracking up and show my Dad. He tells me not to make fun of the "Culture". So I call the place to see what movies they have playing. This Hill Billy lady says "Well we only got one screen but we show two movies one in the mornin' and one in the evenin'." I ask what they have laying at night "She says "Peter pans Hook"". Well to me the movies a year old and I had already seen it. I tell Dad he says lets go. So BOBS Movie Shack is by a Burger King and Walmart the only two places in london And all these people are driving around in the parking lot for fun. I thought I was cursed. And I was getting all these crazy looks from the town hillBillies. So I got a bad impression of Kentucky at the start.

But after time went by at School I ended up enjoying it because I had people from all over the country. When I got kicked out of school my senior year I lived in Lexington. That was a real cool College town. I had a blast. Yeah, Kentucky has nice sunsets but not near as nice as Colorado or California.

Check this out, they got to start recreating us so they're going to bring this T.V. down in front of my cell only I don't get to watch regular T.V. I get to watch an exercise video called "Legs of STeel" No joke maybe it'll have some hot chicks

on it. Just kidding. Yeah, this place is screwed up. I can't believe it. Legs of Steel. What a life.

I really do love your cards. I've got them all lined up on my window cell. Nobodies told me to move them yet so I'm going to keep them there. My desk is real small so I can't stand them up on it.

So you got a single cell. I bet that's nice. Do you think you'll get it back after court in May? When I lived in the dorms I had a cubicle. It was nice one bed a desk locker, but there was no privacy. And if you woke up late at night to go use the restrooms you better walk with your eyes closed (if you know what I mean) The Dorm life was nice. Four televisions a craft shop for those who could afford it. It was easiest on lockdowns cause you could move around and kick it with other people unlike the buildings were it was confined to cell with you and your celly for about a month at a time. Tempers would get short your celly would start getting on your nerves. So it was good to be in the dorms. In Colorado do they sell T.V.'s on commissary? They don't in Texas. I wished they would maybe one day they will.

Well untill next time. I'm going to get this out. I really do miss you — weird, like you said, how can you miss someone you've never met? But I do. On the back is my hand so you can hold it.

Here's another Hug !HUG! I can't wait to hear from you. You're on my mind heart and in my prayers. Much respect Much love. Thank you for being there for me and being so good to me!

Love Always,

[signature]

Oh, one last thing. Say hello to all the crackheads for me. What's it like living around crackheads? I bet they're skanky and smell and got crabs and all that huh?

I know I've got a weird sense of humor, but that story you said about doing the extra work for those two crackheads made me think of that.

It Looks Deformed huh?

"Close Down" By The cure.

It's running out of time. I'm out of sleep and closing down. I never sleep for waking hours, the empty hours of greed. And uselessly allways the need, To feel again the real belief, of something more than mockery. If only I could fill my heart with Love.

I'm Thinking about you
-Always-
RS

"I"

500 COMMERCE ST
DALLAS, TX 75202

DIANNA PESCHKE
P.O. BOX 200162
AUSTIN, TX 78720

MARCH 20, 2001

Dianna,

Well, I was beginning to wonder if you recieved my letter or not. It se the Dallas jail is holding my mail to investigate, xerox, and build a physco profile on me or something? Maybe I'm just being paranoid. I guess t think I'm going to slip and tell someone some sort of big confession. Oh like I tell my lawyers I'd only slip if I was lying.

Anyways, it's good to hear from you, and now we can get this report going. No, I can't make telephone calls. Unfortunately, they got me hidden somewhere in the Bowells of this jail. No phones, su et cetera. Besides, It wouldve have to been collect and they ch an ungodly amount. So I wouldn't want to do that to you.

I understand what you said about the public thinking I was horrible. Hel If I was part of the everyday world I wouldve probably said some se things also. My whole point in talking to the press and media was so th the "world" could hear my side of the story and draw a conclusion f what they saw and heard. People change, people realize the damage the caused to another person. People who've shown they've made a positive ste toward change diserve a second chance. I'm not a bad person, or evil, whatever. I chose a few wrong paths. I paid the price and accept the consequences, but I did everything in my will to make amends, to change. And even now, after all thats happened I won't turn away from the progress I've made. I will fight this Capital Murder charge, because as many of the Co Defendants have said: I am innocent. I just got caught up with the wrong people letting my will for freedom override my better judgement.

Okay, enough of the woe is me story.

I was in Bilingual choir, because it was the only way I could get to practice the piano. No, I don't speak Spanish. A little French, a little Hebrew, and alot of English.

IN Grade school I took two years of Viola practice. I had the old grumpy teacher who took the pleasure out of playing. So I never continued to persue that instrument. Piano is my love. Also I can play Guitar, Drums, and the Bass. I'm very musically inclined.

4531

[illegible]

My memory of my childhood is very vivid. I can remember all the way back to about 3 years old. It's strange I know, but some traumatizing experiences you just don't ever forget.

As far as my Biological parents are concerned, I have no fond memories of them. I haven't seen them since I was 4 1/2 and don't really care to see them. I consider my adoptive parents my only "true" parents, but we are now out of contact. Once I went to prison in '96 they excommunicated me. So I haven't heard from them since. I only have contact with my Biological brother Wesley, who, as of now, is in Rehab trying to get his life straightened out. My family is an on going Soap opera.

But, I do think of them often. I just get confused and always have been, about some of the choices they made concerning me. I guess it's that need of wanting love and affection. The whole Boarding School thing really messed my head up. But I can't expect anyone to understand, who hasn't been through what I have — I know, Woe is me!

Included with this letter I'm going to give you a kind of a depth look at prison.

As far as safety is concerned there's no such thing as safety in prison. You constantly have to watch your back and you can't trust the Guards, because many of them are bought off easily. They turn their backs to stabbings, beatings, and rapings. So you trust know one. It's a dangerous world. Have you ever seen the show OZ? You'll get an Idea of what Texas prison is really like. I've seen the show once and was like: "that's it!" The prison unit I was on was the most Dangerous in Texas. And they sent me there because it's the only designated Jewish unit in Texas. I always wandered, who's bright Idea it was to put all the Jewish prisoners with the most Dangerous Gangs: ARYAN BROTHERHOOD and ARYAN CIRCLE. Two White supremecy groups. So you can see what I went through.

I never was really bothered because of my size 6'1" tall 200 lbs and I wasn't afraid to stick up for myself. But a few other Jews weren't so fortunate. I remember an old Jewish guy who got beat down by a muslim, then 3 Aryan circle guys ran into his cell took his property: Radio, fan, Hotpot etc. etc. then canned him in the head (That's when you take a canned

Put it into a sock & try to beat Someone to death. I've only Seen that happen one time between to mexicans (pretty [illegible] Stomach turning)

The Theory to it all is if you fight for yourself nothing bad will happen to you, if you don't prepare for the Consequences.

You asked what I missed the most, There are so many things, but the truth of it all is Companionship. I miss not being able to have a relationship with a Woman. You know, and everything that Comes with it, Love, loss, all that. I also miss holding hands hugging and kissing. The little things that can take for Granted. I'm just a hopeless Romantic.

You know you mentioned your Stationary being pretty, I was always a Sucker for Cool paper and envelopes. The last good time I had with my ex girlfriend before getting locked up, was Going to a Kinkos Copy and looking for nice Stationary. As Strange as that Sounds it's true

Anyways, I look forward to your next letter of questions. Don't be afraid to ask anything - Seriously I don't care how personal.

Also, I'm glad that you felt I was misunderstood and that you listened to my interview with an open mind. I'm not a Bad person Dianna I'm really not. By the way how did it sadden you

included is the Look into The Wonderful World of The Texas DEPARTMENT of CORRECTIONS

P.S. Yeah I agree Randy isn't all that great of a name, to me it just Sounds Hickish when I Say it myself But I'm used to it Ethan is Cool So I'm glad you call me that!

Sincerely

[signature]

T.D.C.

GANGS:

ARYAN BROTHERHOOD: Both Claim White Unity, but are Constantly at
ARYAN CIRCLE. War with each other

MEXICAN MAFIA: The most Feared out of all Texas Prison gangs

E.P.T (El Paso Texas). Laid back Doesn't start trouble, but can be ruthless.

-BLOODS: Not a serious threat, but love to start trouble ~~They like to fight each other~~

-CRIPS: Same as the Bloods: Predominantly A Black Gang

NATION OF ISLAM: Loves to start trouble with all Races and Religions

CUSTODY LEVELS: There are Four levels.

Minimum, the lowest of levels Composed of mostly people who get according Follow rules. You get special ~~[illegible]~~ privelages such as CRAFTSHOP Rights, Recreational Rights allowed to attend church Functions And allowed to earn "good time". Also your jobs are more available, kitchen maintenance, Laundry, S.S.I otherwise known as Janitors.

MEDIUM: Loss of Goodtime, Loss of Television and recreational activ[illegible] Work Force is The Fields Chopping down weeds and grass all day with a GARDEN HOE. Not allowed to attend Church Functions. SEPERATION FROM Minimum custody inmates.

CLOSE CUSTODY: Loss of all privelages except 1 hour of recreation time. No Goodtime. Only people who haven't been a behavior problem over 1 Month get to go to the Fields to work. A very violent environment. Mostly Blacks and Mexicans very hard if you're white. Locked up in cells at all times.

ADMINISTRATIVE SEGREGATION: Violent offenders. No Goodtime No RECREATION. SHOWERS Once every three days. Locked up Twenty Four - Seven

LIVING ARRANGEMENTS:

Depending on Custody level, time and behavior they decide where you are to live. MOST BUILDINGS ARE Composed of Double Capacity cells including a Desk, light and TOILET/SINK which a big Metal Deal. The cells are fairly sizeable, but living with Someone can be a hassle Sometimes ESPECIALLY when you've got to share the toilet and all that-

There are the Dormatories For people who have good Jobs Laundry, Kitchen etc also For people who Don't have Big time.

The Dormitories are where I lived. You live in a cubicle. It has a Desk, outlet, Bed and locker. You don't share it with anyone and it's laid back. The showers, however, are out in the open. Also toilets and sinks. There are usually multiple televisions unlike the buildings where there are only one.

I'm not sure what kind of information you want so I'll let you tell me. I sort of feel like I'm writing a guide book & honestly I'm getting burnt out. So I'll stop for now. Tell me what you want to know and I'll have it next letter!

[signature]

Dallas, Tx 75203

Dawn M. Amos #95206
CWCF 3
P.O. Box 500
Canon City, Colorado
81215

ב"ה

4536

READ the other letter First!
I miss you!

MARCH 26, 2001

Dear Dawn

Well, it looks like this is going to be an all nighter. I'm just wrapping this book up. I've decided to try a new approach to my hand writting. You see, I write extremely fast, thats why my writing is so sloppy, I believe. EXAMPLE: If I write like this its a little slopier. Also I've figured out I spell much worse than I would like to. I take much pride in my spelling but lately its been horrible like my brain has been washed out. So you see, if I write just a tad bit slower and maybe a bit bigger it'll be easier on your eyes. You think? Why its taken me so long in life to figure this out, I don't know.

So, are you feeling any better after your weekend. (The anniversary) I hope so. You know this being over a week behind stuff is starting to eat at me. Why can't they just give me my mail like they are supposed to. I shouldn't or actually you should be getting my letters on a regular (on schedule) basis. I can't believe they're expecting me to say something thats incriminating. One, there's nothing to say other than facts that I've made clear to the whole Damn Country. Two, I'm not that stupid. You can only slip if you're lying. Thats what I tell my lawyers. So for Big Brother to be holding my mail or yours is just absolute nonsense. Maybe I should start writing in hebrew. That would throw them off. Too Bad I don't know enough.

I just sent a letter out earlier, but I felt I should write you again. I won't finish this tonight I don't believe. I want to make sure you're getting my other letters. I'm just going to write until I hear from you again. Hopefully tomorrow. I just go nuts without a letter from you.

Excuse me for my stupid question about you writing any of the other Texas 7. I thought I was Sherlock Holmes, but I guess I was wrong. You see, your first letter I had was the address you guessed. And I thought well hell if she was writing any of the others she would have have the address. I guess what made me ask that question was the fact that when I got my mail today, the officer had Rivas' in his hand also. Well, one of the letters had the Colorado Department of Corrections

4539

Return address deal. Well, like a dumbass I assumed it was you. ASSume - makes an ass out you and me - I won't lie, I had a tinge of Jealousy run through me. Don't get me wrong. I wouldn't and couldn't tell you to stop writing someone. It's just Russ and I being the two brightest of the TZ group always have had this competition thing going. You know the typical male thing. I've loved him like a brother. I just get jealous of him sometimes. He does me also. It's funny to see us go at it at times. But anyway, I apologize for being so ignorant and superficial.

I guess it's because I like you so much. :)

Well I did some push ups tonight. I got to move around a bit. This cell will turn me into nothing but flab. I'm not worried that I'll get fat or anything, they don't feed you enough for that. It's just I noticed that my back started hurting from sitting up and writing you. Well it's probably because all I do is lie down and read all day. So I'll got to keep some strength. Also when I go back to T.D.C. I've got to be prepared. Like Rocky IV facing that russian. You never know what might happen. I can't do too much because my damn foot. What a pain in the rump.

I took a nice long shower compliments of you also - Thanks. I love that Irish spring soap. All they sell in T.D.C is the hotel bars of Jergens and Dial. 15¢ a bar. I mean they're not too small. You get about three washings from them but they don't smell good. Which leads me to a question. What's your favorite perfume? What Cologne do you like a man to wear? I prefer CK ONE, obsession and Coolwater. For a woman I like Curve, this stuff called oleum ... I don't know who by though. Also that Candies perfume drives me nuts. I like the "new wave" perfumes for women. The modern stuff.

Gosh, sometimes I talk about the stupidest things. I hope you don't think I'm a flake! Ramble, Ramble, Ramble that's me. Unfortunately, no profound thoughts have come to my head today. So I guess you'll have to suffer through this.

You know what I'm going to send this out tonight. I'll start another for tomorrow! Well I'm thinking of you always!

Love Always,

Ricky C. Hale

HUG, HUG HUG
HUG, HUG HUG

Sorry So Dull!
It's just when I think of you
I got to write even if it's about nothing!



RANDY E. HALPRIN #01016535
3M SC 25
500 COMMERCE ST.
DALLAS, TX 75202

MELISSA PRESSEY
720 VIKING CT #2
ATHENS, GA 30605

ב"ה

March 28, 2001

Dear Melissa

Well hello! I've just recieved your letter and picture. No, I won't throw it away. You look sexy good, and I dig the short hair. So, I'm going to keep it!

I am still surviving on the hygiene products. Actually they bring me some once a week now. I did alot of complaining so they gave in. They said they didn't trust me with enough to take care of myself. I was like what kind of philosophy is that? I mean what they're saying is either I'm an animal and don't deserve to keep clean or they think I'll try to build a bomb out of a couple of bars of soap and toothpaste. I'm smart, but not that smart and I nearly failed Chemistry so I dont think that's happening!

I was only joking about the selling my letters on E-bay. I didn't mean to offend you and hope I didn't. I'm glad you see me as a friend. That truly means alot to me. It gets kind of hopeless in my situation so a little bit of encouragement goes a long way.

I read a really good book a few days ago called "Personal Injuries" by Scott Turow. It was a legal story, but not your typical John Grisham type. The story which revolves around a single character Robby Feaver, is really deep and emotional. You see what drove this man to do what he does and how even though he gets caught and pays the price he never betrays his true friends. It was really good. I'm now reading a book on World War II.

You mentioned how you have a couple of students who are "lost". Dont sell yourself short. They are still young. Alot of things can happen. I was always a good kid, never a troublemaker, and I didn't start to slip until tenth grade. So there's still hope.

Children have that innocence to them, that haven't yet experienced life or loss or any serious problems. So they dont hold back like adults do, afraid that we might hurt someone from what we say or how we say it. Children just say what pops in their head. Carefree and young. Curious about life and its

its dealings.

I'is funny cause we used to be the same. Yet, we forget how to live carefree like them. Part of growing up we lose that innocence. It would be nice to relive the days I didn't have to worry about what was going to happen tomorrow. Children live one day at a time. Thats why they're so blunt and call it like they see it. Don't you miss being a child?

I'm sorry to hear that your parents visit ended on an unhappy note. Parents just want the best for us kids & they try to make us see their way. It happens to all of us. But, you shouldn't be afraid to tell them how you feel. It's best they know than find out later after you're been hurt.

I wish I couldve reached out to my parents and told them about my situation before it was too late. They came into the picture after I was already falling apart and then I still couldnt be honest to them. They wanted to help but I kept lying to them.

I, myself, enjoy shopping. When I was "out" on the run, I couldnt keep myself out of Walmart. They had this Super Center. It blew me away. I mean a Walmart with a McDonald a grocery store, all that. I had been locked up for 4½ years so that was new to me. I wanted to go everyday. Even if I couldnt afford to buy anything. I love malls, shopping centers and everything that comes with it. I'm like a moth to a light. I just get drawn to it.

I have three brothers: One biological brother and two Adopted brothers. They are Koreans. Wesley, my real brother is twenty. He's in a drug rehab program right now, trying to get his life straight. He was attending college at T.C.U. in Fort Worth, Texas. Jimmy is thirteen and Kevin is twelve. They both are very bright loving kids. I haven't heard from them in almost five years though.

My family means alot to me. Unfortunately, they dont seem to think so. It hurts not having contact with them. But I guess I brought that on myself.

So you wanted me to guess your age. Well, from evaluating your picture I would say maybe twenty eight, twenty six maybe. That's about how old you look to me. Honestly!

My birthday is September 13. I was born in 1977 So I'm twenty three. Too young to be wasting my life away behind bars!

Oh, I forgot to tell you. A bunch of Human Rights Groups are going to be offering their help. Amnesty, [illegible] and others. They want to make sure I have a fair trial and all that. So its good.

I've begun to write a story. When I finish it I will send it to you. It's called "From the edge of the deep green sea" I got the idea from a song titled that. It's shaping up to be quite good. But, until then I'll include one of my "poems" to hold you down.

I hope that life is treating you good. Keep giving the students hope and tell them to shoot for the stars!

As always, I enjoy your letters. Keep in touch. Can't wait to hear from you! Sorry this is so short. I'm really tired!

Your friend.

METAMORPHOSIS

I was a boy in a Cacoon
Blind,
Cold,
Trapped by my own problems.

I was a boy in a Cacoon
Lost,
Confused
but too numb to realize it.

And in my Cacoon I struggled.
Kicked,
screamed,
Tried to Fight my way out

And in my Cacoon I struggled
gasped
reached
Feel into a deep Coma

I knew there was a chance to break free
To change
To hope
I woke up from the Dream

I climbed and fought my way out
bright light
esh air
nd I flew away with a set of wings.

[signature]

METAMORPHOSIS

I was a boy in a cocoon
Blind,
Cold,
Trapped by my own problems

I was a boy in a cocoon
Lost,
Confused
but too numb to realize it.

[illegible]
[illegible]

I climbed out [illegible]
bright light
[illegible]esh air.
[illegible]nd I [illegible] away with [illegible]

[illegible signature]



Randy L. Halprin # 01016635
3MSC25
500 Commerce St.
Dallas, TX 75202

Dawn M. Amos # 95206
CWCF 3
P.O. Box 500
Canon City, Colorado
81215

ב"ה

March 27, 2001
March 28, 2001

Dearest Dawn,

Well hello there! Ahh, another day in Purgatory. This place is neither heaven nor hell, but somewhere in between. Limbo land. Anyways I hope you recieved my previous letters. I've been worrying about that. I didn't get much sleep this morning. I stayed up all night last night thinking about my whole life. The Devil really knows how to rub mistakes you've made in your face, especially when you've got nothing to do. But I fight it off by telling GOD I'm sorry everytime some screwed up thing I've done pops up in my head. It's weird because when I start thinking about the past, it's like I slip off into a sort of hypnosis. I can remember everything. it's all so vivid. Colors, sights, sounds, smells, it's all there.

Before I started this letter I was working out. Now I need to take a shower, but I'm waiting on mail and another book to read. Hopefully there will be a letter from you! I get tired of all the press requests and idiotic hate mail letters. Hold on dinners here... Okay, I'm back. I just ate meatballs and rice. what a Combo! Whoever thought of that lame idea for a meal needs to be fired. Also the dumb cooks don't know how to cook rice. The crap was hard as a rock. I love rice and they've got to go and ruin it, what a dipshits!

They've put someone else who loves to kick doors and make a bunch of racket down the hall. Ah this guys crap isn't attacking him, but he's got some sort of problem. I mean these dumb asses get themselves put into Seg. from fights, gangs etc. Then they whine and snivel about how un fair it is to be in Seg. I mean I complain but hell I've got a reason to. These yahoos could have prevented it. Okay enough of that. Shower time.

I'm finished with my shower. Sometimes I feel like I could spend hours in it. I'll tell you what I really like though are bath's. Yeah I know it's not really a guy thing but I love em. My parents have a huge Jacuzzi bathtub in their master bathroom at home. It was off limits to us kids, but whenever they were gone I'd sneak into it. I'd use my moms bath oils and just kick back. The last great bath I had was with my ex girlfriend. I payed an ungodly amount of money ~~~a~~ hotel room for a night in Louisville Ky. A place called The Galt House. It had a real big bathtub in the room. Needless to say it was great.

Okay back to here and now.

I'm now reading a book called "Secret Honor" about World War II. I almost turned it down because it has a big Swastika on the front. That symbol makes me sick. Anyways, I decided you can't judge a book by its cover so I'm going to give it a try.

Have you ever seen the Wizard of Oz? Stupid question to ask, every ones seen it. I mean do you like that movie? Well, I do. I never really get tired of it. It just popped into my head; that's why I ask. There's a part in the movie where this guy hangs himself. No joke. I didn't believe it myself. Well, I remember a friend telling me about it but I didn't believe it. So one day I was at Blockbuster Videos and I was looking at the Faces of Death videos (which by the way I really hated after seeing) I see this video called "When bad things happen in Hollywood" so I read the back of the box and it mentions the Wizard of Oz. I decide to get it. Well it goes through all these terrible accidents caught on film in sets of movies. It shows the Twilight Zone accident where a suspended helicopter falls on these two little kids and adult they get chopped up by the blade really sick. It showed a scene from the movie the Omen where the nanny hangs herself. Well when she jumps out the window the rope is suppose to break away but it catches and breaks her neck. They used that actual footage in the movie. It showed Brandon Lee get killed in making "The Crow". So it finally gets to the Wizard of Oz. They show the scene after the Scarecrow gets burnt by the witch well they're all talking on the yellow brick road, but in the back ground you see a guy messing around with a fake tree. He throws a rope over and ties it down. pulls a ladder up and puts the rope around his neck. The first time he tries the rope breaks and he falls down. He gets back up and tries again successfully. You see his body just swinging in the background. The weirdest damn thing I ever saw in my life. I couldn't believe it. It's real Jessy to miss and a lot of people don't even no about it but its real. Also, did you know you can play Pink Floyds Dark Side of the moon along with the movie and its fits perfect? Perfect synchronization. No kidding!

I know my conversations can be frivolous sometimes. Don't mean to sound like a flake!

I will resume this letter sometime later. Until then adios!

Later this evening....

Well I got my mail. No letter from you.. But I did get some good news. There are several Human rights organizations who are going to be getting involved on my behalf! They're going to help the others, but it was my situation they are most concerned about. Turns out after my 20/20 primetime live interview I woke alot of people up to the cruelty of the Texas Justice system. I knew some good would come out of it. My lawyer was like don't do it. But something kept telling me do it.

So here's all who's getting involved: Amnesty International, Nuns Against The Death Penalty (You know the lady the movie "Dead man walking" was made after), The Anti Defamation League (Because I'm Jewish) The Texas Coalition Against The Death Penalty. U.S. House of Represanative Martin Frost (Democrat) Some Group of Pyschologists Against Crimes or punishment against the mind.

I got letters from all these people. It blew me away! I was almost in tears. I really hope they can help me. Amnesty International wants to know if I trust my lawyer if I don't they're going to get me several attorneys who will represent me, or if I want they'll work with my lawyer. What do you think I should do? I've got to give that one some thought.

The Nuns were supposed to have a candle light vigil in Colorado; but we left before it could get organized so they plan on doing that and a protest in Down town Dallas sometime soon. They're moto is "Forgiveness and God is the best Policy killing is not the solution"

I'm just so overwhelmed!

After I got done reading the letters I ate some peanut butter w/ crackers wishing you could share a few with me! Then, I cleaned my cell something I had been pushing off for the last few days. I need some AJAX or comet to clean my shower though. It's got real bad soap scum yuk! Unfortunately they don't trust us with actual cleaning products so I had to use a rag and towell. What a pain in the ass that was! My toilet has some sort of strange build up and I couldn't get it to come off. I must have scrubbed for twenty minutes. And it never came off. I hate living in a dump. I'm not a neat freak, but I like to keep it clean. This cell is so rundown though. It drives me nuts. Also the desk and windowseals need to be repainted a different color. Something happy not the depressing puke brown it is. Like Blue or Green or yellow! Something that'll lighten the mood. I could go for sea green also or maybe violet. But that's not going to happen is it?

So I'm sitting enjoying the good news, wondering if it'll really do any good. The future still hangs in the balance. I'll just take it one day at a time. Now I'm extremely tired. I think I'm going to read a little bit and crash out for a while. Maybe I'll keep having these real vivid dreams I've been having. Talk about wild. Not the disturbing dreams I had a few days ago, but these delicious dreams of my Ex. Yesterdays dream we got into this argument about me not really changing. Then she said and I quote "Randy get over yourself your not the first face I've been sitting on and you're not the last either" I was like what the hell was that all about. Todays dream her and I were at a movie theater talking about yesterdays argument holding hands and eating popcorn. I woke up and was like whoa! And it was so real. You know these dreams you have and you wake up thinking it really happened. That's how it felt. I've Rambled enough for today. I'll talk to you tomorrow. I hope I get a letter from you! Sweet dreams, much love. Heres an I miss u hug - HUG!

March 28, 2001 Wednesday

I woke up today thinking yesterdays letters were a dream. I had to double check. Thank God it wasn't! I'm waiting once again for the mail hopefully A letter will be there from you. You haven't responded to my previous letters yet So now I'm really starting to worry. I hope they're not screwing around with my mail. I don't have your friends Address so I can't write you from there. They took my address list when I came back to Texas. The U.S. marshals did. There excuse was "We don't allow fugitives being transported to carry anything" I asked "Not even a piece of paper?" "NOPE". I wanted to be a smart ass and say "yeah I might papercut you to death or use the paper to cut through my chains." Of course I just kept my mouth shut. You don't tease someone with a gun pointed at your face.

I was thinking about you and your life in a womens prison. I saw a wacked out movie about women in prison once. No it wasn't a porno or B-movie sex flick! ([illegible]) I mean there were a few lesbian love scenes but it was mostly about all these chicks fighting and trying to seduce the male guards. Then this crazy thought came to me 'cause I heard in Tarrant County when I first got locked up a guy who was in the middle of a sex change (he had breasts) got sent up to the womens section-

They didn't know where to send him and since he was half women anyways they felt he'd be safer on the womens pod. But all the women found out and they either beat the crap out of him or forced him to have sex with some of them. Real crazy crap you know. Well then they moved him to the mens section and they raped him. So he filed a big lawsuit against the County. So do you get any of those types there in prison Sex change freaks and all that? You know, Jerry Springer. They've got men with breasts in T.D.C but they keep them in protective custody that a screwed up world!

I guess I'm just curious about the life there. I mean I know there are fights but I mean are there gangs and all that? Is it violent or is it laid back? Do any of them women come up mysteriously pregnant? Ever see that movie with Bo Bridges and the lady from Carrie? She's in prison, falls in love with the guard and ends up pregnant pretty good movie. I saw all these movies on Lifetime at one of the units I was on. You know, they showed all the chick flicks and made for T.V. Movies. Have you noticed that most made for T.V. movies revolve around women? Why is that?

I need a hair cut bad! It's getting to bushy like an AFRO. I've got gel to tame it, but there's not much I can do. If they let me get a hair cut I'm probably going to cut it all off. Not to the skin - I hate that look but real short like George Clooney. I wore my hair like that in prison - gives somebody less to grab. I had decided to let it grow out while on the run. What do you think I should do? cut it or let it grow until this is all over? There's another reason I want to cut it, but I can't talk about that, it's a strategy!

I hope these organizations can help me out. I really want to bring up issues about prison. That's my number one concern. I owe it to the people who've helped me out. If that's all I can do I'll be happy. There's an old Jewish philosophy that says if you save at least one life it's the same as saving a thousand and God looks down on you and sees you as a righteous person whether Jew or Gentile. So maybe I can save or help a few people. That's what I really want. To stop all the bullshit. Prison won't ever be perfect and I'm not saying it should be paradise but people deserve to be treated like humans not animals. If they've shown the will to change help them. Don't make it harder on them. Don't set them up for failure. Don't look at the person who came into prison

Look at the person who wants to come out. Who wants a chance.
Those are issues I want to bring up.
YEA! I got a letter from you today! I'm glad to see that you're finally receiving my letters. But you didn't get my "LUNATIC" letter. As much as I hated that letter I felt you should have it because It's me in a raw, emotional form. But, I feel it's my fault you didn't get it because I realized I had the address all wrong. I didn't put the zip code AND I wrote CANYON instead of CANON. Sorry!
I think you'll see alot about me in these past letters. I've opened up to you in ways I haven't in the past 4 3/4 years. I've spoken of many childhood dealings, like etc.
For some odd reason they've cut several lines out of your letter. So I'm trying to guess what they are. Doesn't make any sense why they would do some crazy shit like that. One minute I'm thinking okay they're starting to respect me then they do some crap that pisses me off.
You were describing how I would look at you if we were having a conve[rsation]. It's funny you should ask if I'd tilt my head. That's my trademark. Whenever I'm talking to someone or in deep thought my head tilts to the side. You probably noticed that on the interview. Yes, I would look into your eyes and maybe glance at your lips. Those are two human traits that I like the most. I'm a very good listener and when I start to talk it's very hard to get me to stop. Sometimes I can come up with the most profound things, then other times it's like "Duh, which way did he go George?" I have a very wild, vivid imagination and it tends to take over sometimes. It usually feeds my impulsiveness.
I can see alive, maybe exciting at times but erotic?
I'm glad you won't dessert me after my 15 minutes of fame is up. I guess that was a fear I never really owned up to having. You know how long would this last? I really hope that as the years pass you'll still be here. I don't want to lose you!
Yeah, the military lady was kind of thrown off. I never wrote back so I guess she realized I wasn't interested. She was talking about the big takeover also and when that day came and they went to war it they seized Texas and I was a member

I'd automatically be released from prison. I should write back and say and if you capture Colorado you've got to let my friend Oscar go also!
You wrote about your friend in Federal prison. How did that come about? if I might ask. Let me guess he probably says the crap going to hit the fan April 15. Right. Remember Waco and Ruby Ridge? He probably justifies the Oklahoma City Bombing. I'll agree the Government is pretty screwed up, but you just don't go killing Americans no matter what! Especially a bunch of little kids. Have you ever read the book "Behold a Pale horse" By William Cooper. Some of its to hard to swallow X-Files type crap, but alot of it is mind blowing. It was written by an ex Naval intelligence officer. who the CIA and Government have been trying to kill. Supposedly hes in hiding because hes been telling all this Classified information. Real wild Stuff!
Ben Affleck huh? well I guess he could do. I haven't seen any of his movies yet So I'm not sure about his acting skills. If they do make a movie. I want it to be accurate. I'd be more than willing to give them any information they need. Also, I'd like whoever would be playing me to come and visit So they can see how I am and how I think. I don't want them making me out as some sort of idiot.
John Grisham has yet to come see me, though I had a dream he did a few nights ago. Runaway Jury was quite good But, I liked the Rain Maker better. What I liked about Runaway Jury was how well they tricked the defendants into falling for that scam. It was funny! I look forward to meeting him hes already visited a few of the other guys, while I was in Colorado. So I'll be sure to let you know all about it!
Yeah the jacking off thing was quite the trip. I guess being a female it's not a big deal, but, for me being a guy its very disrespectful. If you've got the urge to relieve yourself of sexual tension do it in your cell not out in the open. To me that's a form of Rape to the woman they're doing it to. Hiding behind a shelf imagining that you're screwing a good while a bunch of men are around trying to read. And then to top it off, where do they wipe the mess off — on the shelves and books! What a bunch of Sexual Repabates. Just give me a magazine and leave me alone in my cell for a little while. What freaks!

I had a cellmate who tried that crap while I was in the cell. Hell no that's not happening with me in here. He hung up a sheet and ran up to the door to [illegible] off on a female guard. I said 'celly what are you doing man" "I gots to get mine" "Bullshit, not with me in here". "Why you hating celly". "Lets handle up then". So he stopped said "celly we were got to get along, my bad" I was so pissed off.

So they let you listen to music in the library? Like tapes or just a radio. I wished they did that in TDC. And 5 books? Not in Texas only one at a time.

I'm only doing one press interview Dallas morning news. I don't have any access to photos so I'm sorry. I mentioned you could probably get some off the internet.

Well Dawn, I'm going to let you go for now. My stomach is killing me and Duty calls (Ex lax poisoning, I knew it, lol)

I really, really miss you and I'm glad you're starting to get my letters. I'm praying for you! Lots of Love and Hugs!

Love Always,

[signature]

P.S. I wanted to let you know ~~[illegible]~~ I'm only writing you! I always send thank you letters out to people who give encouragement but as far as long term commitment It's only you Babe!

[initials]

Dawn M. Amos #95206
CWCF 3
P.O. Box 500
CANON CITY, COLORADO
81215-0500

4555

March 29, 2001

Dear Dawn Marie,

Hey there! I hope that life is treating you well up in the mountains. I had another disturbing dream last night, it wasn't anything like the others, I mean it was ten times worse. So needless to say I'm kind of in the dumps today. But as always I'm waiting on mail and hope there will be a letter from you to cheer me up. I could really use it right now... I just feel so drained. I only did half of my workout routine. I thought maybe a shower, a nice long 45 minute shower would liven me up a bit. Nope. Then I realized I've been here for four weeks. Sunday will be a complete month. Can you believe that? It's gone by so fast yet, its felt like an eternity. Talk about a paradox! It's like time doesn't exist here. And really it doesn't because I'm kept away from the world completely. Locked up in a dungeon.

You're probably wondering what my dream was. Well, I don't want to depress you, but you've probably had similar dreams when you went through your ordeal. Like I've said in a previous letter I don't hold much faith in dreams but sometimes some just reach out and grab me. Scare the hell out of me!

My dream was about the death penalty. We had all been found guilty, but instead of waiting years and years for it to happen they decided to do it all in one week, right after the last person was found guilty - me. They moved all six of us into a single pod and once everyday they'd take one guy to an ambulance where the lethal injection was set up. So it gets to Rodriguez and he's telling me all about whats going to happen. He pulls out some picture book of all the people who've been killed on death row. Well as we're talking a guard forces us to look at the dead bodies of the first three guys. But I only glance because I got sick. So they take Rodriguez away and kill him. Then it goes to Rivas and we're in the gym talking about it, playing basketball. So its his turn to go and I tell him, "hopefully I'll see you tomorrow" meaning life after he says "Yeah tomorrow". Then they take him away.
Well it gets to me they shackle me up and take me to the ambulance. I tell them I want to pray before I die and a guard starts mumbling about some huge crowd outside

and they're all praying and singing. He says "it's like christmas mass out there" I start crying and the process starts up. I wake up.

Talk about disturbing. I've only ever had two dreams about death. That one and a dream where I was falling out of an airplane. My parachute wouldn't open so I panicked and realized I was going to die. So I told GOD I accept it and just fell peacefully. But I didn't wake up. I hit the ground bounced a couple of times, got up and walked away.

In my "lunatic" letter I talked about death. Since you never got it you don't know what I said about it.

I talked about heaven and what I thought it would be like. I can't think it will be anything like the ~~old~~ Testament says. It's not just because I can't believe in it, I just find it hard to imagine an eternity of singing and worshipping GOD. Yeah, GOD wants praise frames, but an eternity? I think heaven will be paradise yeah, but not what we read. The old Testament never really talks about heaven. It mentions our soul live on but not in depth descriptions about life after death. I think heaven may be whatever make our spirits the most happiest. not material pleasures, but soul reaching joys. Family, love, those things. I think hell could be living your worst sins out everyday for eternity. OR like in hellraiser seeing pleasures play before you, but can never have. Maybe, we actually get to redo our lives till we get it right. That could explain Dejavu. I'm not a fruitcake these are just possibilities. I don't know what heaven or hell is.

I guess the biggest question to me is why do we go through life and experience what we do? It's foolish to believe life has no purpose but we never know what that purpose is. It's just all so mind boggling to sit and think about. I mean I got caught for a reason. I honestly believed that GOD was giving me my second chance. at a new life. I prayed in prison "GOD if you don't want this to happen stop it. Have me fired or give me a job change". And we were successful. But a month and a half later we're captured and being charged with Capital Murder. I lived right out there for the time I was out. I didn't even want to be involved in that other crap and I asked GOD for forgiveness everyday. I questioned some of the other guys for there behavior. I got into arguments over it, even threatened. All I wanted was that chance. And it was taken away from me.

Reading a billion names like that. Why can't other countries have simple names? What's wrong with John Smith or Hui Lee. Something plain! And the author gives the full name every time he mentions a German character. Just get on with it!

I was thinking about that small cactus card you sent where you were talking about that lady dying. That's always a sad thing to happen. I've seen a couple people die in prison. I mentioned the old man who was having chest pains and when he was in the process of a heart attack it took medical 30 minutes to show up? That was a screwed up situation I remember vividly. He had just finished getting off the medical chain but he was still having problems so he goes to medical complaining of chest pains. They say nothing's wrong cause he just got released from the TDC Hospital. So they give him some Tylenol and tell him to go back to his house and lay down. He had a bed right next to me I ask him what happened and he tells me the story. Lies down and dies I thought he was sleeping with his eyes open when I realized what was happening me and another guy run to the door trying to get the guards attention. They call the infirmary. Well another guy is trying to give him CPR. Me and the guy who watched the slipaway were trying to keep the other inmates from crowding around the guy giving CPR. You know idiots having no respect making jokes getting in the way. After about 15 minutes the guy giving CPR gets tired and says it's useless so he pulls a sheet over the body. Well about 15 minutes after that medical shows up - Tries to start giving him CPR again (So they can say they did something) Everybody's yelling "Bitch he's been dead 30 minutes!" Cussing and making threats. Internal Affairs got involved and I had to witness. The guy who gave CPR got early parole - no joke. The nurse staff that worked that shift was fired - They were eating pizza when the call came in - But it didn't change anything. Then they started this 3 dollar co payment crap - promising better treatment blah, blah, blah. So you go to medical get charged 3 dollars for them to tell you nothing's wrong take some Tylenol. I was always indigent so everytime I went I demanded that I get more than Tylenol.

One time while working close custody kitchen. I was setting up the ...n halls well we put these big 30 Gallon water coolers which when filled ... weigh about 75 pounds and you've got to lift them up on a high table, well ... were short handed so I had to do it by myself and I pulled my ...ck. You've got to do it in a way the water doesn't splash everywhere

I said on my 20/20 primetime live interview I felt betrayed by God when I stepped outside that R.V. to surrender. I was hurt, confused. I had thought "God, why allow us to escape when I prayed for you to stop it if it wasn't suppose to happen" The answer I got is, then "It was suppose to happen, there's a reason for everything, a purpose" And I thought of that for awhile. All of this had to take place for a greater plan to happen. But I get confused. Rivas will surely die for confessing to shooting that cop and he could've died that night it happened because he got shot in the stomach, but he lived. I lived, though my wound was not as serious I could've gotten a serious infection. I could've lost my leg or foot or even bled to death but I didn't. Why? Because of some greater plan. I really hope good comes out of all this. Sometimes it's hard to imagine how or why. Though I can't see it now maybe it will be revealed later. I could give a thousand possibilities, but why would I have to go through so much to gain only a couple of things. Why would lives have to be taken in this purpose to fall into play. It's so confusing. I mean I'm glad we met through all this. But I wish it could've happened under better circumstances. It's strange to say yeah, but we relinked each others lives. And don't get me wrong I'm glad it happened. But in the same thought I wish I would've never been caught. I wanted that life of bad Down. But it's not going to happen. I have to accept it. I don't have any regrets for escaping. I knew the risks. I played the game and I lost. But I also wish it wouldn't have happened like this. Am I making any sense?

I guess I'll stop for now. I anxiously await your letters. Mail hasn't come yet so hopefully you'll be there! Back to this book.

Much later this evening...

I don't suppose I'm going to get any mail. Actually they haven't even time to check up on my since dinner. That's strange cause they're always coming in front of my glass every 15-30 minutes. You know to make sure I'm alive and all that. I feel like an animal at the zoo being watched. When they come the guard or whoever just stares at me with a kind of look that says "Pitiful" Sometimes they bring the mail late at night so there's still a tad bit of hope.

This book I'm reading isn't terribly bad, it's just got these long ss German names. Example: Sturmbannführer Werner Von Tresman or Freiherr Hans-Peter von Wechstein. It gets a little redundant sometimes.

...use the lids have nothing to fasten down to. I go to medical about this fat ...e is telling me I need to exercise more she says "use it or lose it" I'm pissed off and I say "looks like you already lost it huh?" She gets upset ...d calls a guard and says I'm threatening her. Well the guard she calls ...s cool with so I tell him the story and he lets me go. Needless say they didn't do anything for me and I had to go back to work. ...hat gets me is these medical people take an oath in school to take care people no matter what.

Lets have some peanut butter and crackers.... why thank you. Mmm delicious. Can feed you one? Here you go → [drawing] Enjoy!

I hope I'm not to weird for you. I do these off the wall things ...at times and since I'm just writing to talk to you and stay occupied my mind wanders and then the next thing you know were eating peanut butter and crackers. It seems the days I get a letter from ...u go by much faster than the days I don't.

So hows that mythology course going? I hope well. I wrote a kite (hate that term for some reason) to request some workbooks from Education ...never heard a reply so I guess they're not too concerned about a guy sitting away in some cell. I need more things to do! I like writing but I can't do it all day. I like reading but after about little a book my eyes get sore and tired. I need my glasses. I left them in the ... T.V.! I had a brand new pair. They were real cool also. 250 dollars they cost me! Well some F.B.I guy has them now. Oh well.

I think next time she comes around I'm going to get a bag of coffee ...really don't drink it too often but I need a jolt every once in a while ...haven't had caffeine in 2 months so I guess I could do with some. ...It just cost so much. 3 bucks! for some generic brand. Not even the real stuff. Maybe I'll go without. Yeah, I really don't need it. Besides I can't have hot water anyways. Yum cold coffee! Bleh

Have you gotten used to my ramblings yet?

I hate this bullcrap! Sometimes I think okay, you can do this other times its like let me out! I can't explain it but its like this nagging sensation that eats a little at me every day. I want to stay strong ...t I feel so weak! AHHHHHHH!!!

Where's the Damn mail? Where the hell did the guard go?

I'm starting to get that mind numbness. I've got to let you go for awhile. Sorry! ...

Well, its got to be about 12:30 am - 1:00 am I'm assuming. No mail. so its probably officially March 30, 2001 No guard has come by to check on me since 4:30 p.m. Dinner time. Thats very peculiar. Is there anybody out there? I'm beginning to think some plague has hit the jail and everybodies dead but me. You know like in The Stand. Only problem is unless I break the glass I'm trapped in here. I could probably do that then I'd be stuck in a hallway. And these are solid steel doors no getting out. Like to know ya bye, bye. That would really suck if something like that happened. I only think that peanut butter will last so long, and theres no rats up here so, I couldnt feast on them. No cockroaches nothing. Just me. Scary!

I'm trying to come up with another I was [illegible] story. I've had that writers block. I can't write diddly. Its even hard to think of something to say to you. So I keep jabbering on about non-sense. I really am sorry to put you through all this. And you're probably getting tired of the words "Anyways", "Well", and "So". Cause I've noticed. I sure do use them alot. Bad habbit.

You want to know what I crave... Television just to watch a couple shows. I've already missed Survivor II I was looking forward to that show. And I really like Drew Carey, [crossed out] Two guys and a girl. also Just shoot me, Dharma & Greg and 3rd Rock from the Sun. Not to mention S.N.L. and mad T.V. I like all the comedies and X-Files. I'd be happy just to glance at one of them. That and News. I hate not knowing whats going on. This Limbo crap sucks!!! So what do I do?

Do you know how to play solitary or any other card games that can be played by yourself? If so please tell me how. I'm considering getting a deck of cards but I don't know any single person games. I think that might help me out a bit you know, keep me occupied. please, please help me. If you can't know how, ask around, get someone to write the rules on a piece of paper.

I guess I'm going to sleep a bit. I'll resume this ~~[crossed out]~~ nonsensical letter tomorrow or today. I mean. I will have a letter from you. I know it! Sweet dreams! Good night don't let the bed bugs bite — in prison otherwise known as Crabs — bleh ☹ itch, itch, itch! much love!

I can't freaking sleep! I'm not the only one who can't sleep until sits turns out. They just came and shook my cell down and I can hear some dumbass yelling through the vents something about "white ho's" at 3:00 in the Bing morning! They just finally turned the lights out. They always do that shit. The lights stay off two hours out of a whole day. They'll turn them back on at 5:00 am when they bring that cockroach meal they pass off as breakfast. Good Grief! I'm going to make another attempt to "sleep" so hopefully I'll get a letter from you this afternoon. Until then Here's a Hug - HUG Sorry its not like my regular hugs I'm sleepy! Much, much, much love though!

LATER This afternoon...

I fell asleep right before they brought breakfast. Ate and drifted back off. Woke up and the lights were off. I couldn't believe it they've never turned the lights off after breakfast. So I took advantage crashed out till lunch. Woke up still groggy so I went back to sleep. I got up finally about 2:00 pm. I did an extreme workout to make up for yesterdays laziness. Took a nice long shower and now I'm waiting once again for mail. I really, really hope a letter from you is there. 2 days without mail is long enough and they don't bring mail on the weekends so I'd have to go 4 days without hearing from you! That's just not acceptable! I know how you were feeling now waiting on my letters to finally start arriving to you...

A guard just came by to tell me to get ready for a legal visit. I'm pretty much good to go so I'll sit here and write you till they come and get me. They've got to go get the chains. I wonder what my lawyer has to say? Who knows maybe it'll be some good news. Okay, here they come. gotta go!

I'm back. That was about a pointless visit. It was one of those "I've got to come and visit you to say I'm doing my job visits." I'm considering getting in touch with Amnesty International to see what they have to offer. My lawyer mentioned that those organizations had contacted him but he didn't go into detail. He seemed upset about it. Like they questioned his integrity or something. He'll get over it. He keeps mentioning strategies he has planned but won't go into detail. I told him I don't feel comfortable with him talking about life in prison. He says He's speaking worst case scenario. That he's going to get me the best deal he can. Hope for the best expect the worst type crap. I also asked about Discovery. He says he won't have anything significant until after the first couple of trials. As of now he just has evidence that will be brought against me.

which is not much. They have my statement with me admitting I was there. And they have pictures of my feet but that's it. Rivas is confessing to most everything so that makes things harder for the D.A. Also Rumor has it that several of the other guys are going to come clean. They just want to get it over with. So my lawyer figures I'll be either last or second to last on the docket by then they will have spent so much money on trials and witness and expert testimonies that they'll just want to get it over with and come to me with a deal. Remember also that George Rivas said that if he had to he'd testify for me to say I had no part. So that's a plus. I can't go into greater detail than that because of "Big Brother". Sorry Babe!

You want to know something I really like about you? Well a couple of things actually a lot! One is you don't have that typical prison mentality which I'm very glad you don't. When in T.D.C. I had a couple pen pals off and on who were also in T.D.C. But they were so ignorant and institutionalized! After a while it was like writing a Refrigerator. But you. You're great! You're smart, funny, cute! I love having your letters. I love hearing from you and it means so damn much to me that you take the time to write someone as screwed up as me. I love the fact that you're always interested in building your mind to educate yourself, instead of rotting away in this GodForsaken place. You've got hope and you give me hope. So all is not lost! Especially if you stay in my life! You've got great handwriting, you're gorgeous. You're just great. That's what I like about you. I've said this before and I'm going to say it again. I can't have much to offer but myself. I want you to tell me your problems. I want you to be comfortable with me. You have my heart, soul, and mind if you want it but most of all you have my friendship and it'll always be here. I promise.

The officer said he's passed mail out already. No letter from you!
It's going to be a long weekend. I hope you write soon. I miss you!

W.B.A.S.A.P!

LOVE ALWAYS.

[signature]

"MINTCAR" The cure

The sun is up, I'm so happy I could scream!
Cause there's no place else in the world I'd rather be,
Than here with you it's perfect, it's all I ever wanted
It feel so good it almost hurts (so pinch me quick!)
I really don't think it gets any better than this!
Vanilla smiles and a gorgeous strawberry kiss.
Birds sing, we swing, clouds drift by and everything is like a dream
It's everything I wished!
Never guessed it got this good
Wondered if it ever would
Really didn't think it could
Do it some more, well I know we should!
The sun is up I'm so fizzy I could burst!
Yeah, you ran through me head first
Ture this is perfect
It's all I ever wanted
Well, it feels so big it almost hurts
Never guessed it got this good
Wondered if it ever would
Really didn't think it could
Do it some more, well I know we should
Say it will always be like this
The two of us together
It will always be like this
Forever and ever and ever!
Never guessed it got this good
Wondered if it ever would
Really didn't think it could
Do it all the time, I know that we should!

Something to make you smile!

[signature]

4564

..c Commerce St.
Dallas, Tx 75202.

JENNIFER ROE
309 WESTWOOD SQ
DUNCANVILLE, TX
75116

4565

Dear Angel!,

oops June 1st 20

Hey! Thanks for seeing me today. Its always good to see you! Sorry if I looked depressed. Ive just been doing alot of thinking. Oh boy, this is going to be a long letter! So many things to talk about.

First I'll explain the Jesus thing. I just didn't feel like spending twenty minutes talking about that. Not that its bad Its just so hard to explain... but I'll try.........

As I told you, I actually have tried to believe in Jesus, but I just found I couldn't believe in it. The day I "confessed" I was caught up in the emotion of the service I had alot of things going on in my life and I guess I needed something and I thought maybe Christianity was it. So I went up to Mr. Spencer, crying, and said I think I need Jesus. We prayed and I accepted Jesus. But that emptyness was never filled. In fact my problems increased. Theresa had turned to wicca (witchcraft) and I never believed in that crap. My father wasn't too happy about the Jesus thing either. I remained confused until I "rediscovered" my true faith. This was in prison when I decided it was time to get my crap straight.

I found alot of things in the Bible that discredit Jesus' words. The thing that stuck out the most was in the Ten Commandments. The number one law GOD gave to the Jews and to us the greatest sin if broken. "I am the Lord your GOD who brought you out of Egypt to be your GOD I am your GOD. Thou shall not put any false GOD or Idol before Me."

In Christianity Jesus says "The only way to get to my father is through me" also later he claims that he is GOD. But GOD says dont put anyone before me. Jesus is putting himself before GOD.

Also, the sacrifice thing I touched up on... GOD will always forgive us if we ask, there are times in the Old Testament where a sacrifice wasn't used. But until the Temple is built the sacrifices can't be performed. Once the new temple is built

be at peace. Because it says in Isaiah "The lion shall lie down with the lamb" when Jesus came the world wasn't at peace. also [illegible] the third temple is built and the sacrifices resume the messiah will come bringing this peace.

The sacrifices will continue. There's just alot of things. And I don't follow Judaism to a T, but I am jewish and I have a relationship with God and I know he forgives me. I do my best. I'm not perfect none of us are, but I know God blesses me and forgives me. Because I am truly sincere in asking to be forgiven of what I once was. I've tried so hard to change and despite this Texas 7 ordeal I know I am a better person than I was a few years ago. If you have any questions I'll try to answer them.

Yeah, Larry and I would talk about this alot. Pretty good discussions. Do I believe he's in heaven? Yeah I do. See Jews also believe that we aren't the only to go to heaven. Any person with a good heart and good soul has that opportunity, but as Jews, we had an obligation to God to teach the world by our actions. Goodness love etc. Though, its not done like it should be one thing about my religion that upsets me. You have alot of Jewish people who are stuck up because of the title "Gods Chosen people" But God tells us in the old testament "Just because I chose you doesn't make you any better than anyone else."

But anyways! I'm not a preacher!

4567

The other issue (you know the one that almost had you crying!) I'm sorry to have brought that up, but its just been on my mind. I'll explain it like this. It's not that I want to die, especially if I'm innocent, but the more I think about it the more inviting it becomes. You're going to laugh, but while in Teller County (colorado) A very heart warming old man who was a witness for me testifying about my fingerprints offered to give me some books, well donate them to the jail only if I got to read them first, I know, how sweet. They were Harry Potter books. At first I thought "Geez that's sweet nice of you but I really don't want to read childrens books" but I couldn't say that so I accepted the books gladly, I wrote him a letter of thanks before I left for Texas. Anyways, the books weren't at all childish they were surprisingly good, There's a part in one

... the ... called "Treasure ... It's ... from here ... I ... to ... then ... and cry" on the Wild Mood Swings album. Go to one of these Warehouse music places and listen to it!

Of them that says "Death is the last great adventure" and it struck me hard. I didn't much give it thought other than it was a very bold statement. Then I start thinking last weekend, "maybe Death isn't something to be feared maybe it really is 'The last great adventure'." And as the days go by the more at peace I became. Don't get me wrong I don't want to die, but I don't care either if its GOD's will so be it. It's far better than rotting away the rest of my life in prison. (Stop crying!) It's just something that I've come to terms with and I accept. You don't know how long I cried last Friday night after that letter and article by Mike Spencer. I couldn't barely sleep. Then I started thinking about all the people I hurt. You see, I was this guy who for some reason everybody liked. Therese made a comment one time about me. She said "Randy you have a way of affecting everyones life you're in whether its good or bad. You always leave a mark." And I think of all those people I affected and still am. It's not an ego thing. I could careless about feeding my ego. It just happens and I don't know why. So maybe it is "justice" to take my life. I don't know, I will fight in my trial but if I lose, well I lose. I won't appeal, I won't put myself through years and years of torture. Infact, if I do lose my trial I will ask for the death penalty. Its fucked up I know but its how I feel. I've got nothing to continue on for. Yeah I've got friends, my brother etc. And I thank the lord for all these things, but life in prison isn't much to look forward to. Am I making sense? I just put it all in Gods hands. I haven't given up, don't think that, and don't give up on me, I'm just being realistic and accepting the possibilities. I used to run from the truth now I embrace it. Believe me when I say I haven't given up.

Enough of the sad stuff.

I know I've said this a billion times, but I thank you

for being a friend. You haven't the slightest how good it makes me feel. And I don't want you to think I just write you cause I'm bored. Yeah, the first letter I get from you was a surprise. I hadn't been getting any mail other than press requests, hate mail and a few from Colorado. So I thought "Hey this could be fun I've got nothing else to do" so I wrote and you turned out to be a funny, caring person. The looks were a plus! But I couldn't care about that, though I do have to tell you every once in awhile that you are indeed gorgeous! Okay enough of the flattery! But I don't "write cause I'm bored" I write cause I consider you a friend. And you should know that. And just as you are here for me, I'll try to be the same for you. I can't do much, but I'm a good listner and I give good advice (I think I do atleast) You touched my heart (aw, so sweet!) So thank you!

As for as the other mail I'm starting to get now, well its nice but I don't need any confusion and well I trust you not to put our business out on the street, you know talk to the media/press and all that. The others who knows what we might do, like I said I don't need any confusion and also I'm not going to spend the money you gave me writing all these girls to feed my ego. Yeah its nice to be called cute, fine, sexy, Dishy, but I don't need it. Thats why on that letter to the volum deal I put "To all those people who have offered support Thank you" And I do thank them, but I don't need to write them. I hope you believe me in that. I have a good time writing you and seeing you! I just don't want to be The infamous Randy of the Texas Seven and don't need people writing me that way or seeing me like that. My fifteen minutes is over and I'd like it to stay that way, Until at least I write the book. Hopefully A deal will come through. And I swear to you I'm going to break you off something. And you have to promise to take half and spoil your son to death!

Im talking books, clothes, toys all that good children stuff and buy a computer and a phone line! It probably wont be that much. Im thinking a publisher might offer 50-100,000 and then I have to donate some to the officers son. After that well I plan on helping my brother get on his feet and one other person and you of course then whatevers left Ill keep. I dont need alot what can I do with it? Ill keep enough to buy what I need back in prison - but thats it. The rest is my friends. Im really praying the deal will come through. I thought maybe if a book deal doesnt come through Ill give an exclusive to National Enquirer. They pay big bucks for big stories. Ill spill it all to them. But this isnt for my Glory its for my Friends, the people who dont give up on or turn their backs on me. I owe you - and my brother and my friend in Colorado this much. Im completely serious.

I know, Im Rambling. I havent gotten your letter yet, but I just wanted to drop a hello and explain some of the things in our conversation at visitation. Hey, did you know when I go back to T.D.C. we can have 2 hour visits! That would be so cool!

Also, If you ever cant come sometimes to see me I understand. You dont have to explain. Im lucky to get the ones I do get. And Im really greatful. Youre an Angel! So until next time!

Love Always,
Your Friend,

[signature]

P.S. I get this stuff of commissary called "Magic Shave" its like NAIR but for men. This stuff is amazing I tested it on my leg and sure enough it removed a patch of hair! without a razor! JUST AMAZING! (I sound like one of those infomercials)

I dont know what I was trying to draw!

Some hair huh?

Ill write more when I get your letter!

Sorry This ones Depressing!

4570

3 M SC dJ
100 COMMERCE ST.
DALLAS, TX 75202

4571

DEBBIE TONER
P.O. BOX 381635
DUNCANVILLE, TX
75138

June 2, 2001

Dear Debbie,

Hey! How are things going? I hope well. I'm just sitting here reading a book about Cloning called "the experiment" Its pretty good actually.

I recieved your letter late last night. I'm glad to here that your daughter has calmed down! Oh, thanks for that picture! Your daughter is too cute! She's got a great adorable child smile. I'm surprised you could get her to stay still in the pictures. My brothers were hell whenever we'd go get family pictures.

You know, I really love any type of mint chocolate chip, but I have to agree with you the green is the best! When I was young I used to call it birdshit. Well see, in Arlington at the parks mall (have you been there?) in the food court there's this Ice cream place or was. My friend Chad and I would get those big waffle cones and I'd get a double scoop of mint chocolate chip well we'd be walking around and Ice cream would start leaking out the bottom of the cone onto the ground. In the malls ceilings they have these fake birds - doves or something and I'd purposely let the ice cream drip right under the birds. I was like 11 or 12 and Chad and I would get the biggest kick out of it. Strange how the stupidest things are funny as kids huh?

Hey, you ever been to the marble slab? They've got em all over DFW. I swear thats the best place. I'd get a double scoop of mint chocolate chip with reeces pieces mixed in it - thats really good. Try it. My second favorite Ice cream treat is a butterfinger blizzard from Dairy Queen.

As far as Cheese Cake, its all right. I don't really have a favorite Cake. Pie is pecan hands down. Cake, maybe Lemon marange (sp?) or Better than sex (ever heard of that its too good!) I love banana nut bread also!

I dig sappy love stories also, but I havent seen a really good one in awhile My favorite is City of angels I was crying my ass off at the end. I also really

like Phenomenon. My mother really like pretty woman. I'm probably the only guy in the world who doesn't like Julia Roberts. I really dislike her. I don't think she can act for crap. The only movie I liked with her in it was Sleeping with the enemy.

As for why your daughter is being mean to her father I think it could be several reasons. He couldve ignored her long enough or showed a lack of affection that she associated that with him so that when he does show any she turns cold as if to say "this is how it feels when (I'm) ignored". OR, he could have emotionally or physically abused her in some sort of way. I hate to use that or accuse and you shouldn't unless you're absolutely sure, but children do get that way sometimes if something has happened to them and they want that person to stay away from them so they cry, throw a fit, maybe hit back at the person. Its hard to say,

I don't know if you ever have a chance to go on the internet, but an old teacher of mine wrote an article about me. Its called "Randy as we all knew him" The article's on the website - Michael [illegible] @ inkermonk.com Someone sent me the article. I got a bunch of mixed feelings from it. First, he wasn't honest about me completely, He talked about how I acted in school - he said I was well behaved etc but then he said I wasn't active. I was like what? I was in piano, I was a Hall monitor/Room monitor. I recieved awards for most outstanding pianist Most outstanding worker - Hall monitor. Highest GPA in Biology I threw shotput on the track and field team. I participated in soccer practice and camp, I couldn't play on the team because I had other things I was involved in that took my time. I had a band. I was on honor roll. I did so many things. And he makes it look like I just didn't care! That wasn't til my 12th grade year!

Any ways he goes on to say "I'm convinced Randy is innocent and didn't pull the trigger...(BUT) he's just as guilty as those who did and should be executed if found guilty." I was like "what the hell?

Its a wild article check it out if you can.

Anyways, I've been thinking alot these past couple of weeks. And I've come to a conclusion. I will fight my case I'll go to trial and try to win. But if I lose I am not going to spend the rest of my life in prison. So I'm going to ask the jury to sentence me to death. At first I was horrified by the thought of Dying. Now its so inviting. I can't explain it, but I look at it like this, Life in prison will be torture I can't and won't do it. If the jury does sentence me to death I won't appeal. That's another form of torture spending years and years fighting something you'll eventually lose. All an appeal is good for is a Delay. And Honestly I'm ready to go. I've come to terms with it and if its God's will so be it. Theres a quote that goes "Death is the last great Adventure" I'm ready to experience it. who knows maybe I'll get a chance to do it right next time.

I know you're thinking "My God he's lost his mind" well, this is the best way for me. Who knows, maybe I'll be found innocent, though in Texas its not likely. The D.A. will pick a Jury so biased and slanted towards me I won't stand a chance. oh well, my blood will be on their hands. What can I do about it? But until that moment comes I will fight.

Yeah its a depressing topic.

I suppose I'll wrap this up for now. I'm going to enclose to poems I wrote. Enjoy. Until next time!

Your friend,

[signature]

500 COMMERCE ST.
DALLAS, TX 75202

SELMA-CHRISTINE HOLZER
130 ADAMS AVE., #19-M
COSTA MESA, CA 92626

4575

Dear Selma, June 2, 2001

Hello! I just recieved a letter from you late last night. You sounded really perturbed by all those articles about me. You know, at first, I was just as irked, but I've come to accept them.

It seems every one who knew me has to jump in on the Fifteen minute ride. I didn't realize I left such an impression on people. Believe me I've heard many slanderous, contradictory things said about me. In one breath people say what a charming wonderful young man I was, then in the same thrust a knife of hurtful words in to my back.

Some people bring up my own private affairs which should never even be brought into the public. There was a chief neighbourn, of Dilworthingkin Gardens, where my parents lived. He was real close with my father. He goes on to say what a "manipulater" I was etc. Then he says "He's a very intelligent, bright charming young man". Huh? Then he brings up problems I had as a child such as, being fascinated with UFO's, Aliens etc. He also made a statement that was taken totally out of context. He said I wanted to be like Bonnie & Clyde. One, I never said that to him. It was to my father. Two, it was a joke that me and my ex-girlfriend shared. It happened one night in louisville, ky I got caught in her house with her. She said later "They might as well call us Bonnie + Clyde" I told my father the "joke" and he laughs and says "Just don't get Bonnie pregnant!" Now, its being taken as some psychic premonition of what has happened?

Anyways, I have read that "article" by Mike Spencer "Randy as we all know him" There were alot of innacuracies about me in that. Yes, I thought it was very contradictory. He calls for a new form of Rehabilitation instead of locking people up all the time yet, he promotes execution. And even says I am innocent, but should die?

You're going to get a kick out of this, but Michael Spencer is the school's campus minister. He also runs FCA (Fellow Christian Athletes) at our school and he has an Advanced Bible Class that I participated in.

He says I did not take advantage of all that the school had to offer. Obviously, he didn't pay much attention to me. I was

On the soccer team. I took a life guarding course (I got kicked out before completing it) I threw shot put in middle school and my freshman year on the track/Field team. I was regularly on the schools honor roll. I participated in the Minister youth activities often. I was Given an award in my freshman year as the most Out Standing pianist. I took a piano class. I received highest G.P.A in Biology. I was given an award my Junior year for Most out standing Hallmonitor/worker. I was a hall monitor in both middle school dorms and high school dorms. I was also a Room monitor in the middle school dorms. I skipped 10th grade and was promoted to 11th because of all the credits I had worked my butt off for to make up for my failed 7th grade year. I was one of the most popular students at school in my age group. ~~[illegible]~~

My point is, is that he didn't mention any of these things and had the Gall to say I just floated by in school. When my life started having alot of problems no one seemed to care except a Mr. Helfinger. Every one else thought I was Emotionally unstable so the best way to solve that was to get rid of me, it just wasn't because of stealing a credit card.

Yes, one day I went up to Mr. Spencer crying during an ministr. and said I needed Jesus. We prayed etc. Then all kinds of crazy stuff started happening. Some people later explained it was the devil coming harder at me than ever before. I don't deny that there was an evil force working in my life, but when I tried to reach out for help no one did. I stared at an awful lot of backs including my parents so I thought "Hey if this is what Jesus is all about - forget it" I then turned my back on GOD all together it wasn't until later ~~[illegible]~~ in prison I decided it was time to return to GOD and who I was - A JEW. And now I believe in GOD whole heartedly. He's shown me things where during my "Fall" he tried to reach out to me and explained that prison was a necessary to return to him.

As far as my original charge - the injury to a child thing. You have to understand - I am not a violent person. I had alot of things going on in my life at that time and a really bad

drug problem. I was on Acid when I was baby sitting and everything just broke down I snapped and did a horrible thing. Larry explained that this could have been demonic forces taking advantage of my weak state of mind and spiritual state and could have temporarily been "possesed". I don't know. I mean its a possibility, but I do blame myself. Its something I regret to this day. I've always loved children.

Michael Spencer has not written me and if he does will I have contemplated returning a lovely letter. Another thing I don't understand that he did was, mix his religious views with conflicting political views. That stuff about George W Bush. Bush could careless about tearing down the wall. Here in Texas he helped build that wall, he cut programs (which I hear hes doing right now as I speak), he has tripeled the prison population in Texas since his terms as Governor.

Russ, brought up an interesting thing about Bush. When the political scene was really into the religion subject during the Presidency Race, spawned by Joe Lieberman (A Jew) Bush claimed he was a faithful christian etc. Then here in Texas a great controversy errupted. A young lady on death row Karla Faye Tucker, who killed her husband when she was a young young women, had been a devout and faithful Christian for many years on Death row. The Guards spoke highly of her, the chaplain pushed to have her life saved. It came down to the wire and it was left up to Bush to save this womans life. He said "Anybody can claim to be a christian the fact is she is murderor. I will not stop the execution." He said this to her face! So I wonder how can Mr. Spencer back this man? How can you mix politics such as this with religion?

Needless to say I'm a very confused person!

I have come to a conclusion and a state of peace though. I will leave my situation in Gods hands. If its his will that I shall join him, I accept that unconditionally. I'm not going to spend my life in prison. There are only two possibilities with me. I will either be found guilty in which that case I will ask the jury to put me to death. OR I'll be found innocent beyond a reasonable doubt. Thats the only way I see it and its quite settling with me.

I thank you for your support Selma and I'm glad that you believe I'm innocent. I had problems in my youth yes but I am a completely new person now. Yes I still have faults and weaknesses, but that comes with being a human. But it means alot to have someone who believes in me and will follow me through till the end.

Now, I have a few favors to ask of you. You said you recieved some articles about me? Could you possibly xerox or copy them and send them to me. I'm very much interested in reading them. Also, you said you have a picture of me? I hope its not my prison photo you know the buzzed hair cut? Yuk! If you could can you also make a few copies of it and send it to me. I'll autograph one for you if you want! HA! I'll put "To Selma, blah blah blah..." HA! HA! :)

I dont have a problem with you sharing what I say about the others. Thats fine with me so dont sweat it!

As far as pen-pals I'm real picky who I write. You see I have this worry that some might try to go to National Enquirer or something. Also, I try to avoid all the ones that are a little out there you know they think I'm a hero in the Texas Seven thing or stuff like that so my list is short. By the way, I never heard from your friend "Lady J." You said I should be expecting a letter so I thought I'd tell you.

Well, you should already have recieved a letter from me answering your last. Take care and thanks for your prayers and caring! Write soon!

Your Friend,

[signature]

RANDY E. HALPRIN #01016535
3M SC 25
800 COMMERCE ST.
DALLAS, TX 75202

DEBBIE TONER
P.O. BOX 381635
DUNCANVILLE, TX
75138-1635

ב"ה

May 6, 2001

Dear Debbie,

Hello! As always, happy to hear from you. I hope this letter finds you well. So, how's the weather out there? Is it getting hot yet? I have no way of telling, being that they never let me out of this blasted cell and its air conditioned. UGH!

Your daughter sounds very intelligent. There's nothing wrong with being biased about that. She's your daughter and you have every right to be. I have to be honest. I didn't learn my ABC's til I was almost five. But that had more to do with the fact that up until I adopted I was neglected in every way.

My little brothers Jimmy and Kevin are extremely smart. Jimmy is excellent in math. He started off slow in the language arts so my parents held him back in kindergarten. He should be in the 7th grade right now or going into it. Kevin is a little genius. That kid was reading at three and he's got a photographic memory. I remember when I'd come home on breaks from school and Kevin was really into Dinosaurs. He was spitting out all these latin and scientific names that even I couldn't pronounce. He's a rascal though, loves creating all kinds of mischief.

That was horrible what happened to that baby getting hit by that car. I'm glad you got a baby sitter and your parents are helping out. All it takes is one second of turning your attention off a child and an accident could happen. I'm sorry the father couldn't be more responsible. I suppose it's sad when your child's own father can't do his job. Maybe he'll come around one day.

You asked about my engagement etc. It's a long and painful story but I'll share it with you. Though its been over five years since our separation. Theresa and I were together almost ~~[illegible]~~ a year and a half. It started out not being a serious deal with me. I sort of took advantage of the opportunity and went for it. I was on the rebound. I was with this girl whom I cared a great deal about but I was more sexually interested in her than anything. She was really pretty and I sort of had that "She's my trophy" attitude. Well she claimed

4582

She loved me blah, blah, blah. I started noticing her spending time with this other guy. They had always been friends so at first I didn't think much of it. Well, now, they were spending too much time together so I asked her about it and she said she was confused, needed time to find out etc. We didn't ever break up officially and she still spent time with me. After about two weeks of letting her "sort out" her feelings I got fed up. I confronted her and told her to make a decision. She chose to end it. Fine, I was upset I'll get over it. I go back to my dorm and this guy comes and tells me he saw them making out a couple days before. I get pissed. I confront the guy etc. So now I'm thinking revenge. How do I get back at her. What better way than to turn her best friend against her. I knew Theresa always had a crush on me. We used to joke about but I was hooked on her friend. So I start spending time with Theresa. Finally I ask her out (while Amy was home for a week). The relationship between her and the other guy flopped quickly and she wanted me back. I was like hell no (pay backs are a pain) well Amy gets back and finds out. They were roommates and they got into an argument about me and Amy felt like Theresa stabbed her in her back. Theresa tells her that she's the one who screwed up tough luck get over it. Amy says I'm using her to get back at her.

I had planned on ending the relationship shortly but there was something about her. And I ended up really falling for her. Then next thing you know I was in love. Something I wasn't with Amy. My problem was that I kept lying to Theresa. We both did also but I got carried away. She kept giving me chance after chance and I know she loved me cause she kept putting up with my crap. She knew I used her at the beginning of the relationship. She forgave me. She caught me in countless lies. She forgave me. I suppose I took advantage of her heart at times but I really did love her. The last time was when I stole from one of her friends. It crushed her and enough was enough. She ended our relationship. Called off the engagement and I was really devastated by it, but it was my fault so I just pulled the pain by.

Even more drugs. One of the emotional factors that led to my downfall. Her family, friends. But it was all my fault. I still think about her often. I believe I still love her in a way. And I pray for her. But most of all I want her to see that I've changed. I wrote a letter in '98 to her. I never got a response. The last conversation we had wasn't a pleasant one. It was right before I came back to Texas. I told her I was leaving Kentucky and I'd miss her. She said "Good, farewell, hope to never see you again. If I do I'll spit in your face." So I suppose there never was closure between us.

I've never smoked. A little weed, but nothing more than that. It's strange cause I was always worried about my lungs. Crazy, huh? Altering mind. Screwing my brain up with hallucinatory drugs just can't hurt my lungs. I was really messed up in the head. Who needs brain cells, right?

As far as my feet. My second and third toe are completely healed. My big toe just won't cooperate. It's permanently damaged. It won't even move. It's stiff as a board. I'm supposed to get surgery done. Though it doesn't appear to be happening any time soon. They're playing too many games. I need either a pin or reconstructive bone surgery cause half the bone in my toe is completely shattered - mush, nothing but fragments. It's really annoying cause I can't walk on it. I have to walk on the side of my foot like I have a club foot or something. I hate it. It doesn't hurt any more unless I apply pressure to it. Frustrating!

How did it happen? Well it's all fuzzy to me. I honestly can't remember the order of events that night. Everything happened so fast and I was trying to run when the cops hit the car. Then I felt my foot go numb. And I still kept running. I don't know who shot me but I'm positive it was one of the other guys. I couldn't have shot myself cause I never pulled out a gun. Not in the store, not outside the store. I didn't even want to be there but there are circumstances I can't disclose right now.

As far as the media sensationalizing everything. Believe me I know

They're Parasites, they manipulate the public and just lie, lie, lie. They love to tell only half truths etc. As long as they can get one tiny piece of information to back up their stories it's all right. They have too much power and they play to much on the freedom of the press card. So everything they said about me was to be expected. That's why I did the interviews I did. To clean up any damage that was caused. So that I could show the public who I really was. I know not everyone believes me, but I know that I have changed some peoples opinions of me overall.

Anyways, I hope that things continue to be good for you. Can't wait to hear from you again. Sorry so sloppy. Takecare.

Sincerely,

R. E. Hol[illegible]



Randy E Halprin Anorgers
3m SC 25
500 Commerce St.
Dallas, TX 75202

Jennife Roe
309 West Wood Sq
Duncanville, Texas
75116-3134

4585

Dear Jennifer,

Hey! What's going on? The same old crap here. I got your letter last night bout me visit'n. Thats okay. Whenever you can come is when you can come. I'm not going any where.

Today was an adventure. I got to go to Parkland hospital for x-rays on my foot. It was really pretty outside. The weather was perfect. I was a shackled up - that was really uncomfortable. Plus I was escorted by 5 cops! 5 of them. I guess they think I'm like some super ninja and I'll break out of the chains, handcuffs and stun belt. But it was good to get out of this blasted cell.

Now I'm all depressed cause I miss the outside. The freedom having a life. It really hurts me at times to see or realize this is what my life has become. What a waste. oh well.

Thanks for the serious incident report. That was the biggest crock of crap I've read in a long time. That report was so full of lies. Heres something to think about. If all these people got hit over the head with axe handles, how come their weren't any reports of concussions or head injuries. Hell, the press even said "only minor scrapes and bruises". Have you ever seen an axe handle? Their heavy and thick. If you get hit with it, its going to do some harm. Only one person got hit over the head by Rodriguez and we jumped on his ass for doing it. he used some sort of faucet spicket. The whole deal was planned so nobody would get hurt. As far as the tower takeover - wrong person it was not me. I believe I said that on the primetime interview. These people were foolish to lie cause I can prove it. And if they try to testify using those lies well, their going to be caught. Especially Marraquin. you brought up several good points about him. And you hit the nail on the head. He didn't see anything cause he was the first person to be tied up. plus the pillow case, plus he was in another room. Unless he has X-ray vision - which I doubt cause he's got one messed up eye

they all lied to cover their asses. To be expected, but they're going to get caught. It'll come out sooner or later. Maybe when all this is said and done I'll tell you the real story.

Your Idea about keeping a journal and writing a book were good. I do plan on eventually writing a book about my life and the whole TX7 incident. I had thought about giving certain percentages of the money to different organizations. I thought about Hawkins Son and also the child I hurt when I was on Acid. I would probably go 30 or 40% for me and split the rest up amongst the ones I mentioned. Maybe give a little to Victims Rights Advocates also. First I gotta get the book deal though. You think a publisher would sign me on? I'll have to look into that.

I appreciate your offer for the personal paper, but unfortunately you can't mail that stuff in here. It'll never get to me. Thanks though.

Oh, your offer on the clothing was really nice also. If you can do that, that'd be cool. Believe it or not I had actually been wishing I could get a hold of free world clothing cause they humanize you. Make you look like a person instead of a person in a orange Jumpsuit. That always leaves an impression on Jury. So maybe if you could get either some khaki slacks or Black dress pants and a white or whatever matches dress shirt and brown or black shoes depending on whether or not the pants are black or khaki. Maybe a nice tie that goes with it all. I'm sure you have good taste. Pick something out that would make me look nice. It's up to you. My sizes are: Shirt 2X Pants 36-38 I can fit in either. Shoes 9½-10. That's really great of you to offer Jennifer. Thanks. I'm sure you know how to put it in my property, if not call and find out. Thank you so much.

You asked about me being Jewish and going to a private Baptist boarding school. Well, heres what happened. At the time I was in Seventh grade (the first time I failed) I was a busy

Going to parties, dances, hanging out at the mall and six flags or the movies. In school all I did was play football and chase girls. So my grades were horrible. I never did my homework. So I failed. My second year of seventh was about the same. My parents had enough and said if I didn't get my grades up they were sending me to a school in Kentucky. I took it as a bluff and still goofed off. Anyways, my dad heard about this school from some lady who sent her daughter there for the same lessons. She said they didn't force religion on the students. yeah right! They made us go to chapel 4 times a day and church two times on Sunday and Sunday school.) My Dad didn't really want to send me to a baptist school but he knew I needed some serious act right in my life and if I was at that school I'd be away from parties, dances, malls, movies and the rules on having girlfriends were strict. True enough I went there and became an A student - honor roll and all, but every known drug to man was at our school. And being in the county that produces the most weed in the country didn't help. But thats why I went. It was a lot of fun though. Good times and BAD.

Oh, in a previous letter you asked if I had ever been in love and I didn't answer. Yeah, once, her name was theresa. I did her wrong in a lot of ways. I never cheated or anything I just lied and played alot of mind games and I really regret it. I loved her and she really loved me and gave me chance after chance. In the end she'd had enough. We were engaged and all. Our relationship lasted a little over a year. We were looking for apartments for when we finished highschool. then I got desperate for money (drugs) and stole a camcorder from a friend of hers. That was it. She called everything off and we never talked again.

So you only had one boyfriend? That amazes me really cause u look so good in your picture I figured guys would be falling all over you. I'm sorry to hear that your ex

turned out the way he did. I can understand how you don't want him to influence your Son. Thats Smart thinking. Maybe One day he'll realize and wake up. I'm Sure the right guy will come along one day.

You mentioned getting one of those at home Certificates. That might not be a bad Idea you know. They offer all kinds of Trades. Maybe. You said you've got College hours you know that over rides a GED. right? So Maybe you could get into the Army or something. I'm not joking. Though I wouldn't Cause we're about due for another war anytime now. It's bound to happen.

That Comment on a tornado hitting the jail was funny. That would be wild if it happened. Yeah, the folks would trip out if they lost us again. This time I'd be by myself though. Less problems.

Well Jennifer, I'll wrap this up for now. Thanks for the Repartee. Oh hold on... I wanted to Comment on that Stuff in Colorado, people making money off us. They're all full of Shit! We never ordered any pizza to our R.V. I think I ate pizza 4 times while out. 2 times at pizza hut. Once Poppa Jons. In Houston and once in colorado at a hotel in Pueblo. That pizza place is just trying to cash in on us. We never ordered pizza. How could we? We didn't have a phone. Also, that BAR TRES Hombres. Only Garcia, Harper and Rivas went to play pool. Only Garcia drank one beer and it was a Miller light (the only beer he likes) NOT SteinerBoch. We never went to any bars or drank. I had a few Zimas once in the R.V. but not to get drunk only cause I wanted to taste it for old times sakes. There was an agreement amongst us all No drugs or Alcohol. What people will do for 15 minutes of fame and Cash. Geez!

Anyways, Thanks for writing it really means alot to me. Also the report etc and offer of clothing. You're a very

You can probably pick out a nice outfit at either TJ max, wall MART, Maybe Traders village? I don't know what kind of stuff they carry. It's all fairly inexpensive. Don't spend too much.

good hearted person. I hope that you'll come visit me soon. I look forward to it. You know see a face other than a guard. It gets to you after awhile. Well until then. Take care!

Sincerely your Friend

[signature]

Oh, yeah I liked that song Don't worry be happy. There was this girl at school in my Geometry class who whenever you started humming or whistling that song her feet would start to move to the beat under her desk. It was funny 'cause she didn't even realize she'd be doing it. We'd bust out laughing and she'd say "what?" we'd tell her and she'd say "no I don't" Then a couple minutes would pass and we'd do it again. Her feet would start to move around.

later

[signature]

Here's a list of Favorite Movies Some maybe you've seen. Some if you haven't you must!

1. THE CROW
2. PULP FICTION
3. LAST OF THE MOHICANS
4. EMPIRE RECORDS
5. BRAVE HEART
6. Schindler's list
7. CITY OF ANGELS
8. THE WALL (Pink Floyd)
9. REALITY BITES
10. MALL RATS

FAVORITE ALBUMS

THE CURE: DISINTEGRATION*, kiss me, kiss me, kiss me*, WISH*, WILD MOOD SWINGS*, Blood Flowers*

U2: ACHTUNG BABY*, JOSHUA TREE*, ZOOROPA, EVERYTHING YOU CAN'T leave behind

NIN: DOWNWARD SPIRAL*

10,000 MANIACS: OUR TIME IN EDEN

Smashing Pumpkins *Melancholly and the infinite sadness, ADORE *machina the machines of God

CRANBERRIES: NO NEED TO ARGUE*

MORRISSEY: VIVA HATE*

NEW ORDER: Republic & Greatest hits*

Pink Floyd: The Wall*

A PERFECT CIRCLE: MER DE NOMS*

I Could Go ON FOREVER

The ones I starred you should really check out

RANDY E. HALPRIN #01016935
2EU 48
500 COMMERCE ST.
DALLAS TX 75202

JENNIFER ROE
309 WESTWOOD SQ
DUNCANVILLE, TX 75116

J'I

4591

Angel, June 27, 20

Hey there! Thanks for coming today! I wasn't sure if you would or not. But I was so glad. I have to admit, I was totally surprised when you said you wanted to see me twice a week. That's so nice of you!

My heart just melts every time I see your son. I swear he's so cute. And I'm amazed at how calm he is, very behaved. I'm sure in a place he's comfortable he's like a tornado though, right? I was thinking today "I'd like to just hold him and give him a great big hug" I have to admit I get a bit saddened also. I love seeing him, don't stop bringing him, but it just hurts because I realize I'll never have that chance to have a family of my own. No son to take fishing or a daughter to go shopping with. I really love children, I still try to figure out why I did what I did.

I really wish I was out. I'd take Austin out all over. I'd be "Uncle Randy" we'd go to Discovery Zone and the zoo and Six Flags and everywhere. I'm sorry I can't. It makes me sad.

On the other hand he makes me happy cause he's so freakin' cute! I'm determined to get his version of an hello on that phone! Even if it's just "cooo" I got a wave today so that's a start right?

28th Thursday

Well, for some reason last night I just went a bit crazy and couldn't think anymore. I was going to finish this letter. I've came up with an idea to get my mail out faster to you. I'm sure the reason that one letter got to you so quick is because they over looked it. See I'm not supposed to be allowed to seal my letters because they have to read them etc. So I figured they just over looked them who knows, but I've got an idea I'll experiment some time soon. I do get

to work out first.

That Kelly thing was really racking my mind. Come to think of it I remember a couple of Kellys. I went out with one Kelly Sparks (Black hair Dyed) for like a week, she was crazy and was saying "I love you" like the 3rd day, So me being a guy I took this as "Ok. I can start feeling on you" So when I tried she dumped me and said I was moving too fast. I was like "huh? you told me you loved me on the 3rd day and (I'm) moving too fast?" (oh this Kelly was one grade ahead) Then there was this Kelly who was in the same grade we only talked a couple of times. She thought she was black so not too many people messed with her. A couple of other Kellys are floating around but I can't put any faces to them, so I'm really anticipating that letter.

I'm glad that Rusty guy isn't bothering you any more. I wasn't sure if you'd be able to keep away long and when you told me you just wanted sex with him I was like: "oh oh, you're opening up the flood gates Jen." I mean, I look at your relationship with that guy and it almost mirrors my own with Theresa, tho I never cheated on her. But once we had temporarily broken up, but she said she still wanted to have sex and mess around - so to me, I thought "she can't get enough of me" I was like king shit and because she never officially ended it like she wanted to we never broke up and I screwed up again hurting her even more down the line. So I guess I'm saying at some point you have to draw the line, even if the physical part is fun, good, exciting or whatever, because in the long road it just causes more pain. Believe me I know I've done it. There's always going to be a sexual partner out there who's just as good or better. Now, I'm not saying just go out and have sex with anyone. I think, well I believe you have to be able to fill that emotional need first and then your physical need. One of the

[margin note, partly illegible: ...she... the table... on my dick... here... or that... she said... to... big loss... was nice]

great thing about love is, even if the physical need [illegible] isn't spectacular, you can learn and practice and get better at it, because the person who loves you will be willing to do that, unlike some guy you just meet and have a little fling. It's great one thing [illegible] you're still left feeling empty. Am I making any sense? I'm just saying, Jennifer, that you're a very attractive woman. You shouldn't have much problem finding a guy who will be willing to give their all to you and your son. I know that it's not as easy as picking up a book or one night stand, but eventually it'll happen. So be careful and don't feed Rusty's needs because by doing that he doesn't get the message you really want to send him. You cloud it by the other things. I'd just hate to see you get hurt.

And like I said before, it's better to get any type of custody battle done now while Austin is too young to have any psychological damage done, I mean his father hasn't been around so he has no concept of a dad yet, just a mother. Besides, I get the feeling there's really no emotional attachment between Rusty and Austin. I mean the guy, ~~[illegible]~~ oh hell! I don't know it just frustrates me that a person gets out of jail a second chance, and he pisses it away. I mean come on, he doesn't have a job yet? There's a billion summer jobs right now have you looked in the paper? Even if it's 'til a better one comes along. Man this frustrates me! He doesn't want to pay for a windsheild he broke, he doesn't want to help you with Austins needs. I swear... UGH!

Enough of that!

Anyways Jennifer, this is just a little note to say I was thinking of you and all that. Hopefully I'll get a letter from you ~~[illegible]~~ Friday, they just passed mail out - nothing - so tomorrow... I'll write you over the weekend regardless! I hope you don't mind me writing so much! It just

Excerpt of a letter

helps keep my sanity and plus I can tell you anything and not worry about it coming on the news, or reading it in the paper! You're an Angel!

I'm going to take [illegible] off my card this weekend so you can see me five times!

Oh here's Wesley's [illegible] info; I'm sorry you didn't get that piece of paper. I'll try to get the number again.

Wesley DORAN HALPRIN 11/17/80 = 20 yrs old Given probation in McKinney TX or A.K.A. Collin County. He was incarcerated at the Collin County DETENTION FACILITY. He's in S.A.F.P. a Division of T.D.C.J. It's a drug program. If those people don't give you his info try calling Huntsville TX T.D.C.J. Tell them you're a family friend and have important info on his brother and need his address. That should work.

Well Jennifer, I'll talk to you later. Take care girl! Tell Astin hello! Later!

Love your Friend,

[signature] Hal

P.S. That TX? Book sucked huh? Don't look at that picture of me it sux!

P.P.SS Hey, all these people I don't know have been sending me stuff in the mail - paper stamps etc I can't use it and it just sits in my property. When I leave I'll just have to throw away anyways, do you want it? If so tell me and I'll release it all to you. And when you come to visit me you can pick it up! O.K.

Much Love!

Also enclosed is the Bell Taco Girl letter!

July 1 200[illegible]

Dear Jennifer,

Hey there! What's going on? It's Sunday and I'm Bored to death! I got your coupons today. There wasn't much I'm sending the whole pack. It's got some Pringles and Starburst and some TCBY yogurt coupons. Maybe you can use them. They also had an AD on that Home Schooling thing I underlined a couple that would be good careers. You know I read an article today about the Demand of nurses. It seems that people just aren't picking that career. Hospitals and Dr's are short handed big time. The pay is supposed to be Damn good 40-60 thousand plus, all benefits. I think if I was free I'd go for it.

Yesterday, there was another article on Rivas. The Defense lawyers are trying to get his statement thrown out because it was obtained illegally. Also, mine, Garcia's and Rodriguez's. The problem is that Rivas and I talked to the press so it damages credibility. But he confessed, I didn't. So I could care less if they tried to use my statement because I had no part in it. Also, the report said that Rivas aided in my capture and Murphy & Newbury's. He gave inside information up - code words, names, Two way Radio key codes. Also, he drew diagrams of the oshmans store where everyone was, who shot who didn't. I was surprised that Rivas gave everything up. You see, I'm upset because I heard through the grapevine that everyone believed I snitched because of what I said about Rodriguez, that was a slip, because the reporter told me he confessed otherwise, I wouldn't have said anything, but it comes out it was Rivas all along. I don't know what to think.

Oh, I changed the visiting list so you should be good to go. It's going to be cool seeing you twice a week.

Last night was chaotic! I mean it got so loud. I was sleeping real good, then about 2:00 am every one just got loud. Banging and singing and screaming. This guy next door was yelling to the black guys pissing them off and they were yelling back, then the fapping mexican kept beating and I woke up. Then this guard tried to hook me up with this female (Ironically, I was told she was my #1 fan by someone over the intercom) Somebody put my name out and gave me her I.D # and said she wanted to write me. The guard told me she has a big case she was part of some cheerleader robber gang or something she's been in magazines and on 20/20 or 60 minutes and she thinks I'm like the cutest guy she's ever seen. (Remember I'm half asleep and he's telling me this.) I even saw a picture of her and she is pretty.

Anyways, I swore I was dreaming. I want to do a back ground check on her before I write to make sure it's all legitimate. I don't need to be writing some chick who can try to testify against me to help her sentence out. Anyways, I'd try looking on the net in the Houston CHRONICLE or DALLAS MORNING NEWS. Her name is KRYSTAL MADDOX She was supposed to be some rich, spoiled cheer leader who when she got with her friends they went out robbing, I don't know.

It was just a crazy night.

I can't remember if I told you not to worry about buying clothes for me, for my trial. My lawyer will be doing that. I guess the only thing I could see is maybe a couple of different ties and shirts. But that's it. So don't worry about it. Hold off for now and if they don't have several shirts then we'll see.

Also, hold off on the magazines if you haven't ordered them yet. I'm getting a discount catalog (I hope) soon theres this place in New York that sells magazines

half price. They buy everything in bulk and get discounts from the publishers then they sell them to the public at a cheaper price. I wrote them and asked for a catalog. I should be getting it soon.

I've got $11.00 left on my books and I'm going to stretch it out as long as I can. Some how I've managed to make it last almost 2 months. I'm usually pretty careless in spending, but I guess you learn to be wise when you don't know if money will ever come your way.

Speaking of, I haven't heard from any Book companies I wrote most of them a month and a half ago. I hope it goes through. I'll be upset if not. I know Rodriguez had a $1,000 dollar deal with some magazine, but dropped it when he got his new lawyers. and that was just for a couple page article! I swear if I can't get anything else, when it's all over I'll go to National ENQUIRER. Yeah it's crazy, but it's money to survive off of. Besides, by then it'll be pretty much said and done without any damage. NATIONAL ENQUIRER PAYS Big Bucks for a good story. Well have to see. I'm still serious about helping you out if I can. I hate to see you not get any help from that Rusty guy. It's good that your parents didn't push you away when you had Austin. I'm sure that means alot to you.

I hope I get that letter from you tomorrow I'm anxious to see who this person is. Did you say Kelly Martin? I remember a Kelly Martin also. It came to mind, but like I said I can't put a face to the names. it's driving me nuts! I wonder if you've been able to contact any other old friends. That'd be cool.

Well Angel, I guess I'm Rambling too much I'm going to close for now. You're in my prayers and so is Austin. I look forward to seeing you! Remember, my card is changed now so you can come twice! I can't wait.

Have a happy 4th of july! And I miss ya! EAT Some [illegible] for me ok? Hello Austin, you have a good 4th of july too! Be careful out there okay? I look forward to seeing you! write soon!

LOTS OF LOVE,

[signature]



RANDY E. HAL[illegible] #01016735
2E048 N. TOWER
500 COMMERCE ST.
DALLAS, TX 75202

CRYSTAL CLARK
10528 LIPPITT AVE.
DALLAS, TX 75218

4600

July 9, 2001

Dear Crystal,

Hey, how are you doing? I'm surviving as best as I can. Thanks for writing back.

So you saw a guy who looked like me huh? It seems that happened alot while we were "out" and in Colorado. I remember watching the world news and they'd get to the "Texas 7" update and these people would be like "yeah they were outside a bank" or "yeah I saw them there" We would laugh about it. I remember A.M.W saying we were at a bowling alley and I was a cocaine freak? I've never done cocaine in my life! UGH.

Anyways, I've heard of that Jackie or Lady J. my friend sent me something off the "OFFICIAL TX7 WEBSITE" what crap! yeah I heard through the grapevine that she used to dog me pretty bad, but then all of a sudden she changed her view on me. I don't care that she helps PAT + Donald everyone needs somebody, but to say that (I) lie and turned them in is ridiculous. Especially, when I tried so hard to say that Pat is innocent also! I don't know if you read June 30th paper, but the "truth" finally came out about who gave who up. And obviously it wasn't me. I've tried not to be bitter about any of this, but the more crap I take for being the youngest (it seems I'm the scape goat) the more upset I've become. I mean if I wanted to when I was talking to the press I could have painted a very "Evil" picture of newbury and until his trial is over I won't share things that he had planned and talked about doing. That's not me, I've been nothing but honest about everything that's gone on and I've even protected the others. The only thing I've said was that "Patrick murphy and I weren't involved" That's it.

I'm honored that you would defend me Crystal, That's means alot, but in all honesty despite the nuts who've written and claimed they are in love with me etc.. The outpour of love and encouragement has been ~~[illegible]~~ astounding. I really don't write people, because of

fear that stuff will pop up on the net or in the papers etc. I guess I'm just paranoid, but you mentioned your love for music and, well, I had to write you back!

But back on track... That lady Jackie or whatever, she's just trying to jump on the 15 minutes of fame band wagon. If she wants to use the "Texas 8" more power to her, because I've denounced that name and what it stands for. She wants to be an "outlaw" well, that's her. As for my past if people only knew what I've gone through. I can't say all my life has been terrible, it wasn't I had wonderful adoptive parents who just couldn't put up with what I'd become because of drugs etc. The night I did what I did should've never happened, but it did, but it wasn't because I'm a cruel heartless person. I was on ACID and I broke down it happens more than not. Besides, I could've run I had the chance, but instead I turned myself in.

That chick may send P + D money and I'm sure she's the one who offered to sell his letters to her (he's got a sense of humour like that) But she lies about everything else. If she hated me so bad, why have pictures of me? And to claim she took them - whats she smokin'? Anyways, if a few of the other guys want to live in this fantasy world of infamousy and lies more power to them. I can't judge them, I may get upset, but hey as CREED SAYS IN "ONE": "WE MAY RISE AND FALL BUT IN THE END WELL MEET OUR FATE TOGETHER" ultimately, its all up to GOD in the end.

Oh, about my brother. No he's not in prison. He's in a drug Rehab Program. I was so upset when the press was pulling him into things. That's my bro I love him to death. He's 20 yrs old right now. I feel so awful for letting him down the way I have, because he used to look up to me. He's a real good looking kid too. I remember him as this 15 yr old dork. I think he gets out in November or December somewhere around there. He lives in McKinney.

Yeah I turn 24 on Sept 13. You got it right. Good memory!

I don't quite under stand alot of the things the jail subjects me through either. See, they have three types of guards here. The regular ones who are just "Jailers" then the Deputies and SRTS (Support response team) they're like the Swat people. Only Deputies and SRTS are allowed to have contact with me. They only check on me a few times a day, plus the the strip searches. I have no contact with anyone. So if they fear I'm going to obtain a weapon or something to attack a guard or escape - how would I get it? I put up with it though, its just a form of harassment.

After my trial, I have to face escape charges and other charges that stem off the escape charges. So I'll probably go back to prison in about 2-2½ years. But I won't get put with regular prisoners. I'll be segregated for about 5-7 years living in a single cell but I'll be allowed a Radio etc. So it'll be alright. I couldn't possibly go that long without music, its driving me nuts already.

I don't know, I can't stand Country, when I was a kid I loved it, then I got all into like the pop stuff - Debbie Gibson Tiffany and yeah New Kids on the block (Don't laugh!) then it was ap. Then in '91 I started getting into New wave/Alternative Rock and have stuck with it ever since. I refuse to listen to any other music. You know what song got me into it? U2's Mysterious Ways. Then I just got hooked

Yeah, I read in the papers about the Eagles D.J.s' I thought it was funny. They shouldn't have gotten fired.

My Band, well, I left it to come back to Texas. From what I heard a couple years ago they're still together but they're called Liquid 3 now or something like that I was going to start a band here before I ever got locked up, but I was always too high to have the drive.

So it must have been hard working at TACO BELL and being a vegetarian huh? I love Animals too CATS mostly, but I really like the cute cuddly dogs. I can't stand the Attack Dogs well, German Shepherds are cool, but not pit bulls etc.

I had tried to get you on my visitation list, but they wouldn't give me a card and now they say I have to wait until August to put you on. Well, see how it all plays out. My friend from Duncanville sees me every week. She's really great and supportive. I don't think she was upset about the email thing. She just didn't want people telling half truths and lies about me. I think she found it more funny than anything.

Yeah I'm allowed pictures, but if its polaroid they say the backing has to be taken off or something. Regular pictures are less hassle. I'd love a picture of you. Don't worry I don't judge people on looks, its just nice to see the face I'm writing. I think its cool your eyebrows pierced. You know, I think the whole goth/freak trend is dying out. I see more people with piercings & tatoos dressing a little more "preppy" or at least not as trashy. I was never a freak or gothic, but I was like baggy jeans shirts Airwalks etc. when I was 13 to about 15 all I wore was preppy clothes. Then when I was "out" I dressed kind of preppy again.

I'm glad to hear you want to finish high school thats cool. I have my GED. But only because I got kicked out of school. I went to a private Boarding school in Kentucky. So what do you plan on taking in college? Are you going to stay in Dallas or go off somewhere?

Oh, you wanted to know how I felt about the elections. Well, I followed Election night very closely the Dorm I was in in prison had 4 TVs all of them were on NBC ABC CBS Fox I ran from television to television. I was sure Gore had it. Then the Florida crap happens. I just don't understand how you win the popular votes (The citizens of USA!) and lose the election! I think someone rigged Florida. is it a coincidence Bush's brother is Govener of Florida? The truth is we'll never know, but even when I feel Gore may not have been the best president ever, he certainly would've been better than Bush. The guy

3.

Really screwed up the Texas legal system and how he wants to cut budgets and good programs Clinton established so he can put together some super military. He must be planning on a war or something. The whole time Clinton was president we had no problems so we didn't have a need for an all powerful military. Now Bush is pissing off various countries and the E.U. (European Union) because he's a bumbling idiot. And then we've got the V.P getting multi million dollar heart surgeries at the taxpayers expense, so that he can keep his ever failing heart going. UGH. Needless to say GORE should've won.

Hey, its cool you wrote a long letter. I loved it. You weren't blabbering. Believe me you should see some of the whacked out mail I've gotten. You have sense!

I also loved the poem you wrote, if you don't mind I want to share it with my friend okay? Its really good. I'll share my poetry with you next letter. Cool?

Thanks for writing Crystal and thanks for your support. I look forward to your next letter.

I'm sorry if I bounced around on this letter its just I'm upset about that PTO thing I don't understand their logic. Any ways take care! until next time!

Sincerely,

[signature]

There's a common misconception that people believe you get "Drunk" off of cough syrup. Back in the old days that's what it was - it was like nyquil. But nowadays they use a chemical that's like morphine its called Dextromorphin or something like that. It makes your body feel, lets see, the best way I can explain it is is you feel heavy, but light (Does that make sense) everything you see is like in a tunnel and in a distance. Your hearing is ten times better than it would be regular. I'm not kidding and if you listen to music whatever mood it is thats the mood you'll feel. Its a pretty funky high. Needless to say - I loved it. I was drinkin the shit three, four times a week then I got turned on to Freon - But I stopped that. Then It was Weed, then Acid which became my favorite because I loved hullicinating.

I have a fear. Maybe one day I'll share it with you. I read the book Hannibal. It was pretty good until the end. Have you seen the movie yet?

I'm bored right now. You want to know how to make "prison wine"? If made right its 100% safe and will knock you off your ass with just 4-5 cups. Okay HERE'S your supplies needed: A 1 Gallon Milk Jug - Empty. A yeast packet, you can find this at any Grocery Store. Your favorite Fruit Juice A Pint to ½ a Gallon. 2½ pounds of Sugar.

Get a small glass of hot water - not boiling or you'll kill the yeast. Take about a pinky tip size of yeast out of the packet and stir into the hot water. Now take your milk jug and pour (use a funnel so as not to make a mess!) the 2½ pounds of sugar into the jug. Now take a couple of Hot Cups of water and pour onto the sugar. You want the sugar to disolve completely no clumps and don't let it settle to the bottom take your yeast inside and pour it into the jug also now shake it up real good now take your juice and pour it into the jug till it gets to the top of the jug handle. Shake again. Now here's the important part. Poke a small hole into the lid or else when the wine is "brewing" the jug will expand and the top will blow off

If you don't feel like adding the juice to the jug, do the handle

making a mess. This hole allows the jug to breathe now get a towel or blanket and wrap it around the jug. Place the jug in a warm or hot spot. This is important because the yeast which ferments the juice and sugar into wine needs to be warm to be activated. Leave it in this warm place for 7-9 days. When its finished their should be no sugar on the bottom of the jug. The yeast will have eaten it up and died out. If theres sugar at the bottom let it sit for a couple more days, maybe placing it into warmer spot. By then you should have some home made wine. Your drink will taste very tangy. If it tastes real tangy then you've done it correctly. I'm sure your dad (no offense) will enjoy a couple of glasses of this stuff - plus its cheaper than beer!
I've done this before in prison and I got so drunk. I'll tell you some stories sometime. They're actually pretty funny. Well I'm going to close for the day. I need to hop in the shower and spend a little time working on your bday gift. I do a little bit a day. I love you!! Laters tomorrow!
Sunday 16th.
Howdy. Man jennifer, last night was so wild. Here I am saying I'm not going to be mean and let people steal my cool.... It all started around 9:00 p.m. These morons start arguing over the intercom who can talk - who can't. Just stupid ass jailhouse bullshit. So these two white dudes and two black dudes start bumping their gums. Nigger this, white boy, white honky trash that. Its funny at first listening to these people argue other stupid stuff. So that Ken comes jumps in - he only lives two cells down and really has a scary ass because he was afraid to fight this other black guy and Ned kept saying "I put it on God you cant fuck with me. I put it on God!" But didnt beat a grape he was afraid to go to recreation. One time he was rapping real loud and this guard said "Shut up or I'm going to send you to the Discipline tank" and he gets all scared and says "No man please officer dont do that I'll be quiet!". Hear this crap and then he tries to front and play all tough to his homeboys. So this one white guy

they call him "big Link" this dudes huge, about 6'2" and all muscle. He gets on and tells Red "Bitch shut your scary ass up Scary ass" "So Red starts Bumping more "Bitch I'll tear your white ass up" and it went on until like 11:00 p.m. Now Red when he gets Scared he starts Rapping making up Shit Example " these white boy's cant fade me, they think they're going to fade me But they're all just crazy..." Stupid Shit like that. So things Calm down a bit and I'm trying to get this magazine from this one guy So I'm Speaking to him on the inkroom and Red comes in over us and says "Aint no white boys talking on this" well he's done messed up with me as far as I'm concerned. I say "Say Red why don't you tell all your homeboys what a coward ass "nigga" you really are" Then I said "Say say black dude who's up here listening this guy was afraid to get beat up when he got here because he didn't have any homeboys to get his back now he wants to bump" This black dude "K.D." who wanted to beat him up Says "yeah Randys telling the truth I was going to tear him a new ass hole, but I new he was a scary ass So I let him make it" Red gets upset I guess cause ... "Oh K.D. thats Some ho ass shit Siding with the white boys. That shit don't fly down in T.D.C. Thats real nigga. I Don't fool this shit I've been doing this for along time" I Start Cracking up because he's only 19. I Said "Bitch I've been in T.D.C. for five years try selling that shit to someone else." your little Juvenile experiences don't come close to that So take your little T.Y.C. ass and lay down." Reds got his lips all on the intercom yelling " I'll beat our ho ass up you Cant fade me. You Cant fade Dirty RED. I Say " Red put that on God like you did last time" He gets off and Starts Rapping again Then he goes to the door and Starts yelling for me "what do you mean put that on God - you better put on some weight messing with me I know who you are" I'm Confused now, because this dude is Crackhead thin and well you know I'm not a Small person

well the guard I'm cool with comes down and says "whats all this noise about?" So RED (Because the guard is black I guess) Starts lying saying I called him a nigger and shit. the Guard comes down and says "whats up Hollywood?" I say "man you know I'm not racist hes just scared" The Guard starts laughing. Red gets mad again "Yo ass white boy, I'll beat your skinny ass!" Now the guards like "Red you seen this Dude? you know who he is?" "I Don't give a fuck" the Guard says (knowing because I told him I did) "Man Red this white boy took down a guard twice by himself. Hes two inches taller than you and hes more built than you. It aint going to be easy" Big link is yelling down the hall "Hey (He uses his name) open this cell door up so I can tear him a new ass hole!" I say "Red I've been to TDC. I know what its like. you say you've been down - Don't bump about it. Real 'players' do something. they don't talk about it. So you got a problem handle up, if not stop talking shit." He got real quiet.

At breakfast I guess he'd seen what he was doing because he sounded all upset and was telling the guard "Man I don't want this to be my life I can't do this forever"

Turns out some of the black dudes on here are going to try to beat him up at recreation for starting all this shit in the first place. Plus everyone up here has respect for me because of the TDC deal and he disrespected me and because I can't go to recreation I can't do anything.

Don't think I'm like this. I'm really not it's just sometimes you can only put up with so much you know? And its true what I said to that guy, in prison you don't talk about it you don't argue and say what your going to do that person you just do it. I've seen fights were two people will play checkers one person will feel cheated or whatever and he'll say something and then POP! Dude gets hit and two people are fighting and if you talk about it well your going to look like your weak and someone will say "Don't talk about it - do something"

I hate having to use that mentality because it's so cave mish and I put myself on such a higher level than these dumb asses. But one can only take so much.

5.

Other than that everything's cool. Rosh Hashanah starts tomorrow. What it is is the Jewish new year. Really religious Jews don't go by the "Christian Calendar" so to them it's going to be I think 5762 starting from the creation of the world, or man. After Rosh Hashana you prepare for Yom Kippur which is the day of Atonement or better yet to return to God. The common belief is on this day, God actually descends from Heaven and comes so I guess you could say walk around - even though God always hears our prayers and will forgive us if we ask - on this day it gives the Jews a chance to take advantage of God's presence and return and do his commandments. It's real complicated. You're supposed to fast - to give up food for 24 hours. I've done it the last 2 years and plan to do it this year. I've got alot of things that I need to really pray about.

Today in the Ad's I seen some really cute baby stuff I wish I could help you with. They had this glue same crib, which changes into a bed for toddlers, then it changes into a bed for children. It's too cool. I'm going to cut it out and show you, but it's expensive. They had some cute clothes too! There's a Fisher price chair/Rocker for babies that's cute. And a BAD ASS EDDIE BAUER stroller it's too cool. But expensive too! You're probably going to have to get one those double strollers uh? Does that place you work at have strollers?

Sorry if I sound "Bitchy" in this letter I guess I need to take some midol or something. ha! ha!

I can't wait to see you this week! I miss you and I want to be with you right now. It'd be a nice day to go to the park or something, have a little picnic and play soccer with Austin! (Sigh) I better stop.

I hope your weekend was good. I'm praying for you in alot of ways! I hope you're being careful and relaxing. Tell Austin I said hello and give him a kiss for me. I'm going to let you go. Write me when you can okay? I Do!

Yours:

[signature]

4610



RANDY E. HALPRIN # 01016535
2EU 48
500 COMMERCE ST.
DALLAS, TX 75202

ANGELICA GORRIO
163 DALE ST.
STANFORD, CT 06902

4611

September 25, 20[illegible]

Dear Angelica,

Hello. I apologize greatly for not getting in touch sooner. I'm doing better now. I hope you are doing okay also. Thanks for writing!

The last few months have been heavy on me emotionally. I've been struggling alot with things and also George Rivas' sentence. I consider him a good person, and a brother. So it feels as if I'm losing a family member.

How are Keith and Joeseph? Send them my love and tell Keith my prayers go out to him during his trial. We weren't very close, but none the less I wish him the best.

I've been doing alot of reading to pass my time. There isn't really much else one can do, and I don't write much as I don't have the funds to constantly keep up with it. This isn't however why I haven't written you. I've just been in one of those emotional states.

I've been reading psalms every day, so I appreciate the verses you sent along with your letter.

I do have alot of hope and have been praying for things to look up and they appear to be doing just that! I just realize things sometimes require patience.

And thank you so much for your support and prayers. You have no idea what they mean!

I don't want to seem a pest and I know you've asked, but if you could possibly help me with 10-15 dollars I would greatly appreciate it! It has to be a postal money order. If you can not I understand. I thank you anymore.

How do you feel about the recent attacks on New York. I know being up North you are surrounded

by the Situation. I hope you had no family in or around the towers in New York. What a tragedy. I of course pray for peace, but feel like this should not go unanswered. Do you believe this plays into Prophecy? I'm curious to see what you think.

Well, Angelica, I'll let you go for now. Once again I do apologize for falling off. I'll continue to keep in touch from here on out.

Thanks for the card too! Oh, I turned 24 on the 13th this month. ok bye.

Write when you can.

Sincerely.

[signature]

RANDYE HALPRIN #0016535
2EN 48
500 COMMERCE ST.
DALLAS, TX 75202

DEBBIE TONER
P.O. BOX 381635
DUNCANVILLE, TX 75138-1635

4614

September 17, 2001

Dear Debbie,

Hey whats up? Thanks So much for the Birthday card. I recieved it last week and it Put a Smile on my face! It was an okay birthday. Jennifer Came up and I got to See her little boy and he said "Hi" to me, the first words I've ever heard him speak so it was kind of a special moment.

I also recieved your Report. It was written quite well. It listed facts and was interesting. The only thing I would've done is taken a Pole around you with People you know, work with etc. on their views on the Death Penalty to See what the general public's conception is, for or against. But it was good.

Yeah, I'm a little Stir Crazy. Cabin fever totally! I need to Get out of this little Cell and move around! I swear if I didn't have people to write... I'd have done flipped out! ☺☺

Mountain View College That's the one. Lately she's been doing online courses and video tapes because things have been so hectic for her. I asked her about the Roommate thing... She doesn't want to Stay in Duncanville and she's possibly going to Wait to finish School first. So I don't think its going to happen. Sorry about that. I really wanted y'all to be able to help each other out. Oh well.

Watching Jennifer's child is funny because he'll be Sitting in her lap and he'll look all dopey, like real tired then out of no where he'll get this burst of energy and try to take off, So I can See what you go through with Jessica. I don't See where kids get the energy, because I mean they Can run around for hours.

I'm glad Jessica has Settled down for abit.

You were talking about the gross things you've seen well theres this website thats just nasty. This guard [illegible] Some Pictures off it. This one I seen this guy had his face Completely torn off from motorcycle accident (dumbass didn't wear a helmet!) but he lived and all you See are these blue eyes

in a face of mush staring at the camera. I'm trying to remember the name of it. I've seen a couple of the faces of death videos and I watched "Trauma: Real life in the E.R." on The learning channel which isn't too graphic but you see some things.
Lately though, I think it has to do with what I've been through and face, I haven't been able to handle any graphic things. Those internet pictures gave me nightmares, and I borrowed this magazine and it had an article w/pictures of this guy who turns dead bodies into Art in Europe. Really sick stuff, he uses some chemical to preserve and harden the bodies. The crazy thing is people sign their bodies away to this guy. wild.
I think Doctors should be expected to treat nurses with respect because if it weren't for nurses their job would be Ten times more Stressful. Nowadays Doctors just want money, the same with lawyers.
Sounds like you have a busy week ahead with alot of parties! I hope you have a good time.
Now Newbury's trial is coming up. This is one I'd like to watch closely, because I'd like to see what "new" evidence the prosecutors will bring out. I don't think it'll be much because most of the steps were pulled out in Rivas, but from what I hear Newbury made some sort of confession too. So he's probably facing the same fate as Rivas. I've never much cared for Newbury, but I don't wish any thing bad upon him, but it just doesn't look good for him because of his past and they will play heavily upon this. The only chance he's got is if he comes across as remorseful and for Newbury that's going to be hard I know the guy and showing emotions is hard for him too we'll have to see.
The thing is even if they do give them-us the death penalty there's always the chance the once again it will be stopped because more and more people are changing their views on it. plus with European pressures to abolish it who knows.

Ive seen my lawyer recently and I'll need get some legal students from S.M.U. doing investigative work for free on my case, they have financial backing from Amnesty International which is good. I feel that they'll do. Its good to have a big name behind me!

So being out there, how do you feel about the terrorist attacks? Ive caught little things here and there but its my understanding the majority of U.S. citizens and the NATO countries and allies want WAR, for some reason I always knew that with Bush we'd have war. Hmmm. I think that if we know we'll have results - go for it, but don't let it turn into a never ending war and with terrorism thats hard to predict because the enemy is everywhere. How do you win like that? And you cant exactly say "Okay anyone who is from the middle east or muslim has to leave the country". So its a problem.

Give me your opinion on what we should do.

On another note, Ive been doing these excercise videos, Kathy Ireland Cindy Crawford and they're pretty good, when all of a sudden they say we (us TX guys) aren't allowed to watch any excercise videos with women. What a bunch of B.S. Like I just wack off to the videos or something. I mean come on!

You asked if you should persue some sort of legal career after you finishing nursing. I agree with your parents that you could become burnt out. Thats a heavy work load to carry. Legal school is about 5 years and if you're just doing part time it could turn into 10.

What I would do if it was me, would be to give the nursing career a shot. If you like it, meaning you could make that your life career, well then thats what you should do but if not atleast let things slow down a bit and then go for it. Give yourself a bit of recovery time before you jump into another major.

but theres always easier less stressful parts to helping

the legal System. You could become a paralegal or Something of that nature. If you want to make big changes fall into politics. Ultimately, its all to what you think you can handle. Don't let anyone get in the way of your goals and dreams.

As for is there anything you can do to help me? You have to understand I really do hate to ask and don't want you to feel like I'm taking advantage of you. Because I wouldn't be. I appreciate the offer and yes I could use a little help right now. But only if you can. If you could possibly send about 15 dollars to me so I can get some hygiene and more envelopes that would be more than great. The only way they accept money is it either can be dropped off at the jail or the easier way to get a U.S. Postal money order. They don't take cash by mail and it has to be a money order from the post office. Is that confusing or what? If its any other M.O. they'll send it back. If you could do this It would mean alot. Thank you Debbie.

Well, once again, thanks for the B-day wishes it means alot and I appreciated the card. It's sad though that in the last 5½ years these are the first Birthday wishes I've received and that it took these crazy events for me to get them. But hey! Things happen for reasons. Take care Debbie!

Dominoes, Poppa Johns, or pizza Hut
which do you think is better?
I prefer Poppa Johns w/Hamburger meat yum!

Sincerely, your Friend

[signature]



Randye. Halprin # 00.0535
Sec 4?
500 Commerce St.
Dallas, TX 75202

Mindi Sternblitz
P.O. Box 152805
ARLINGTON, TX 76015

4619

October 4, 2001

Dear Mindi,

Hey whats going on? The Same old thing here. I hope you re well, your family also.
Yeah, it was Strange getting all those letters from people over the Country. One Chick even (used to get gross on you) ...ated me to Come on a piece of paper and Send it ... her!? It seems all the nutzos Came out of the woodworks. I did get Some really nice letters ... encouragement though.
I think everyone needs Some time in their life to ...nd themself with me, before everything. I was So ...st mind. It wasn't untill around 99 that I ...new who I was and thats when I truly Changed. It's ...ard to explain to people that I wanted another Chance ...ith all the crap thats gone on but I'm not out ... please the world So I could Care less what Some ...eople think of me. I know who I am and thats ...ll that matters.
I'm really glad to hear that you're Still active in ...ur Jewish life. If it wasn't for that with me, I don't ...ink I Could Continue on as I do. Judaism since 98-99 ...as been a very big Staple in my life. I would even get ...rds to Send to my father on Rosh Hashana and Chanuckah.
So you had your tongue pierced? For Some reason I ...st Cant picture you like that. Hmmm. Now a nose ring? ...osh, it has been a long time since I've Seen you!
I like the little graphics thing you've done with the paper. ...te.
Oh yeah, How is MRS. FELD? Of Course I remember ...er. She really was a wonderful woman. How are DAVID And was it Irene, Ilene? Something like that Red ...air, kind of traveled the Same road I did. The last ...me I Saw David was at a Bingi Birth thing one Summer I think 99 we Spent the night at Someones house..
I'm Sorry to hear my father doesn't attend Services that's kind of upsetting. Maybe he just got tired of

4620

people asking about me?

I envy that you went to ISRAEL. Do you have any pictures? I'd love a few if thats okay?

I really don't know the deal on the visitation thing. They only allow us "TX?" guys special visitation times, not during regular hours. Usually, I can change my card every month or so the rule goes but they told me November. I'll get you on as soon as I can, because I really do want to see you.

Jennifer comes twice a week usually wednesdays and Saturdays. Yeah, she makes me happy. Her kid is too cute also. She works at some Vacation place with a Church. Shes got a great heart.

I think Boarding School messed wesley and I both up. You know after I was locked up I really started to hate Christians. I mean with a passion. I guess I blamed alot of things on that School at first so I just ended up despising anything dealing with Jesus. I'M not that way now, though I still don't trust many "Christians" thesedays either.

I never shared much about that School with you. I will one of these days. They do have a website I think its O.B.I. Com. they also have an O.B.I Alumni Club on YAHOO! Jennifer has checked it out.

I remember that olympics moment. Was it at his sisters house? I thought it was in your Room. I do remember going to his place a few times And we watched it over there. By the way, what ever became of all those kittens we brought to your place? Your mom about had a cow!

Do you remember what movie we all went to see together? I do, infact every time it came on T.V. in prison I remembered seeing it with ya'll. The Frighteners w/ michael J. Fox

And remember going out to Bennigans at 1:00 in the morning? We were supposed to go to the mirage but ended up not going.

Yeah, having a lot of time and nothing to do you just rehash your past.

You know I can remember I think the first time we went out. And we went to the Holocaust museum in Dallas. You and I road in the very back of MRS. [illegible] Station Wagon. Everyone was like "when are you all going to kiss!?" Ha!

I started crying when I read the part about your mom stopping by the shelter in case I came back. To think if I could've just stayed in touch I might've never been in this situation. That's so crazy.

There's this book, it's actually my favorite book, it's called "ONE" by Richard BACH. It's about the many different paths one can take in life and how one minute, one decision your whole life can change. It just makes you think "what if" Sometimes I think, "what a waiste of life."

As far as my Attorney, I was real Skeptical at first. This being the charge that it is I just don't want my life in anyone's hand that the [illegible] "Justice System" Appoints to me. Plus my first Court appointed Attorney really screwed me back in '96.

But as things turn out I think I'm really blessed to have two Attorneys And 12 law Students from SMU working for me. So I have a 14 person legal team! The Students are really [illegible] and they want to help with Research and everything.

Also, I wanted you to be aware that the Students (I can't remember their names Cindy and ?) will probably contact you soon. They want to get in touch with anyone who is or was my friend in the past to get together people who knew what kind of person I was. The 12 people are separated into groups of 2's and 3's working in different areas. Cindy and ? I'll remember next time, are working Teachers and friends. I just met them monday. I have still yet to meet the others Cindy and ?

re really sweet people and are serious about helping me. So they'll probably send a letter to you or something to let you know how you can help.

Also my lawyer says to tell you we shouldn't really give names in our letters about past friends etc because the D.A. might try to get to them, before he does. (Isn't legal work and politics just scummy?) My mail is monitored etc by the prosecutors so the cat's out of the bag, so to speak, about you. So a warning, the or they might try to approach you also, or pry into your life. This is just a warning so you'll be aware. Sorry if you would have to go through that.

Hey, whenever you can find your your books is cool. I won't bug you to death about it.

By the way, do you have a scanner or picture program on your computer? I have one picture of myself with my brothers from 10th grade. If you did, I was curious if you could make a few copies of it. And of course a copy for yourself. If not, that's okay.

I consider you as a sister too, Mandi, and I'm so glad that we're in contact again. This time I hope we don't lose it again!

Take care and I look forward to your next letter. Tell your parents I said hello and that I send my love. Before I forget, what does your Dad think about the Rangers this year? I know he's always been a fan.

Until next time Mindi!

Sincerely your Friend,

[signature]

P.S. Oh yeah, Reality shows. I haven't seen BB2, but I never missed an episode of Survivor or BB1 in prison. I was pulling for that girl Brittney (the girl w/ the pink hair) to win, but was glad to see Will get the $500,000. I haven't seen any other Reality show since.

One other thing! Remember the time we worked at Beth Shalom? What happened to it when they built the new addition to the Synagogue?

[illegible] Commerce St
Dallas, TX 75202

DAWN M. AMOS #95206
CWCF 3
P.O. BOX 500
CANON CITY, COLORADO
81215

Dawn, September ??, ?

I'am guess I have alot to say, let me tell you that despite what I'm going to do doesn't mean my feelings have changed.

Along time ago I said I wanted love, I was a hopeless romantic etc. I didn't want to die alone and I meant all that, but maybe it was a bit premature. I've realized that I'm not quite ready at this point in my life to carry on in this fashion. Something have happened in my life the past few days and I'm torn between a rock and a hard place. I dont want you to think I'm a shit head or a dick or whatever, but some things happened and I made a promise to God that if it happened I'd keep it. That means letting go of something. I dont want there to be any ill feelings toward one another. I don't want you talking behind my back calling me cruel names or reference to my original charge. I don't want you running to the press with my letters. I want us to be mature about this. I'm willing to keep writing. I dont really want to stop that. You're smart, and I think you have a wonderful spirit and soul.

I dont have anyway to stop you from doing whatever but as a responsible man to a responsible woman I ask this of you. please

IN your last letter you said I took your kindness for weakness - maybe not straight out but it was aimed at me too. Well Dawn, you don't have to worry about that, you don't have to worry about me asking you for anything or relying on you. I told you I could survive without all that and I will. I believe that God will provide for me. I have no doubt in that.

I enjoy material things but I dont need em. One of my big fears in dying was not

death itself, but losing the material aspects of life. And honestly (though the cravings are there) once I put that thought away is when I found peace. Peace didn't come from love, it didn't come from getting money, it came from God. And discovering this peace God blessed me in ways only he could. ♡

I don't want you to worry about me taking advantage of you.

Another part of this - the part you're going to hate me for is that something happened yesterday, that I didn't really think would happen. I guess part of my detachment towards you was because of how I was feeling confused, scared etc.

Jennifer admitted she had feelings towards me. And I do too. Neither of us has made a commitment to each other, but we both acknowledged feelings were there.

Does the last few letters you sent play into this? I realized that I don't need the stress that having a long distant relationship is causing me. I don't need the accusations. Jennifer had said I should stay with you. But I said I don't need a relationship now with anyone. Not facing an unknown future. I can't do it like this.

I can't have you or anybody take something as stupid as what I did so out of context. I'm not going to subject myself to that stress and turmoil. And especially if you keep throwing this up in my face.

So Dawn, I'm ending it. Whether you want to still keep up in touch is up to you. Like I said I still would like to write. I enjoy having intelligent conversations.

I will, when I can, repay you for the generosity you've shown me in sending money etc. Like I said I don't want you to feel I've taken advantage of you. I don't know when that will happen, but

I promise that I will. Though I'm sure my promises don't amount to much to you.

The only thing I ask of you is that you send that picture back to me. It's the only one I have of my brothers at this moment and it means alot to me. If you don't, well what can I do? I would just hope you'd be mature enough to send it back - in one piece.

I'm sorry its happened this way. I had hope for us, but I guess hope isn't fate. Maybe one day I'll find love and be happy with it. I don't know. But love right now is just too conflicting with my current situation.

And you are gorgeous and beautiful and everything else I've said of you. Don't think otherwise.

I guess I'll go. Take care Dawn and please send my picture back when you.

P.S. I've enclosed the pictures I think were important to you

Sincerely,

R. E. Hal[illegible]

DAVID MIX
6864 SHORE RD
ROGERS CITY, MI
49779-15[illegible]

11/11/01

Dear David,

Hello How are you? First I would like to thank you for offering your prayers to a person in my situation. You have no idea what it means to someone like me. It's unfortunate that there are not enough people in the world such as yourself.

I'd also like to apologize for the long period of time it has taken to respond to your letter. My financial situation is not all that and I have to rely on Dallas County to provide indigent mail supplies (1 letter a week) most of the time so it can take time to reply to a letter.

I'm glad that you do not see me as a "monster". Most people who know me know that that is not true. Yes, I did something I truly regret in my past, and I don't make excuses for what I did, but had certain circumstances not come to play during that period of my life I can honestly say it wouldn've never happened. Had I not been on drugs it wouldn've never happen. I regret the incident to this day.

For the current incidences I make no apologies for escaping cause I had my reasons and I never, not once, hurt a single person during that event. I truly regret the incident Christmas eve - it shouldn've never happened and believe me or not I did not want to be there I argued about the whole deal 2 hours before it took place. But as horrible as it turned out I took no place in the awful events that followed.

I'm not a violent person. I don't go out of my way to cause harm to people. I hate fighting. I hate guns and mean people. I am human as you said, yes. I have faults and downfalls. But I'm not a monster.

During all this I've discovered alot about myself and [illegible] to dig out some sort of self comfort. I feared death for the longest, but now accept it as a part of life. Do I think I'll be sentenced to death? In all honesty no, but I've prepared myself spiritually

and mentally for the worst case scenario. I'll be okay. I am okay. In fact I've found peace with myself. So [illegible] to hear someone say the offer encouragement makes me stronger and I thank you.

A little about myself. I was adopted along with my biological brother at the age of 5. At the age of 13 I was sent to a private Boarding School in Kentucky. I had a blast there, but it lead also to many of my problems. I've played piano all my life and I love music. It's my passion, I guess you could call my "one true love". Nothing makes me feel better than music - to write and listen to it. My favorite music is Modern Rock/Alternative but I enjoy Broadway musicals, some opera, and most classical.

I had a band in High School, we had alot of fun doing covers of The Cure, U2, Smashing Pumpkins etc. Of course if you don't listen to this style you'll have no idea what I'm talking about.

I enjoy soccer, but I guess I've got to give that up now because my foot is permanently damaged. I was shot in the foot.

I guess I'll close on that note. Once again thanks for your kind words. Take care and God bless. I look forward to hearing from you.

Sincerely,

[signature]

[illegible] Commerce St
Dallas, Tx 75202

Dianna Peschke
P.O. Box 200162
Austin, Tx 78720

12/6/01

Dear Dianna,

HELLO. I REALLY DONT KNOW WHY IM WRITING YOU, BECAUSE ITS OBVIOUS YOU WANTED NOTHING TO DO WITH ME. I WAS JUST CLEANING OUT MY STUFF AND CAME ACROSS YOUR LETTERS.

REGARDLESS OF HOW YOU FEEL ABOUT ME, I JUST WANTED TO SAY HELLO, AND THAT I HOPE ALL IS WELL ON YOUR END. I HOPE SCHOOL IS GOING GOOD FOR YOU AND THAT YOURE SUCCESSFUL IN ALL THAT YOU DO.

I ALSO I HOPE YOU HAD A GOOD THANKSGIVING TOO! MINE WASNT ALL THAT, BUT HEY, ITS JAIL.

THINGS ARE GOING GOOD WITH MY CASE. I SHOULD BE LAST IN LINE ON MY TRIAL. I ALSO HAVE EXCELLENT LEGAL REPRESENTATION. MY LAWYERS ARE GOOD, AND I ALSO HAVE THE HELP OF 12 LEGAL STUDENTS FROM SMU WHO ARE WORKING ON ALL ASPECTS OF MY CASE. THINGS ARE GOOD AND IM VERY OPTIMISTIC OF THE OUTCOME.

YOU KNOW, DIANNA, IM NOT A BAD PERSON. YEAH, IVE DONE THINGS IN MY PAST I REGRET TO THIS DAY. BUT IF YOU THINK IM A LIAR OR MANIPULATOR LIKE THAT ARTICLE SAID, THE ONE YOU READ SO LONG AGO, IM NOT ANYMORE. I HAVENT BEEN FOR A LONG TIME NOW. BUT I GUESS WORDS ON A PIECE OF PAPER ONLY SHOW YOU SO MUCH. ANYWAYS, I HOPE YOU DONT HOLD THAT AGAINST ME, OR THAT WASNT THE REASON YOU STOPPED WRITING.

YOU KNOW, I STILL WOULD LIKE A REASON FOR THAT. I DONT EXPECT TO GET IT, BUT I HATE BEING LEFT IN THE DARK. I APPRECIATED YOUR FRIENDSHIP, AND YOUR LETTERS.

ALSO, IVE BEEN ENJOYING THE POPULAR SCIENCE MAGAZINES YOU ORDERED LONG AGO. THANK YOU FOR THAT. IT DOES MAKE TIME A LITTLE EASIER WHEN YOU CAN KEEP YOUR MIND OCCUPIED.

WELL, I JUST WANTED TO SAY HELLO. I WISH YOU THE VERY BEST OF HOLIDAYS. MERRY CHRISTMAS AND HAPPY NEW YEAR

TAKE CARE DIANNA. AND I HOPE YOU'RE ENJOYING YOURSELF OUT THERE

Sincerely,

[signature]



Randy E. Halprin #01016535
3m 5c 25
600 Commerce St.
Dallas, Tx 75207

Dawn M. Ames #95206
CWCF 3
P.O. Box 500
Canon City, Colorado
81215

4634

March 26, 2001

Dear Dawn,

Hello, Hello. Well, I'm beginning to think you're not getting my letters. I've written many and you keep writing as if you haven't heard from me in awhile. In fact, this should be the third consecutive letter you've gotten from me. So I'm beginning to worry a bit. I really hope these folks aren't messing with my mail. I suppose I'm going to have to have my attorney get involved, ya know look into it. I know it's taking 7 days for a letter to get here from you. You sent your letter out on Monday the 19th. Well, it's Monday, the 26th now. That means they're reading it, sniffing, analyzing, xeroxing it. Probably sending it to some F.B.I. psychologist to build a psychological profile on the "crazy" people who would want to write me. I can see some F.B.I. guy saying "there's a conspiracy here, why would anyone right this guy. They must be involved!" Sorry, I let my imagination take over ☺. I really hope you're getting my letters.

But if you're not... Yes, I have recieved your money. I rambled on how I didn't serve that much, that it was too much. That you know how to make a guy feel good. I got all your cards which put a huge smile on my face ☺. I opened up about some of my past and all that. By the way, did you ever get my lunatic letter? I get the impression you didn't. Damn I hope that letter didn't get lost in the mail system. What can I do?

Well, I made store again thanks to my wonderful friend - you! I bought a few more envelopes, a bar of Irish Springs and some peanut butter and crackers. All the other crap is too expensive. You know how much they charge for a small, I'm talking small bag of chips - 75¢ no joke the bag only cost 30¢ so it says on the bag. A candy bar 95¢. Hell, they charge 60¢ for the stamped envelopes but that's a necessity. T.D.C. is much, much cheaper. Plus they charge tax here also. There's no tax in T.D.C. Needless to say I've been a penny pinching jew - literally! I'm not one of those guys who buys junk. I get what I need. So thank you for your help!

So you skipped out on work huh? Well I feel bad now cause I made fun of ~~that~~ co-workers for doing that in the last couple of letters. But I get the impression that you do really "work" under the "GESTAPO" also your anniversary. I would've done the same things I'm sure. So I won't make fun of you.

You know I'm not a real observant Jew, but I follow the major Holidays. Yom Kippur, Rosh Hashana etc. Well when I was working Class Custody Kitchen — I hated that job so much. I had this jewish calendar that had all the holidays mostly ORThodox followed though. Well, I'd get my calendar go to work turnout show my calendar to my boss — Argue for about 15 minutes. He'd get the Chaplain on the phone I'd argue with the Chaplain and then I'd get sent back home. I always apologized to GOD for taking advantage him but I just hated working when I didn't have to. [scribbled out] Besides the crack heads need to work every once in a while, right?

You know it's funny you should mention the food being poisoned I thought for a couple days they were slipping Ex-lax into my food cause I couldn't stay off the toilet. It's not funny. I was hurting so bad I felt like my asshole was ripped wide open. I don't mean to be so graphic it just really was an uncomfortable feeling.

Sorry. Sometimes I can be pretty straight forward and blunt!

But, the food here sucks. Everyday for lunch it's always Bologna and whiches Jello and Apple sauce — EVERY DAY! Dinner they change it up a little but still it stinks. A tease. That's why I got the peanut butter and crackers. So later on in the evening I can have a little snack. BREAKfast, well they might as well not even serve it. Sugarless doughnuts, instant powdered eggs bleh [drawing] and an apple.

They have this one unit in T.D.C called Garze. I stayed there a week waiting to be transferred to another unit. They cook everything right on the grill. Breakfast was pretty much all you can eat. [scribbled out] Lunch they gave you double servings of whatever you wanted. Same with dinner. Talk about good eating. You never went hungry!

This book I'm Reading has got to be one of the best thrillers I've read in a long time. It goes against the typical formula. It's called "KISS OF THE BEES" By J.A. JANCE. If ever given the chance Read it. It's Damn good!

Onto more serious things.

This person you are talking about who's in your life, that continually disappoints you. ARE they Family, Friends, boyfriend? I just get the feeling you're really hurt by the letdowns. (Time out Dinner — [illegible] oh boy) Okay, I finished eating.) I guess that's always the situation when some one can't keep their word. I've never really had anyone in my life since being locked up. Wesley occasionally, but like I've said

he's got his own demons. So I don't ask or expect much from him. He promises after he gets out of Rehab he's going to start. All I want from him is support. You know a few letters a month maybe a telephone call. I don't know what type of advice to give to you. I haven't been in that situation yet, really. I guess sometimes you've got to give an ultimatum though. Put up or shut up so to speak. Tell this person that if they can't keep their word to just not even bother giving it. That's what I would do.

I have no problem with you venting your frustrations out on me. I want you to feel comfortable with me. Like we both agree it's good therapy!

I don't have much to give Okien except my heart. But I'll try to be that one person who won't continually disappoint you. And I hope I won't ever become a flake to you. If I tell you something then I'm going to do it. I promise you that.

Yeah, I'm still in this silence of the lambs cell. Word is I'm here to stay. Oh, well I'll get over it right?

Well, luckily today I didn't get any hate mail. I guess I feel a little better than I did over the weekend. Your letters always cheer me up! I haven't been doing much thinking today. I put the thought block up and have been getting into this book.

You asked me about my attorney though so now that I've been thinking about it. I really hope they're sincere. When he flew up to see me in Colorado I thought it showed some initiative. I was the only person whose Texas lawyer came to see. So it made me feel halfway good. He's been working on possible strategies and all that so we'll see. The only thing I don't feel comfortable with is how he always talks about getting me life. I mean that's all fine and dandy, but I'm innocent. He goes on to state that Texas has a law of parties. So I can be found just as guilty. I didn't tell those other guys to shoot. Hell I took off running like a coward! I think that's one of the most ignorant laws. It's not fair and I believe it unconstitutional. Bullshit is all it is. Bullshit. So I feel very uneasy. But, I won't plead for a life. I'll go all the way and take my chances. I mean I've got other charges pending. I want some sort of hope I'll one day get out.

I need to live. I need love. I need hope. And I feel I deserve it. That's a bold statement to make from someone in my shoes, but I mean

it. Like I've said time and time before. I'm not some bad person. I've changed. I've shown I've changed. give me my chance.

I was thinking about how you mentioned Shawshank Redemption. Morgan Freeman kept on going to parole and kept getting turned down. So the last time he goes in he says look, you don't believe what I say so I'm not going to even bother. Just deny me and lets get this over with. That's how I feel. lol hope.

The crossword puzzles sound like a good Idea. You can try sending a few pages at a time it might work ☺ Try and see when you get this. I like all sorts of mind puzzles. Word Searches are all right, but like you said they're too easy. So I'll look forward to some puzzles!

Please tell me if you're getting my letters. You should be getting several over the days.

As always I miss your letters also. I look forward to hearing from you. Stay good. Much love goes out to you.

I'm praying for you - Always!

HUG!

I squeezed the breath out of you! Sorry!

LOVE ALWAYS,

[signature]

Dean,

Just one last thing before I wrap this up. What made your final decision in writing me at the start? Why me instead of the others. OR, are you writing any of the other TZ guys? I don't know why I ask. I'm just curious. Please be honest. I won't mind if you are. I'm just curious if I'm the only (I hope I am!)

Big smiles and hugs!

[signature]



RANDY E. HALPRIN #01061535
2EW 48
500 COMMERCE ST.
DALLAS, TX 75202

J. "Angel" Roe
309 WESTWOOD SQ.
DUNCANVILLE, TX 75116

Dear Jennifer, June 13, 200[illegible]

Hey there Angel, what's going on? Not too much here. You know how it is. Nothing like being locked up 24-7 inside a cell!

I got your letters and pictures yesterday night. Your sons cute! And I laughed at the kangaroos for some reason I thought you meant they were going to fight but it looks like they were about to get a little freaky! HA! That must've been a sight.

Well, I got the Texas Seven book. I stayed up all night reading it. It's so full of shit! Almost none of it's true it's all taken from the news and papers. Some of it was funny though like about me and the UFO's, yeah it talked about that. Also it said I led a group of 30 boys into Ft. worth from a church outing? I was like what? Then I remembered in 92 I went to YMCA Camp Carter in Ft. worth I talked to the counselors about a night raid and they said it was cool, but don't get caught. So me and 15 other kids snuck out to go to the girls dorm and to put a bag of shit on the flag pole. But we got caught though a kid did make it to the flag pole it was funny. They called me the "Ring leader!" But over all the book is not true.

Thanks for the U2 pictures also! Where was that at? The MTV music Awards? You know I don't know who I forgot, but Ice were the [illegible] address when I saw it. I was like "Dah Randy what a dumb ass!" Hey do me a favor next time your on the web go to that ONEIDA Alumni thing and to the Class of 96 if you can, I wonder if they have the year book photo's print them up. I'm thinking maybe I'll have Therese's picture also look up JASON Kuhns in the Alumni 96 class of it may say where he is. That was my best friend at school. It's all under [illegible] oops! Yahoo!'s OBI Alumni club is an O.B.I. meeting place. Maybe you can ask if anyone knew me and what they thought of me.



[illegible]
[illegible]
500 Commerce ST
Dallas, TX 75202

DAWN M. AMOS # 95206
CWCF 3
P.O. BOX 500
CANON CITY, Colorado
81215

4641

June 12, 2001

My Dearest Dawn,

Hey gorgeous! Well I greatly apologize for yesterday's crappy letter. I totally flipped out last night. I'm sorry if I said anything to you. It's just these papers get the best of me.

It so happened that I found out what I'm looking at. If I lose my trial it's either Death or life. The D.A.'s 100% positive he'll get a guilty verdict so still no bargains to anyone. The escape charges are for the max penalty possible everything carries 5-99 Aggravated. Also they more than likely will not be run concurrent. What I figure I'm going to do on all those charges is go to trial just to waste money. I know it's vindictive but hey their the ones who want it. So I plan to plead not guilty on everything. It's going to be fun. I can play games too.

This is going to be one hell of a ride. I also get pissed I didn't get any mail when I know you sent me some. It irks the hell out of me to know your letters are sitting around in the mail room. I did some praying for my spirit this morning to calm down. I mean I was cussing and yelling and calling all the rappers crackheads and *@?! this and *@?! that. It was just a sad night.

But I'm calmer now. I feel better. I just hate going about things this way. I just got mail! And your "Royal Birthing" letter yeah. I deserve that and I'll probably get some more. But.... As of now, I am truly sorry. I don't know what's gotten into me lately.

I know you have your doubts about Jennifer, but I have to be honest with you on this Dawn. I don't appreciate her calling her Cupcake like I've got eyes for her. (Saying think with my head not my dick.) For one I don't find her remotely attractive two I've given my word to you to be true to you. What good is that if your words come out

accusing? I dont talk about any of the T+7 crap with her. So they cant use anything against me. Besides the visitation phones are tapped and I know they listen. As for my "Statement" it was to all the people Ive done wrong. A Sort of apology.
Dawn, you have to trust me or our relationship isnt worth a sack of Potatos. Ive been out of it this past Month for alot of reasons, Ive just felt so hopeless. I mean I just found out the second trial is in January for Christ Sakes! You know how long Im going to be here? Its bullshit.
I dont want to die by the hands of the State but I dont want to spend the rest of my life in prison either But..... I will if I have to. Im not giving up and I dont want to lose you. Sure youve been through this. I admire your strength and courage, but you werent looking at almost 50 charges either. You got a chance. I dont. But I will accept my fate whatever it might be. But I promise you I will fight this who knows maybe it will turn out okay in the end maybe I will be able to get everything for C.C. I can only pray that things will get better.
I promise I wont speak so negatively anymore. Im just stressed. Do you forgive me Dawn? Please dont leave me. I really need you. I know it sounds desperate but you really do give me hope.
But seriously, I dont think Jennifer is up to anything I will continue to be cautious though.
I also got the T×7 Book Today. The author sent it to all six of us. I just read it its really short and full of crap. Its like reading a newspaper cause all the book is is newspaper reports written like a book. thats why it was so easy to write. It has alot of quotes from Rivas and I. And its got my booking photo at Teller County. I dont look as bad as I thought. I didnt realize my

geez he was that thick. I had just cut it off a few days before!

I really feel awful about your daughter situation. But I'm also angry at your family. I know it's a tough subject, but they should be helping. And the father - Man what a dick cheese! How can he just watch them go through all that turmoil?

They've got this really cool black SGT working tonight he saw my book and asked to look at it. So he flips through it and is making comments. He made a joke about the money. He goes "you came the book don't say nothin' about the money. I tell you why: Them feds got the money and their family and their homeboys Don't trust them feds. You seen what they did to those Oklahoma City Documents. Si Halprin where you hid the money at if the feds don't have it. I'll find it for you and give you 75% Ha Ha Ha!"

So you have some tatoos huh? Well, personally I like 'em on other people, but not me. It's not only because my beliefs, but in a males prison it just isn't safe. I really would hope that you wouldn't get a tatoo in prison, but that's your choice. You just have to watch out for Hepatitis and AIDS or other deseses. Be careful. I'd love to see yours especially the one on your breasts. And Baby don't you know NEVER HAVE A PERSONS NAME TATOOED ON YOU. IT'S A BAD OMEN IT ALWAYS LEADS TO A BREAK UP. SO DONT EVER Put my name on you!

Look Dawn, please don't be angry at the way I've been acting or don't think about leaving me or whatever. I know I've been selfish and I get caught up in my emotions and I've been acting impulsive again. I'm going to slow down and take things one day at a time like you said. Okay?

I have to say I really liked that envelope How Did you do that. WATER Colors? ITS really cool. Oh to let you know, its always ways off

4644

Cools! Daily ... the most Amazing EVER! ... the remaining side

though, PBS will be doing a week long special on AFRICA in September running 7-9 pm. Its supposed to be really good so look for it.

So whats this surprise: Hell yeah I'm in suspense. Hey heres a quote from that book Chief ... speaking about me it says: "ONE of the most significant problems was that he thought aliens were going to landing. He took maps, marked landing sites and so forth.... he wasn't unintelligent. He could form a plan and execute it." Thanks Chief! It also goes to tell about me leading a group of thirty campers to sneak out. Well its true but not 30 more like 15. I was 14 or 15 and the camp counselors gave us permission. long story I'll tell you sometime.

So I should only be expecting 3 books and then another later? Thats cool. Thank you gorgeous for getting me the books. When do you suppose I'll get the details? Probably late July you think. That'll be good to read anyway ← what the hell. I just accidentally switched to cursive.

Well I'm going to end this for now. I'm getting really tired and need to rest. Emotional stress will do that to you. I promise to write more tomorrow. I love you Dawn. Please believe that okay? I miss you and I Need you. keep praying for me.

Yours always & forever
I love you,

HUG HUG HUG KISS KISS KISS KISS KISS HUG KISS HUG

[signature]

4645



Randy E. Halpern #01016535
3 m SC 25
500 Commerce St.
Dallas, TX 75202

Dawn M. Amos #55206
CUCF 3
P.O. Box 500
Canon City, Colorado
81215

May 2, 2001

My Dearest Dawn,

Hey gorgeous! I really, really hope things are better for ya. This last letter (the 25th) made me really ache for you. I wish I was there to comfort you.

I really feel for your daughters also. I just can't understand why your family won't reach out to them. That doesn't make much sense to me. And the father of the two girls. Whats his major malfunction. I don't want to judge the dude, but he needs to get his shit in gear. Those girls don't need to be put in any type of facility. I'll kick there heads up I'm telling you. The State turns them against you and every one else. Thats how it works.

So whats up with this 23 year old dude messing around with a 12 year old? Thats really sick. I mean this guy doesn't have any friends or what? And she shouldn't be hanging around no guy who beats other women cause he'll turn on her also. Friend or not. Man, I've got some serious praying to do tonight. I feel so bad for you love. I really do.

Okay, you asked if I've been charged with anything else besides the C.M. charge (I don't like saying it) No I haven't. I wrote a few letters back about them not indicting and how long they have to press charges. My Theory is this: Its not a very pleasant one but its a theory, If I get found guilty and Sentenced to Death (God I pray I don't) then they probably won't persue other charges cause I'll be a dead bastard in a few years why waste the money? But if I don't get death Then all the other charges will come rushing in. I should only be facing 2 counts of Robbery and escape though. The Feds had talked about others because Guns were stolen etc. I was told in Colorado by my lawyer up there they weren't going to persue it, but they can still use it as an ace up their sleave if they want to. Am I concerned about them? Hell yeah, thats more time I'll have too. Unless a miracle happens. Or I can get them run concurrent I'm shit out of luck. That was one reason my lawyer thought about playing - Telling the jury to spare my life cause its not like I'm going to be going anywhere for a long, long time. But I can't want to dwell on that.

once other things. I have not heard from any organizations including Amnesty Int. Did a back ground check on my lawyers etc their history in the Court Room. But I knew most of the info already. One of my lawyers was an Ex-Criminal Court Judge. He was not re-elected because he lowered the sentence or bond on a murder case. The victims family got all pissed off and campaigned against him. Politics you know how it is. I really don't have much to ask of the groups yet. Hell I don't even know where I'm at on the Docket yet. (I hope you're still praying about that!) I'm trying to arrange getting some books from the law library. Right now they're avoiding my requests. I'm going to talk to a Supervisor when I get a chance. Its really frustrating. I don't know much about how to research the cases though. Its new territory for me. The only research I did while in prison was on a time cut. So I'm kind of lost.

As for what you can do for me. Baby I don't expect much. I don't expect you to spend hours on hours on research that you don't know what to look for. Don't stress yourself out over it. All I want you to do is pray for me. Pray with all your heart that I come out alright in the end. That's all I want!

As a kid I played soccer for a couple years. My parents stopped allowing me to play because if our team was losing I'd just stand on the field and pout not even help the other players out. I didn't play any other sport til 7th grade. Then I got into Football I was a left guard and middle linebacker. Then my grades started to really suck so I couldn't play anymore. My Dad got me boxing lessons but then I went to Kentucky. Our school didn't have a football team. So I went back to soccer. Got really good at it. In middle school I was on the Track and field shot put team. I was the number one shot putter and the best in the region - No joke. Til I got into highschool. Then I started throwing against 200 lb + people with arms the size of tree trunks and got beat quite regularly. I was the best in our school til this new guy came nick named "Tiny" This guy weighed 240 pounds. Was big as a whale but stronger than King Kong. He through an 18 lb shot put like a pebble. He actually was on the 96 Olympic secondary team in Atlanta. Anyways I got all jealous and bothered and quit throwing. But I continued to play

4649

Soccer. We were a good team. We WON the Chicken festival. yeah [illegible] festival [illegible] It was in [illegible] ky. But because we were a private school we didn't quality for other Championships. Only our VollyBall track and BasketBall team could compete in those. We had a bunch of Ethiopians (sp??) on our team. They grew up kicking rocks around so they were good. Couldn't understand a thing they were saying but they knew how to kick a ball around. Kentucky is a pretty racist state also especially in the hills So when we went to play other teams fights almost always broke out. The same with our basketball team. Our rivals were the claycounty Tigers we called them the Klan County Tigers. They didn't much like it. They called our school Oneida "niggerland" insitute. Ah, the good ol days! A bunch of hillBilly ass rednecks. I used to do my Hilly Billy voices on the soccer field, had our team cracking up. I'd yell "hey Billy BoB joe kick me that there round thing a ma jig with them black spots on it" One girl on the side lines one game came up to me all smiling one time I thought she wanted to flirt and stuff. She threw a Coke all over my uniform and said "Why Dont you get yer ass back to that nigger school of yers" and stormed off. I guess she heard me making fun of them. I did a gomer Pyle impression back at her "Well Golly!" had my team mates crack up. I kid you not.

When I was considering College back in the days of highschool I wanted to take Fine arts etc. I wanted to major in either Music or Teaching. I wanted to minor in history. When I'm able to take college in TDC I'll major in History. I love that subject. I'm a history nut. All History politics, war, way of life. Its great knowing about ancient civilizations. Larry used to get a magazine called Biblical [illegible] Archiological Review it has all these digs and lessons on Ancient Biblical history really great stuff. At one time I think in 10th grade I wanted to be a History teacher. I'm interested in psychology also but more as a personal study not a college major or minor.

These psychological thrillers I've been reading have me really interested in all that. Its funny that you mentioned that news story about that guy chopping off his moms Dogs head. In the books I'm reading thats the first step a

4650

Sociopath takes in becoming a killer. It always starts with cruel and sick things to an animal. Ten bakker says he'll kill someone or many somewhere in his life if he doesn't get help. Reading lassie books wont solve the problem. Its early enough in his life to get him on a right thinking path. He needs counseling, or else he's going to end up like the guy in RED DRAGON. Thats how he started cutting off chickens heads, then cats etc.

The book ashes to ashes is really good. Its a thriller but also a great mystery. So far it points to about 3 suspects and I have one Idea of who it might be but its way too early in the book. I'm tempted to peak into further pages! Discipline nancy, Discipline!

The issue of my parents. I wrote them back in 99 before my brother told me they were moving to Florida (they never did but I didn't know. I thought they had) up to that point I had written them a few times in 97 and once in 98. They never returned the letters - Return to sender → so I know they read them. I always sent Chanukah and Rosh Hoshana cards also, every year. I would right them, but I dont know if they've returned to Texas or not. I'm tempted to try to get in contact with Chief Waybourn for several reasons - to talk to my parents and talk to him about giving away my personal past to the media. And tellings lies and half truths about me. I don't want to bitch him out I just want to have a man to man conversation. He used to be a person I respected greatly. Hell the guy was my karate teacher and boxing instructor. He came up to kentucky and visited me once. Took me to see ACE ventura and a Dinner to give me a break from school. The guy was good and he's the only connection I have to my father. I know he'll come and see me if I ask. So I'm going to give it a shot. But I think with all this recent garbage the escape - the shooting my parents have really suffered and probably are even more angered and hurt than anything. If only I could look into my Dad eyes and get him to see I'm not a monster. That I've changed and wouldn't ever hurt him or our family. Damn that would be the greatest blessing of all. More than life I believe. But I dont see it happening.

You asked if I could see Doc and does I could him work. I don't? First it depends on the severity of the case you have. Is it worth risking retaliation? Is it worth being hassled and pushed around. Also if they did this would it actually help in your suit? If the answer is yes, go for it. If you fear hassles write ups then you have your lawyer monitor the situation. Like what my Attorneys are doing with me. they've subpoenaed (sp?) my prior TDC record which is flawless except that sunburn incident and extra necessities -joke- Also they check up on me to find out how I'm being treated etc. I think they are allright. I plan for a fact about the TDC records.

Now if you couldn't have this done and they started taking privileges etc or maybe took pay or goodtime or [illegible] messed with your custody status, and you couldn't do anything about it then forget it. It all depends on whether what your suit is about and if its worth the repercussions. In my situation I'd do it, but what can they do to me thats worse than what I'm suffering now. But you've brought up a good discussion.

Dawn Baby, if at any time you go longer than a week to two weeks without hearing from me get your friends Patti or your family to start looking into it. If I just so happen to disappear. Cause I won't ever stop writing without a reason okay? As of now I can't believe I could ever stop writing you. So if that happens something's happened to me. Okay? You can call the press or Amnesty INT. and get them to look into my "vanishing". It's just a safety precaution to me okay? If they think I have means they'll try to make me disappear - know what I mean? Maybe I'm paranoid huh?

Anyways if its worth suing sue their ass off! If your afraid but it can benefit the suit - sue! If you feel its not worth the trouble chalk it up as a loss. I guess I'd sue but I can risk that. I don't know if you can.

Well love I really do miss you. Thanks for sharing your problems with me. Don't ever feel that you can't. I'm here to listen no matter how depressing it might be. So what if it brings me down. I'll survive. I've lasted this long right? Damn you mean so much to me. I'm really glad the lord has put you in my life. You are my life

and my hope! You and God! Keep praying for me baby please I really need it.

Say hello to that Skunk for me. Hes probably spraying his love scent around. Whats wrong with a skunk trying to get some action huh? Its spring, time to make more baby skunks!

Any ways, write soon - I don't know why I say this I get a letter everyday from you - I wish you were in my arms! Be good take care. I'm really praying about your time cut and I'll pray for your daughters tonight! Thanks for loving me. You're in my heart and soul and mind as always. Sorry so short!

HUGS KISSES

Yours Truly, B

Sorry so sloppy also!

... C 48
1... Commerce St.
Dallas, TX 75202

Dawn M. Amos #95206
CWCF 3
P.O. Box 500
Canon City, Colorado,
81215

-4653

July 13, 20

My Beautiful Dawn Marie;

Hello Sweet thing - yum! I love you. I got your letter commenting on my "screwed up head" letter today. The mail here is so bass screwed it amazes me I even get anything.

Well, I'm glad you took it well, because it was not my intention to upset you or anything like that. I suppose I acted a little childish in thinking you were writing Kiss and I guess yeah my little tantrum meant I did care if you did or not. I apologize for accusing you especially when I didn't really see your name on the Return address, it was the S-word that got me I'm sorry Babe

As far as Terry, I'm cool with your past, I've just never understood affairs and how a person can risk everything i.e. family, friends; for something that is usually just a fling. I'm sure there are the rare occassions when it really is love I don't know. I plan on this weekend sharing with you what happened and why I feel about things like that the way I do. But you're right we both have past loves and we can't change that or stop thoughts that come or what it once was I guess that's life we have each other now and we make our own future and life.

Well love, I'm so glad that you took my letter well. I know things have been hard really hard on the both of us these past few weeks. You and your daughters plus no time out with me and my whole ordeal. It's enough to drive someone crazy. But things are looking up. I've got the greatest news, but I'm not supposed to know it so I can't talk about it (yet) But it's great Dawn Really Really good. I have to get confirmation on it, but it changes everything! The lord answers prayers. Believe me Dawn when I tell you you'll cry... It's that good. It Gives us hope. Now if I can only get this other issue taken care of. I'll be on cloud 9.

okay ONTO OTHER THINGS... I LOVE YOU OF COURSE.

THE ISSUE ON MY FATHER AND THE EXTRA MARITAL AFFAIR SEE [illegible], THE REASON IT ALL BOTHERS ME SO MUCH IS BECAUSE ONE NIGHT, I MEAN DAY, I WAS BACK FROM KENTUCKY ON A SCHOOL BREAK. USUALLY IF I HAD [illegible] [illegible] OF GOING OUT ETC. I'D HELP MY DAD AROUND THE HOUSE WITH HIS BUSINESS. HE RAN HIS COMPANY FROM HOME. HE DID HAVE AN OFFICE, BUT AFTER HIS HEART ATTACK HE DIDNT LIKE TO DRIVE BY HIMSELF AROUND [illegible] SO HE STAYED HOME MOST OF THE TIME. WELL, I HAD BEEN RUNNING ERRANDS FOR HIM. I HAD TOLD HIM I WAS PROBABLY GOING TO GO TO THE MOVIES ONCE I FINISHED SO I'D BE HOME AROUND DINNER TIME. I WENT BY THE MOVIES, BUT THERE WAS NOTHING I WANTED TO SEE. SO I DECIDED TO GO AHEAD AND GO HOME. I PICKED UP SOME SHAKES FROM DAIRY QUEEN FOR HIM AND I.

WHEN I GOT HOME I NOTICED A SILVER BMW PARKED IN THE DRIVE WAY. COOL NO BIG DEAL MY DAD ALLWAYS HAS VISITORS FOR BUSINESS. I PARKED MY DODGE IN THE STREET SO I WOULDNT BLOCK THE BMW IN. AND I WENT INTO THE HOUSE THROUGH THE FRONT DOOR. USUALLY WE ALL GO IN THROUG THE GARAGE. I GO IN AND START TO GO UPSTAIRS TO MY DADS OFFICE TO BRING HIM HIS SHAKE AND INVOICES/CHECKS FROM CUSTOMERS. WELL I HEAR A LITTLE MORE THAN BUSINESS DISCUSSIONS. MORE LIKE "OH DAN YES, THATS IT!" AND IT WASNT MY MOM. I WENT DOWN STAIRS AND OUTSIDE. I THREW THE SHAKES INTO THE STREET. GOT IN MY CAR AND MUST'VE DONE 75 ON OUR STREET. I DECIDED TO GO TO THE MALL TO COOL OFF.

I CAME BACK HOME AT ABOUT 9:00 P.M. EVERYONE WAS HOME MY BROTHERS, MOM, DAD. I COULDNT THINK. I THREW DAD HIS CHECKS AND ASKED FOR MY MONEY FOR THE DAY. I TOLD HIM I PLANNED TO GO OUT AGAIN AROUND 10. HE PAYED ME AND SAID "WHATS WRONG RANDY?" I SAID "NOTHING

AS YOU ALREADY WERE.

ON THE JEALOUSY ISSUE, WE'VE BOTH BEEN ACTING IMMATURE. IF YOUR FRIEND DID COME AND VISIT YOU AS A FRIEND, YEAH, I'D BE ENVIOUS, BUT I WOULDNT DISCOURAGE IT. PEOPLE NEED SOMEONE TO TALK TO. PLUS ITS IN A CONTROLLED ENVIROMENT. LETTERS, ETC IS NOT AS MUCH UNDER CONTROL. DO I WRITE JENNIFER? NO, I DONT. THERES NO NEED. WE SAY WHATEVER IN THE TIME ALLOWED. JENNIFER HAS OPENED ALOT OF DOORS FOR ME HERE AND YES I WILL ALWAYS BE GRATEFUL, BUT WILL I FALL OVER MADLY IN LOVE BECAUSE SHE HELPS AND OFFERS SUPPORT? NO. JUST AS I WOULD TRUST YOU WITH THAT FRIEND.

MY OUTBURST WITH RIVAS IS MORE BASED ON THE COMPETITIVE THING AND ALSO I HAD THOUGHT MAYBE YOU LIED TO ME. BUT I WAS WRONG AND I ACTED IMMATURE. I ADMIT THAT. AND I HAVE CONFRONTED THE GUARD ABOUT IT. HE laughed AND WALKED OFF. SO HE WAS PLAYING GAMES AND I'M SORRY.

BUT I NEED JENNIFER TO GIVE ME INFO ON MY SITUATION. I NEED HER TO KEEP ME UP TO DATE. WHICH SHE HAS. MY LAWYERS ARENT DOING THE JOB. SHES 23 AND WORKS FOR A BIG COMPANY WHICH HAS MAJOR PULL DOWN - POLITICALLY ETC. SHES A WOMAN SO SHE CAN USE THAT TO HER ADVANTAGE AND SHES NOT AFRAID TO. BECAUSE AS YOU KNOW, SHE BELIEVES THERES AN INNOCENT MAN SITTING HERE. SHES MY GRAPEVINE, MY SOURCE OF INFO. BUT I WONT AND COULDNT FALL FOR HER. I'M NOT ATTRACTED TO HER FOR ONE. SHES JUST GOT THAT "BITCHY STUCK UP" LOOK AND THATS A MAJOR TURN OFF. AND SHE CAN BE THAT, BUT SHE CAN ALSO BE A FRIEND AND SHE IS. PLUS, I'M IN LOVE WITH YOU. NOT JUST I love you - I'M IN LOVE WITH YOU DAWN. IN!

I THINK ONE OF YOUR CUSTOMERS SCREWED YOU" HE DIDNT GET IT. SO I JUST SAID "BAD DAY THATS ALL" HE SAYS "WELL LOSE THE ATTITUDE GO OUT AND HAVE FUN"

I NEVER BROUGHT THE ISSUE UP. I NEVER SAID ANYTHING TO ANYONE. THE THING THAT UPSETS ME ABOUT IT THE MOST IS NOW, AFTER ALL THIS HE WOULD DARE THINK I WOULD HURT THE FAMILY. DOES THAT MAKE SENSE? HE WHO CHEATED ON HIS WIFE, ON US? HE RISKED RUINING OUR FAMILY. YEAH, HE DOESNT KNOW I KNOW. MAYBE I SHOULD WRITE A LETTER SAYING "DEAR DAD, REMEMBER SO AND SO DAY? YEAH, WELL, I SAW YOU AND I KEPT MY MOUTH SHUT SO I WOULDNT RUIN THIS FAMILY. AND YOU FEAR ME? YOU THINK I'D COME BACK TO HURT YOU? I COVERED YOUR FREAKING LIE. YOU HURT THIS FAMILY. YOU DID MORE THAN I COULD'VE EVER DONE. THE DIFFERENCE? YOU DIDNT GET CAUGHT. WHY? CAUSE I KEPT MY MOUTH SHUT!"

OH, DAWN IT HURTS SO MUCH TO THINK ABOUT IT. BUT THATS WHAT HAPPENED. UP TO THAT POINT I BELIEVED MY MOM KEPT HIM HAPPY. THEY NEVER FOUGHT. THEY TALKED ALL THE TIME. KISSED. SEEMED HAPPY. MAYBE ITS ALL OKAY NOW, BUT TIMES I THINK ITS AN ILLUSION BECAUSE OF THE KIDS. THEY DONT OR DIDNT WANT TO HURT US BECAUSE WE HAD ALL BEEN THROUGH SO MUCH. MAYBE?

WHATEVER THE REASON DAWN, IT SHOULDNT HAVE RESULTED IN RANDY THE ENEMY, YOU KNOW? I WOULD THINK BETTER OF MY FATHER. REGARDLESS, I STILL LOVE HIM.

I GOT UPSET WHEN YOU TOLD ME BECAUSE OF HOW ... DE JUST DROPPED YOU LIKE THAT. I UNDERSTAND THINGS HAPPEN. SOMETIMES YOU CANT CONTROL LOVE (US). IT JUST HAPPENS. LIKE YOU USED TO TELL ME "LOVE IS LIKE WILD FLOWERS, IT GROWS IN THE MOST UNUSUAL PLACES." AND ITS TRUE BUT OLDE HAD NO RIGHT TO DO THAT TO YOU. AS VULNERABLE

SO YOU'RE RIGHT. THERE HAS TO COME A POINT WHEN [B]OTH OF US "GET OVER IT" AND WORRY ABOUT AND WORK [F]OR "US" YOU AND I.

I DONT EXPECT AND DIDNT ASK YOU TO MARRY ME [F]OR IT TO HAPPEN RIGHT AWAY. FIRST, I WANT TO BE [O]UT OF DALLAS AND OVER WITH THIS CRAP. I ASKED YOU TO BE MY WIFE SO I COULD SHOW YOU IM SERIOUS ABOUT LOVING YOU. BUT WE DO NEED TO GROW A LITTLE MORE AND NOT "RUSH INTO IT" AND BEING ENGAGED ISNT. SOME PEOPLE ARE ENGAGED FOR YEARS. THATS COOL. WELL TAKE OUR TIME TO GROW AND TO BE BEST FRIENDS. IM THINKING SOMETIME IN THE FALL OCTOBER/NOVEMBER 2002 OR 3 BECAUSE I LOVE THE AUTUMN!

I DONT WANT YOU TO KEEP HOUSE WITH ME OR FOR ME. I WANT YOU TO DO WHAT YOU WANT AND HOW YOU WANT IT. YOU WANT A CAREER? HAVE IT. SURE WE CALL WHATEVER HOUSE YOU HAVE "OUR" HOUSE BUT DO WHAT YOU WANT TO DO. ILL NEVER MAKE ANY DEMANDS OF YOU (JUST DONT START SMOKING AGAIN I HATE IT.) I'LL SUPPORT WHAT YOU WANT ALWAYS. IM GOING TO BE A HUSBAND YOUVE NEVER HAD- LOVING, PATIENT, UNDERSTANDING. ILL NEVER PUT YOU DOWN, NEVER HIT YOU. NEVER CUSS AT YOU. NEVER RAISE MY VOICE. I WANT YOU TO HAVE A LIFE AND ENJOY IT AND NOT FEEL WEIGHTED DOWN BY YOUR HUSBAND IN PRISON. WHY? BECAUSE I LOVE YOU.

I WOULD LOVE A CHILD WITH YOU. THAT WOULD BE GREAT, BUT WE HAVE TO BE REALISTIC ABOUT ALL THAT. THERES ALWAY PRAYER AND I WILL PRAY.

OH, AND YOU ONLY YOU CAN GO BACK TO CALLING ME RANDY OKAY? ILL ONLY ALLOW YOU TO DO IT BECAUSE ITS PERSONAL BETWEEN YOU AND I. SO I'M RANDY TO YOU. IM LOONEY HUH?

AS FAR AS THE JEWELRY ETC. I CAN PROMISE [Y]OU THAT, BUT IT HAS TO BE WHILE IM IN COUNTY TDC WONT ALLOW IT TO BE SENT. AND I KNOW

YOU'RE GETTING AND PICKING THE STUFF OUT, BUT PLEASE WHATEVER YOU GET (NO GOLD!) IT BREAKS MY SKIN OUT, I CANT WEAR IT. IT HAS TO BE SILVER OR WHITE GOLD. SOMETHING IN REGULAR GOLD I'M ALLERGIC TO. STRANGE HUH. OH AND DONT SPEND ALOT ON IT! IF YOU GET ME A WATCH A CASIO OR TIMEX WILL DO OKAY? I'M GLAD YOU SAID SOMETHING CAUSE JENNIFER WAS GOING TO GET A WATCH (FOR FREE FROM TIMEX) HER PLACE OF WORK GETS ALL THESE PROMOTIONAL DEALS WITH THE ADS THEY CREATE. OH THE GLASSES DEAL FELL THROUGH. I'M STUCK OUT.

BUT I'M GOING TO WAIT ON YOU. THANK YOU MY LOVE!

WHAT DOES IT FEEL LIKE TO THINK OF BEING A HUSBAND? WELL, I'VE BEEN ENGAGED BEFORE, BUT IT NEVER HAPPENED. BUT HONESTLY, IT FEELS GOOD. I CANT WAIT TO CALL YOU MY WIFE. WHATEVER YOU DO DONT EVER CALL ME YOUR "OLD MAN" AND I WONT CALL YOU MY "OLD LADY" (LITERALLY HA!HA!) NO SERIOUSLY I HATE THOSE TITLES WHEN PEOPLE SAY "YEAH, MY OLD LADY" OR "MY OLD MAN DID THIS." ITS JUST STRANGE. YOU'LL ALWAYS BE "MY OLD WIFE" HA HA HA NO, "MY LOVE MY WIFE" CAUSE I LOVE YOU AND RESPECT YOU.

YEAH, IT WAS SHITTY OF ME TO LEAVE YOU HANGING OVER A WEEK ON THE LETTERS. I'M SORRY MY LOVE. IT WONT HAPPEN AGAIN. I JUST HAD TO PULL MYSELF TOGETHER AND I DIDNT WANT TO SAY THE WRONG THING. YOU KNOW CONTROL THAT IMPULSIVE SIDE OF ME. BUT TRULY, I APOLOGIZE.

ALSO, I WANTED TO SAY. YOU DON'T HAVE TO TELL ME YOUR PRETTIER IN REAL LIFE. I KNOW YOU ARE DAWN. CAMERAS NEVER DO ANYONE JUSTICE, IT SURE DOESN'T ME. BUT REALLY, IF WE HAD A CHILD I KNOW IT WOULD COME OUT BEAUTIFUL. I REALLY WANT A GIRL SO BAD, BUT A SON WOULD MAKE ME HAPPY TOO. OKAY HOW ABOUT THIS, IF WE HAD A GIRL WHAT WOULD YOU WANT TO NAME HER? OR THE SON? I'M GOING (SPA) TO GIVE A FEW NAMES. GIRL: AUTUMN, PENEALOPE

Shoshana, Leah, Rachel, SARAH (All JEWISH NAMES? A BOY? BENJAMIN, DAVID, RYAN, ROBERT.
I KNOW NOT TO CREATIVE SORRY!
YOU HAVE TO GIVE ME SOME NOW!
I HOPE YOU GET YOUR RESTITUTION THING WORKED .. IT IS BULLSHIT HOW YOU HAVE TO PAY ALL THAT WHEN YOU HAD NOTHING TO DO WITH IT, AND THE OTHERS DONT HAVE TO PAY A SCENT? HOW COME IF YOU'RE IN PRISON YOU STILL HAVE TO PAY? IN TEXAS THEY DONT DO THAT. THATS PRETTY SHITTY I THOUGHT COLORADO WAS BETTER THAN THAT. Hmmm.
I LOVED ALL THE "GET SHORTY" COMICS! I'D SEEN A FEW BUT NOT ALL OF THEM I USUALLY ONLY GET WED, FRI, SUNDAYS PAPER SO I GET BEHIND. THE LATEST BUCKY GOT IN AN ARGUMENT WITH ROB ABOUT SOME SMELL IN HIS CLOSET BUCKY SAYS "THIS ISNT THE MARINES, I DONT HAVE TO ANSWER TO YOU!" BUCKY'S GREAT! SATCHEL IS GAY I THINK OR REALLY FEMININE, Hmmm.
I ONLY LIKE MOTHER GOOSE AND GRIMM WHEN THEY DO THE PARODIES OF OTHER THINGS. I DONT MUCH CARE FOR THE CAT AND DOG. GARFIELD HAS GOTTEN ANNOYING. I LOVE FOXTROT. I ALSO LIKE MUTTS BUT IT ONLY COMES OUT SUNDAYS HERE.
HEY, THAT WOULD BE GREAT IF WE GOT A CAT AND DOG AND NAMED THEM SATCHEL AND BUCKY (IF THEY'RE MALE ANIMALS) I KNEW A DOG NAMED SATCHEL. I HOPE WE DO AT LEAST GET A CAT. I LOVE CATS!
MY MIND JUST WENT BLANK!
I'm STILL WAITING TO GET MY HAIR CUT! I PUT IN A REQUEST THREE WEEKS AGO. UGH. HOPEFULLY THIS COMING UP WEEK I'LL GET IT. BUT I'm ONLY GOING TO CUT IT SHORT ON THE SIDES AND BACK I WANT TO GROW THE TOP OUT A LITTLE MORE. I'LL IMAGINE YOUR FINGERS RUNNING THROUGH IT... BETTER STOP I'm GETTING HARD
SO YOU LIKED MY SIDE BURNS HUH? YOU WANTED TO [illegible] ME? SOUNDS GOOD TO ME. I WOULDNT STOP YOU!

I BET YOU CAN'T WAIT TO SEE ME IN THE NEWS AGAIN HUH? ME IN A SUIT AND TIE? YOU'D PROBABLY GO NUTS HUH? WELL YOU'RE JUST GOING TO HAVE TO WAIT AREN'T YOU. TOO BAD!

OH, THE SOCIAL WORKER IN KENTUCKY. WELL, I REALLY DIDN'T SCREW HER, FIRST I ATE HER OUT. THATS ALL SHE WANTED ME TO DO. I WAS IN HER OFFICE TRYING TO TALK MY WAY INTO A BUS TICKET VOUCHER. SHE SAID "WHAT DO I GET OUT OF IT?" I SAID "I DON'T UNDERSTAND?" SHE SAID "YOU ARE EIGHTEEN RIGHT?" "UHH?" I WAS KIND OF CONFUSED AND SHE SAID SHE WANTED ME TO SCREW HER, BUT THEN CHANGED HER MIND CAUSE I HAD NO PROTECTION SO I ENDED UP EATING HER OUT. SHE WAS ONLY 28 OR 29. REBECCA WAS HER NAME AND SHE DROVE ME ALL THE WAY TO TEXAS. ON THE WAY WE HAD SEX ONCE BEHIND A GAS STATION IN ARKANSAS. IT WAS KIND OF WEIRD CAUSE SHE WASN'T ALL THERE. SHE DROVE ME ALL THE WAY TO MY HOUSE. I'VE HAD SO MANY CRAZY EXPERIENCES IN MY SHORT TIME ON MY OWN. GEEZ ITS BEEN WEIRD.

WELL, I NEED TO GET THIS OUT, I'LL CONTINUE TO WRITE TOMORROW. YOU ARE IN MY HEART, ON MY MIND AND PART OF MY SOUL BABY! I LOVE YOU FOREVER AND AM PRAYING FOR US. BE GOOD. I MISS YOU.

YOURS FOREVER
YOUR FUTURE HUSBAND

[signature]

RANDY E. HALPRIN #01076935
DEU 48
1600 COMMERCE ST.
DALLAS, TX 75202

BECCA F. SCHAFFER
5202 FORAKER CIR.
LOUISVILLE, KY 40216

July 11, 2001

Dear Becca,

Hey there! I was beginning to think I had upset you or something, but it was good to hear from you. I have much to share with you! I'm not down in the dumps currently, actually I feel pretty damn good. I only have one crisis as of now, I'm in the process of dealing with it. I don't think its such a bad thing. It's probably my imagination over dramatizing the situation. I tend to be very melodramatic at times!

Seriously, I was so glad to get a letter and I'm glad to hear you're doing alright. How's the new home? Where's Foraker Circle near? I swear I've heard that street before. Is it a newer house or older one? I used to have so many friends all over Louisville most lived off of BARDSTOWN RD on Douglass BLVD and surrounding streets. The neighborhoods in Louisville, I swear were like mazes. It's like you've got this one main street and then it turns into a billion alleys and other streets. Here's a strange but funny story.

One of my first times in Louisville I was visiting my Girlfriend. I didn't know the neighborhood too well. It's early in the morning and she's taking a shower so I decide to walk around the block. I take a turn down one street then another and then another. Suddenly I get cramps in my stomach real bad. I mean I've got to go! So I start heading in the direction I thought was BARDSTOWN RD. Because they have stores restaurants etc. For like 15 minutes I'm walking around in circles my stomach is really hurting! I can't hold it anymore. So I pass this GARAGE in an alley, its got the trash outside, boxes etc. I look around grab a box and SQUAT behind the garage (Don't laugh I was hurting!) I used the Box Flaps as toilet paper -ouch! So when I finish I continue to find my way back to BARDSTOWN RD. Finally I get there I go to this convienient store and ask the lady how to get to ST. Francis of Assisi (the only landmark I was really familiar with. She tells me

its about 4 1/2 miles down the RD! I was thinking Damn I really wandered. I found the church and from there found my way back to my girlfriends house. She's like "what the hell happened to you? You've been gone An hour and a half!" I said "Are your parents gone yet? Cause I really need to take a shower - Don't ask!" It was a weird experience. Do you know a Travis Duckwell? kind of stocky blonde hair hes about our age 23-24. He lived close to the cheap Cinemark theater.

I Am glad you finally got the ABC video, but I have to clear some issues up. Okay, I had heard the ABC folks Dubbed me "second in command" As honored as I am for that title I wasn't. In all honesty, the other guys felt I was too young to have that sort of position. All though I did help in the original plans (It was just four of us at first, the total time it took to put it together was 6 months - it went through many changes and adaptions) but Larry Harper (R.I.P.) was second in charge. Despite my "Intelligence" I was not into everything they wanted to do I was the most outspoken against certain activities but I was "too young" I was last in line.

The Cop was Chief Waybourn. He was my fathers friend, I had thought he was better than that to tell such half truths and lies about me and to jump on the "I knew Randy" 15 minutes of fame band wagon. The whole "Bonnie & Clyde" thing... That was an inside joke between my girlfriend Theresa and I. We had gotten caught in the act of getting it on, I had snuck into her house. later she said "They should call us Bonnie + Clyde" I told my father the joke and he laughed too saying "I don't care what y'all are just don't get her pregnant" Now, all of a sudden it was some premonition of the future... Psht! Con Artist? Well, I admit I was once a real bad liar and a manipulator, but mainly because I was a spoiled brat and I had to have my way and drugs. But I never tried to con anyone. I've read articles with the cop

People passing them up it makes me think "man, if I had my chance..." It's crazy cause I get all these great Ideas for myself that I know would shoot me to stardom but I can't use them. It hurts so bad. I constantly read the business papers. I follow trends. I've sort of taught myself about marketing and how to push an Idea. Maybe I can help you, give you some Ideas collaborate with you. But you have to get out and do it! OR your dream is just that and nothing more. Dreams aren't suppose to just float around. They're to become realities Becca, something you can grasp. If it wasn't that way, we wouldn't be in space we wouldn't have DVD's C.D. Computers Anything a person Dreams can become a reality - Anything!

As for myself now, I've been thinking up court room strategies. Not only for my "big trial" but these escape charges too. They're really good and believe me they will create a big stir in the media. I look at it like this, The State can come at me with 17 frivolous charges and come out looking like fools or they can drop most of them. I'll accept the escape charge, but nothing more than that.

I haven't given up Becca, in fact, I've found a new spirit and wind to fight this. I'm not going to give in like a wounded animal. I don't want to die when I can see a tiny glimpse of hope. It may be small (a pinacelight) but hope is hope no matter how you perceive it.

I appreciate and cherish your support so much Becca. You don't know what it means when you offer words of encouragement.

On the downside of things my lawyers are, well... lets just say I haven't seen them in two months and I'm in the black about alot of things. Most information I have on the upcoming trial and mine

Speaking about me such Bullshit. He calls me this charming manipulater. He says I use my "looks" to win people over and get their guard down. He says "Randy is a guy who, had it not been for his impulsive behavior, would be getting Academic Scholarships" He said all kinds of stuff. - Just crazy.

But I'm glad I came across good on the interview. They taped about 1hour ½ of video of me, was it really short? That interviewer was so fake. When I sat down in front of the cameras (Before they're rolling) he says "Okay Randy, This is the Texas 7, People want to know all about you, so make it exciting!" I was thinking, oh God..."

So you like my voice huh? Well, I've never heard it described as "EDGY" is that good? I've had alot of people tell me when I talk on the phone I sound good, but not Edgy. oh well thanks though!

I'm proud of you making A's + B's keep up the good work. You know, you say you're a gypsy. I understand. I was like that too. got to move around and try new things, but ultimately, I wanted my dream - music. You've got to just focus yourself (I couldn't seem to do that at the right times) When you get that urge to move on. Stay put. Say, "I'm doing this job here to make a path for my dream". What good is a dream, if you don't make it real. Becca? You say fashion designing is a dream also? Well, make it a hobby at first. Put together some clothes, then get out there and push it. If its good it'll catch someones eyes. You have to have a starting point. You can't expect it to come to you. I get the feeling thats part of your problem. If its horses, put in an ad in the paper "will train and manage horses on weekends etc" Build up a clientelle (sp?) and then start a ranch. I know you have marketing skills. Get out and market yourself. There's so many opportunities out there, and when I here about

was fortunate enough to recieve it.

By the time you recieve this letter you'll be in California. I hope you're able to avoid the rolling Blackouts. I really hope you have the Best time with [illegible]. I hope things go as well as you expect them to. I'd love any pictures you could send!

As always, you are in my prayers also. I look forward to your next letter. I understand you are busy so write when you can. Okay? Well, Becca take care. Have a fun vacation!

P.S. How was your 4th of July?

Your Friend,

[signature]

OR

[signature]



Mindi Sternblitz
P.O. Box 152805
Arlington TX 76015

September 12, 2001

Dear Mindi,

Wow! I recieved your letter today and was absolutely shocked. I suppose I figured I've lost my old friends out there. Hearing from you was a great blessing.

The first thing I want to say to you is I'm so sorry. I've let you and your family down, along with everyone else who once trusted and believed in me. But Mindi please believe that I am not a "bad" person. Some things have happened in my life that I truly regret and this last incident was not suppose to happen, as I've said numerous times to the media, all I wanted was a new life. I honestly didn't want to be involved in some of the things that happened. It's long and complicated — obviously I had a choice and chose to do what we did but it wasn't suppose to happen this way, meaning the terrible incident.

As you know, I can't get into all the details now, but I hope you believe me when I say I didn't participate in the shooting.

So now we go back to where and when we last talked. It was the summer of '96 and you were getting ready to go to Texas A+M. I believe the last time we were together we went to some store having like a college deal, they sold all kinds of dorm stuff etc. I was staying in the Arlington night shelter. you would swing by and pick me up. I also remember your boyfriend. yeah, I remember everything.

I remember trying to get a hold of you, I was about to be leaving the shelter to move to Ft. Worth with some people I had befriended. But I never was able to reach you for whatever reason.

In all honesty, I felt safer hanging around you and your boyfriend. (if you remember we had also talked (your boyfriend and I) about becoming roommates) I wasn't exposed to drugs around you all.

Then one night before I left for Ft. Worth someone approached me with some drugs. I had been off them for awhile and though it may have appeared I was alright, I had alot of problems stemming from my parents turning their backs

in me. So feeling the pressures, I gave in. I don't know mindi, at that point I knew I was falling apart, but I figured I could still get back on track in Ft. Worth. Problem was I couldn't get off the drugs.

Along with me came a woman named Charity and her son, Jarrod. I really liked Jarrod alot - I didn't like Charity. She was scheming and always looking for a free ride, and though as much as I liked Jarrod, she always threw him at me. It wasn't a problem at first. Part of the deal in staying with my new friends was until I could find a job and get my own place I could watch their kids (one daughter 6 and a son 3) to "pay" my part of the rent. Charity was their by fluke her son had the chicken pox and wasn't allowed to stay in the shelter 'til he healed so she had to come with us. The owners (my friends) felt sorry for her and let her stay until then. Charity took advantage of this time to go out and drink and do whatever. I watched the kids while the plummers worked, went out etc.

Problems began to increase for me when one night I had gotten wasted. I was so drunk I couldn't even walk. I remember passing out on the couch and dreaming I was having sex. when I came to, Charity was ontop of me and I (was) having sex. I flipped, but she insisted I "wanted it" to this day, mindi, I swear I don't think I came onto her.

Now because of Jarrod's chicken pox, he became irratible and as always crying. It didn't bother me at first, but day after day of watching three kids - two running around crazy and one crying, it began to eat at me. I really felt I was losing it.

Then the night that changed my life happened. I was on acid. It was my night to relax and not do anything, when Charity gets a wild hair up her butt and wants to go out. She talks the plummers into going too. So who's left to watch the kids - high -? I object saying I'm not in any shape to babysit. Charity and I get into an arguement she says "if he dont want to pay his rent kick him out" we argue for some more time and finally I give in

They leave I'm curious.

Now, I don't know if you know what the effects of Acid can be. But one of the things about it is you don't want to be angry on it. It enhances the mood. As theatrical and melodramatic as this all sounds, I was literally seeing red in flashes. All I could think about was how much I disliked Charity, as I went from living in a upper middle class family to becoming a nobody. I was mad at my parents, I was mad at everything and on top of it Jarrod had started to cry again. I tried everything to stop him and calm him down, but nothing seemed to work. The crying continued. My anger was growing and this was just fuel to the fire. Then I just flipped out. All I can remember seeing was black and flashes of red. For a couple minutes I just lost it. I remember throwing up when I calmed down. In all honesty mind, I hadn't believed I hurt him at first. It wasn't until the next day seeing him limp I realized what I did. I wasn't aware of the extent of the damage caused.

I later turned myself into the police when they were going to accuse Charity of the abuse. And so I was serving thirty years in prison. I truly regret what I had become and hated what I did because I used to swear to myself, I'd never be like my biological parents.

In prison, it wasn't until about two years of moping around that I decided I needed some sort of change. I enrolled in a college business course and participated in other programs hoping this would help me avoid falling into the prison trap of hatred violence and other things. But unfortunately, the "out of sight out of mind" thing doesn't work there because it's everywhere you turn. I even submerged myself back into Judaism hoping I could really give everything to G-D. There was a Jewish organization that came once a month called the CHABAD LUBAVITCH. Its run by the Aleph Statute.



NOD ... #48
500 Commerce St.
Dallas, Tx 75202

SARAH CELASSEUR
1441 MINSTREL DR. EAST
DIVIDE, COLORADO 80814

4683

I loved it. But being involved in a ~~prison~~ Jewish prison function didn't fly to well amongst alot of the white gang. So I caught alot of crap for it, being nicknamed Rabbi or JewBoy or other more foul things.

I got tired of prison life. I knew I was a better person and I didn't feel like I should be there any more. So when the opportunity to escape came up, of course I jumped on it.

And its ended back to this. I don't know what G-D has in store for me. I'm not going to allow this incident to harden my heart and make me bitter. Infact, its the exact opposite. But ultimately its in G-D'S hands.

I'm not telling you this because I want you to feel sorry for me or whatever. I just wanted to give you a little more insight on what happened after we last saw each other. We've been friends since we were little kids we were boyfriend and girlfriend. We've had a long history together and I haven't forgotten any of it.

Mindi, if theres anything I can tell you please, don't hesitate to ask. I, of course gave the short condensed version of the last 5 years and I'm sure there are many things you are curious about.

I can only hope that you see me as the friend I've always been to you. And that I can earn your trust I'm not a bad person.

But I have some questions for you!

How was College? what was your major and what are you doing now?

Actually, I'm very surprised to see you came back to Arlington. I would think you wouldve moved away. How are your parents and brothers? you know, I dont ever forget the kindness your mother and father have shown me. I don't know how they view me now, but I have all the love and respect in the world for them. Please tell them this.

I'm still in shock you wrote me!

So you still attend Beth Shalom? I've heard about how its grown. While in Colorado I talked (and did an interview) with Landa Levy the Director of Channel 11 news. She had told me some old friends had asked about me. Actually, I asked her to find out if you were still in the Area.

Believe it or not, I've had a huge show of support from people all over the country. Not once have I recieved any hate mail or anything of that nature. It makes me happy and gives me hope.

I don't want to carry on forever, I'm afraid I could, so I'll start wrapping this up. But I want to say first mindi that I'm glad you haven't just forgotten about me and that you took the time to write me a note. I guess you'll never fully understand how good that made me feel - to hear from you. I hope that maybe we can pick up where we left off in '96 before I chose my path and you chose yours.

And just so you know, I'll always be honest and open with you, so please, don't feel otherwise.

Write me when you can mindi.

Randy E. Halprin #01016535
3EU 48
500 Commerce St.
Dallas, Tx. 75202

Sincerely,
Randy E. Hal[signature]

P.S. They xerox copy and Read my mail so it usally takes up to 4-6 days for me to send + Recieve mail. That's why its taken so long for yours to get to me and mine to get to you.

Oh Tomorrow's my B-Day. 24.

Bye mindi

4674

Randy E. Halprin #cv01C935
DEU 48
500 Commerce St
Dallas, Tx 75202

Jennifer Roe
309 Westwood Sq.
Duncanville Tx 75116

I.T.







SCRE

September 14, 2001

Jennifer

UGH! This has not been a good day. Well yesterday was decent and I got to see you even though they screwed you - us out of any extra time we might've had. For the last two nights its been so noisey and even in the day too. I've gotten shit for sleep and I'm becoming very aggravated. This idiot wannabe Rap Star is banging non-stop it's driving me nuts - then today he interupts uncle manny and I talking on the intercom he says "all you ho ass white folks aint gonna talk on this thing unless you pay me cause I'm going to rap. Well he starts rapping really loud over us. Well then his "girl" gets on and wants to talk I say "hell no! you dont want to let anyone else talk you're not going to talk" So his girl gets off. Now he's saying shit about respect I tell him "Look out 'playa' Respect's a two way street." He says "I'm a pimp Goddammit you're fucking up with RED" (Red's his nick name) I say "Hey [illegible] you want [illegible] to pay you? I got a cream puff you can suck on till the cream comes out" Uncle manny gets on and says "yeah hey RED I got some county soap you can have, you know being such a pimp and all" Then someone else gets on and says "Hey RED, you like disrespecting your Homeboys? Cause you're going to have to explain to them why they're not going to be able to talk either because if I hear them talking - I can [illegible] and yell too and when they get mad guess who they'll be coming to..." So finally the rapstar gets off and goes to sleep.

Well I'm still aggravated and I try to take a nap when Sgt Porter comes by with some xerox copies of envelopes. He says "whats this shit Randy?" I'm like "Damn Busted" they caught on to my little return address deal. I tell him "I'm not saying anything in the letters.." He cuts me off and says "I know you want your mail to get out soon, but I'd be doing this anymore because you're going to have explain why your mails not getting sent out

Okay? Don't do it anymore." I said "yes sir" So I can't do it anymore and its back to the regular way, because I don't want to lose mail privileges. I'd go crazy if they said we couldn't write any more. [illegible] sorry stupid thing to say

(Then) yeah my shitty day isn't over!!! Mail comes around and I still haven't gotten your Birthday present so that upset me. I'm on a very short fuse right now. Its not your fault, I'm tired of them fucking with my mail I'm tired of all this. I hate being treated like a damn Rabid dog. It's really starting to eat at me I try to be positive and think of the good things, but honestly the only happy moments I have are when You send me a letter or come and see me. Because of this mail shit I can't even write my brother the way I had planned. Why is my life so screwed up? I've got a headache so I'm going to stop for now. I hope to see you tomorrow. I love you. Hey its 11:00 p.m. I still have a headache, I washed my towels and stuff I tried taking a nap too, but my headache was too bad I kept asking for tylenol now 6 hrs later I got some I've never told you but when I get worried, stressed or angry my blood pressure shoots through the roof, and then I get this hell of headache. I'm tired and its quiet right now I'm going to try to go to sleep. I miss you Jennifer I'm almost done with your B-day gift. The only thing is I'm worried about the box thing because I can't send it out the regular way so I may not be able to do it because they'll tear it up in the mail room and probably won't be able to put the box back together - UGH. I'll figure something out Good night moon... Good night stars... Good night gorgeous! Good night Austin! Sweet Dreams Jennifer See you tomorrow (Saturday) hopefully. Dream of US. (I wish I could tuck you in & I'd give you a kiss on the forehead and then sing you to sleep. Ahh, how sweet!)

Z Z Z Z Z Z Z Z

You are here

Good Night

Saturday September 15 2001

Well its the afternoon. After I saw you I came back and ate lunch. After lunch I took advantage of the quietness and took a nap. I feel pretty good right now, but I miss you so very much!

We had a pretty good visit today. I enjoyed myself, did you? You want to hear something crazy? When you told me you had taken pictures of Austin and [illegible] I sort of got jealous but then that was all before this we like each other stuff happened.

You know I'm disappointed in myself about last night. I've been angry and just tired of all the bullcrap that I allowed myself to lose my cool. I'm not a mean person and I try to be cool with everyone, but when I get pushed to the limit its like I become a totally different person. I had to ask for forgiveness this morning. I mean I can understand that kid is scared and wants to go home, but I mean I was on my own at 17 and wasn't crying for mamma, but I had no right to call him a bitch etc. I don't know.

I can't wait to see Austins shoes! I bet he loves them I'm glad you found some cool ones for him. You know what? This is something I want to do for Austin and you have to promise me you'll do this okay? If I ever just get money out of the blue again and I don't need it I'm going to sign it over to you I want you to get Austin one of those toy lawn mowers that blows bubbles okay? Also, what I want to do is have you get 3 lotto tickets one for you, me, and Austin. That way you can have Austin pick his numbers is make a bunch of #'s on pieces of paper and the first 5 will be his. I'll give you mine and you pick yours. That would be cool if one of us won!

I know its fantasy, but man.... if I won I'd [illegible] myself out of this place and then I'd get us a mansion by the beach and I'd try opening up that salon that would be cool. [illegible] carried away! But I mean, I wonder how much those lawn mowers cost? Hmmm. Maybe for Christmas...

I want to do that lotto thing if we ever can though.

For the Bo# 4 [illegible] just tell Austin to grab them out & pick his #'s!

I might as well tell you one thing I had worked on, but ended a failed project. It was for your birthday. I had gotten you a real card. When AK was here he told his sister to get one and send it to me. But it was blank even the envelope so they said it was "contraband". I complained about it because I thought that was a lame excuse. So I'm sorry love. It's in my property right now and maybe around your b-day you can get it?

I wonder how I could go about finding my real mom. The more I think about the more I want to. Maybe these investigators my lawyer has can find her. I'm going to have to look into that.

You know, you had told me before that you once smoked and I was thinking about the sleepy thing too. But I'm confused. Okay, I guess I'm a little naive to this, I'm not sure. but I don't understand how you wouldve started all that because you didn't go to high school, so technically speaking you weren't suppose to be exposed to it so I'm thinking the only way you couldve started is by the influence of Dumbass. Is that how you started? I mean honestly when you first told me that you get sleepy I was like "no this isn't the type" But then again everyone thought Teresa and I were the perfect couple in everyway. And I have been surprised by people who you think never in their life they'd be sleepy. You just never came across that way. So tell me, how did it all start? and after your daughters born are you going to be sleepy again?

I started with huffing and cough syrup. I had huffed lighter fluid before with Wayne at school, but all it was was like getting light headed. Then when I moved to the high school dorms everyone was drinking cough syrup. Whole bottles! I remember the first time I did it. It was the weirdest feeling. I was so messed up.



RANDY E. HALVURN [illegible]
2EV 4G
500 COMMERCE ST.
DALLAS, TX 75202

BECCA F. SCHAFFER
5202 FORAKER CIRCLE
LOUISVILLE, KY 40216

T.I.

4680

October 17, 200

Becca,

Hey, whats going on? Not a whole lot here. Just wonderin' what you're up to. I wrote you awhile back, but never got a response so I'm curious about what the deal is.

I hope that you have not decided to discontinue our friendship. I did enjoy hearing from you. So if you did I wish you would give me a reason why at least. I, of course could be blowing this all out of proportion. (which in a way I hope I am) Regardless I miss hearing from you.

As I said in the previous letter when I recieved your pictures, I greatly appreciate them, as they put a smile on my face. You looked like you had a good time.

I myself have fallen madly in love - finally - with a wonderful girl here in Dallas. Her name is Jennifer and she's awesome. Though it hurts time to time knowing that she could leave any time. I have told her I understand her needs and that I would not get angry or put demands on our relationship because I can't. I'm the idiot locked up - how could I? But I do love her.

She's got a 20 month old son also, Austin. He's absolutely adorable Becca and I love seeing him. Jennifer and I started talking around the same time you and I did. Pretty soon I was recieving visits and so on and it just happened. Neither of us it expected it or really wanted it at the time (love pops up in the wildest faces!) but around late September we were both like "Okay, we love each other we cant hide it and we cant pretend to be friends either.." So we're taking it slow. oh, and Austin really likes me too! So I'm happy right now.

On top of that, things are going really good with my case. I just recently added 12 law students from SMU to my legal team. So I have 14 people all together. The legal students volunteered to

help with my case As a School project. It's great. The Students are divided up into groups of two, each working at a different angle. Some are on motions, investigative work etc. Others on my Childhood, Some on my adoption and So On. I'm Really pumped about all thats going on.

Two Really Cute girls (which Nearly believe yourself.. I am I Swear!) Christy and Sandy are working on kentucky and private School etc. They're great. But we do get Side tracked Sometimes - flirting etc. I Can't help it I mean I'm a guy in a room with two fine girls what am I Supposed to do? Seriously its mostly business but they have uncovered Some great things and already found Some old friends. They even found my Ex fiancee UGH! We'll See where that goes.

IN all honesty I think my Chances of beating this case is about 65-75%. And that's good. The ticket is the jury. If we can appeal to the jury I have it made. So the Idea is to humanize me and make me look like the guy next door - which I really am, I just made Some poor choices in my life. I Can Admit that.

So what have you been up to? Are you Still disliking your living arrangements? How's Isalt? I hope you're ok Becca. And I hope you write Soon. Sorry this is Short, but I have not much to reply. So I promise there'll be more depth to the next letter when you write. I hope you can write when you have the chance. I miss hearing from you. Until then take care and be careful out there it's a crazy world - yes I know about the Attacks and "war" it's horrible. Give me your feedback on that. You're in my prayers.

~~Oh, I have one picture of~~
~~from highSchool. Its the only Copy~~
me So if you want to Copy it
me and I'll Send it to you, but you
to promise to Send it back, as its
only photo "real" photo of myself and brothers. MISS YA! Take care

Sincerely your Friend,

[signature]

4682

October 17, 2001

Sarah,

Damn! I am so sorry for not writing you back any sooner. My life has been so chaotic the past couple of months (I went through a deep depression, I pretty much said screw the world and everyone in it. Jennifer pulled me out of it. She wouldn't give up on me) I feel so shitty for not writing you. Forgive me. But it has been a combination of things.

The first thing is money. We all wish we had it. Things have been tight and I've had to fall back on indigent supplies given by the County so that created a problem mail wise because you only recieve one envelope a week here, but still that's no excuse to not write you.

Then I fell into this deep depression. I pretty much gave up on everything. That's so unlike me. It's just this situation, the what ifs etc. falling in love with some one you can't have doesn't help much either. Fortunately for me I have someone in my life who truly cares about what I'm going through, what I'm facing so I'm happy about that. I guess you find out that love has no boundries and that even being in the situation I am in its possible to have love and be loved. And out of that a true miracle has happened. And I wish I could explain it to you, but it'll cause problems for me and someone else so I'll just say I'm going to be a father and leave it at that. Let your imagination run free, but yes I am going to be the real father (oh she's due around March-April I pray for a girl!)

So after all that I guess I know Jennifer is here to stay for the time being atleast. And she's so wonderful Sarah.

On the other part of good things happening some great things are going on in my case. I have a 14 person legal team! No seriously, I really do. See, those

?

4684

12 Students from SMU (a College here in Texas) these legal Students have volunteered to help my lawyers on my Case. The 12 Students are split into groups of two. Covering different angles of my Case. Every thing from my adoption to my life in kentucky, to actual Strategies and filing motions etc in my trial, if it even Comes to that. Things are going really, really Good and I feel positive about alot of things. So keep praying for me on that level.

I am very glad to hear that you and your friends are Cool again, But Damn is it me or is every body in the world getting knocked up right now? Just Crazy! I agree that the recent attacks and this "war" is insane. I agree with what Bush is doing, but in the same Sense I don't think you'll ever be able to get rid of terrorism. And this Anthrax thing. I mean it's just the beginning, things about to get real scary in a bit. I mean a terrorist isn't limited to [illegible]nes and tall buildings. There's malls, Amusement parks restaurants, McDonalds, Movie theaters. I mean our culture is built on having fun. To have fun you have to leave the house. (But) we Cannot live in fear. That's what they want.

In the Same Sense I think it's wrong to pick on the muslim religion, but how can you exactly trust them when the people who are using the religion act all friendly and peaceful until you get your throat Slashed by a box Cutter and they Slam an airplane into a tall building? It's crazy, but who do you trust? But enough of that!

So how are things back at home? I am glad that you've got your license back. Don't lose it this time! Do you [illegible] wheels? Are you Staying out of trouble period? what are your plans for Halloween? How are your [illegible]nts treating you after the Job Corps deal? [I] know that was a tough time then. I hope everythings Cool.

Just a quick question.... Do any of your friends have any childrens clothing preferably infant for a little girl (I don't know if its going to be a girl or a boy but I feel its a girl) I want to help Jennifer if I can and you know I have no means. Also, if you could check out the goodwill in woodland park or Downtown Springs (I've been to both! oh boy!) and see if there's any real cute little girl infant outfits? I want to get a few outfits for Jennifer for Christmas. If you can help me on this Sarah it would mean the world. When and if you get some I'll give you the address to send them to. That's only if you want to.
Its crazy to think its almost been a year since all the bullshit started. I been 3 more months and we'll have known each other a year - can you believe that?
Well, I suppose I'll close this up for now. I hope you write back soon. I miss ya Sarah and I'm sorry for not writing. You're in my prayers.
Be Good and Be careful out there! write A.S.A.P.
once again I'm Sorry.

Love your friend,

[signature]

Dallas, Tx 75 [illegible]

DAWN M. AMOS # 95206
CWCF 3
P.O. Box 500
CANON CITY, Colorado 81215

4687

October 15, 200[illegible]

To: D
[illegible] [illegible],

Where do I begin? First I honestly do hope that this letter finds you in good spirits. I'm sure I'm the last person you want to hear from, but I have a need and obligation to respond to your letter. I can't just blow you off. That was never my intentions in the first place things were just taken to the extreme. I lost my cool and you did also.

Let me clear up some things.

Yes, I made a few promises I could not keep. I should've kept my mouth shut until I knew for sure that I'd be able to come thru. But you realize I have not the resources that you have, therefore I have to rely on things, people I dont know, dont trust and so on.

In reference to my April letter when I said "I have a surprise. I'll going to require a bunch of tape.. Lets fast forward to the letter you said "Henry, what was the surprise because there wasn't anything in here but a letter and some internet stuff was that it?"

You claim I left the question unanswered. Not so. I believe in the follow up letter I was very shocked to hear that nothing was in there. Because what it was, was our "wanted" poster with our pictures on it. Going back a letter you'll notice the envelope I sent was a big one if I had not sent it (being that it was 28 pieces and all) why the hell would I have waisted (?) something cents on a big envelope to send a letter? I stated, I believe, that either my mail room or your mail room took it out and did something, because I swear on all that is holy I sent it.

Fast forward even further.. I said I was working on something that required "Bartering" my things to have it done. It's like this. I had your picture, I had my picture. I bought a larger envelope because I

didn't have any blank paper. There was a guy up here (mexican) who claimed he could do portraits. I thought "wow maybe he can draw Dawn and I together wouldn't that be something" Because of our situation being locked up in segregation cells we obviously don't have any contact with each other the deal was "pay half now, when its done pay the other half" So I agreed. Well about a week later I yell down for him to say "whats taking so long?" He says "man you're to hard to draw" I'm thinking 'great I've been conned' he says "don't worry I can draw her though its easy" So I say "yeah go ahead and do that" So about two days later he calls back "Hey I'm almost finished its badass I'm telling you I got down..." So I'm excited about it. I wanted it to be something special for you. So later I get it. I look at it and I'm thinking "what the hell? Sure its a pretty girl, but it looks nothing like you - nothing I'm like "Fuck!" Well, I mean you can tell I've been there. he put an effort into it and its his hustle So I went ahead and payed the rest and tore the picture up because I was upset.

Lets jump up to your Birthday - I've got a card for you sitting on my property right now that was for your birthday but because it was sent to me with a blank envelope and the card was blank they considered it contraband As I've recieved blank cards before from "fans", I was upset and wrote a grievance - still denied. I tried.

Lets go to the cut up paper. I was honestly working on something for you. I would've never sent you the paper like that if not for a reason and that was later down the line you'd see the thing I made and say "oh thats why the paper was like that". Then I made a very inconsiderate choice to ask you for a card with the same paper for another woman. What was I thinking? But I do alot of stupid shit without thinking. I'm very impulsive you know this.

My whole point of this is, I was wrong to promise

you something if I wasn't sure I couldn't produce. It wasn't a attack on your intelligence, or your kindness. It was just Idiocy on my part I can admit on that.

Jennifer

First, what I've promised between God and I is just that between God and I. And I don't feel I should justify or explain any promise, agreement, deal whatever that I pray about. To include Jennifer into that category was not necessary (but) I can understand the logic and would've come to the same conclusion.

Up to the point that we started arguing Jennifer was in the back of my head. Did feelings develop because? yes they did. but it was nothing more than "Man she's a great person and it'd be nice to see where it could go might go but no its not realistic"

When I told her about our little squabble she took advantage of the situation and my weakness at the time. I'm upset about this now because I didn't see it.

I wasn't completely honest about Jennifer and when I first told you about her, because I feared the first thing you'd assume was that I was going to drop you for her. Back in 12th grade, well summer of 96 before I came back to Texas we slept together. (I had forgotten about that incident) It was an innocent thing - I didn't even like her that much because she was in the Army Clan. But it happened none the least. Soon I burned off to Texas never to be heard from again.

Things get crazier here. Guess what happened? She was pregnant. Now of course I didn't know this and she didn't know where I was. Fast forward five years. the coincidence that she popped up in Dallas Texas of all places when I was here. Remember how I always defended the reason she came to see me in the first place - Hence how I became separated from our letters. How they started getting shorter - inside you put it. And how my problem increased. I became more stressed more aggravated quicker to lose it

I haven't even met Austin yet. He lives in Kentucky with his grandparents. She got a transfer here when she found out I was coming to Texas. She didn't know where I was for five years, I had just disappeared. She didn't even tell me until the third visit.
I have pictures of Austin but that's it, just different stages of his childhood. It's weird being a father to a son you've never seen.
But Dawn, even with that the feelings still hadn't occured. I wasn't lying when I said I wanted you, I loved you. But lets go back to the day we admitted liking each other. This is how it played out.
I told her about how you blew up because I asked to get a card for my teacher friend. Jennifer was like: "yeah, well you know women" I was like "She's taking this out of proportion. Jennifer said "I love you Randy" At first it didn't even hit me I just kept talking. Then I was like "what?" She said she didn't expect me to feel the same because she knew my feelings for you I said "well I do like you - but I'm confused" We didn't make a commitment she said "If you care for her Randy, if you love her don't end it you'll have Austin I'm not going to take him away from you."
At this point I was like "Shit what do I do?"
I mean look at it like this Dawn. As you put it "She has needs, wants desires. She's free. You made that point clear. Yet in the same statement you brought up another good point without saying it. Soon you'll be free, soon you'll have needs that I won't be able to give you. So realistically Dawn why am I hanging on to be let down - you said it yourself It won't work out with a free person. I saw this before you even said it. I mean for so long I've been praying to be loved to be in love. Now it happens - with two people. I have a son things are so strange and bizarre right now and I'm damned if I do, and I'm damned if I

(Cont.

Now you see why I'm so stressed, tired confused. Being put to death is the least of my concerns. I don't even worry about that now because I know in my soul its not going to happen. In all honesty I'll be very surprised if I go to trial on that charge. A lot of things have come to light that proves my innocency. Plus I've got an excellent legal team. But I'll get to that here in a bit.

So Dean as you've kept things from me, I have too. I understand your reasoning behind the cancer scare. I hope you can understand mine.

Back to Jennifer and you. I'm confused on how one person can be in love with two people. Yeah I love both of you, but for very different reasons. But who do I have a more realistic chance with? I need Jennifer because of Austin. I need you because of your spirit and love but can I have you. One day, you'll have your needs too? Don't say that time won't come.

This is what I mean by confusion and stress. In the last 8 1/2 months my life has gone through more loopty loops than a freaking ride at Six Flags.

I admit I should've been straight forward from the beginning but I had my reasons and fears. I hope you can forgive me for this.

I guess to add insult to injury in one of your letters you said you felt like people took advantage of your kindness. I took this like you were throwing it at me. It hurt me. Maybe you weren't, I don't know. But I took it that way.

Dean, I hate being reliant on other people. I hate it. I went from being a person who had everything they needed. Clothing, money, a car, private schools to a person who was a freaking vagabond. I hate that shit. I hate not having a penny to my name. To put the icing on the cake I hate having to

ever myself to ask, to "Bum" things from people. I hate going to come to you and say "Dawn I need money" So when you said that I was like "well if she feels that way I'll solve that problem" I guess I took it as "well she pretty much answered my question for me. I won't take advantage of her again"

I don't get hardly anything from Jennifer she's got her lot. She sends money to her parents for Austin. She helps me on other things that's all I've asked of her. My "fans" well they're good people, but I don't bother them either. I don't like to bother you. And not once have I not been grateful for what you've done. So that comment hurt me. Bad.

So what do I do Dawn? I don't know anymore. I don't want you to feel that I'm just kicking you to the curb because I like some pretty girl. As you said "BAD karma" and that's so true. I just don't see how we can go through this. Yes, I suppose it would've been easier to be honest from the get go. And Dawn I am truly so sorry for that, but I didn't want to lose you. I still don't want to lose you. I'm not saying its over. It's like my life has transformed into one big Cure album. I can pull a song off of every album and compare it to my life. Strange. Right now the song "BARE" is on my mind. I'm getting off track. So I ask you Dawn. Can we get through this? Can - is it possible to love you and still love Jennifer. Would you accept the fact that because of my son Jennifer (unless she takes him away from me) will always be in my life?.

I leave the decision up to you. If you want to get through this I'll also put forth the effort to do so. We'll take things slowly. I still - will always - love you Dawn. But regardless I will not compromise Austin for anything. I get to see him for the first time on thanksgiving day. I'm nervous. I think "what will he think of me? React to me? How do I say to a four year old that I'm

His father? What's great, from the pictures I have is that he looks just like me. He's going to be big, tall and handsome. He's a sweet little boy. And if you decide to write back and want to - I'll send you a couple of pictures as long as they're returned.

A few other comments I would like to make.

The narcissistic thing. I didn't tell you that because I was saying "my letters are important to the mainstream media". Or because I have a big head. I said that because you may not see it, but we are news and we are still under a gag order. I do not want to lose my mail or visitation privileges because a letter or something pops up on the net or T.V. I'm not saying you would do something like that, but I couldn't help but fear it as a possibility. The reason I stated that is because Newbury and Murphy's letters landed in the hands of someone, and these letters ended up being published and I know for a fact Murphy, because of that, was shut down from all outside access. No visits, no mail, nothing. I don't want that to happen. So forgive me for accusing you that you would do something like that. It was just a fear.

And for the record Dawn. I didn't know you had a problem with me calling you gorgeous! until then you'd always enjoyed it, so that little comment was a little unnecessary. And to let you know, that if I didn't like you or love you I could've jumped on the first good looking girl who wrote me. I recieved many pictures many letters if I wanted to feed my ego I could've. We' both know we're good looking people - I tell you because you are and I like to tell the person I care about terms of endearment. So if you want me to stop that I will. Hell I don't even know if you'll write back.

As for my case. I told you about the 12 legal students from SMU who'll be aiding my lawyers. I've begun to see them and its really awesome how this is going to work out. The law students are split up into divisions, each one working on a different

aspect of my case. Some are working on Old friends - to build a profile of who I was. Others are on the Texas Prison Condition, Pyschological patterns, my Adoption and biological parents. And Motions and C.M. research on the trial. So in a round about way its excellent and I feel Confident about things. And the word is that the prosecutor is worried. So who knows what'll happen. I do know it wont go all the way - the prosecutor wont get his little blood wish fulfilled with me.

Dawn in a nutshell I'm sorry. I am leaving this in your hands. What you decide to do good or bad I'll take. I hope you weigh my points and I am sorry that I've kept all this from you. It would've made things a little easier from the get go.

I can't promise a letter everyday of the week, I cant promise to be enlightening all the time. I mean even you are subject to write a few insipid letters every once inawhile. But I can put forth the effort to try to get through this if you're willing to let me. I've shared too much with you about me to just have it all be for nothing.

I'm sorry I didn't come thru on the things. I'm sorry I've not be completely honest. forgive me, but I have my fears, my reasons. But that doesn't make it right.

Also I am truly sorry to hear about your daughter. I can only imagine what it does for someone especially in your situation to hear about their baby being pregnant at such a young age. I mean I dont know how I could handle my child becoming a statistic. Its scary. I hope that your mom can do the right thing, but Dawn you cant exclude adoption from the situation. She's too young to take care of a child. Her life has ended as a teenager. Though it was her fault

her responsibility, you can't force a little kid to become a adult. It's not right, it's not healthy. But what do I know. I commend you for being there and being the best mother you can be. One of the many great features you have

On that note I'll end this. Yeah, I know I'm sad and pathetic and I'm far from being someone who's a boss or whatever. You said it well, but I'm also human. I'm impulsive, I'm young I'm a genius I'm an idiot. I'm me. Randy. It's all in your hands now. If you write back we'll see where this goes. I'll put forth the effort I haven't been. You remain in my heart and prayers regardless. I'm sorry.

[signature]

4697

YUVONNE GRABER
#01061949 3EL 79
500 COMMERCE ST.
DALLAS, TX 752[illegible]

11/13/01

[illegible],

Hey, there! what's going on? I have these pens too! I just got your letter. Full Blown Ecstasy huh? well that made me feel good-

[illegible] to spend my time on Butter - but Damn! I hate her. I wanted to let you know also (Keep this between us!) I can't stand [illegible] and the only reason I've put up with her is because mike is "so" in love with her. but she's so freakin' wishy washy and fake! One minute she likes Butter the next minute she's [illegible] commissary. I play with Butter's head is all I do. I came up with the "T-money" (what kind of name is that!?) Idea of "You can't talk on the mic" hoping it may work - it did for about 2 seconds. She's a mic whore

Another thing that really gets me is she says all this crap about us never seeing each other etc. Because I'll be locked up forever - How come she won't tell mike and [illegible] the same thing? Hmmm... I guess at least I have the satisfaction that everything has happened not on my own will (Except the escape - 5 years big whoop!) but she's on the life installment plan. And she has the nerve to talk about your son - when (8) kids or something like that have died under her care! Oh! Enough of that.

Thanks for sharing what you did with me. I told you I'd share something with you about my life that won't allow me to blame God for my case.

I was an Abused child till I was five. My sis [illegible] and I were adopted together but separated for [illegible] years. I've had my front teeth knocked out, I have a huge scar on my right wrist from a glass baby bottle being thrown at me (to this day I feel An Angel or something caused me to raise my hand and block it from hitting my face)

Also She's [illegible] She's [illegible] - [illegible] [illegible] [illegible]

I went into a wealthy family and had a nice life – until I started doing drugs. My life well spun around me, but I thought everything was fine. I ended up homeless and all that. My parents threatened to take me out of the will (I couldn't cared less about that it was the fact of saying "we're finished with you") The summer of 96 I was a person I don't even recognize today. I cursed God, I blamed God (knowing it was my fault) for about two weeks things leveled out and I tried to kick the drugs. Well then some more things happened and I got drunk then I got raped (the fat girl story) I know it sounds crazy but that night messed me up. Well a couple of nights I did something I'd never do if I was in the right state of mind. NO WAY. I swore to myself I'd never do this. I was on acid and I just flipped out and hit rock bottom.

Then I ended up in prison. The whole time I was looking for answers. I finally got things back on track. I pulled away from drugs and all that – it took 3 years! Then the whole escape thing happened and I felt it was my chance for another try at life. I tested God so many times to see if I should do it – we were successful for a bit then it all fell apart again. I got shot, we got captured. The first thought in my mind was "Why God? The tests this was supposed to happen I was supposed to be free!" I cried I think two days straight, I blamed God I was so confused, but then looked back at my whole life at the things I've done, the person I've been. and I told myself – because of this I'm not going to go back to my old ways. I'm going to let this make me a stronger person. Things happen for reasons. I have a story to tell and an obligation to help people who do get second chances or even thirds or fourths, with getting there life on track

nd taking advantage the opportunities Given.
My whole point of this yourance is this - As horrible
s Some things have been in your life and as much
you may feel its Gods fault, things happen for reasons.
we never understood the reasoning or the justification
behind the horrible things that happen in this world,
but you can come out of it a better and Stronger
person.
Theres no doubt in my mind that your Son is by
gods side. His death wasnt in vain and I know he's
willing for you to get things back in order. You have
to take that incident and others in your life and
use that as a positive fuel to push you to better yourself.
I dont know what my future holds, but I cant
sit around worrying about what happens. I have to
turn my experiences into a positive fuel to stay strong
and Survive. To help others when I can to I
Makes me happy.
From the first time we talked I thought "This is a
person I want to help if I can - I dont know how I'll
do it, but I will" And I cant lie I've fallen for
you and in a way it sucks because of the circumstances
but if I can help you - I'm happy. So what is it
for 2 months? I can only pray that the things
I've done and said stick with you when you leave.
I guess the people on the mic dont realize that
you're very special to me, my "Project" And I'll
be very upset if I fail. I cant afford to fail -
You cant AFFORD to fail.
I've seen a subtle change in you also. I
really have. I wont give up on you. You have another
opportunity to get another chance. To be successful
you'll always be my little "Kickbacker"
Anyways, I hope I made some sense. I just
want you to see why I give you so much attention
it makes me happy to make you happy. I can
feel your smiles from the mic.

I'm enclosing a few little things to put some positive thoughts in your head. I hope that they help. Also a the [illegible] you asked for - until I get the other ones. I promise I'll send those as soon as I get them - okay? I've got your "love is" here also.

I've already put your rose up - it came out nice thank you! I've never seen you, but there's no doubt in my mind you're a beautiful person!

Keep your head up and be positive. You can talk to me any time you want about anything - and you can ask anything you want, don't hesitate! Okay? All you have to do is knock and I'll be there for you. You're wonderful.

I miss and love you here's a kiss - KISS Be Good!

Always,

Beth

Walk on the Ocean by Toad the Wet Sprocket

We spotted the ocean at the head of the trail
Where are we going, so far away?
And somebody told me that this is the place
Where everything's better, everything's safe.

Walk on the ocean, step on the stone
Flesh becomes water, wood becomes bone)

A half an hour later we packed up our things
We said we'd send letters and all of those little things
But they knew we were lying but they smiled just the same,
It seemed they'd already forgotten we came

(Chorus x 2)

Now we're back at the homestead
Where the air makes you hold
And people don't know you
And trust is a joke.
We don't even have pictures
Just memories to hold
but grow sweeter each season
We slowly grow old.

(Chorus x 2)

Lyrics - Goo Goo Dolls

And I'd give up forever to touch you cause I know that you feel me somehow. You're the closest to heaven that I'll ever be and I don't want to go home right now. And all I can taste is this moment and all I can breathe is your life then sooner or later it's over. I just don't want to miss you tonight (And I don't want the world to see me cause I don't think that they'd understand when everything's made to be broken I just want you to know who I am.) And you can't fight the tears that ain't coming or the moment of truth in your lies. When everything feels like the movies yeah you bleed just to know you're alive...

(Chorus x 3)

Patience G-N-R

Shed a tear cause I'm missing you. I'm still alright to smile. Girl I think about you every day now. Was a time when I wasn't sure but you set my mind at ease. There is no doubt you're in my heart now. Said woman take it slow it'll work itself out fine. All we need is just a little patience. Said sugar make it slow it'll come together fine all we need is just a little patience. I sit here on the stairs, cause I'd rather be alone if I can't have you right now I'll wait dear. Sometimes I get so tense but I can't speed up the time. But you know there's one more thing to consider. Said woman take it slow and things will be just fine you and I'll just use a little patience. Said sugar take the time cause the lights are shining bright you and I've got what it takes to make it. We won't fake it, I'll never break it cause I can't make it. Just a little patience yeah...

I've been walking the streets at night. Been trying to get it right. Hard to see with so many around you know I don't like being stuck in the crowd and the streets don't change, but baby the name I ain't got time for the game cause I need you yeah, yeah but I need you oh, I need you whoa, I need you oo, all this time.





[illegible]
[illegible]
Dallas, TX 752[illegible]

Jennifer
309 WESTWOOD SQ
DUNCANVILLE, TX 75116

4703

OCTOBER 29, 20

Jennifer,

Hey, whats going on? Not much here. I got these Adorable pictures of Austin today! They made me smile :) I'm really missing you Jennifer. You have to come soon. I'm really worried about you.

That Fisher price toy was too cool! You know, I was thinking It's 3 dollars it probably isn't much" My picture in my head was one of those things with the rings and then the stick but maybe a little cooler. This was much more than I expected. I was like "No way," I especially liked the music ring (of course) I can't wait to see pictures of him playing on it! And I'm glad it was my money that got it. I love you.

So you keep that picture by your speedometer? That's sweet. Actually that made me feel special. You sounded like you didn't want to come off it though, like you were upset. Just the way you said it "I'll send you the picture but it'll probably come out blurry anyways." Don't worry you'll get it back as soon as possible (plus) a couple extras. I'm going to have her print up the part with just me too. So it'll be okay! Patience love, patience.

You know I thought of a way they can't xerox my letters. They have that black paper with lines you could write on that. And it'll come out black on the copy machine. I'm sure they'd get upset huh?

I was checking out those verses you sent. Okay first I said it never said LEAH was ugly - it doesn't. Yes, it says Rachel was beautiful and it says Leah was "tender eyed" what I get is that

I had the kind of the same [illegible]

is love was automatically for Rachel "Soul mates" Of course
better description is going to be given to the person whom
he loves. That's the way Stories are told Atleast in my opinion
So just because leah wasn't the object of JACOBS affection
doesn't mean she was an ugly or awful person. Anyone
you love will always be beautiful to you despite their
actual appearance because you see the beauty of their
Soul. Does that make sense?

My own interpretation of "let us"... has been God talking
to the Angels. The Angels did come before us and if you
on the Story of SATAN (which originally came from a Jewish
book called the talmud or the "oral tradition") SATAN became
Jealous that God was going to create these humans and put
them on such a high level & higher level than the Angels (spiritually
wise, we're limited by flesh on earth) All known descriptions
of Angels of course look similar to us — in a mere Spiritual
"evil" "in our image" doesn't mean our earthly physical
appearance. It's our Souls our Soul was created in God's
image as we have GOD & the attributes i.e., Anger, happiness,
love, sadness. The Angels have this also And obviously
the Angels were made in his image also. So why
is hard to believe that God could possibly be telling the
Angels "let US create man in our image"
once Again Genesis 11:7 the Story of Bable God used
the help of Angels. I don't know about ACTS of course
um, ISAIAH 53:5 — wow. I've never read that or paid
much attention to it anyways. I'm going to have to
give that one thought....

what do you mean measurements? I'm confused
I need measurements from you? And you need measurements
from me? I guess I'll ask you in visitation cause
I'm boggled on that!

with my ear I'm assuming how I told you it's not
as good as it once was, it didn't hurt my uncle
it did when I first applied the ...dr... that was months

4705

Sizer ↑

I got in trouble too! My Dad put Soap in my mouth. UGH. Talk about nasty.

Well the first part of your Christmas gift is a "Gasleed" I think I'm going to do several different things for you and Austin. Of course if all goes well you'll get a Chanukah gift too.

(when I'm sneezing I hope I'm not coming down with a cold! would you make some soup and take care of me?)

I want Austins gifts to be a surprise also, so I'm not going to tell you anything other than that Teddy Bear!

There's a Homosexual three cells down. He lives next to "Iceberg" He's always calling my name "Hey Randy How are you... etc" So I was on the intercom earlier talking to [illegible] (its his b-day today) So that Homo was "who you talkin' to [illegible]?" Says "Oh Just Randy" The Homo Says "Oh, thats my Baby" I'm like "NOOOOOO!!!!" in my head of course. why me Jennifer? What is it with me + Gay people? UGH, UGH, UGH!

Oh, you never told me your ring size. I'll put a sizer at the top of this paper. Get another strip and mark it like the sizer and then wrap it around your ring finger snuggly. I'm About a 10 1/2

I guess I'll close this up. I miss you So much Jennifer i love you baby. I love ya too Austin! Oh I thought of another name - Justin or Jordan. Anyways. I'll get this picture to you AS Soon AS I Can okay? I'm sorry I took it From you. write when you can here's a hug and kiss = XO!

Be careful out there Angel.

Yours,

R

4707

LOVE YOU ANGEL

Randy E. Halprin Holdings 35
dec 48
500 Commerce St.
Dallas, TX 75202.

Celene Chaney
5902 Preston Oaks # 1012
Dallas, TX 75240

[illegible]

4708

September 17, 2001

Dear Celene,

Howdy Do? How are you doing today? I'm doing good. I recieved two surprises this afternoon – your letter and a reciept for the money you put on my account. Although I didn't ask for it I greatly appreciate it. Thank you so much!

I recieved your card last week and it put a huge smile on my face! It's crazy, because in the past five years I've never been told happy Birthday by anyone (not even my brother) in the outside world. And though its great to be told now I hate that it had to happen under these circumstances. But everything happens for a reason and I strongly believe that.

Oh, I don't freak that you call me sweetie and sugar. It's cool. Though you are really inflating me ego! you should see my head right now its like really awkward. I looked in the mirror and it was three times bigger! J/K! you're great.

That book on the Tx 7"... UGH! See, the Author sent us 1 a copy (I suppose he thought since he did such an awful job-hack job on us he would send us a complimentary copy) when I read the book I was disgusted. I've never read such B.S. before, and to tag the "True story" on to the title?! what the hell was he thinking! How can you write a Book on us in less then a month after our capture and get all the facts straight? So I hope you didn't believe one single word of it.

who did it? (shot me in the head) In all honesty I believe it was Larry Harper, the guy who killed himself, but another part of me thinks it was someone else. I'll never really know. Sucks huh?

Yeah, George Rivas is a good person. I think he made some stupid decisions that I even spoke out against, (I was the most vocal of the group and two guys didn't much like that, but I didn't care because I was planning to split and go to Seattle...) but his heart was in the right place. No one was supposed to be hurt and things were planned and we went to great lengths to ensure that.

One thing that truly upsets me is to hear the

4709

guards in prison say we hurt them. It's crap. No one was hurt. Yet the public, the majority believes it. How come these people weren't ever on T.V. with their beat up faces showing and wounds etc. You'd think if you were trying to really scare the public you would put some of these folks on the news. But all I watched is some guards say it wasn't their fault — without a bruise or injury to show.

[illegible] was off of the subject.

Newbury's trial is coming up and I will follow it, but I never really liked the guy. I think he's fake and he's going to try to make himself seem all like "Mr. Perfect" in his trial and I know otherwise. There were things he said out there that were truly scary.

Believe it or not, I actually did an interview with Holly Becka and she asked me about my injury so I was surprised to keep seeing her write that Newbury was injured. But I think the reason they say him is because I think she's going from something else, like he scratched himself and left DNA because I know the reports say two people left blood. The reason I believe I didn't leave blood is because, Celene, I couldn't even find the hole in my shoe from the bullet and no blood was coming out — none. My sock had soaked most of it up, even when I took my shoe off there was just a drop of blood in the inside. Weird huh? (You just got an "inside" scoop! :) )

I had almost gotten on the year book staff at school but these people I really disliked were on it so I took co/editor of the (creative writing) magazine instead.

When I first went to school in Kentucky I was a big prep but I just got tired of it, because I've never been one to put myself above others because I've had a bad childhood and I know what it's like to be teased, hurt, etc. I just got sick of these people and I got away from the "Cliques" and hung around, real, down to earth people. I was still very popular at school, but in the sense that because of that I didn't separate from the "uncool" I was just Randy. And it seemed everyone on the year book staff was fake. But in creative writing

apologize. It was funny.

[illegible]eah, I can't help that I like chick flicks and Disney movies. [illegible] just that way. The reason I really like little mermaid [illegible] much is because of the music. I'm a big "Broadway musical" [illegible] person. I love musicals and plays and little mermaid is [illegible]t like one. My favorite Broadway play is "Phantom of the [O]pera" I love "the Sound of music" and "the music man" too [a]nd (don't laugh promise?) "mary poppins" I said don't laugh! [illegible] cool and I don't care what anyone says!

[Y]ou know, when I was a high school guy and girls would say thirty something's were so much better.. I'd get upset [illegible] now I'm a twenty-something and you say it is cool. Man that crazy!

[I] only know a few things and I can't spell them, but spanish. [illegible] well, you can be my Linda Mariposa! Okay that was cheesy. [R]eally don't know much, but I'm going to learn it one of these [da]ys.

It really sucks writing with this pen! It makes your hand hurt. [I'm] going to close for now. I thank you so much for the [illegible] Birthday wishes and the money. You really shouldn't [illegible], and if I had I known, yeah I would've tried talking [you] out of it ☺ but thanks your wonderful. I value [the] friendship you've given me!

[O]h, my favorite color is sea green. I just love it – to look at [but I don']t think I'd wear it, I'm more of an Earth tones person [in] clothing.

what's your favorite Ice cream, food, color? Mines Mint chocolate [chip], and probably Hamburger, pizza and Chinese food.

[B]y the way, I can't do the Santa thing anymore. I think a guard [was] on me, because I recieved a "warning" not to do it again [or] I'd lose mail privileges. Sorry! ☺ write me when [you] can Celene

[Sorr]y so short!

Your friend
[signature]

4712

STATE OF TEXAS *

COUNTY OF DALLAS *

I, NANCY BREWER, Official Court Reporter for the 283rd Judicial District Court, do hereby certify that the above and foregoing constitutes a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

WITNESS MY OFFICIAL HAND on this the 29 day of 9, 2002.

Nancy Brewer

NANCY BREWER, CSR, NO. 5759
Expiration Date: 12-31-04
Official Reporter, 283rd JDC
Frank Crowley Crts. Bldg. LB33
133 No. Industrial Blvd.
Dallas, TX 75207
(214)653-5863