## CCA Scanning Cover Sheet



2476692

CaseNumber: WR-77,175-01
EventDate: 10/26/2010
Style 1: HALPRIN, RANDY ETHAN
Style 2:
Event code: RR FILED

EventID: 2476692
Applicant first name: RANDY ETHAN
Applicant last name: HALPRIN
Offense: 19.03
Offense code: Capital Murder
Trial court case number: W01-00327-Y(A)
Trial court name: Criminal District Court 7 of Dallas County
Trial court number: 330570007
County: Dallas
Trial court ID: 1462
Event map code: GENERIC
Event description:
Event description code:
Remarks: VOL. 1 OF 4 VOLUMES--MASTER INDEX OF HEARING HELD AUGUST 20, 2010

☐ Document Scanned ☐ Created or
☐ Appended

Scanned by _____ date _____ Image ID _____

Comment

printed by bhooper
printed on 2/28/2012 3:31:32 PM
vers 1.1 mtc
Page 1 of 1

ORIGINAL

```
 1              CAUSE NO.  W01-00327-S(A)
 2
 3   EX PARTE              )    IN THE 283rd JUDICIAL
 4                         )
 5                         )    DISTRICT COURT OF
 6                         )
 7   RANDY ETHAN HALPRIN   )    DALLAS COUNTY, TEXAS
 8
 9
10              REPORTER'S RECORD
11
12            VOLUME 1 OF 4 VOLUMES
13
14                MASTER INDEX
15
16
17      On August 20, 2010, came on to be heard before the
18   HONORABLE RICK MAGNIS, Judge of the 283rd Judicial
19   District Court of Dallas County, Texas, the above
20   entitled and numbered cause.
21
22      Proceedings reported by computerized stenotype
23   machine; Reporter's Record produced by computer-assisted
24   transcription.
25
```

BRIDGET BARNHILL, OFFICIAL REPORTER

```
 1                      A P P E A R A N C E S

 2


 3  MS. LISA SMITH
    State Bar No. 00787131
 4  MS. KIM SCHAEFER
    State Bar No. 00784910
 5  Assistant District Attorneys
    Frank Crowley Courts Building
 6  133 N. Riverfront Blvd.
    Dallas, Texas 75207
 7  (214) 653-3600

 8                          FOR THE STATE OF TEXAS

 9  MR. BRUCE ANTON
    State Bar No. 01274700
10  MR. GARY UDASHEN
    State Bar No. 20369590
11  Attorneys at Law
    Suite 400
12  2301 Cedar Springs Road
    Dallas, Texas 75201
13  (214) 468-8100

14                          FOR THE APPLICANT

15

16

17

18

19

20

21

22

23

24

25
```

BRIDGET BARNHILL, OFFICIAL REPORTER

1  CHRONOLOGICAL INDEX

2  VOLUME 2

3  August 20, 2010

4  WITNESSES CALLED IN WRIT HEARING

| | DIRECT | CROSS | COURT | VOL. |
|---|---|---|---|---|
| APPLICANT'S WITNESSES | | | | |
| George Ashford | 6,161 | 82 | | 2 |
| Edwin V. King | 176 | 213 | 250 | 2 |
| REPORTER'S CERTIFICATE | | | 257 | 2 |

VOLUME 3

| | | | COURT | VOL. |
|---|---|---|---|---|
| DEFENDANT'S EXHIBITS | | | 4 | 3 |
| REPORTER'S CERTIFICATE | | | 6 | 3 |

VOLUME 4

| | | | COURT | VOL. |
|---|---|---|---|---|
| STATE'S EXHIBITS | | | 4 | 4 |
| EXHIBIT CERTIFICATE | | | 7 | 4 |
| REPORTER'S CERTIFICATE | | | 8 | 4 |

ALPHABETICAL INDEX

| | DIRECT | CROSS | COURT | VOL. |
|---|---|---|---|---|
| George Ashford | 6,161 | 82 | | 2 |
| Edwin V. King | 176 | 213 | 250 | 2 |

```
 1  EXHIBIT INDEX

 2  DFNDNT  DESCRIPTION    OFFERED         ADMITTED        VOL.

 3  1       Goodness
            report                         12              2
 4  2       adoption
            records        28              28              2
 5
    STATE   DESCRIPTION    OFFERED         ADMITTED        VOL.
 6
    M       research       92                              2
 7  N       research       92                              2
    O       note           114             114             2
 8
```

BRIDGET BARNHILL, OFFICIAL REPORTER