**YAHOO! Maps**

Yahoo! - Yellow Pages - Help

Powered by Mapquest.com (tm)

Access Your PC from Anywhere - Free Download

Flights — **Save up to 65% on airfares.** From: [ ] To: [ ] Go! — Travelocity.com

Welcome, sheryl_kao

Edit/Create My Locations - Sign Out

# Yahoo! Maps

⭐ **2207 Crockett Dr, Carrollton, TX 75006-7753**

Save This Address





## Driving Directions

· To this location
· From this location

## Map New Location

[ ] Edit

Address, Intersection or Airport Code

2207 Crockett Dr

City, State or Zip

Carrollton, TX 75006-

United States



🌐 Add Maps to My Yahoo!

Zoom In
[ 1 ]
[ 2 ]
[ 3 ]
[ 4 ]
5
[ 6 ]
[ 7 ]
[ 8 ]
[ 9 ]

*Janice Marquez - Black*

**Business Locator** - Click on b

Hilton    7-Eleven®

## Find Nearby Services

Nearby Businesses
· Car Rentals
· Gas Stations
· Hotels and Motels
· Restaurants

City Guide

Yahoo! Travel

Yahoo! Weather

## Inside Yahoo!

· Yahoo! Autos
· Yahoo! Classifieds
· Yahoo! Careers
· Yahoo! Shopping

## Special Offers

· Get your tax refund - fast! - usin
· Subscribe to USA TODAY and g
· 50% off Subscription Rate to The New York Times
· Rates Are Still Low. Refinance Today And Save!
· FREE credit report & trial membership!


# YAHOO! Maps

Yahoo! - Yellow Pages - Help

Powered by Mapquest.com (tm)

Subscribe to USA
TODAY. Get a
FREE 3x5 foot
American Flag

Save up to 65% on airfares.
Flights    From: [        ]  To: [        ]  [Go!]   Travelocity.com

Welcome, sheryl_kao

Edit/Create My Locations - Sign Out

## Yahoo! Maps

★ 3225 Cantura Dr, Mesquite, TX 75181-4674

Save This Address



©2000 MapQuest.com, Inc.; ©2000 Navigation Te

Zoom In
[ 1 ]
[ 2 ]
[ 3 ]
[ 4 ]
5
[ 6 ]
[ 7 ]
[ 8 ]
[ 9 ]
[ 10 ]

_Anita Yvonne Bell – Black_

### Driving Directions
· To this location
· From this location

### Map New Location

[          ] ⊞ Edit

Address, Intersection or Airport Code

[ 3225 Cantura Dr ]

City, State or Zip

[ Mesquite, TX 75181-4 ]

[ United States ]



 Add Maps to My Yahoo!

### Find Nearby Services

Nearby Businesses
· Car Rentals
· Gas Stations
· Hotels and Motels
· Restaurants

City Guide

Yahoo! Travel

Yahoo! Weather

### Inside Yahoo!
· Yahoo! Autos
· Yahoo! Classifieds
· Yahoo! Careers
· Yahoo! Shopping

**Business Locator** - Click on busin

[State Farm Insurance]  [Hilton]  [ ]

ADVE

## Special Offers
· Subscribe to USA TODAY and get
· Get The New York Times delivere
· FREE credit report & trial membership!
· Buy Stocks for $4 - No Minimums - FREE Money 2002
· Rates Are Still Low. Refinance Today And Save!

Yahoo! Maps and Driving Directions   Page 1 of 2

Case 3:15-cv-01835-L   Document 17-117   Filed 08/21/14   Page 3 of 118   PageID 14425



**YAHOO! Maps**

Yahoo! - Yellow Pages - Help

Powered by Mapquest.com (tm)

**Buy Stocks for $4 No Minimums FREE Money 2002**

Save up to 65% on airfares.
Flights    From: [          ]  To: [          ]  [Go]   Travelocity.com

Welcome, sheryl_kao                    Edit/Create My Locations - Sign Out

## Yahoo! Maps

⭐ 1705 Quail Dr, Garland, TX 75040-8247                Save This Address



### Driving Directions

· To this location
· From this location

### Map New Location

[          ] 🔲 Edit

Address, Intersection or Airport Code

1705 Quail Dr

City, State or Zip

Garland, TX 75040-82

...tates 🔲

...to My Yahoo!

...rby

...sinesses
...s
...Motels

...vel
...ather

**Business Locator** - Click on business name to

[7-Eleven®]  [HYATT]  [Hilton]

**ADVERTISEMENT**

## Special Offers

· Get your tax refund - fast! - using TurboTax® on Yahoo! Finance
· 50% off Subscription Rate to The New York Times
· Rates Are Still Low. Refinance Today And Save!
· Access Your PC from Anywhere - Free Download

### Inside Yahoo!

· Yahoo! Autos
· Yahoo! Classifieds
· Yahoo! Careers



**YAHOO! Maps**

Yahoo! - Yellow Pages - Help

Powered by Mapquest.com (tm)

Access Your PC from Anywhere - Free Download

Save up to 65% on airfares.
Flights  From: _____  To: _____  [Go!]  Travelocity.com

Welcome, sheryl_kao

Edit/Create My Locations - Sign Out

# Yahoo! Maps

⭐ 7406 Kenwell St, Dallas, TX 75209-4025

Save This Address



© 2000 MapQuest.com, Inc. © 2000 Navigation

**Business Locator** - Click on b

**Hilton**    **HYATT**

A

## Special Offers

- Subscribe to USA TODAY and get FREE 3x5 foot American Flag
- Buy Stocks for $4 - No Min'mums - FREE Money 2002
- FREE credit report & trial membership!
- 50% off Subscription Rate to The New York Times
- Rates Are Still Low. Refinance Today And Save!

 Zoom In

Zoom In
[ 1 ]
[ 2 ]
[ 3 ]
[ 4 ]
5
[ 6 ]
[ 7 ]

## Driving Directions

· To this location
· From this location

## Map New Location

 Edit

Address, Intersection or Airport Code
7406 Kenwell St

City, State or Zip
Dallas, TX 75209-402

United States

 Get Map

Add Maps to My Yahoo!

## Find Nearby Services

Nearby Businesses
· Car Rentals
· Gas Stations
· Hotels and Motels
· Restaurants

City Guide
Yahoo! Travel
Yahoo! Weather

## Inside Yahoo!

· Yahoo! Autos
· Yahoo! Classifieds
· Yahoo! Careers
· Yahoo! Shopping

Yahoo! Maps and Driving Directions



**YAHOO! Maps**

Yahoo! - Yellow Pages - Help

Powered by Mapquest.com (tm)

Access Your PC
from
Anywhere - Free
Download

**Save up to 65% on airfares.**
Flights  From: [        ] To: [        ] [Go!]  Travelocity.com

**Welcome, sheryl_kao**

Edit/Create My Locations - Sign Out

# Yahoo! Maps

⭐ **1562 Chapman Dr, Lancaster, TX 75134-2970**

Save This Address





Zoom In

[ 1 ]
[ 2 ]
[ 3 ]
[ 4 ]
5
[ 6 ]
[ 7 ]
[ 8 ]
[ 9 ]
[ 10 ]
Zoom Out

©2000 MapQuest.com, Inc.; ©2000 Navigation Tech

**Driving Directions**
· To this location
· From this location

**Map New Location**

[        ] Edit

Address, Intersection or Airport Code
[ 1562 Chapman Dr ]

City, State or Zip
[ Lancaster, TX 75134-2 ]

[ United States ]



🗺 Add Maps to My Yahoo!

**Business Locator** - Click on busines

Hilton   State Farm Insurance   H

**ind Nearby
ervices**

earby Businesses
Car Rentals
Gas Stations
Hotels and Motels
Restaurants
ty Guide
ahoo! Travel
ahoo! Weather

ADVERTI

**Special Offers**

· 50% off Subscription Rate to The Ne
· Buy Stocks for $4 - No Minimums - Fi
· Rates Are Still Low. Refinance Today
· Access Your PC from Anywhere - Fre
· Get your tax refund - fast! - using TurboTax® on Yahoo! Finance

**side Yahoo!**

ahoo! Autos
ahoo! Classifieds
Yahoo! Careers
· Yahoo! Shopping

http://maps.yahoo.com/py/maps.py?But=Tmap&addr=1562+Chapman+Dr&...

3 (mas)

B l
w h
w h
w h
b l
b l
w h

w h

w h

w h

→ H s

B l

GJ

{ Libby
Cecil }

# 2000 Texas Census
# By County

# Census 2000

North Central Texas Council of Governments
census.dfwinfo.com

## Population by Race and Hispanic Origin

## North Central Texas

| | Total | White | % | Black | % | American Indian | % | Asian and Hawaiian | % | Other* | % | Two or More Races** | % | Hispanic Origin (of any race)*** | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCTCOG Region | 5,309,277 | 3,700,210 | 70% | 724,382 | 14% | 30,252 | 1% | 200,411 | 4% | 526,281 | 10% | 127,741 | 2% | 1,137,181 | 21% |
| *County* | | | | | | | | | | | | | | | |
| Collin | 491,675 | 400,181 | 81% | 23,561 | 5% | 2,323 | 0% | 34,277 | 7% | 20,957 | 4% | 10,376 | 2% | 50,510 | 10% |
| Dallas | 2,218,899 | 1,294,769 | 58% | 450,557 | 20% | 12,499 | 1% | 89,646 | 4% | 311,504 | 14% | 59,924 | 3% | 662,729 | 30% |
| Denton | 432,976 | 353,855 | 82% | 25,369 | 6% | 2,533 | 1% | 17,665 | 4% | 24,072 | 6% | 9,482 | 2% | 52,619 | 12% |
| Ellis | 111,360 | 89,789 | 81% | 9,626 | 9% | 662 | 1% | 410 | 0% | 8,797 | 8% | 2,076 | 2% | 20,508 | 18% |
| Erath | 33,001 | 29,610 | 90% | 269 | 1% | 218 | 1% | 130 | 0% | 2,237 | 7% | 537 | 2% | 4,959 | 15% |
| Hood | 41,100 | 38,952 | 95% | 134 | 0% | 339 | 1% | 144 | 0% | 987 | 2% | 544 | 1% | 2,975 | 7% |
| Hunt | 76,596 | 64,013 | 84% | 7,242 | 9% | 559 | 1% | 472 | 1% | 3,009 | 4% | 1,301 | 2% | 6,366 | 8% |
| Johnson | 126,811 | 114,142 | 90% | 3,166 | 2% | 809 | 1% | 894 | 1% | 5,728 | 5% | 2,072 | 2% | 15,375 | 12% |
| Kaufman | 71,313 | 57,837 | 81% | 7,511 | 11% | 437 | 1% | 348 | 0% | 4,035 | 6% | 1,145 | 2% | 7,925 | 11% |
| Navarro | 45,124 | 31,966 | 71% | 7,577 | 17% | 209 | 0% | 364 | 1% | 4,263 | 9% | 745 | 2% | 7,113 | 16% |
| Palo Pinto | 27,026 | 23,835 | 88% | 626 | 2% | 182 | 1% | 150 | 1% | 1,772 | 7% | 461 | 2% | 3,667 | 14% |
| Parker | 88,495 | 81,955 | 93% | 1,586 | 2% | 596 | 1% | 327 | 0% | 2,808 | 3% | 1,223 | 1% | 6,211 | 7% |
| Rockwall | 43,080 | 38,414 | 89% | 1,396 | 3% | 173 | 0% | 591 | 1% | 1,915 | 4% | 591 | 1% | 4,771 | 11% |
| Somervell | 6,809 | 6,277 | 92% | 19 | 0% | 47 | 1% | 19 | 0% | 348 | 5% | 99 | 1% | 915 | 13% |
| Tarrant | 1,446,219 | 1,030,208 | 71% | 185,143 | 13% | 8,300 | 1% | 54,846 | 4% | 131,393 | 9% | 36,329 | 3% | 285,290 | 20% |
| Wise | 48,793 | 44,407 | 91% | 600 | 1% | 366 | 1% | 128 | 0% | 2,456 | 5% | 836 | 2% | 5,248 | 11% |
| *City* | | | | | | | | | | | | | | | |
| Addison | 14,166 | 9,603 | 68% | 1,364 | 10% | 58 | 0% | 1,122 | 8% | 1,529 | 11% | 490 | 3% | 3406 | 24% |
| Aledo | 1,726 | 1,678 | 97% | 5 | 0% | 7 | 0% | 7 | 0% | 10 | 1% | 19 | 1% | 44 | 3% |
| Allen | 43,554 | 37,953 | 87% | 1,915 | 4% | 228 | 1% | 1,645 | 4% | 1,051 | 2% | 762 | 2% | 3038 | 7% |

North Central Texas Council of Governments
Source: U.S. Census PL94-171: NCTCOG
March 2001    www.dfwinfo.com
(817) 695-9160

Page 1

| | Total | White | % | Black | % | American Indian | % | Asian and Hawaiian | % | Other | % | Two or More Races** | % | Hispanic Origin (of any race)*** | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alma | 302 | 275 | 91% | 11 | 4% | 0 | 0% | 0 | 0% | 16 | 5% | 0 | 0% | 18 | 6% |
| Alvarado | 3,288 | 2,673 | 81% | 235 | 7% | 20 | 1% | 14 | 0% | 304 | 9% | 42 | 1% | 607 | 18% |
| Alvord | 1,007 | 952 | 95% | 4 | 0% | 5 | 0% | 2 | 0% | 23 | 2% | 21 | 2% | 63 | 6% |
| Angus | 334 | 295 | 88% | 6 | 2% | 0 | 0% | 8 | 2% | 10 | 3% | 15 | 4% | 26 | 8% |
| Anna | 1,225 | 1,051 | 86% | 11 | 1% | 13 | 1% | 9 | 1% | 124 | 10% | 17 | 1% | 338 | 28% |
| Annetta | 1,108 | 1,079 | 97% | 4 | 0% | 5 | 0% | 1 | 0% | 9 | 1% | 10 | 1% | 26 | 2% |
| Annetta North | 467 | 462 | 99% | 0 | 0% | 2 | 0% | 0 | 0% | 1 | 0% | 2 | 0% | 9 | 2% |
| Annetta South | 555 | 536 | 97% | 0 | 0% | 7 | 1% | 1 | 0% | 8 | 1% | 3 | 1% | 13 | 2% |
| Argyle | 2,365 | 2,259 | 96% | 4 | 0% | 15 | 1% | 6 | 0% | 58 | 2% | 23 | 1% | 101 | 4% |
| Arlington | 332,969 | 225,379 | 68% | 45,727 | 14% | 1,817 | 1% | 20,490 | 6% | 29,763 | 9% | 9,793 | 3% | 60817 | 18% |
| Aubrey | 1,500 | 1,388 | 93% | 7 | 0% | 11 | 1% | 7 | 0% | 71 | 5% | 16 | 1% | 101 | 7% |
| Aurora | 853 | 806 | 94% | 2 | 0% | 17 | 2% | 2 | 0% | 13 | 2% | 13 | 2% | 34 | 4% |
| Azle | 9,600 | 9,206 | 96% | 21 | 0% | 63 | 1% | 51 | 1% | 135 | 1% | 124 | 1% | 403 | 4% |
| Balch Springs | 19,375 | 12,186 | 63% | 3,589 | 19% | 189 | 1% | 128 | 1% | 2,723 | 14% | 560 | 3% | 4983 | 26% |
| Bardwell | 583 | 359 | 62% | 102 | 17% | 8 | 1% | 0 | 0% | 108 | 19% | 6 | 1% | 277 | 48% |
| Barry | 209 | 185 | 89% | 7 | 3% | 1 | 0% | 0 | 0% | 15 | 7% | 1 | 0% | 19 | 9% |
| Bartonville | 1,093 | 1,067 | 98% | 0 | 0% | 0 | 0% | 10 | 1% | 6 | 1% | 10 | 1% | 35 | 3% |
| Bedford | 47,152 | 41,320 | 88% | 1,722 | 4% | 239 | 1% | 1,827 | 4% | 1,151 | 2% | 893 | 2% | 3403 | 7% |
| Benbrook | 20,208 | 17,844 | 88% | 894 | 4% | 102 | 1% | 442 | 2% | 548 | 3% | 378 | 2% | 1406 | 7% |
| Blooming Grove | 833 | 760 | 91% | 44 | 5% | 3 | 0% | 0 | 0% | 11 | 1% | 15 | 2% | 36 | 4% |
| Blue Mound | 2,388 | 1,832 | 77% | 32 | 1% | 21 | 1% | 19 | 1% | 408 | 17% | 76 | 3% | 725 | 30% |
| Blue Ridge | 672 | 628 | 93% | 1 | 0% | 5 | 1% | 0 | 0% | 28 | 4% | 10 | 1% | 47 | 7% |
| Boyd | 1,099 | 967 | 88% | 4 | 0% | 15 | 1% | 2 | 0% | 86 | 8% | 25 | 2% | 154 | 14% |
| Briar | 5,350 | 5,108 | 95% | 25 | 0% | 38 | 1% | 20 | 0% | 77 | 1% | 82 | 2% | 237 | 4% |
| Briar Oaks | 493 | 486 | 99% | 0 | 0% | 0 | 0% | 0 | 0% | 5 | 1% | 2 | 0% | 13 | 3% |
| Bridgeport | 4,309 | 3,445 | 80% | 114 | 3% | 19 | 0% | 7 | 0% | 632 | 15% | 92 | 2% | 1215 | 28% |
| Burleson | 20,976 | 20,058 | 96% | 84 | 0% | 109 | 1% | 122 | 1% | 306 | 1% | 297 | 1% | 1135 | 5% |
| Caddo Mills | 1,149 | 1,046 | 91% | 65 | 6% | 4 | 0% | 0 | 0% | 10 | 1% | 24 | 2% | 33 | 3% |
| Campbell | 734 | 684 | 93% | 6 | 1% | 12 | 2% | 0 | 0% | 18 | 2% | 14 | 2% | 32 | 4% |

North Central Texas Council of Governments
Source: U.S. Census PL94-171; NCTCOG
March 2001    www.dfwinfo.com
(817) 695-9160

| | Total | White | % | Black | % | American Indian | % | Asian and Hawaiian | % | Other* | % | Two or More Races** | % | Hispanic Origin (of any race)*** | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carrollton | 109,576 | 78,758 | 72% | 6,862 | 6% | 503 | 0% | 12,019 | 11% | 8,451 | 8% | 2,983 | 3% | 21400 | 20% |
| Cedar Hill | 32,093 | 18,186 | 57% | 10,788 | 34% | 160 | 0% | 652 | 2% | 1,564 | 5% | 743 | 2% | 3822 | 12% |
| Celeste | 817 | 762 | 93% | 31 | 4% | 9 | 1% | 1 | 0% | 7 | 1% | 7 | 1% | 18 | 2% |
| Celina | 1,861 | 1,440 | 77% | 171 | 9% | 5 | 0% | 2 | 0% | 211 | 11% | 32 | 2% | 423 | 23% |
| Chico | 947 | 894 | 94% | 2 | 0% | 10 | 1% | 0 | 0% | 26 | 3% | 15 | 2% | 60 | 6% |
| Cleburne | 26,005 | 22,448 | 86% | 1,154 | 4% | 122 | 0% | 163 | 1% | 1,669 | 6% | 449 | 2% | 5175 | 20% |
| Cockrell Hill | 4,443 | 1,983 | 45% | 74 | 2% | 46 | 1% | 11 | 0% | 2,206 | 50% | 123 | 3% | 3739 | 84% |
| Colleyville | 19,636 | 18,289 | 93% | 257 | 1% | 76 | 0% | 625 | 3% | 115 | 1% | 274 | 1% | 634 | 3% |
| Combine | 1,788 | 1,687 | 94% | 9 | 1% | 15 | 1% | 1 | 0% | 47 | 3% | 29 | 2% | 95 | 5% |
| Commerce | 7,669 | 5,450 | 71% | 1,594 | 21% | 32 | 0% | 215 | 3% | 240 | 3% | 138 | 2% | 587 | 8% |
| Cool | 162 | 157 | 97% | 0 | 0% | 0 | 0% | 0 | 0% | 4 | 2% | 1 | 1% | 6 | 4% |
| Coppell | 35,958 | 29,929 | 83% | 1,174 | 3% | 122 | 0% | 3,351 | 9% | 675 | 2% | 707 | 2% | 2490 | 7% |
| Copper Canyon | 1,216 | 1,175 | 97% | 7 | 1% | 0 | 0% | 4 | 0% | 8 | 1% | 22 | 2% | 49 | 4% |
| Corinth | 11,325 | 10,031 | 89% | 475 | 4% | 75 | 1% | 276 | 2% | 255 | 2% | 213 | 2% | 690 | 6% |
| Corral City | 89 | 81 | 91% | 0 | 0% | 7 | 8% | 0 | 0% | 0 | 0% | 1 | 1% | 10 | 11% |
| Corsicana | 24,485 | 14,515 | 59% | 5,775 | 24% | 120 | 0% | 269 | 1% | 3,339 | 14% | 467 | 2% | 5502 | 22% |
| Cottonwood | 181 | 174 | 96% | 2 | 1% | 0 | 0% | 0 | 0% | 3 | 2% | 2 | 1% | 5 | 3% |
| Crandall | 2,774 | 2,480 | 89% | 106 | 4% | 17 | 1% | 5 | 0% | 127 | 5% | 39 | 1% | 200 | 7% |
| Crossroads | 603 | 558 | 93% | 4 | 1% | 7 | 1% | 2 | 0% | 29 | 5% | 3 | 0% | 50 | 8% |
| Crowley | 7,467 | 6,950 | 93% | 104 | 1% | 57 | 1% | 37 | 0% | 171 | 2% | 148 | 2% | 583 | 8% |
| Dallas | 1,188,580 | 604,209 | 51% | 307,957 | 26% | 6,472 | 1% | 32,708 | 3% | 204,883 | 17% | 32,351 | 3% | 422587 | 36% |
| Dalworthington Gdns | 2,186 | 1,957 | 90% | 133 | 6% | 11 | 1% | 34 | 2% | 10 | 0% | 41 | 2% | 83 | 4% |
| Dawson | 852 | 690 | 81% | 129 | 15% | 1 | 0% | 1 | 0% | 14 | 2% | 17 | 2% | 54 | 6% |
| Decatur | 5,201 | 4,246 | 82% | 103 | 2% | 30 | 1% | 38 | 1% | 647 | 12% | 137 | 3% | 1172 | 23% |
| Denton | 80,537 | 60,900 | 76% | 7,344 | 9% | 464 | 1% | 2,774 | 3% | 7,126 | 9% | 1,929 | 2% | 13188 | 16% |
| DeSoto | 37,646 | 18,382 | 49% | 17,142 | 46% | 118 | 0% | 497 | 1% | 964 | 3% | 543 | 1% | 2750 | 7% |
| Double Oak | 2,179 | 2,050 | 94% | 25 | 1% | 14 | 1% | 21 | 1% | 24 | 1% | 45 | 2% | 85 | 4% |
| Dublin | 3,754 | 3,019 | 80% | 9 | 0% | 34 | 1% | 5 | 0% | 610 | 16% | 77 | 2% | 1112 | 30% |
| Duncanville | 36,081 | 23,055 | 64% | 8,934 | 25% | 117 | 0% | 748 | 2% | 2,466 | 7% | 761 | 2% | 5522 | 15% |

North Central Texas Council of Governments
Source: U.S. Census PL94-171: NCTCOG
March 2001    www.dfwinfo.com
(817) 695-9160

| | Total | White | % | Black | % | American Indian | % | Asian and Hawaiian | % | Other* | % | Two or More Races** | % | Hispanic Origin (of any race)*** | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eagle Mountain | 6,599 | 6,247 | 95% | 61 | 1% | 35 | 1% | 49 | 1% | 84 | 1% | 123 | 2% | 263 | 4% |
| Edgecliff Village | 2,550 | 2,147 | 84% | 217 | 9% | 11 | 0% | 28 | 1% | 102 | 4% | 45 | 2% | 309 | 12% |
| Emhouse | 159 | 130 | 82% | 10 | 6% | 0 | 0% | 0 | 0% | 7 | 4% | 12 | 8% | 18 | 11% |
| Ennis | 16,045 | 10,681 | 67% | 2,360 | 15% | 75 | 0% | 47 | 0% | 2,556 | 16% | 326 | 2% | 5325 | 33% |
| Euless | 46,005 | 34,743 | 76% | 2,987 | 6% | 294 | 1% | 4,144 | 9% | 2,475 | 5% | 1,362 | 3% | 6125 | 13% |
| Eureka | 340 | 326 | 96% | 8 | 2% | 0 | 0% | 0 | 0% | 1 | 0% | 5 | 1% | 1 | 0% |
| Everman | 5,836 | 3,200 | 55% | 1,618 | 28% | 28 | 0% | 85 | 1% | 734 | 13% | 171 | 3% | 1341 | 23% |
| Fairview | 2,644 | 2,494 | 94% | 7 | 0% | 16 | 1% | 48 | 2% | 24 | 1% | 55 | 2% | 103 | 4% |
| Farmers Branch | 27,508 | 21,560 | 78% | 661 | 2% | 150 | 1% | 813 | 3% | 3,579 | 13% | 745 | 3% | 10241 | 37% |
| Farmersville | 3,118 | 2,569 | 82% | 315 | 10% | 13 | 0% | 2 | 0% | 165 | 5% | 54 | 2% | 503 | 16% |
| Fate | 497 | 464 | 93% | 11 | 2% | 5 | 1% | 1 | 0% | 15 | 3% | 1 | 0% | 69 | 14% |
| Ferris | 2,175 | 1,472 | 68% | 487 | 22% | 5 | 0% | 10 | 0% | 162 | 7% | 39 | 2% | 599 | 28% |
| Flower Mound | 50,702 | 45,753 | 90% | 1,482 | 3% | 178 | 0% | 1,574 | 3% | 898 | 2% | 817 | 2% | 2855 | 6% |
| Forest Hill | 12,949 | 4,354 | 34% | 7,389 | 57% | 54 | 0% | 148 | 1% | 820 | 6% | 184 | 1% | 2349 | 18% |
| Forney | 5,588 | 4,678 | 84% | 413 | 7% | 31 | 1% | 19 | 0% | 352 | 6% | 95 | 2% | 537 | 10% |
| Fort Worth | 534,694 | 319,159 | 60% | 108,310 | 20% | 3,144 | 1% | 14,446 | 3% | 75,100 | 14% | 14,535 | 3% | 159368 | 30% |
| Frisco | 33,714 | 29,417 | 87% | 1,268 | 4% | 128 | 0% | 801 | 2% | 1,464 | 4% | 636 | 2% | 3716 | 11% |
| Frost | 648 | 508 | 78% | 47 | 7% | 1 | 0% | 8 | 1% | 80 | 12% | 4 | 1% | 111 | 17% |
| Garland | 215,768 | 140,835 | 65% | 25,609 | 12% | 1,284 | 1% | 15,947 | 7% | 25,862 | 12% | 6,231 | 3% | 55192 | 26% |
| Garrett | 448 | 320 | 71% | 3 | 1% | 0 | 0% | 7 | 2% | 101 | 23% | 17 | 4% | 158 | 35% |
| Glen Rose | 2,122 | 1,933 | 91% | 6 | 0% | 20 | 1% | 8 | 0% | 117 | 6% | 38 | 2% | 325 | 15% |
| Glenn Heights | 7,224 | 4,815 | 67% | 1,815 | 25% | 56 | 1% | 36 | 0% | 367 | 5% | 135 | 2% | 1137 | 16% |
| Godley | 879 | 830 | 94% | 4 | 0% | 7 | 1% | 0 | 0% | 24 | 3% | 14 | 2% | 89 | 10% |
| Goodlow | 264 | 9 | 3% | 251 | 95% | 0 | 0% | 0 | 0% | 4 | 2% | 0 | 0% | 5 | 2% |
| Gordon | 451 | 434 | 96% | 0 | 0% | 5 | 1% | 2 | 0% | 5 | 1% | 5 | 1% | 23 | 5% |
| Graford | 578 | 547 | 95% | 0 | 0% | 4 | 1% | 0 | 0% | 21 | 4% | 6 | 1% | 28 | 5% |
| Granbury | 5,718 | 5,406 | 95% | 22 | 0% | 40 | 1% | 32 | 1% | 150 | 3% | 68 | 1% | 418 | 7% |
| Grand Prairie | 127,427 | 78,970 | 62% | 17,242 | 14% | 982 | 1% | 5,706 | 4% | 20,265 | 16% | 4,262 | 3% | 42038 | 33% |
| Grandview | 1,358 | 1,174 | 86% | 123 | 9% | 2 | 0% | 0 | 0% | 40 | 3% | 19 | 1% | 182 | 13% |

North Central Texas Council of Governments
Source: U.S. Census PL94-171; NCTCOG
March 2001     www.dfwinfo.com
(817) 695-9160

Page 4

| | Total | White | % | Black | % | American Indian | % | Asian and Hawaiian | % | Other* | % | Two or More Races** | % | Hispanic Origin (of any race)*** | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grapevine | 42,059 | 37,081 | 88% | 1,001 | 2% | 232 | 1% | 1,106 | 3% | 1,927 | 5% | 712 | 2% | 4860 | 12% |
| Grays Prairie | 296 | 273 | 92% | 6 | 2% | 2 | 1% | 0 | 0% | 10 | 3% | 5 | 2% | 22 | 7% |
| Greenville | 23,960 | 16,702 | 70% | 4,518 | 19% | 116 | 0% | 155 | 1% | 1,963 | 8% | 506 | 2% | 3511 | 15% |
| Hackberry | 544 | 340 | 63% | 8 | 1% | 2 | 0% | 6 | 1% | 169 | 31% | 19 | 3% | 247 | 45% |
| Haltom City | 39,018 | 29,973 | 77% | 1,088 | 3% | 285 | 1% | 3,055 | 8% | 3,600 | 9% | 1,017 | 3% | 7771 | 20% |
| Haslet | 1,134 | 1,069 | 94% | 0 | 0% | 13 | 1% | 7 | 1% | 32 | 3% | 13 | 1% | 84 | 7% |
| Heath | 4,149 | 3,950 | 95% | 34 | 1% | 16 | 0% | 59 | 1% | 54 | 1% | 36 | 1% | 125 | 3% |
| Hebron | 874 | 719 | 82% | 41 | 5% | 1 | 0% | 99 | 11% | 6 | 1% | 8 | 1% | 20 | 2% |
| Hickory Creek | 2,078 | 1,942 | 93% | 25 | 1% | 15 | 1% | 15 | 1% | 38 | 2% | 43 | 2% | 118 | 6% |
| Highland Park | 8,842 | 8,601 | 97% | 34 | 0% | 12 | 0% | 74 | 1% | 68 | 1% | 53 | 1% | 241 | 3% |
| Highland Village | 12,173 | 11,468 | 94% | 179 | 1% | 49 | 0% | 236 | 2% | 97 | 1% | 144 | 1% | 421 | 3% |
| Hudson Oaks | 1,637 | 1,573 | 96% | 13 | 1% | 6 | 0% | 7 | 0% | 21 | 1% | 17 | 1% | 65 | 4% |
| Hurst | 36,273 | 31,189 | 86% | 1,499 | 4% | 231 | 1% | 769 | 2% | 1,886 | 5% | 699 | 2% | 3999 | 11% |
| Hutchins | 2,805 | 1,208 | 43% | 1,047 | 37% | 25 | 1% | 7 | 0% | 433 | 15% | 85 | 3% | 673 | 24% |
| Irving | 191,615 | 123,019 | 64% | 19,583 | 10% | 1,244 | 1% | 16,032 | 8% | 25,608 | 13% | 6,129 | 3% | 59838 | 31% |
| Italy | 1,993 | 1,480 | 74% | 393 | 20% | 17 | 1% | 3 | 0% | 69 | 3% | 31 | 2% | 252 | 13% |
| Josephine | 594 | 552 | 93% | 7 | 1% | 3 | 1% | 4 | 1% | 25 | 4% | 3 | 1% | 63 | 11% |
| Joshua | 4,528 | 4,277 | 94% | 12 | 0% | 29 | 1% | 14 | 0% | 129 | 3% | 67 | 1% | 358 | 8% |
| Justin | 1,891 | 1,786 | 94% | 27 | 1% | 10 | 1% | 9 | 0% | 48 | 3% | 11 | 1% | 105 | 6% |
| Kaufman | 6,490 | 4,402 | 68% | 835 | 13% | 43 | 1% | 27 | 0% | 1,033 | 16% | 150 | 2% | 1930 | 30% |
| Keene | 5,003 | 3,725 | 74% | 353 | 7% | 38 | 1% | 252 | 5% | 467 | 9% | 168 | 3% | 1293 | 26% |
| Keller | 27,345 | 25,634 | 94% | 392 | 1% | 106 | 0% | 493 | 2% | 324 | 1% | 396 | 1% | 1234 | 5% |
| Kemp | 1,133 | 1,010 | 89% | 98 | 9% | 2 | 0% | 0 | 0% | 12 | 1% | 11 | 1% | 61 | 5% |
| Kennedale | 5,850 | 5,178 | 89% | 202 | 3% | 44 | 1% | 57 | 1% | 251 | 4% | 118 | 2% | 580 | 10% |
| Kerens | 1,681 | 1,179 | 70% | 372 | 22% | 8 | 0% | 1 | 0% | 97 | 6% | 24 | 1% | 128 | 8% |
| Krugerville | 903 | 868 | 96% | 0 | 0% | 9 | 1% | 0 | 0% | 16 | 2% | 10 | 1% | 51 | 6% |
| Krum | 1,979 | 1,849 | 93% | 5 | 0% | 8 | 0% | 11 | 1% | 52 | 3% | 54 | 3% | 98 | 5% |
| Lake Bridgeport | 372 | 361 | 97% | 1 | 0% | 1 | 0% | 0 | 0% | 7 | 2% | 2 | 1% | 20 | 5% |
| Lake Dallas | 6,166 | 5,519 | 90% | 205 | 3% | 39 | 1% | 59 | 1% | 237 | 4% | 107 | 2% | 606 | 10% |

North Central Texas Council of Governments
Source: U.S. Census PL94-171; NCTCOG
March 2001    www.dfwinfo.com
(817) 695-9160

Page 5

| | Total | White | % | Black | % | American Indian | % | Asian and Hawaiian | % | Other* | % | Two or More Races** | % | Hispanic Origin (of any race)*** | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lake Worth | 4,618 | 4,073 | 88% | 40 | 1% | 41 | 1% | 49 | 1% | 285 | 6% | 130 | 3% | 670 | 15% |
| Lakeside | 1,040 | 997 | 96% | 6 | 1% | 3 | 0% | 16 | 2% | 7 | 1% | 11 | 1% | 34 | 3% |
| Lakewood Village | 342 | 327 | 96% | 8 | 2% | 0 | 0% | 0 | 0% | 4 | 1% | 3 | 1% | 14 | 4% |
| Lancaster | 25,894 | 9,744 | 38% | 13,725 | 53% | 126 | 0% | 114 | 0% | 1,705 | 7% | 480 | 2% | 3001 | 12% |
| Lavon | 387 | 360 | 93% | 0 | 0% | 4 | 1% | 3 | 1% | 8 | 2% | 12 | 3% | 29 | 7% |
| Lewisville | 77,737 | 60,015 | 77% | 5,747 | 7% | 544 | 1% | 3,053 | 4% | 6,468 | 8% | 1,910 | 2% | 13799 | 18% |
| Lincoln Park | 517 | 442 | 85% | 4 | 1% | 7 | 1% | 1 | 0% | 59 | 11% | 4 | 1% | 90 | 17% |
| Lipan | 425 | 417 | 98% | 0 | 0% | 4 | 1% | 0 | 0% | 2 | 0% | 2 | 0% | 31 | 7% |
| Little Elm | 3,646 | 2,889 | 79% | 108 | 3% | 23 | 1% | 29 | 1% | 516 | 14% | 81 | 2% | 837 | 23% |
| Lone Oak | 521 | 492 | 94% | 16 | 3% | 1 | 0% | 1 | 0% | 8 | 2% | 3 | 1% | 20 | 4% |
| Lowrey Crossing | 1,229 | 1,155 | 94% | 8 | 1% | 5 | 0% | 9 | 1% | 45 | 4% | 7 | 1% | 79 | 6% |
| Lucas | 2,890 | 2,787 | 96% | 12 | 0% | 15 | 1% | 9 | 0% | 29 | 1% | 38 | 1% | 103 | 4% |
| Mabank | 2,151 | 1,942 | 90% | 110 | 5% | 16 | 1% | 2 | 0% | 57 | 3% | 24 | 1% | 124 | 6% |
| Mansfield | 28,031 | 24,221 | 86% | 1,232 | 4% | 159 | 1% | 351 | 1% | 1,590 | 6% | 478 | 2% | 3574 | 13% |
| Marshall Creek | 431 | 408 | 95% | 0 | 0% | 1 | 0% | 0 | 0% | 14 | 3% | 8 | 2% | 62 | 14% |
| Maypearl | 746 | 607 | 81% | 52 | 7% | 3 | 0% | 5 | 1% | 73 | 10% | 6 | 1% | 157 | 21% |
| McKinney | 54,369 | 42,628 | 78% | 3,913 | 7% | 293 | 1% | 846 | 2% | 5,562 | 10% | 1,127 | 2% | 9876 | 18% |
| McLendon-Chisholm | 914 | 896 | 98% | 2 | 0% | 5 | 1% | 6 | 1% | 2 | 0% | 3 | 0% | 20 | 2% |
| Melissa | 1,350 | 1,210 | 90% | 7 | 1% | 6 | 0% | 7 | 1% | 103 | 8% | 17 | 1% | 180 | 13% |
| Mesquite | 124,523 | 91,572 | 74% | 16,585 | 13% | 750 | 1% | 4,730 | 4% | 8,009 | 6% | 2,877 | 2% | 19500 | 16% |
| Midlothian | 7,480 | 6,766 | 90% | 218 | 3% | 39 | 1% | 38 | 1% | 295 | 4% | 124 | 2% | 981 | 13% |
| Mildred | 405 | 365 | 90% | 28 | 7% | 0 | 0% | 3 | 1% | 8 | 2% | 1 | 0% | 26 | 6% |
| Milford | 685 | 429 | 63% | 191 | 28% | 4 | 1% | 7 | 1% | 31 | 5% | 23 | 3% | 89 | 13% |
| Millsap | 353 | 321 | 91% | 0 | 0% | 0 | 0% | 1 | 0% | 27 | 8% | 4 | 1% | 46 | 13% |
| Mineral Wells | 16,946 | 13,165 | 78% | 1,487 | 9% | 92 | 1% | 111 | 1% | 1,779 | 10% | 312 | 2% | 3265 | 19% |
| Mingus | 246 | 221 | 90% | 0 | 0% | 1 | 0% | 1 | 0% | 21 | 9% | 2 | 1% | 26 | 11% |
| Murphy | 3,099 | 2,357 | 76% | 295 | 10% | 34 | 1% | 281 | 9% | 62 | 2% | 70 | 2% | 153 | 5% |
| Mustang | 47 | 42 | 89% | 4 | 9% | 0 | 0% | 0 | 0% | 0 | 0% | 1 | 2% | 0 | 0% |
| Navarro | 191 | 182 | 95% | 4 | 2% | 4 | 2% | 1 | 1% | 0 | 0% | 0 | 0% | 4 | 2% |

North Central Texas Council of Governments
Source: U.S. Census PL94-171; NCTCOG
March 2001    www.dfwinfo.com
(817) 695-9160

| | Total | White | % | Black | % | American Indian | % | Asian and Hawaiian | % | Other* | % | Two or More Races** | % | Hispanic Origin (of any race)*** | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nevada | 563 | 508 | 90% | 31 | 6% | 8 | 1% | 4 | 1% | 10 | 2% | 2 | 0% | 37 | 7% |
| New Fairview | 877 | 800 | 91% | 3 | 0% | 11 | 1% | 2 | 0% | 39 | 4% | 22 | 3% | 63 | 7% |
| New Hope | 662 | 630 | 95% | 1 | 0% | 5 | 1% | 0 | 0% | 20 | 3% | 6 | 1% | 38 | 6% |
| Newark | 887 | 798 | 90% | 2 | 0% | 5 | 1% | 4 | 0% | 67 | 8% | 11 | 1% | 95 | 11% |
| Neylandville | 56 | 2 | 4% | 54 | 96% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% |
| North Lake | 921 | 828 | 90% | 7 | 1% | 11 | 1% | 1 | 0% | 66 | 7% | 8 | 1% | 100 | 11% |
| North Richland Hills | 55,635 | 49,224 | 88% | 1,501 | 3% | 303 | 1% | 1,568 | 3% | 1,885 | 3% | 1,154 | 2% | 5276 | 9% |
| Oak Grove | 710 | 683 | 96% | 6 | 1% | 0 | 0% | 10 | 1% | 5 | 1% | 6 | 1% | 24 | 3% |
| Oak Leaf | 1,209 | 1,125 | 93% | 39 | 3% | 2 | 0% | 2 | 0% | 22 | 2% | 19 | 2% | 65 | 5% |
| Oak Point | 1,747 | 1,634 | 94% | 18 | 1% | 13 | 1% | 4 | 0% | 41 | 2% | 37 | 2% | 127 | 7% |
| Oak Ridge | 400 | 356 | 89% | 24 | 6% | 0 | 0% | 0 | 0% | 16 | 4% | 4 | 1% | 29 | 7% |
| Oak Trail Shores | 2,475 | 2,253 | 91% | 19 | 1% | 20 | 1% | 0 | 0% | 142 | 6% | 41 | 2% | 438 | 18% |
| Oak Valley | 401 | 368 | 92% | 7 | 2% | 1 | 0% | 1 | 0% | 10 | 2% | 14 | 3% | 14 | 3% |
| Ovilla | 3,405 | 3,130 | 92% | 166 | 5% | 12 | 0% | 25 | 1% | 24 | 1% | 48 | 1% | 114 | 3% |
| Palmer | 1,774 | 1,538 | 87% | 32 | 2% | 15 | 1% | 4 | 0% | 154 | 9% | 31 | 2% | 467 | 26% |
| Pantego | 2,318 | 2,018 | 87% | 199 | 9% | 5 | 0% | 49 | 2% | 17 | 1% | 30 | 1% | 85 | 4% |
| Parker | 1,379 | 1,242 | 90% | 29 | 2% | 13 | 1% | 20 | 1% | 42 | 3% | 33 | 2% | 101 | 7% |
| Pecan Acres | 2,289 | 2,182 | 95% | 2 | 0% | 35 | 2% | 0 | 0% | 39 | 2% | 31 | 1% | 101 | 4% |
| Pecan Hill | 672 | 630 | 94% | 8 | 1% | 2 | 0% | 0 | 0% | 29 | 4% | 3 | 0% | 59 | 9% |
| Pelican Bay | 1,505 | 1,409 | 94% | 11 | 1% | 10 | 1% | 6 | 0% | 38 | 3% | 31 | 2% | 133 | 9% |
| Pilot Point | 3,538 | 2,942 | 83% | 164 | 5% | 33 | 1% | 6 | 0% | 314 | 9% | 79 | 2% | 528 | 15% |
| Plano | 222,030 | 173,761 | 78% | 11,155 | 5% | 803 | 0% | 22,692 | 10% | 8,565 | 4% | 5,054 | 2% | 22357 | 10% |
| Ponder | 507 | 477 | 94% | 5 | 1% | 1 | 0% | 2 | 0% | 12 | 2% | 10 | 2% | 28 | 6% |
| Post Oak Bend | 404 | 360 | 89% | 4 | 1% | 1 | 0% | 12 | 3% | 13 | 3% | 14 | 3% | 40 | 10% |
| Powell | 105 | 93 | 89% | 4 | 4% | 0 | 0% | 0 | 0% | 7 | 7% | 1 | 1% | 11 | 10% |
| Princeton | 3,477 | 3,162 | 91% | 33 | 1% | 34 | 1% | 10 | 0% | 159 | 5% | 79 | 2% | 379 | 11% |
| Prosper | 2,097 | 1,934 | 92% | 6 | 0% | 13 | 1% | 8 | 0% | 108 | 5% | 28 | 1% | 402 | 19% |
| Quinlan | 1,370 | 1,302 | 95% | 9 | 1% | 8 | 1% | 4 | 0% | 32 | 2% | 15 | 1% | 71 | 5% |
| Red Oak | 4,301 | 3,698 | 86% | 233 | 5% | 23 | 1% | 38 | 1% | 200 | 5% | 109 | 3% | 503 | 12% |

North Central Texas Council of Governments
Source: U.S. Census PL94-171; NCTCOG
March 2001      www.dfwinfo.com
(817) 695-9160

| | Total | White | % | Black | % | American Indian | % | Asian and Hawaiian | % | Other* | % | Two or More Races** | % | Hispanic Origin (of any race)*** | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rendon | 9,022 | 8,126 | 90% | 371 | 4% | 68 | 1% | 34 | 0% | 321 | 4% | 102 | 1% | 706 | 8% |
| Reno | 2,441 | 2,312 | 95% | 9 | 0% | 23 | 1% | 3 | 0% | 56 | 2% | 38 | 2% | 137 | 6% |
| Retreat | 339 | 310 | 91% | 16 | 5% | 0 | 0% | 9 | 3% | 4 | 1% | 0 | 0% | 12 | 4% |
| Rhome | 551 | 500 | 91% | 4 | 1% | 6 | 1% | 3 | 1% | 33 | 6% | 5 | 1% | 59 | 11% |
| Rice | 798 | 609 | 76% | 78 | 10% | 2 | 0% | 0 | 0% | 100 | 13% | 9 | 1% | 140 | 18% |
| Richardson | 91,802 | 69,209 | 75% | 5,675 | 6% | 409 | 0% | 10,767 | 12% | 3,351 | 4% | 2,391 | 3% | 9420 | 10% |
| Richland | 291 | 261 | 90% | 17 | 6% | 1 | 0% | 1 | 0% | 6 | 2% | 5 | 2% | 12 | 4% |
| Richland Hills | 8,132 | 7,352 | 90% | 117 | 1% | 50 | 1% | 104 | 1% | 330 | 4% | 179 | 2% | 825 | 10% |
| Rio Vista | 656 | 625 | 95% | 0 | 0% | 1 | 0% | 0 | 0% | 18 | 3% | 12 | 2% | 34 | 5% |
| River Oaks | 6,985 | 5,926 | 85% | 28 | 0% | 48 | 1% | 61 | 1% | 763 | 11% | 159 | 2% | 1902 | 27% |
| Roanoke | 2,810 | 2,541 | 90% | 38 | 1% | 32 | 1% | 32 | 1% | 91 | 3% | 76 | 3% | 304 | 11% |
| Rockwall | 17,976 | 16,421 | 91% | 539 | 3% | 69 | 0% | 255 | 1% - | 462 | 3% | 230 | 1% | 1157 | 6% |
| Rosser | 379 | 223 | 59% | 124 | 33% | 16 | 4% | 0 | 0% | 7 | 2% | 9 | 2% | 16 | 4% |
| Rowlett | 44,503 | 36,406 | 82% | 4,010 | 9% | 220 | 0% | 1,506 | 3% | 1,570 | 4% | 791 | 2% | 3899 | 9% |
| Royse City | 2,957 | 2,349 | 79% | 222 | 8% | 14 | 0% | 16 | 1% | 282 | 10% | 74 | 3% | 620 | 21% |
| Runaway Bay | 1,104 | 1,085 | 98% | 5 | 0% | 3 | 0% | 5 | 0% | 3 | 0% | 3 | 0% | 14 | 1% |
| Sachse | 9,751 | 8,517 | 87% | 451 | 5% | 63 | 1% | 211 | 2% | 329 | 3% | 180 | 2% | 801 | 8% |
| Saginaw | 12,374 | 10,844 | 88% | 239 | 2% | 113 | 1% | 154 | 1% | 753 | 6% | 271 | 2% | 1823 | 15% |
| Saint Paul | 630 | 589 | 93% | 4 | 1% | 3 | 0% | 9 | 1% | 9 | 1% | 16 | 3% | 26 | 4% |
| Sanctuary | 256 | 241 | 94% | 0 | 0% | 1 | 0% | 0 | 0% | 10 | 4% | 4 | 2% | 12 | 5% |
| Sanger | 4,534 | 4,039 | 89% | 138 | 3% | 50 | 1% | 6 | 0% | 190 | 4% | 111 | 2% | 513 | 11% |
| Sansom Park | 4,181 | 3,397 | 81% | 18 | 0% | 42 | 1% | 24 | 1% | 614 | 15% | 86 | 2% | 1180 | 28% |
| Seagoville | 10,823 | 8,524 | 79% | 1,041 | 10% | 81 | 1% | 69 | 1% | 842 | 8% | 266 | 2% | 1905 | 18% |
| Seven Points | 1,145 | 1,089 | 95% | 0 | 0% | 7 | 1% | 1 | 0% | 29 | 3% | 19 | 2% | 69 | 6% |
| Shady Shores | 1,461 | 1,411 | 97% | 2 | 0% | 7 | 0% | 4 | 0% | 23 | 2% | 14 | 1% | 98 | 7% |
| Southlake | 21,519 | 20,345 | 95% | 299 | 1% | 53 | 0% | 388 | 2% | 175 | 1% | 259 | 1% | 789 | 4% |
| Springtown | 2,062 | 1,973 | 96% | 10 | 0% | 7 | 0% | 8 | 0% | 40 | 2% | 24 | 1% | 70 | 3% |
| Stephenville | 14,921 | 13,554 | 91% | 219 | 1% | 86 | 1% | 105 | 1% | 671 | 4% | 286 | 2% | 1725 | 12% |
| Strawn | 739 | 599 | 81% | 2 | 0% | 4 | 1% | 5 | 1% | 115 | 16% | 14 | 2% | 180 | 24% |

North Central Texas Council of Governments
Source: U.S. Census PL94-171, NCTCOG
March 2001    www.dfwinfo.com
(817) 695-9160

Page 8

| | Total | White | % | Black | % | American Indian | % | Asian and Hawaiian | % | Other* | % | Two or More Races** | % | Hispanic Origin (of any race)*** | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Streetman | 203 | 170 | 84% | 30 | 15% | 0 | 0% | 0 | 0% | 2 | 1% | 1 | 0% | 9 | 4% |
| Sunnyvale | 2,693 | 2,395 | 89% | 70 | 3% | 19 | 1% | 124 | 5% | 60 | 2% | 25 | 1% | 118 | 4% |
| Terrell | 13,606 | 7,532 | 55% | 4,386 | 32% | 49 | 0% | 79 | 1% | 1,325 | 10% | 235 | 2% | 2390 | 18% |
| The Colony | 26,531 | 22,409 | 84% | 1,375 | 5% | 188 | 1% | 459 | 2% | 1,405 | 5% | 695 | 3% | 3519 | 13% |
| Tolar | 504 | 472 | 94% | 0 | 0% | 7 | 1% | 2 | 0% | 14 | 3% | 9 | 2% | 26 | 5% |
| Trophy Club | 6,350 | 5,933 | 93% | 105 | 2% | 19 | 0% | 116 | 2% | 74 | 1% | 103 | 2% | 265 | 4% |
| University Park | 23,324 | 22,002 | 94% | 333 | 1% | 52 | 0% | 524 | 2% | 217 | 1% | 196 | 1% | 723 | 3% |
| Venus | 910 | 772 | 85% | 14 | 2% | 4 | 0% | 53 | 6% | 41 | 5% | 26 | 3% | 120 | 13% |
| Watauga | 21,908 | 19,072 | 87% | 498 | 2% | 140 | 1% | 852 | 4% | 857 | 4% | 489 | 2% | 2335 | 11% |
| Waxahachie | 21,426 | 15,094 | 70% | 3,663 | 17% | 163 | 1% | 86 | 0% | 2,000 | 9% | 420 | 2% | 4229 | 20% |
| Weatherford | 19,000 | 17,271 | 91% | 394 | 2% | 163 | 1% | 133 | 1% | 771 | 4% | 268 | 1% | 1943 | 10% |
| West Tawakoni | 1,462 | 1,364 | 93% | 1 | 0% | 35 | 2% | 7 | 0% - | 27 | 2% | 28 | 2% | 63 | 4% |
| Westlake | 207 | 197 | 95% | 5 | 2% | 0 | 0% | 0 | 0% | 5 | 2% | 0 | 0% | 2 | 1% |
| Westminister | 390 | 379 | 97% | 1 | 0% | 1 | 0% | 1 | 0% | 8 | 2% | 0 | 0% | 23 | 6% |
| Weston | 635 | 617 | 97% | 1 | 0% | 0 | 0% | 2 | 0% | 13 | 2% | 2 | 0% | 28 | 4% |
| Westover Hills | 658 | 647 | 98% | 0 | 0% | 0 | 0% | 5 | 1% | 0 | 0% | 6 | 1% | 10 | 2% |
| Westworth Village | 2,124 | 1,738 | 82% | 90 | 4% | 27 | 1% | 34 | 2% | 141 | 7% | 94 | 4% | 396 | 19% |
| White Settlement | 14,831 | 12,730 | 86% | 600 | 4% | 86 | 1% | 228 | 2% | 669 | 5% | 518 | 3% | 2017 | 14% |
| Willow Park | 2,849 | 2,744 | 96% | 9 | 0% | 21 | 1% | 13 | 0% | 36 | 1% | 26 | 1% | 101 | 4% |
| Wilmer | 3,393 | 1,625 | 48% | 795 | 23% | 38 | 1% | 2 | 0% | 833 | 25% | 100 | 3% | 1408 | 41% |
| Wolfe City | 1,566 | 1,306 | 83% | 205 | 13% | 16 | 1% | 6 | 0% | 5 | 0% | 28 | 2% | 53 | 3% |
| Wylie | 15,132 | 13,587 | 90% | 313 | 2% | 106 | 1% | 95 | 1% | 650 | 4% | 281 | 2% | 1580 | 10% |

* Other contains all additional categories not listed in the above groups.
** The 2000 Census provides a new category for persons who are of more than one race. Direct comparisons to 1990 may not be exact.
*** Hispanic Origin is an ethnicity and not a race. Those of Hispanic Origin may belong to any race.

North Central Texas Council of Governments
Source: U.S. Census PL94-171; NCTCOG
March 2001
(817) 695-9160
www.dfwinfo.com







**ADDRESS**
**CENSUS TRACT**
**ZIP CODE**
**CITY**
**COUNTY**
**DFW REGION**

To retrieve Census 2000 information:

❶ Select an area of interest by clicking on one of the tabs above.

❷ Choose either the Create a Report or Create a Map option.

❸ Select which information you would like see from the list.

❹ Then enter an area of interest. Click Submit.

**Need More Help?**
click here

○ Create a Report   ○ Create a Map

2000 Detailed Age, Race, Sex, and Housing (SF1) Report ▼

Enter five-digit Zip code*  [      ]

Submit

*Data for reports on this page are summarized for ZIP Code Tabulation Areas, geographic areas that approximate the delivery area for a five-digit ZIP Code. ZCTAs do not precisely depict the area within which mail deliveries associated with that ZIP Code occur. Data are not available for non-geographic ZIP codes, such as those associated with P.O. boxes, universities, etc.

(PDF) Publications displaying this symbol require the free software Adobe Reader (version 4.0 or greater)

Can't find what you need? Have a suggestion? Click here to e-mail us.

DFWINFO.COM
Legal Disclaimer
North Central Texas Council of Governments
616 Six Flags Drive P.O. Box 5888 Arlington, TX 76005-5888
Main Operator: (817) 640-3300
Website Technical Assistance: (817) 695-9160
Fax: (817) 640-4428

TEAM #5


**Macy Jaggers**


# REPORT ON RESEARCH OF
# RANDY HALPRIN'S UNDERLYING OFFENSE

Macy Jaggers
Death Penalty Project
April 29, 2002
Halprin Memo

**Report on Research of Randy Halprin's Underlying Offense**

### I.  *Fact Summary*

On September 5, 1996, Randy Halprin was arrested for injury to a child.  The

following is a summary of the events that led to Halprin's arrest.

In the fall of 1996, Halprin was residing at 3000 Las Vegas Trail, Apt. 1-233, Ft.

Worth, Texas.  This apartment was rented by Todd and Ramie Plummer, and they lived

there with their two children.  They met Halprin at the Arlington Night Shelter and

offered to allow him to live with them in exchange for occasionally babysitting their

children.  Shortly after Halprin moved in, they invited another person from the shelter,

Charity Smith, to live with them.  Smith moved in with her son, Jared Robert Smith, who

was seventeen months old at that time.

On August 28, 1996, Smith took her son to Cook Children's Hospital because he had

been limping for approximately two days.  Upon examination the treating doctor, Dr.

Fuller, immediately called in the Crimes Against Children Unit of the Ft. Worth Police

Department.  Patient advocate Don Tatlock was involved in the investigation, as was CPS

caseworker Susan Waggoner.  The police report (attached) indicates that Jared had two

broken arms, two broken legs, a skull fracture, and damage to his left eye.  The attached

police report, unfortunately, provides little detail as to the course of the investigation.

The complete file has been subpoenaed and is discussed further below.

## A.  Halprin's Account of Events

Halprin's report of the facts leaves many questions.  First, he admits that he did push Jared one time, two days prior to Smith taking him to the hospital.  Halprin described the events surrounding that incident.  He said that was on acid when the Plummers and Smith told him they wanted to go out for the evening and expected him to babysit.  Halprin says that he told them he could not babysit because he was on drugs, but that they insisted on going out and left him with the three children.  Jared had an ear infection at that time, which made him particularly fussy.  Halprin describes an evening of escalating frustration where he pushed Jared in the back, causing him to hit his face on the corner of a trunk.  Halprin says he left Jared alone immediately after that and that Jared then calmed down and acted normally for the remainder of the evening until he went to bed.  He reports that Jared was not limping or showing any difficulty using his arms.

As I mentioned, it was two days later that Smith took Jared to the hospital.  It is difficult to imagine that Jared could have walked around and functioned normally, except for the limp, for two days if he had the injuries described above.  Also, it is not clear who else may have been alone with Jared in between the evening Randy babysat and the night Smith took him to the hospital.

As for the events that led up to the arrest, Halprin's account makes little sense.  He states that he was questioned on one occasion and signed a statement at that time.  Halprin says that he was asked to return to the police station to re-sign the report because it contained an error as to the date.  He says that he signed the second report without

reading it, trusting the officers, and was then immediately placed under arrest. Halprin

claims that the police altered the report to include statements he never made. The police

report indicates that Halprin was interviewed initially along with all adult members of the

household and that he signed a statement that he had no knowledge of Jared's injuries.

The report then states that Smith and Halprin both agreed to polygraph examinations on

September 4. The report of Det. Kamper states that she contacted polygraph

administrator Robert Viana following the exams and was told that Halprin wanted to talk

to her. Kamper stated that she went to Halprin at the polygraph office, read him his

Miranda rights for a second time, and obtained a dictated statement in which he admitted

to intentionally injuring Jared. The report goes on to say that Kamper prepared a

probable cause warrant the following day and Halprin was arrested at his home without

incident.


### B.   Detective Kamper's Version of Events

Detective Kamper is the only investigating officer still with the Ft. Worth Police

Department. Other officers involved in the case were Sergeant Pendergraf, Officer

McCoy, Officer Gray, and Sergeant Hortman. Kamper is now a sergeant in the Major

Crimes Unit. I spoke with Sgt. Kamper in person briefly about the case, which shed

some light on Halprin's version of events. First, Kamper denies Halprin's account of

signing an amended statement. Her account is consistent with the police report: He gave

one statement denying knowledge and one statement admitting guilt. When asked why

Smith was not investigated further, Kamper simply replied, "Because Halprin confessed."

The police report does indicate that Todd Plummer's statement to the police was that,

although he had no knowledge of intentional injury to Jared, he frequently witnessed Smith "being rough with Jared, pulling him by the arms, and yelling at him a lot." The report indicates that Mrs. Plummer and Halprin made similar statements. Halprin also informed me that Smith had an older daughter she had lost parental rights to due to abuse. (The CPS subpoena discussed below requested all records relating to Charity Smith or Charity Collier and should reveal further facts about the other child.) Sgt. Kamper had no further comment on these facts.

## C. Halprin's Plea

Halprin was represented by court-appointed attorney Mark Perez, formerly a Dallas County Assistant District Attorney. The Assistant District Attorney in the case was Lisa Amos. After sitting in jail for eight months, Halprin finally pled to Serious Bodily Injury to a Child with a Deadly Weapon. The deadly weapons in this case were his hands and feet. Halprin says that he agreed to this plea because his attorney told him that he would not get a better offer and would not win at trial because of his signed confession. Halprin agreed to a thirty-year sentence, which Perez told him he was able to have brought down from forty-five years. Reading Halprin's signed statements would be extremely beneficial here (presumably they will be in the DA's file that has been subpoenaed as discussed below). Otherwise, it is difficult to imagine that Halprin could not get a better offer considering that he has no prior felonies, Smith's history of child abuse, and the lack of evidence against him. A search (printouts attached) of Mark Perez and Lisa Amos showed no grievances filed against them.

### D. Conclusions

It is not clear to me, from the evidence I have available at this time, that Halprin was responsible for all of the injuries inflicted upon Jared. Although he admits to pushing Jared, and this may have caused some injuries, there are too many suspicious uninvestigated facts surrounding Jared's injuries. First, Smith was never fully investigated. This is particularly significant in light of the removal of her older child—although CPS records may shed more light on the situation with the older child. Second, Jared was not taken to the hospital until forty-hours after the evening he spent with Halprin. It is difficult to imagine that he could have walked around and functioned fairly normally with two broken legs and two broken arms for that amount of time. There is no indication in the report of who else may have been alone with Jared in those two days.

Of course, Halprin may not have told me all of the facts surrounding the incident. This is certainly possible. This is one reason it is important to read what he actually admitted to in his signed statement. Sgt. Kamper told me that he admitted in detail how his actions caused the injuries to Jared. She made a point of saying that Halprin was not "brow-beaten" into his confession. However, even if Halprin did admit to causing all of Jared's injuries, I am not convinced he told the truth in that statement.

I would best characterize Halprin as a "pleaser." He seems to want whoever he is communicating with at the time to like him and respect him. This may seem somewhat counterintuitive to admitting to injuring a child, but in Halprin's mind, I easily see that he may have believed he was taking the high road. In other words, he was accepting some degree of responsibility for his actions to impress Kamper without realizing the full impact of his statements. My assessment of Halprin as a pleaser comes from my

conversation with him, as well as the reports of others in the class from this semester and

last semester. I would guess that this personality trait developed from his physical abuse

by his birth family, followed by the emotional abuse of his adoptive family. Obviously,

Halprin needs a psychological evaluation to determine the effects of his childhood on his

adult behavior. I believe such an evaluation would also provide insight into why he

would sign a confession (if he did not cause all the injuries) and why he would

subsequently agree to a plea that gave him thirty years.


## II.  Suggested Follow-Up

### A. Locate Other Individuals Who Resided at 3000 Las Vegas Trail at the Time of the Incident

Charity Suzanne Smith's last-known address is that of the Plummer's apartment.

She has been known to stay intermittently at the Arlington Night Shelter, and it is

possible that its employees may have more recent information about her or her

whereabouts. The Arlington Night Shelter is located at 325 W. Division in Arlington.

Their phone number is 817-548-9885. In April 1998, Smith pled guilty and received

three years' probation for forgery of a financial instrument in Tarrant County.

Smith's probation officer should know where she resided as of April 2001. A

printout of the disposition of this case is attached. It shows that she may be using the

name Charity Collier. There are no telephone listings for Charity Smith or Charity

Collier in Fort Worth.

Todd Loyd Plummer's last-known address is 3773 Timberglen, Dallas, Texas.

This information comes from a printout of the disposition of a case in Dallas County.

In May 1998, Plummer was no-billed by a grand jury on an assault charge.  Court records also show two previous addresses for Plummer in Carrollton.  These records refer to two DWIs received by Plummer in 1995.  Plummer pled guilty to the second DWI on April 18, 1997, and received twenty-four-months' probation.  On January 5, 1998, his probation was amended to twelve months.  Printouts of the dispositions of the three above-mentioned cases are attached.  Plummer does not have a telephone listing in Ft. Worth, Dallas, or Carrollton.

Ramie Davis Plummer's last-known address is the Las Vegas Trail address in Ft. Worth.  Obviously, if she is still married to Todd Plummer, her last-known address would be the same as his.  Mrs. Plummer has no criminal record in the state of Texas.

**B.  Locate the Psychiatric Records of Mary Cannon and Halprin's Childhood Therapist**

Halprin's case was heard in Tarrant County Criminal District Court No. 1 before Judge Sharen Wilson.  A complete copy of the court's case file is attached.  This file indicates that Halprin received a court-ordered psychological evaluation by forensic psychiatrist Mary L. Cannon.  Dr. Cannon's letter to the court is brief.  After much searching I was finally able to locate Dr. Cannon, who retired last year to Eustace, Texas.  She told me that she did not retain notes on her court-appointed evaluations because she included all the information in the court report.  In fact, she said, she does not even keep a copy of the letter to the court because the court keeps one.  She stated that she has no records whatsoever of Halprin.  Dr. Cannon recalled little about him, including what the underlying offense was, except the she thought she remembered that she found him

competent to stand trial, which she did.  Dr. Mary Lou Cannon's current address is 12220

FM 316 in Eustace, TX  75124.

Halprin reported that when he was about eleven years old, his parents sent him to a

therapist in Arlington.  He claims that they were concerned about his UFO fascination.

Halprin does not recall the name of the therapist.  It would be beneficial to find out who

this therapist is and obtain his file on Halprin.

## C.  Obtain the Records of Cook's Children's Hospital, Child Protective Services, and the Tarrant County District Attorney's Office

The above records were all subpoenaed on April 22, 2002.  Copies of the

subpoenas are attached.  Each subpoena directed that the records be delivered to the

office of George Ashford.  If these records are not received shortly, I recommend that

hearings be set to order the production of these records.  Each set of records is discussed

more fully below.

The records from the Tarrant County District Attorney's office should contain a

copy of the complete investigative file of the Ft. Worth Police Department.  The litigation

specialist in the civil division of the Tarrant County DA's office handles these requests.

Her name is Angela Phillips, and her direct line is 817-884-2425.  The copy of the police

report indicates that both Smith and Halprin were given polygraph examinations, and that

the results of both examinations were inconclusive.  This is one piece of information I

was seeking in these records.   I was also seeking any photos that would have been taken

by the investigating officers of the injuries to the child.

The medical reports of the child may also contain these photos, as well as x-rays and other information about the injuries he received. As I mentioned, these records have been subpoenaed. Ellen Hewitt is the Records Custodian of Cook's Children, and she indicated that it is their routine practice to file a motion to quash on all subpoenas requesting medical records.

The third subpoena was served to Child Protective Services of Tarrant County. It is my understanding that, based on the location of the incident, the CPS office located at 6743 Camp Bowie in Ft. Worth would have investigated this case. The supervisor in that office is Linda Hernandez. As you can see from the attached copy of the subpoena I served her, I requested all records relating to Jared Smith and Charity Smith Collier in hopes that CPS may have information about Smith's older child as well as any subsequent investigations involving Jared.

THE STATE OF TEXAS
TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER
OF THE STATE OF TEXAS - GREETINGS:
YOU ARE HEREBY COMMANDED to summon

INA BERNARDEZ WARRANT COUNTY CHILD PROTECTIVE SERVICES
13 CAMP ROUTE
WORTH TX 76111

e and appear before the _____ District Court
allas County, Texas, at the Courthouse of said County, in the City of Dallas, on the
RD ___ day of _____ APRIL _____, 20 ___, at _0900_ o'clock __A__ M.,
n and there to testify as a witness in behalf of the _DEFENDANT_ in a Criminal
on pending in said Court, wherein THE STATE OF TEXAS is plaintiff, and

RANDY ETHAN HALPRIN _____ Defendant; No. _F-0100527T_

□ NOT APPLICABLE

CES TECUM (IF APPLICABLE)
that he bring with him and produce in said Court, at said time and place,

I, RECORDS RELATING TO JARED ROBERT SMITH, AND CHARITY SMITH OR
APPITY COLLIER, DATE OF BIRTH 10-8-75./ PLEASE DELIVER TO GEORGE
GEORGE TIT AT 325 N. ST. PAUL STR. STE. 2475, DALLAS, TX 75201.

□ NOT APPLICABLE

sired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.
d there remain from day to day and from term to term until discharged by the Court
REIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

IT OF COUNTY (IF APPLICABLE)
DISOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as
es and costs in other criminal cases.

TNESS MY OFFICIAL SIGNATURE, THIS _22 ND_ day of _____ APRIL _____, 20 02.

JIM HAMLIN
Clerk, District Courts
Dallas County, Texas

By ___C/B_____ Deputy
     C BURNS

m 371 - SUBPOENA - CRIMINAL (FELONY)
LOCAL - DUCES TECUM - OUT OF COUNTY

---

NO. _____

_JUDICIAL_ _283 RD_ DISTRICT COURT
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS

VS.

RANDY ETHAN HALPRIN

CAP NUP PO

SUBPOENA

ISSUED

This _22 ND_ day of _____ APRIL _____, 20 02

JIM HAMLIN
Clerk, District Courts
Dallas County, Texas

By ___C BURNS_____ Deputy

ATTORNEY:
GEORGE E. ASHFORD TIT
325 N. ST. PAUL STR. STE 2475
DALLAS, TEXAS 75201
214-922-2312

REPORT TO:

FRANK CRUWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS

NO. _____

DISTRICT COURT
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS

VS.

**SUBPOENA**

ISSUED

This _____ day of _____, 20 ___

JIM HAMLIN
Clerk, District Courts
Dallas County, Texas

By _____ Deputy

ATTORNEY:

---

THE STATE OF TEXAS

TO ___Y SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER
OF THE STATE OF TEXAS - GREETINGS:
YOU ARE HEREBY COMMANDED to summon

___ and appear before the _____ District Court
Dallas County, Texas, at the Courthouse of said County, in the City of Dallas, on the
_____ day of _____, 20 ___, at _____ o'clock ___ M., in a Criminal
___ and there to testify as a witness in behalf of the _____
___ on pending in said Court, wherein THE STATE OF TEXAS is plaintiff, and

_____ Defendant; No. _____     ☐ NOT APPLICABLE

**CES TECUM** (IF APPLICABLE)
___ that he bring with him and produce in said Court, at said time and place,

☐ NOT APPLICABLE

___sired as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

___d there remain from day to day and from term to term until discharged by the Court

___REIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

**IT OF COUNTY** (IF APPLICABLE)     ☐ NOT APPLICABLE

DISOBEDIENCE OF this Subpoena is punishable by fine not exceeding $500, to be collected as
___es and costs in other criminal cases.

TNESS MY OFFICIAL SIGNATURE, THIS _____ day of _____, 20 ___

JIM HAMLIN
Clerk, District Courts
Dallas County, Texas

By _____ Deputy

m 371 - SUBPOENA - CRIMINAL (FELONY)
LOCAL - DUCES TECUM - OUT OF COUNTY

THE STATE OF TEXAS

TO ANY SHERIFF OR ANY CONSTABLE OR ANY PEACE OFFICER
OF THE STATE OF TEXAS - GREETINGS:
YOU ARE HEREBY COMMANDED to summon

ELA PHILLIPS-CUSTODIAN OF RECORDS
W. BELKNAP
WORTH TX 76102

and appear before the _____ 283 RD JUDICIAL _____ District Court
Dallas County, Texas, at the Courthouse of said County, in the City of Dallas, on the
RD_ day of _____ APRIL ____, 20 _02_, at _0900_ o'clock _A_ M.,
and there to testify as a witness in behalf of the DEFENDANT in a Criminal
action pending in said Court, wherein THE STATE OF TEXAS is plaintiff, and

RANDY ETHAN HALPRIN                     Defendant; No. F-0100327T

☐ NOT APPLICABLE

**DUCES TECUM (IF APPLICABLE)**

that he bring with him and produce in said Court, at said time and place,

COPY OF COMPLETE FILE OF CAUSE NO. F-0100327T, INCLUDING BUT NOT LIMITED
TO ALL RECORDS, NOTES, DOCUMENTS, AND PHYSICAL EVIDENCE CONTAINED IN
THE CASE FILE. PLEASE DELIVER TO GEORGE ASHFORD III ATTY 325 N. ST.
PAUL, ST. STE 2475, DALLAS, TEXAS 75201.

☐ NOT APPLICABLE

required as evidence in said Criminal action, to-wit: in a certain suit pending in said court.

And there remain from day to day and from term to term until discharged by the Court
HEREIN FAIL NOT, But of this Writ make due return, showing how you have executed the same.

**OUT OF COUNTY (IF APPLICABLE)**

DISOBEDIENCE of this Subpoena is punishable by fine not exceeding $500, to be collected as
fees and costs in other criminal cases.

WITNESS MY OFFICIAL SIGNATURE, THIS _22 RD_ day of _____ APRIL ____, 20 ____

JIM HAMLIN
Clerk, District Courts
Dallas County, Texas

By _____ C. EVANS _____ Deputy

---

No. _____

283 RD _____
JUDICIAL _____ DISTRICT COURT
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS

VS.

RANDY ETHAN HALPRIN

CAP MUP FO

**SUBPOENA**

ISSUED

This _22 RD_ day of _____ APRIL ____, 20 _02_

JIM HAMLIN
Clerk, District Courts
Dallas County, Texas

By _____ C. EVANS _____ Deputy

ATTORNEY:
GEORGE W. ASHFORD III
325 N. ST. PAUL STR. STE 2475
DALLAS, TEXAS 75201
214-333-8313

REPORT TO:

FRANK CROWLEY COURTS BLDG.
133 N. INDUSTRIAL BLVD.
DALLAS, TEXAS

m 371 - SUBPOENA - CRIMINAL (FELONY)
LOCAL - DUCES TECUM - OUT OF COUNTY

# PublicData.com

➡ **Texas Criminal [alias] Detail**

| Name | | | | | | Sid number |
|---|---|---|---|---|---|---|
| SMITH,CHARITY SUSANNE | | | | | | 06017731 |

| Race | Sex | Eyes | Hair | Height | Weight | Birth Date |
|---|---|---|---|---|---|---|
| White | F | Blue | Blond/Strawbery | 507 | 175 | Oct 8 1975 |

| Alias Names | Alias Date of Births |
|---|---|
| SMITH,CHARITY<br>SMITH,CHARITY S<br>SMITH,CHARITY SUZANNE<br>COLLIER,CHARITY SUZANNE | none found |

| Cause number | Court offense literal | General offense character for court offense |
|---|---|---|
| 0680957D | | none found |

| Court disposition date | Final plea to offense | Level and degree of offense |
|---|---|---|
| 19980406 | G | Felony - State Jail |

| Agency | State | County |
|---|---|---|
| 213TH DISTRICT COURT | TX | TARRANT |

| Court offense number | Offense | |
|---|---|---|
| 25890001 | FORGERY FINANCIAL INSTRUMENT | |

| Citation | Statute | Active | Modified |
|---|---|---|---|
| 32.21(d) | PC | 05021994 | FALSE |

| Level and degree of offense | Statute citation for offense |
|---|---|
| Felony - State Jail | |

| Court disposition number | Definition |
|---|---|
| 312 | THE FINDING OF GUILT HAS BEEN POSTPONED. |

| Date of sentence | Court sentence suspended - time | Court sentence suspended - fine |
|---|---|---|
| 19980406 | | |

| Court confinement | Court probation | Court fine |
|---|---|---|
| | 3Y | |

| Court cost | Court provision literal |
|---|---|
| 227 | |

| Court provision numeric | Definition |
|---|---|
| | none found |

| Date case appealed | Disposition during appeal | Definition |
|---|---|---|
| | | none found |

| Final disposition on appeal case | Multiple sentence |
|---|---|
| Uncoded | Single sentence |

| Agency | State | County |
|---|---|---|
| TARRANT CO COMM & CORR DP | TX | TARRANT |

# PUBLICDATA.com

➡ **TX Dallas Criminal Detail**

| Defendant Name PLUMMER TODD LOYD | | | Case Number M-9549164 | Offense Class B | Filing Agency TXDPD0000 |
|---|---|---|---|---|---|
| Sex M | Race W | Birth Date Dec 29 1966 | Arrest Date Mar 26 1995 | Offense Date Mar 26 1995 | Filing Date Apr 6 1995 |
| Offense Description DWI | | | | | |
| Address 2116 CROFT ROAD | | | City/State/Zip CARROLLTON TX | | |

| Case Disposition Final Disposition - Charged Dismissed | | | |
|---|---|---|---|
| Court Criminal County Court 5 | Sentence years 0000 | Sentence months 0000 | Sentence days 0000 |
| Disposition Date May 17 1995 | Fine $0000000.00 | Probation years 0000 | Probation months 0000 | Probation days 0000 |

PublicData.Com [ TX Dallas Criminal Detail ]                                                    Page 1 of 1

# PublicData.com

**➡ TX Dallas Criminal Detail**

| Defendant Name<br>PLUMMER TODD LOYD | | | Case Number<br>M-9565676 | Offense Class<br>B | Filing Agency<br>TXDPD0000 |
|---|---|---|---|---|---|
| Sex<br>M | Race<br>W | Birth Date<br>Dec 29 1966 | Arrest Date<br>Oct 11 1995 | Offense Date<br>Oct 11 1995 | Filing Date<br>Oct 23 1995 |
| Offense Description<br>DWI | | | | | |
| Address<br>1820 PETERS COLONY #3405 | | | City/State/Zip<br>CARROLLTON TX 76116 | | |

| Case Disposition<br>Final Disposition - Agreed plea of guilty before the Court | | | |
|---|---|---|---|
| Court<br>Criminal County Court 3 | Sentence years<br>0000 | Sentence months<br>0000 | Sentence days<br>0120 |
| Disposition Date<br>Apr 18 1997 | Fine<br>$0000500.00 | Probation years<br>0000 | Probation months<br>0024 | Probation days<br>0000 |

| Case Disposition<br>Probationary Disposition - Revocation motion withdrawn and probation continued or amended | | | |
|---|---|---|---|
| Court<br>Criminal County Court 3 | Sentence years<br>0000 | Sentence months<br>0000 | Sentence days<br>0000 |
| Disposition Date<br>Jan 5 1998 | Fine<br>$0000000.00 | Probation years<br>0000 | Probation months<br>0012 | Probation days<br>0000 |

PublicData.Com [ TX Dallas Criminal Detail ]

# PublicData.com

➡ **TX Dallas Criminal Detail**

| Defendant Name PLUMMER TODD LOYD | | | Case Number F-9801102 | Offense Class A | Filing Agency TX0570100 |
|---|---|---|---|---|---|
| Sex M | Race W | Birth Date Dec 29 1966 | Arrest Date | Offense Date Jan 6 1998 | Filing Date Apr 20 1998 |
| Offense Description ASSAULT | | | | | |
| Address 3773 TIMBERGLEN | | | City/State/Zip DALLAS TX | | |

| Case Disposition Final Disposition - No-Bill by Grand Jury | | | | |
|---|---|---|---|---|
| Court 363rd Judicial District Court | | Sentence years 0000 | Sentence months 0000 | Sentence days 0000 |
| Disposition Date May 7 1998 | Fine $0 . 0 | Probation years 0000 | Probation months 0000 | Probation days 0000 |

**STATE OF TEXAS Vs.**

**No.**

**Offense**

DETAINER _____

(CRIMINAL) DISTRICT COURT _____ /

TRANSFERRED TO _____ _____ _____

# CRIMINAL DOCKET

DISPOSITI

1. - 30

2. _____

3. _____

4. _____

Right
Thumb Prin:

State's Attorney _Lisa_

On Probation Revocation ___

Defendant's Attorney _MC

On Probation Revocation ___

Surety _____

Appeals Attorney _____

| | |
|---|---|
| SEP - 9 1996 | COMPLAINT FILED.  BOND SET AT $ 50,000 |
| 9-12-96 | Order Referring Case to Magistrate |
| SEP 13 1996 | Mark Perez |
| OCT 31 1996 | INDICTMENT VOL. M12 PAGE 105 |
| OCT 31 1996 | State's Announcement of Ready Filed |
| DEC 18 1996 | INITIAL ANNOUNCEMENT DOCKET |
| 1-5-97 | Motion for Competency Exam filed 115-309 |
| MAR 27 1997 | CONTESTED DOCKET |
| | filed; copies to DA, Defense, Sheriff, & coordinator |
| MAR 19 1997 | CONTESTED DOCKET |
| MAY 0 7 1997 | CONTESTED DOCKET |

MAY - 7 1997

Defendant
parties in
warned, en
(announce
after hear
assessed h.
Division of
Defendant
Division of
credited w
Judgement.
plea barga
No right of

## Thomas A. Wilder
### DISTRICT CLERK
### TARRANT COUNTY, TEXAS

THESE ARE CRIMINAL DISTRICT COURT PAPERS AND MUST NOT BE RE

DISPOSITION OF CASE:

## JAL DOCKET

Right
Thumb Print

1. _____

2. _____

3. _____

4. _____

State's Attorney _Lisa Amos_

O_ Probation Revocation _____

D_endant's Attorney _Mark King_

O_ Probation Revocation _____

Surety _____

Appeals Attorney _____

MAR 7 1997

Defendant waived arraignment. Waiver of jury signed by all parties in open Court and filed.   Defendant, after being warned, entered plea of guilty to _____ _____ before the Court.   The Court, after hearing the evidence, found defendant guilty and assessed his punishment at _30_ years in the Institutional Division of the Texas Department of Criminal Justice. Defendant sentenced to _30_ years in the Institutional Division of the Texas Department of Criminal Justice to be credited with time spent in jail.

Judgement.

plea bargaining agreement followed: Art. 26.13            _30 A.P._
No right of appeal. Art. 44.02   Vol _117_ Page ____

Judge, Criminal District Court No. 1

## as A. Wilder

STRICT CLERK
NT COUNTY, TEX_S

COURT PAPERS AND MUST NOT BE REMOVED

## TEAM #6

### Jessica Aman Brown
### Kristen Mistretta

# RANDY'S LIFE WITH THE HALPRINS

MEMORANDUM

**TO: PROFESSOR REED**

**FROM: JESSICA AMAN & KRISTEN MISTRETTA**

**RE: RANDY HALPRIN CASE – RANDY'S LIFE WITH THE HALPRINS**

**DATE: MAY 9, 2002**

We interviewed/investigated several people and contacts Randy had during the years that he lived with the Halprins. Among the people that we contacted were Randy, his brother Wesley, Mindi Sternblitz, Mr. & Mrs. Steve Sternblitz, Tom Dodson, and Police Chief Bill Waybourne. We attempted to contact Randy's best friend at the time, Chad ___, who is now believed to live in Birmingham, but we were unsuccessful. We did contact people at Randy's elementary school, junior high school, and the two summer camps he attended.

The information we found is below according to the source from which it was received. Some of the information we received was only gossip or opinions of the persons we spoke to, and that is so noted. Along with descriptions of the information we attained from the individuals we spoke to, we have also included a contact information sheet so these people may be contacted by you in the future.

As a side note, each time we spoke to a different person we were given a very different take on Randy's situation. Our final conclusion is that there is something very unusual about the Halprin's "deletion" of Randy from the family. While Randy is hesitant to blame his family for anything, other than being "great parents," we feel that the Halprins did not want Randy from the time they adopted him, and this underlying

1

feeling was the foundation to their behavior towards him, which caused severe negative effects on Randy.

## WESLEY HALPRIN

Wesley gave the most valuable, and seemingly most honest information we received from anyone. Unlike Randy, Wesley is not trying to sugar-coat things or make sure that we, as students like, accept, or believe him. Wesley is presently in contact and has a good relationship with Randy, his biological mother, Annie Lester, and the Halprins. Very candidly Wesley stated that this puts him in a very awkward situation. Just recently, Randy found out that Wes is in contact with the Halprins. Wes did not want Randy to know because he knew it would hurt Randy.

Wes currently speaks to the Halprins at least once a week. And they are said to be very proud of him. He has recently gotten out of rehab, cleaned himself up, and gotten a job. So the obvious questions emerges, why have the Halprins forgiven Wes for his "bad acts" and crimes and yet refuse to even consider forgiving Randy? And unfortunately, Wes is just as baffled by that question as we are.

Wes said that he does not understand why the Halprins have been so adamant about cutting Randy out of the family. Wes confirmed that before Randy was even charged or convicted of the underlying offense (injury to child) the family made it clear that Randy was no longer part of the family. We prodded Wes for more information about this because at the time, Randy had only really been in minor trouble – nothing as serious as the drug offenses Wes has been in since that time.

Wes described the scene when Randy left or was kicked out the final time – after showing up at his parents' doorstep from Kentucky. He said as soon as Randy left, the

2

Halprins made it uncomfortably clear to him that Randy was not part of the family anymore. They removed Randy from their will, and verbalized this to Wes. They even went as far as to remove every picture of Randy from the house. Wes said it was as if they wanted every potential reminder that he was ever in the house to be removed.

Wes seems very puzzled by this. Our theory, after speaking to the students who investigated Randy's life prior to adoption, is that the Halprins never wanted Randy as their son. And as soon as he "messed up," they were quick to cut him out of their family.

Wes did say that he knows the Halprins are very educated people – we got the impression he was insinuating uppity – or high class. He said they had very high expectations and standards of what their children should be and how they should perform in school. And Randy just was not a good enough student for their standards.

This enigma of the Halprins is even further confused by the fact that Wes admits that he was the "bad kid" of the family. He said that he was always the one that was getting into trouble. Up until the year or so before Randy was sent to Oneida, he was the more well-behaved one. In saying this, Wes expressed his confusion of why his parents have put up with his problems, and even now, have forgiven him and are proud that he has cleaned himself up.

We thought that because Wes is in contact with the Halprins and on good terms with them, he may be the best avenue to convincing the Halprins to help with Randy's trial, but this does not look very promising. Before we could even hint at this to Wes, he volunteered that every time he see or speaks to his parents he tried to talk to them about Randy. He said every time it's the exact same response. The Halprins get very angry that he brings it up. When he suggests that they should go see Randy, or help him in

3

some way they always respond, – "No! Randy has done us wrong!"  Wes says that he thought all parents should love their children unconditionally, but they don't love Randy that way.  And Wes has a very hard time reconciling that because he realizes that the Halprins do care for him more and differently than they care for Randy.  Evidently Wes is one of the few people that knows where the Halprins are residing.  We did not find out that information (no one would tell us.

Wes offered that his parents did try with Randy, but they didn't do the right things.  And when he "failed" in their eyes – they essentially quit, or gave up on him.  The worst thing that the Halprins could have ever done was send Randy to Oneida.  Wes said that Randy was not really bad when they sent him there.  And Oneida was just a bad place.

## ONEIDA

Randy hadn't used drugs until he got to Oneida.  And Wes explained that Oneida was basically a lot like prison or jail where novice criminals learn how to become better criminals.  Wes said that drugs were everywhere at Oneida.  There was even designated smoking areas at all the student dorms, including the dorms for the younger children – pre-teens.  Smoking pot, apparently, was almost just as accepted as smoking cigarettes – which was outwardly condoned by the school.

We inquired about what was the impetus for Randy being sent to Oneida.  Wes told us a story about the first time he remembers the Halprins bringing it up in the house.  Randy was mowing grass and doing yard work in the Halprin yard.  Wes and a friend, Chris Happel, were next door, agitating Randy by throwing firecrackers at him over the fence.  (We did not inquire or look for the Happels, but this may prove to be a contact

4

that is useful.   Randy got upset, and concocted some sort of little "gas bomb." Wes said he filled something with gasoline, threw it over the fence at he and his friend and told Wes to light it. Wes then went and told his parents on Randy.  A heated argument took place in the home, and Wes said that was the first time he remembers his parents mentioning or threatening Randy with Oneida.

We asked then, why was Wes sent to Oneida. And surprisingly Wes replied, that he asked to go.  Wes and Randy are very close, and evidently Wes was miserable at the Halprin house without Randy.  Wes said he was getting into some trouble – but really it was no more than before – it was just that Randy was gone so all his parents' attention could be focused on him. So the decision for Wes to go to Oneida was somewhat mutual between he and the Halprins.

Wes had no personal knowledge of Randy feeling uncomfortable at Oneida (Baptist school) because he was Jewish.  However, Wes did say that that, "made sense" because they (Oneida) "shoved religion down their throats."  Wes considered himself a Christian, and it was still overwhelming to him.  They were forced to go to chapel once every day, and on Sundays they had to attend services twice.  If they did not comply with these requirements they were punished.

## YMCA CAMP CARTER

We asked Wes about Randy's attendance at YMCA Camp Carter in Fort Worth. Randy thought he attended that camp sometime around 1992/93.  He also thought he received an award for being an "outstanding camper."  Ironically, Wes worked at Camp Carter about four years ago.  He thinks that Randy was awarded the "Broken Arrow Award," which is given to the outstanding camper – out of about 150 kids.

We contacted Camp Carter, and the young man answering the phones was not very helpful. Wes volunteered to make some phone calls to people that would have been counselors when Randy was in attendance. He mentioned the name Brad Montgomery as a person who would remember Randy. He now works at other YMCA facility, Camp Grady Spruce in Garland. That should be followed-up on. Wes seemed very happy to help with that information.

### MINDI STERNBLITZ

Mindi was a friend of Randy's before he went away to Oneida. They were acquainted because their families were friends. The Sternblitz family was very involved in the Jewish community.

Mindi and Randy lost touch after he was expelled from Oneida. They were in contact – minimally – for a little while via mail while Randy was at Oneida. Mindi is a very kind-hearted person that had nothing but great things to say about Randy. She cares for him very much, and is very willing to voluntarily testify for mitigation purposes.

Mindi and Randy were re-united when Randy was working at Six Flags (believe in summer of 1996). Mindi saw Randy and they were happy to be in touch again. At that time, we think Randy was living at a Homeless Shelter, and Mindi offered Randy to come stay at her parents' house for a few days, which he did. Randy stayed there only a few days, and shortly thereafter, Mindi went away for her freshman year of college.

Mindi had a hard time eliciting information without us asking her specific questions. However, she was and is very willing to help – so if there is any information she may have that you think would help – you should contact her.

Mindi contacted her parents and convinced them to voluntarily speak with us.

6

## MR. & MRS. STEVE STERNBLITZ

The Sternblitz Family will likely be very helpful to Randy's mitigation. We were apprehensive at first, thinking they may not respond well to our inquiries, but they were very friendly and receptive.

We actually only spoke with Mrs. Sternblitz, but she spoke about her husband as well. Steve Sternblitz taught Randy Hebrew lessons, in preparation for his Bar Mitzfah. Many people, including the Sternblitz family, were very proud of Randy's choice to adopt Judaism and follow through with the Bar Mitzvuh. Randy picked up Hebrew well, and seemed to really be excited about learning it. She said Randy did a "beautiful job" at the ceremony. We asked if there was a videotape of the ceremony at the temple, and there isn't. She thinks the Halprins may have taped it, though.

Mrs. Sternblitz gave us the impression that Mr. Halprin was not a real devout Jew, (he was Jewish & wife was Catholic), but when he did occaisionaly come to Temple, he would bring Randy. The Halprins allowed their children to choose their own faith. Randy was the only child to adopt Judaism. (We hypothesize this is yet another way Randy was trying to gain approval from his parents – in particular his father.)

The Sternblitz family was friends with the Halprins. In fact, Mrs. Sternblitz said that initially when the Halprins "moved away," in light of Randy's escape, the Halprins gave the Sternblitz's their contact information. However, the information either has changed or was incorrect. Mrs. Sternblitz has tried to use the phone number and the address they were given, and neither are accurate.

Mrs. Sternblitz said that she "works with troubled children." She really had, and still has a soft-spot for Randy. She said that she always thought he just had a learning

7

disability or something of that nature. She spoke of how all children are different, and some don't fit well in to mainstream education. She didn't explicitly say it, but she strongly implied that she thought sending Randy to Oneida was an awful decision. She kept saying that he was a "good kid." He just had some bad luck and made some imprudent decisions.

Mrs. Sternblitz described Randy as a poor student, and then she explained that often times kids who can't cope with school or the rest of the world turn to other means. She said that the Halprins were "very disappointed" that he was not a better student. Evidently they (the Halprins) are both very astute, and were not able to cope with a child who was not similar to them in this respect.

Mrs. Sternblitz communicated with Randy after he went off to Oneida. She said Randy expressed how unhappy and uncomfortable he was there because he was not a Christian. This can be interpreted two ways. Perhaps Randy really was uncomfortable because of his faith – or perhaps he was just saying what he thought a devout Jewish woman would want to hear. Nonetheless, Mrs. Sternblitz started sending Randy cards on religious holidays because no one else at Oneida (or anyone in general) seemed to acknowledge his faith. She said she was like his surrogate Jewish Mother.

Mrs. Sternblitz seemed hesitant to say anything negative about the Halprins, but I could sense that she is bothered by their choices and behavior towards Randy. She concurs with Wes that sending Randy to Oneida was probably the worst thing they could have done. It only caused Randy more problems.

Mrs. Sternblitz also confided that when Randy stayed at their home for a few days (approx. summer 1996) because they were concerned about him living in a homeless

shelter, she was worried that the Halprins would find out. Mrs. Sternblitz said that she knew the Halprins would be infuriated and probably not ever speak to them again if they knew they were helping Randy. This struck us weirdly because this deep animosity from the Halpirns was communicated to their friends, and this was before Randy was convicted for the underlying offense. We thought it strange for the Halprins to feel so strongly against Randy to impress it upon their friends that they were not "allowed" to help him.

Mrs. Sternblitz said that Randy promised them that he was "clean" and had stopped using drugs when he stayed at their house for a few days. It wasn't until after Randy had been in prison a few years that the Sternblitz's found out what happened. Mrs. Sternblitz was very upset. She seemed to feel not only sad, but betrayed because Randy had sworn that he was clean.

We did not speak to Mr. Sternblitz, so we don't know his demeanor. He probably had more personal contact with Randy because he taught him Hebrew lessons on a one – on – one basis. Mrs. Sternblitz will definitely be a helpful mitigation witness. SHe seems to be a very caring woman that sees Randy as a good person that bad things have happened to. She does hold Randy partially responsible for his actions, specifically the drug use. However, she seems (probably because of her background) very understanding of Randy's unfortunate circumstances that molded his existence.

## TOM DODSON

Mr. Dodson lives in the house across the street from where the Halprins lived in Arlington on Oak Trial Court.  He remembers when the Halprins adopted Wesley and Randy; they were thrilled.

As far as Mr. Dodson knew Randy was a normal, good kid until he got a little older.  Later when Randy started "rebelling," Dodson said that the Halprins "did everything they could.  Randy was just rebellious and made his parents' life a living hell."  Dodson says that Randy demanded freedom from his parents before he was old enough to legally be on his own.  Mr. Halprin would come over seeking advice concerning Randy, wringing his hands.  Dodson said he always listened because Mr. Halprin was a "troubled man" that needed someone to talk to about his son.

Dodson is currently still in contact with the Halprins.  There seems to be a strikingly similar tone to Dodson and Chief Waybourne's comments, both of whom are still aligned with and regularly talk to the Halprins.  We don't think this is a coincidence.  The Halprins seem to have strongly influenced those close to them about the "evils" of Randy.

Dodson kept saying that Randy was just bad, "in spite of the most loving parents [Halprins] he had ever seen."  He analogized Randy to Wes, saying that Wes has turned his life around and been accepted back in the family.  This must have come directly from the Halprins because we don't believe that Dodson is in contact with Wes at all.  Ironically, the Halprins never gave Randy the opportunity to "turn his life around."  They

10

*how do you*

cut him out of the family before he ever did anything really bad.  And it seems that the

only thing that separates the outcomes of what happened to Wes and Randy is chance and *never tone*

luck.  They were both going down the same path, and Wes admits himself that he was

"worse" than Randy.

Dodson must speak to the Halprins quite regularly because he knew that Wes is in

contact with them about once a week by the phone.  He knew that Wes has a job, is

planning his future, and wants to get a technical education.  It appears that the Halprins

must be particularly proud of Wesley because they keep Dodson and Chief Waybourne

regularly updated on his life.

Dodson, coming from the conservative "pull yourself up by your bootstraps"

view, said that if Wesley can turn his life around, it not only shows the goodness of the

parents, but also that it is possible.  And Randy just didn't want to do it.  Dodson said

both of the kids started out rebellious, but Wesley wasn't as rebellious as Randy.  Yet,

Wes himself will volunteer the exact opposite response. →*But is he accurate in his assessment?*

Dodson also said "you could not depend on Randy to tell the truth.  He would lie,

lie, lie.  His parents gave him everything in the world.  They didn't kick him out until

they had no choice.  Randy made his own decision to associate with bad people.  Had had

more than one opportunity to change it."  This quote from Dodson was repeated, almost

verbatim by Chief Waybourne.  And Dodson later admitted that he didn't know Randy

very well, and got confused as to things that Randy did, as opposed to Wes.  So to us, ⚡⚡

clearly, all of this is Halprin propoganda.  This seems to be further corroborated by what

Wes told us that his parents have said to him.  When Wes asks about – or tries to suggest

*sure is Judgemental / biased?*

11

that the Halprins reconsider their position concerning Randy, he said they reply, "No. Randy has done us wrong. He chose to do what he has done."

We asked Dodson if he saw any problem with sending Randy to a strict Baptist school when he was Jewish. He replied that the parents were at their "wits end," and they didn't care what religion the school was so long as it helped. We think this can be translated to – they didn't care how the school affected Randy. *It not the same* They just wanted to be rid of him. Then Dodson defended the Oneida decision by explaining that Mr. Halprin was Jewish, Mrs. Halprin was Catholic, and they were open to all religions. In fact, Dan, (Mr. Halprin) went to Dallas Baptist University for a Masters degree. (Yet this is really not relevant. But it appears as if the Halprins have thought about this question and created a "plausible explanation.") *→ goes way beyond the data*

Dodson told us a story about taking Randy with him to an antique car show when he was 9 or 10. At that time Randy was causing no behavioral problems. Later, Mr. Dodson called back saying that his wife thought that it wasn't Randy that he took with him. She thought it was Wes that went with him. This man is older – the approximate of what could be Randy's grandfather, so he could just be forgetful. However, this seems to illustrate that he didn't really know much about Randy. Everything he knows is hearsay from the Halprins.

Other things Dodson said seemed to come directly from the Halprins as well. He explained that the Halprins gave Randy everything – a car, several months free rent, extra money, and he lost it all. In contrast, Randy says that they barely gave him enough money to get by. We realize that drugs were probably involved, so it's hard to say if Randy was blowing the money – or the Halprins were really not giving him enough. Yet,

12

in either case, it seems that the Halprins may harbor some guilt about turning their son out because they are now portraying the image of them giving Randy everything, and Randy just using and abusing their generosity. *what if that is true?*

Finally, there's another bit of information that seems to come from the Halprins because it was also said by Chief Waynourne.  Right now, and when Randy was initially getting into trouble, the Halprins MOST IMPORTANT OBJECTIVE was to protect Jimmy and Kevin, the two Korean boys they adopted.    It seems to us that the Halprins decided to trade in their first adopted son for "better," "newer models." *Jesus by Ho are OK, not assert love*

Dodson also remembered Mr. Halprin asking Randy to go over to Dodson's house and recite Hebrew right before his Bar Mitzvah.  He said that the Halprins were very proud of Randy. *Don't mesh!*

13

### CHIEF BILL WAYBOURNE

We were very apprehensive before speaking to Chief Waybourne. We just went out to the Police Station and tried to catch him there, hoping he would talk to us. We had to return back to the station after an hour or so and a little hassle, but he did speak to us.

Waybourne was very convincing – he will be a great witness. Unfortunately, as he said himself, he will be able to "put the nail in Randy's coffin, just as easily as he could say favorable things." Not the responses we wanted to hear. Clearly he, like Dodson has been indoctrinated by the Halprins. He is currently still regularly in contact with the Halprins, and knows where they are. And believes in the "justice system," i.e. Randy deserves whatever punishment he receives, which may be the death penalty.

Waybourne is Wesley's godfather. And Randy told us that he was his role model as a child. Randy aspired to be a police officer when he was young. Waybourne even let Randy ride around and help him out on duty when he was a kid.

Waybourne really put a spin on things that we had not heard before. We were amazed at some of the things he said. Randy told us that he said some awful, untrue things about Randy to the media when this was going on, and Randy was upset and confused by the statements. So we asked Waybourne about them. He replied that he said the things he did to manipulate the media and to protect the Halprins. He asked us to apologize to Randy and explain that he didn't necessarily mean what he said, he was just protecting Randy's family.

Waybourne said that the Halprins always felt like there was something "missing" in their relationship with Randy. He described Randy as scarily persuasive and manipulative, and likened him to Ted Bundy because he is so nice and can make anyone

14

like him and then turn around and manipulate them. (Not something that would be good for a jury to hear.)   He continued by saying when Randy asked you "how you were doing," he was asking the question to figure out what you could do for him – asking only as a manipulation devise.  He contrasted that with Wesley (the wonder child – evidently) who sincerely wanted to know how you were doing when he asked.

Waybourne kept stressing that Randy's good looks and charm gets him far with the ladies, stressing that he can swoon women.  We aren't sure if this guy was just saying this to us because we are two young women, or he really thinks this is important.  He also kept calling Randy a "con artist."  He said that Randy was a natural manipulator, and the Halprins gave him the class he needed to smooth out the "rough edges" to making him a great con artist.

We asked him if he thought the Halprins would testify.  He said "no."  They are horrified.  They wouldn't testify in the injury to the child case.  And right now all they want to do is protect their younger sons.  Evidently there's not equally-distributed unconditional love in the Halprin household.  We told Waybourne that we have a reason to believe that Randy may not have caused to injury to that child.  Waybourne – as if he had personal knowledge – said he had heard that Randy tried to convince people of that before, but there was proof he did it.  It's as if the Halprins and Waybourne want to believe that Randy is this awful criminal monster.  We didn't pry any further with that, although we know some classmates have a strong case that Randy didn't cause the injuries to that child.

Waybourne also said that the Halprins kept doing things for Randy, trying to help him until he "hurt that child."  But that is not what Wes told us.  Wes said that the

*[handwritten annotations: "No such thing" (pointing to "unconditional love"); "as if you are closed to it" (near "believe that Randy is this awful criminal monster"); "Come on" (near "strong case"); "need multiple sources" (bottom right)]*

15

Halprins completely cut Randy out of the family way before the injury to a child offense ever came up.

Waybourne kept stressing that the two younger boys are the "picture of perfection." This made my stomach turn. It really does seem that the Halprins weren't happy with their first crop of sons, so they traded them in for two new ones. He also said that the Halprins will protect the younger boys "at all cost," which we translated as even at the cost of Randy's life.

Waybourne said that he heard through gossip that Randy had a drug problem. He wasn't sure, but the thought he was using Crystal Meth, Acid, and Weed. We don't have a confirmation that Randy used Crystal/ Speed, but if this is confirmed, it could lead to a genetic predisposition argument, perhaps. Both Wesley and Annie, their biological mother were speed addicts. Attached is some basic information about the drugs we distributed in our class presentation. There is some evidence that some people are more predisposed to be abusers of certain drugs, so this might be a potential avenue that could be explored with an expert. We asked Wes if he knew if Randy took speed. Wes had a strong inclination that Randy probably did because one of Randy's close friends at Oneida was heavily using it, but Wes never actually saw Randy use speed. Randy did admit to using Acid and Weed.

Like Dodson, Waybourne focused on the analogy between Randy and Wesley. Wesley "turned his life around." We suggested that the severe abuse Randy suffered in his first years of life may have contributed to the difference between Randy and Weslsey. Waybourne did not want to hear this, but reluctantly he admitted that it "may" have had

an effect on Randy. Yet he still thinks the responsibility for Randy's actions rests on Randy. His past abuse is not an "excuse."

Dodson also shared with us that Dan Halprin is in very bad health currently. And of course, he attributed it to Randy. He was vague, but Mr. Halprin has some type of heart problem. And he said if he (Mr. Halprin) had to testify for Randy tomorrow (because he was subpoenaed of course) he wouldn't be able to because of his health. We are unsure how to translate this. Perhaps this means he is in the hospital? But Waybourne was quite overly dramatic, so he could be just exaggerating.

Currently Wes is completing his community service (presumably for parole requirements) at the police station with Waybourne.

Waybourne mentioned that Randy wanted to be homeless. So his mother did research and found out that Seattle had the best shelters and facilities. We mention this because it makes something Randy told us make sense. Randy told us that had the escape been successful, he was planning on moving to Seattle. When we asked him why, he said he didn't know, he just thought that would be a cool place to live.

On top of describing Randy as a con artist and a manipulator, Waybourne also described him as a follower. This peaked our interest because according to Randy, he and Rivas were the leaders of the Texas Seven. Waybourne said no – Randy was definitely a follower.

Now the kicker. Waybourne then said that he hears a lot of rumors because he is in law enforcement – so they hear things from prisons all over. It is rumored that Rivas and Randy had a sexual relationship. (I had tossed this idea out previously with no evidence to corroborate it.)

17

The way Randy describes the roles of the other member of the Texas Seven and then himself didn't make sense. Every other member had a specific trade or purpose that helped the group. Yet when we asked Randy what his purpose was, he said he was just Rivas's confidant. Rivas trusted him, and he would help Rivas make the decisions with respect to logistics and who would be allowed to join them.

If Waybourne is at all correct about Randy's selfish, manipulative mind, this story makes sense. Randy may have made the decision to be Rivas's "friend," rather than be abused by someone else because he could gain something out of the relationship – potentially his freedom.

We don't know that this can ever been verified. We thought of attempting to interview Rivas, since he has been adjudicated, but them realized that there are appeals pending, so his attorney probably wouldn't want us speaking to him. But even if we could speak to Rivas, we doubt that he or Randy would EVER admit to this. If this could be corroborated, it could lead to perhaps a necessity/ duress defense.

### MISCELLANEOUS INFORMATION

Randy told us that he loves to play the piano, and he played for a Spanish Christian Ministry group while in the Connolly Unit. Perhaps you could get in touch with the music director there. He took piano lessons when he was a kid, but could not clearly remember the woman's name. Randy thought her name was Ms. Pedigree or Pedigrue, but we didn't find anyone in Arlington by those names. Wes didn't remember either, but he thought the name was completely different, like "Feld."

With respect to Randy's religion, we found some information in the packet from the students who researched the "Oneida Years" last semester that Randy may have at

18

least been conflicted about his faith.  He signed the letter to the Dean, asking for re-admission, "in Christ."  And we also found a letter by the Minister at Oneida saying that Randy was "saved" in the name of Jesus.  Randy now says that he considers himself Jewish.  This information may prove either his tendency to do whatever he needs to do t ~~More likel~~ fit in – i.e. pretend that he has accepted Jesus.  It could also just be an indicator of how conflicted he was while at Oneida.

## CONCLUSION

In Conclusion, we think there is some relevant information that could help Randy's mitigation. We get a strong sense that the Halprins are not nice people, and that they never wanted Randy. A lot of Randy's problems we think can be linked to the void of acceptance he felt in his life.

The Sternblitzs' will likely be very helpful mitigation witnesses. And Wes loves Randy's soul and will do "anything to help [his] brother."

While Randy is reluctant to admit any credence to any of these theories – we think this is also caused by his problems that step from his early abuse and then subsequent rejection by the Halprins.

If you need any further information from us, please contact us via email at:

jessicaaman@hotmail.com
kmistret@mail.smu.edu

or by phone Jessica 214-368-0459

We hope that this helps. We enjoyed working on the case.

# CONTACT INFORMATION

**Wesley Halprin**
817-571-8853

**Annie Lester**
Randy's Biological Mother
2215 Euless Blvd.
Euless, TX 76040

**Beverly Ennis**
Annie Lester's Parole Officer
3916 N E 28th Street
Halton City, TX 76111
817-831-3404

**Mindi Sternblitz**
Randy's friend
5445 Preston Oaks # 1223
Dallas, TX 75254
214-485-3497 (hm)
972-656-1350 (wk)

**Mr. & Mrs. Steve Sternblitz**
817-572-6150

**Tom Dodson**
Halprin Family friend & neighbor
2907 Oak Trail Court
Arlington, TX
817-548-5984

**Chief Bill Waybourne**
Halprin Family friend
Dalworthington Gardens Police Station
2600 Roosevelt Dr.
Arlington, TX 76016-5809

**Greene Family Camp**
Louie Dobin
1192 Smith Lane
Bruceville, TX 76630
254-859-5411
fax 254-859-5225
www.greene.org

**YMCA Camp Carter**
Fort Worth, TX
817-738-9241

*Directions to various police stations*

 **YAHOO! Maps** 



Welcome, Guest User

Create My Locations - S

## Yahoo! Maps - Driving Directions

**Starting from:** 5555 East Mockingbird, Dallas, TX 75206-5364

**Arriving at:** ★ 2600 Roosevelt Dr, Arlington, TX 76016-5809

**Distance:** 30.1 miles     **Approximate Travel Time:** 49 mins

Email Directions

Get Reverse Directions

Text Only Driving Direc


Full Route


Destination

| | Directions | Miles |
|---|---|---|
| 1. | Start on E MOCKINGBIRD LN going towards MOCKINGBIRD LN | 0.3 |
| 2. | Continue on MOCKINGBIRD LN | 0.1 |
| 3. | Turn Left on N CENTRAL EXPY | 0.4 |
| 4. | Take the US-75 SOUTH ramp | 2.4 |
| 5. | Continue on WOODALL RODGERS FWY WEST RAMP | 0.3 |
| 6. | Take TX-366/WACO(I-35E S) and Merge on WOODALL RODGERS FWY WEST | 1.7 |
| 7. | Take I-35E SOUTH towards WACO and Merge on N STEMMONS FWY | 0.4 |

Yahoo! Maps and Driving Directions                                    Page 2 of 2

Case 3:13-cv-01535-L   Document 17-117   Filed 08/21/14   Page 60 of 118   PageID 14482

| 8.  | Continue on **I-30 WEST RAMP** | 0.5 |
| 9.  | Take **I-30 WEST** towards **FT WORTH** and Merge on **I-30 WEST** | 14.8 |
| 10. | Take the exit towards **SIX FLAGS DR**, exit number 30 | 0.0 |
| 11. | Continue onto **SIX FLAGS DR** | 0.3 |
| 12. | Turn Left on **N WATSON RD** | 0.4 |
| 13. | Bear Left to take the **TX-360 SOUTH** ramp | 2.6 |
| 14. | Take the **(TX-303-SPUR)** exit towards **PIONEER PKWY** | 0.2 |
| 15. | Take the **(TX-303-SPUR W)** exit towards **PIONEER PKWY** | 0.0 |
| 16. | Continue onto **S WATSON RD** | 0.0 |
| 17. | Turn Right on **E PIONEER PKY** | 2.5 |
| 18. | Continue on **W PIONEER PKY** | 2.8 |
| 19. | Turn Left on **ROOSEVELT DR** | 0.6 |
| 20. | Arrive at destination | |

**When using any driving directions or map, it's a good idea to do a reality check and make sure the road exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an in planning.**

New Loca

**Driving Directions**

**1** **Enter a starting address**
or select from My Locations

My Locations   -- My Locations --   Sign In

Address   5555 East Mockingbird
( Address, Intersection or Airport Code )

City, State or Zip   Dallas, TX 75206-5364

Country   United States

**2** **Enter a destination address**
or select from My Locations

My Locations   -- My Locations --   Sign In

Address   2600 Roosevelt Dr
( Address, Intersection or Airport Code )

City, State or Zip   Arlington, TX 76016-5809

Country   United States

 Get Directions

© 2002 Yahoo! Inc  All rights reserved.
Privacy Policy · Terms of Service · Yahoo! Maps Terms of Use · Help

.../ddResults.py?Pyt=Tmap&tarname=&tardesc=&osd=&newname=&newdesc=&dsd=&newHas 4/19/02

 **Maps**



**Welcome, Guest User**

Create My Locations - Sig

# Yahoo! Maps - Driving Directions

**Starting from:** 5555 East Mockingbird, Dallas, TX 75206-5364

· Email Directions

**Arriving at:** ☆ 2907 Oak Trail Ct, Arlington, TX 76016-6023

· Get Reverse Directi

· Text Only Driving D

**Distance:** 32.4 miles   **Approximate Travel Time:** 47 mins



Full Route



Destination

| | Directions | Miles |
|---|---|---|
| 1. | Start on **E MOCKINGBIRD LN** | 0.3 |
| 2. | Continue on **MOCKINGBIRD LN** | 0.1 |
| 3. | Turn Left on **US-75 S** | 0.2 |
| 4. | Take the **US-75 SOUTH** ramp | 0.2 |
| 5. | Merge on **US-75 SOUTH** | 2.4 |
| 6. | Take the **WOODALL RODGERS FWY WEST RAMP** exit | 0.3 |
| 7. | Merge on **TX-366 WEST** | 1.2 |
| 8. | Take the **I-35E SOUTH** exit | 0.4 |
| 9. | Merge on **I-35E SOUTH** | 0.4 |
| 10. | Take the **I-30 WEST RAMP** exit | 0.5 |
| 11. | Merge on **I-30 WEST** | 5.4 |
| 12. | Take the **TX-12-LOOP SOUTH** exit | 1.1 |
| 13. | Merge on **TX-12-LOOP SOUTH** | 2.3 |
| 14. | Continue on **TX-408-SPUR SOUTH** | 4.2 |
| 15. | Continue on **I-20 WEST RAMP** | 0.6 |
| 16. | Merge on **I-20 WEST** | 11.3 |
| 17. | Take the **S BOWEN RD** exit | 0.2 |
| 18. | Bear Right on **S BOWEN RD** | 0.7 |
| 19. | Turn Left on **ROOSEVELT DR** | 0.4 |
| 20. | Turn Left on **OAK TRAIL CT** | 0.3 |

**When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.**

**Driving Directions**

New
Locati

**1** **Enter a starting address**
or select from My Locations

**2** **Enter a destination addr**
or select from My Location

**My
Locations** [ -- My Locations -- ▼] Sign In

**Address** ( Address, Intersection or
Airport Code )
[5555 East Mockingbird]

**City, State
or Zip** [Dallas, TX 75206-5364]

**Country** [United States ▼]

**My
Locations** [ -- My Locations -- ▼] Sign In

**Address** ( Address, Intersection or
Airport Code )
[2907 Oak Trail Ct]

**City, State
or Zip** [Arlington, TX 76016-6023]

**Country** [United States ▼]

[ Get Directions ]

© 2002 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Yahoo! Maps Terms of Use - Help

# Drug Use & Genetic Predisposition

**Randy likely was a Speed user, along with LSD and Weed.**

**Randy's biological mother, as well as his biological brother, Wesley, were Speed addicts. So, there is an argument for genetic predisposition for abusing this substance.**

**There are several forms of speed including:**

## Amphetamines - Stimulants

### Methamphetamine

Methamphetamine (meth) is a synthetic drug manufactured in clandestine labs, and is categorized as a central nervous system stimulant. It is known as "speed" or "crystal" when it is swallowed or sniffed; as "crank" when it is injected; and as "ice" when it is smoked. All forms are extremely dangerous and induce long-lasting, debilitating effects.

*Physical effects*

- increased blood pressure
- increased pulse/heart beat
- increased respiration
- sweating
- dry mouth

*Psychological effects*

- mental confusion
- severe anxiety
- paranoia
- potential for violent behavior
- depression

Amphetamines excites the central nervous system and produce europhoria, hypersensitivity, insomnia and appetite depression. They relieve fatigue and induce feelings of power. The aftermath of their use is the crash caused by the central nervous system's exhaustion. Panic, paranoia, nervousness and increased appetite are the after effects. The higher the high, the lower the low, and users must use more of the drugs each time to achieve the original high. Chronic users suffer from devastating side effects including increased aggression and fear, hallucinations, seizures, convulsions and cardiovascular collapse. Physical exercise is also dangerous if a person is abusing amphetamines because of the increased exertion on the heart.

The amphetamines ("speed") were first prescribed as appetite suppressants; it took several years before it was discovered that their repeated use leads to serious dependence and emotional disorders. *Abuse has been documented among truck drivers and other*

*individuals who must often work during prolonged periods.* Though the use of speed-type drugs do not lead to physical dependency, it can lead to pyschological dependency and severe depression upon cessation of use.

## Ice

Ice is a synthetic derivative of crystal methamphetamine, very similar to the pep pill and speed that were popular in the 1970s and 80s. Ice is different from past forms of amphetamines because it is about 90% pure. Also, the crystals are smoked, not made into pills. This greatly increases the strength of the drug as well as its danger. The use of the drug has become an epidemic on the islands of Hawaii where supplies come in from Taiwan, Hong Kong, Thailand and Korea. Almost every major U.S. city has seen some use of the drug. Users of ice experience a happy and wake feeling before the drugs toxic effects build and cause long term damage. The long term use of ice causes alterations in brain chemistry that can result in delusion and paranoid schizophrenia. Ice and amphetamines are stimulant drugs that act on the brain and nervous system to increase alertness and physical activity. The use of amphetamines can cause irregular heart beat, high blood pressure and strokes. The affects of amphetamines overdose are unpredictable as each user will react differently. Overdose results in paralysis of the respiratory muscles and convulsions.

"Ice" is a crystal form of a methamphetamine that can be smoked. The availability of a smokeable form increases the risk of abuse because it is delivered to the brain so rapidly and efficiently. MDMA, methylenedioxymethamphetamine, ("Ecstasy") is another amphetamine derivative.

# Major functional effects

- euphoria
- insomnia
- wild imagination
- hallucinations
- paranoia
- irritability and aggressivity

The National Association of Children of Alcoholics has reported 76 million Americans, about 43% of the U.S. adult population, have been exposed to alcoholism in the family. Almost one in five adult Americans (18%) lived with an alcoholic while growing up. There are an estimated 26.8 million children of alcoholics in the United States. Preliminary research suggests that over 11 million of these children are under the age of 18.

Compared to children of non-alcoholics:

They are more at risk for alcoholism and other drug abuse.

They are more likely to marry into families in which alcoholism is prevalent.

*continues - during the*
*Adopted Years*

| | |
|---|---|
| Chief Bill Waybourn | - Dalworthington Gardens, Chief of Public Safety<br>- Halprin close family friend for the last 20 years<br>- Randy's role model<br>- Wesley's godfather<br>- Maintains significant contact with the Halprin family |
| Mindy Sternblitz | - Randy's junior high friend<br>- Maintains contact |
| Mr. & Mrs. Sternblitz | - Halprin family friend<br>- Gave Randy Hebrew lessons |
| Tom Dodson | - Neighbor<br>- Halprin family friend<br>- Confidant of Mr. Halprin |
| Wesley Halprin | - Randy's brother<br>- Welcomed back by Halprin family b/c turning his life around |
| Key Elementary School Arlington, Texas | - School records<br>- Yearbook picture unavailable<br>- Picture of school |
| Gunn Junior High School Arlington, Texas | - School records<br>- Yearbook picture<br>- Picture of school |
| Greene Family Camp Bruceville, Texas | - Waiting for records |
| YMCA Camp Carter Fort Worth, Texas | - Waiting for records<br>- Broken Arrow Award for Best Camper |
| | |
| *Still searching for:* | |
| *Piano Teacher* | - *Randy truly excelled at piano while living with the Halprins, at Oneida, and in prison groups* |
| *Chad Jones Birmingham, Alabama* | - *Randy's junior high friend* |

Thirteen to 25% of children of alcoholics are likely to become alcoholics.

We also recognize clinically, that as adults, they experience a subset of behaviors related to shame based beliefs that create depression, victimization, rage, and a lack of meaning in their lives. While children from difficult environments often show much resiliency, for many, it is at a very high price.

# Major functional effects

- euphoria
- insomnia
- wild imagination
- hallucinations
- paranoia
- irritability and aggressivity

**Hallucinogins**

*LSD, STP, MDA, DMT, psilocybin, mescaline, phencyclidine, etc.)*

There are a great number of hallucinogenic drugs. These are substances that neither stimulate nor depress the central nervous system; rather, they greatly modify neurochemical activity in the brain such that the user experiences marked sensory distortion, particularly in the perception of time and space. The repeated use of hallucinogens leads to psychological dependency, but not to physical dependency. Tolerance is very high, so the user must stop taking the drug for a period of time before again experiencing its effects. Hallucinogens generally cost little to buy on the street. *One danger they represent in industry is that the user may experience a severe type of flashback, which is unpredictable and may include visual and auditory hallucinations.*

# Major functional effects

- severely distorted perception of time and space
- bizarre ideation
- depression and possible suicidal gestures
- severely impaired memory

Because of Randy's severely abusive background and inability to mesh within his adoptive family, it is likely he sought emotional and psychological relief from speed and hallucinogenic drugs. We think that it is no coincidence that these are the same drugs that his biological mother and brother abused, after experiencing that same physical abuse in the biological household.





**Home | Summer Central | Our Program | Staff | Alumni | News&Events | Rentals**
**Contribute  Weather  GFC Store  Contact Us**

Search

1192 Smith Lane . Bruceville, Texas 76630
(254) 859-5411 . (254) 859-5225 Fax
[Directions to GFC] [Map of Camp]







## IN THE SPOTLIGHT

- Shavuot Parent's Page
- Read GFC Spotlights
- NFTY-TOR elects new Regional Board
- Meet our Avodahnikim!
- GFC Summer 2002 Staff

▸▸MORE GFC NEWS

# Summer 2002
## OUR 27TH SUMMER OF FUN

It's the *only* way to spend your summer! Greene Family Camp is gearing up for our biggest and best summer ever. From Swimming and Song Sessions to Gaga and Israeli Dancing, we've got something for everyone. Spaces for Summer 2002 are filling up fast, so don't wait another moment to register. We'll see you this summer!

- Click here for dates, fees and more info.
- *Register now!* Download the application



**GREENELINKS**
- Directions to Camp
- Simcha Corner
- Retreats at GFC
- Website Help/Feedback
- Meet our Staff
- NFTY Texas-Oklahoma

## The foremost Jewish camping experience since 1976.

Our nationally accredited summer program provides an unforgettable religious, cultural, recreational and emotional experience. GFC's state-of-the-art facilities are located 90 miles north of Austin on more than 160 beautiful, spacious acres in Central Texas.

- Take a video tour of Greene Family Camp!

ACCREDITED CAMP
ACA
American Camping Association



UAHC CAMPS
FOR LIVING JUDAISM

♫♫ *Order camp songs & other Jewish music from soundwrite.com*

©UAHC GREENE FAMILY CAMP / UAHC CAMPS  Scott Hertz, Webmaster

UAHC Greene Family Camp - Online!          Page 1 of 1

Case 3:13-cv-01535-L    Document 17-117    Filed 08/21/14    Page 69 of 118    PageID 14491

**Home | Summer Central | Our Program | Staff | Alumni | News&Events | Rentals**

**Contribute   Weather   GFC Store   Contact Us**



**for Living Judaism**



1192 Smith Lane . Bruceville, Texas 76630
(254) 859-5411 . (254) 859-5225 Fax
[Directions to GFC] [Map of Camp]



## IN THE SPOTLIGHT

- Shavuot Parent's Page
- Read GFC Spotlights
- NFTY-TOR elects new Regional Board
- Meet our Avodahnikim!
- GFC Summer 2002 Staff

**▸▸ MORE GFC NEWS**



**GREENE LINKS**

- Directions to Camp
- Simcha Corner
- Retreats at GFC
- Website Help/Feedback
- Meet our Staff
- NFTY Texas-Oklahoma

# Summer 2002
## OUR 27TH SUMMER OF FUN

It's the *only* way to spend your summer! Greene Family Camp is gearing up for our biggest and best summer ever. From Swimming and Song Sessions to Gaga and Israeli Dancing, we've got something for everyone. Spaces for Summer 2002 are filling up fast, so don't wait another moment to register. We'll see you this summer!

- Click here for dates, fees and more info.
- *Register now!* Download the application 🖨

## The foremost Jewish camping experience since 1976.

Our nationally accredited summer program provides an unforgettable religious, cultural, recreational and emotional experience. GFC's state-of-the-art facilities are located 90 miles north of Austin on more than 160 beautiful, spacious acres in Central Texas.

- Take a video tour of Greene Family Camp!

🎵 **Order camp songs & other Jewish music from soundwrite.com**









**UAHC CAMPS**
**FOR LIVING JUDAISM**

© UAHC GREENE FAMILY CAMP / UAHC CAMPS   Scott Hertz, Webmaster.



## Our Philosophy

At the YMCA, we believe it is important that each camper develop spiritually, mentally, and physically. Camp Carter provides an outdoor environment in which children are able to make strides in their personal growth. Campers learn to live and cooperate within a cabin group teaching the core values of the YMCA: respect, responsibility, honesty and caring. All of the activities we offer allow individuals to socialize and sharpen skills that help create well-rounded adults.



## Our Mission

The mission of the YMCA: "To put Christian principles into practice through programs that build healthy spirit, mind, and body for all."

## The "C" in the YMCA

Developing spirituality through Christian programs is an important part of life at Camp Carter. Each day, campers and staff lead Christian devotionals to encourage spiritual growth.

## Staff & Facilities

At Camp Carter, we emphasize strong and effective leadership. A trained staff of career YMCA leaders

and college students serve as counselors and program staff. Our leaders are carefully selected based
on maturity, experience, skills, and desire to work with children.

# Everyone is Welcome at the Y!



Although based on Christian principles, Camp Carter YMCA
welcomes all persons without regard to race, color,
national origin, political belief or religion. Scholarships are
available for those who need financial assistance. Please
contact the Camp Carter office at 817-738-9241 for
necessary paperwork.

# Activities

canoeing • riflery • archery • arts and crafts
outdoor living skills • horseback riding
hiking • swimming • sports • games
fishing this traditional day camp program for ages 6-12



Resident Camp & Day Camp | Equestrian & Outdoor Education | Specialty Programs
Retreat Center & Challenge Course | Staff | Photo Gallery | Pre-Enroll

**Camp Carter YMCA**
6200 Sand Springs Rd. • Fort Worth, TX 76114
817-738-9241

Site design by    vapor studios  817-223-4153



# Staff Email Addresses and Programs

General mailbox and reservations
**Krystal Speed**
Business Office Assistant
kspeed@ymcafw.org

Outdoor Education and Resident Camp
**Holly Craddock**
Program Director
hcraddock@ymcafw.org

Challenge Course and Rental Groups
**Burke Martin**
Program Director
bmartin@ymcafw.org

Day camp
**Brad Ringle**
Day Camp Director
bringle@ymcafw.org

**Donna Stanton**
Business Manager
dstanton@ymcafw.org

**Laurie Johnston**

Executive Director
ljohnston@ymcafw.org



Resident Camp & Day Camp | Equestrian & Outdoor Education | Specialty Programs
Retreat Center & Challenge Course | Staff | Photo Gallery | Pre-Enroll

**Camp Carter YMCA**
6200 Sand Springs Rd. • Fort Worth, TX 76114
817-738-9241

vapor

Site design by        J studios_  817-223-4153

Randy House
2906 Oak Trail





Tom Godson's
home
Oak Trail

Key Elementary
Randy's Elem. School



Gunn Jr High
Randy's Jr. H.

NAME                OFFENSE

ADDRESS           DATE

                     I. P.

RACE   SEX   AGE   DOB      C. C.

CASE NO.       FILED: (DATE)       AGENCY FORT WORTH PD

TRANSFER:   COURT      DATE       OFFENSE NO.       COURT

COMPLAINT NO. _____

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Tarrant County, Texas, this day personally appeared the undersigned affiant, who upon his oath says that he has good reason to believe and does believe that in the County of Tarrant and State of Texas * * * * * * * * * *

_____ hereinafter called Defendant, in the County of Tarrant and State aforesaid, on or about the ___ day of AUGUST 19 ___, did

[text obscured/redacted]

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Sworn to and subscribed before me on this the 9th day of Sept 1996

_____
Affiant

Assistant District Attorney of
Tarrant County, Texas

COMPLAINT

Filed (Clerk's use only)

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

SEP - 9 1996

Time _____
By _____ Deputy

Cause No. 0632165

The State of Texas                                In the Criminal District

vs.                                               Court Number One for

Randy E. Halprin                                  Tarrant County, Texas

<u>ORDER REFERRING CASE TO MAGISTRATE</u>

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above styled and numbered cause is hereby referred to a Criminal District Magistrate of Tarrant County, Texas, pursuant to Section 54.657, Government Code, for the following duties:

_____ affidavits for release of surety
_____ agreed competency trial
_____ agreed revocation of probation
✓ appointment of attorney
_____ arraignment
_____ bond forfeiture
_____ examining trial
_____ jury selection
✓ negotiated plea of guilty before the Court
_____ order disposing of property
_____ order for photo for rearrest of defendant
_____ post-conviction writ of Habeas Corpus
_____ pre-trial motions
_____ pre-trial writ of Habeas Corpus
_____ search and arrest warrants
_____ setting of bail
_____ waiver of extradition rights

SIGNED AND ENTERED this 12 day of September, 1996.

_____
Judge Sharen Wilson
Criminal District Court No. One

Case 4:15-cv-00451 Document 21-1 Filed 08/2004 Page 78 of 118 PageID 1937

NO. 0630165

THE STATE OF TEXAS

VS.

Randy E. Halprin

§ IN THE CRIMINAL DISTRICT
§
§ COURT NUMBER ONE
§
§ TARRANT COUNTY, TEXAS

## FINANCIAL RESOURCES QUESTIONNAIRE

On this the 13 day of _____, 19 96, I certify that the following information about my financial resources required by Art. 26.04(c), Texas Code of Criminal Procedure, is true and correct:

Defendant's income: _____ 0 _____/month

Defendant's employer: _____ N/A _____

Defendant's source of income: _____

Residence: ☐ house     ☐ apartment
☐ rent     ☐ own
Rent: $ _____
If own, value: $ _____

Automobile: make: N/A _____ model: _____
value: $ _____

Debts: Please list creditor                    and amount

_____                    _____

Expenses: Estimate on monthly basis: $ _____

Children: Name                Age    Sex    Occupation

_____
_____
_____
_____

Dependents other than children: Age    Sex    Occupation
Name

_____
_____

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JUL 13 1996

Time _____
By _____ Deputy

Spouse's name: _____

Spouse's income: $ _____/month

Spouse's employer: _____

Other assets: Type of account    Institution    Balance

Checking _____
Savings _____
Certificates of
Deposit _____
Stocks, bonds _____

Are you able to post bail?  ☐ Yes  ☒ No
If so, what amount?

$ _____

On this 13 day of _____, 19 96, I have been advised by Criminal District Court No. 1 of my right to representation by counsel in the trial of the charge pending against me. I certify that I am without means to employ counsel of my own choosing and I hereby request the Court to appoint counsel for me.

Randy E. Halprin
DEFENDANT

SUBSCRIBED and sworn to before me on the 13 day of
_____, 19 96.

_____
DEP. DISTRICT CLERK, TARRANT COUNTY, TEXAS



THE STATE OF TEXAS

vs.

_Randy Ethan Halprin_

IN THE CRIMINAL DISTRICT

COURT NUMBER _# 1_

TARRANT COUNTY, TEXAS

### STATE'S ANNOUNCEMENT OF READY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas in the above styled and numbered cause and announces to the Court that the State is ready for trial in this case.

Respectfully submitted,

TIM CURRY
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

By: _____
Assistant Criminal District Attorney

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

OCT 31 1996

Time _____9:30___
By _____ Deputy

THE STATE OF TEXAS

Writ to Serve Indictment

To Any Peace Officer of the State of Texas — GREETINGS:

YOU ARE HEREBY COMMANDED to immediately deliver to

the defendant, in person, in the case of the STATE OF TEXAS

No.

pending in the Criminal District Courts of Tarrant County,

the accompanying certified copy of Indictment in said cause.

HEREIN FAIL NOT, and make due return hereof FORTHWITH.

WITNESS my signature and official seal on this the

day of _____ A.D. 19

THOMAS A. WILDER Clerk, District Courts, Tarrant County, Texas

By _____ , Deputy

OFFICER'S RETURN:

Came to hand the same day issued and executed by me

on the _1st_ day of _Nov_ 19 _96_, by delivering to

_Randy Ethan Halprin_ the within named

Defendant in person, the within named certified copy of indictment in said cause.

Returned on this the _1st_ day of _Nov_ 19 _96_ .

_David Williams_ , Sheriff

By _____ , Deputy

Form D.C. 141A

CAUSE NO. 0632165

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE Criminal |
| VS. | § | DISTRICT COURT # 1 |
| Randy E. Halprin | § | TARRANT COUNTY, TEXAS |

### MOTION FOR COMPETENCY EXAMINATION

On this the 15th day of January, 19 97, comes the State of Texas by and through its Assistant District Attorney, and/or the undersigned Attorney for the above-named defendant, and moves this Court to order that Dr. Mary Cannon conduct an examination to determine the defendant's present competency to stand trial pursuant to Art. 46.02, Texas Code of Criminal Procedure.

The defendant is charged by indictment/felony information with the felony offense of Injury to a Child, Serious Bodily Injury alleged to have been committed on the 22 day of August, 96.

This motion for an examination is requested for the following reasons:

To determine whether Defendant, as a result of severe mental disease or defect, knew that his conduct was wrong or not.

Wherefore, premises considered, the State/Defense prays that this motion be granted.

_____
ATTORNEY FOR THE DEFENDANT

ASSISTANT DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

The Court, having considered the Motion herein filed on behalf of the defendant for a competency examination, finds that said Motion should be granted/denied.

_____
PRESIDING JUDGE
CRIMINAL DISTRICT COURT NO. 1
TARRANT COUNTY, TEXAS

FILED
TARRANT... 
97 JAN 15
THOMAS A. ...
DISTRICT C...
BY...

| | |
|---|---|
| **For Information Purposes (Check One)** | **Attorney for Defendant: (Please print)** |
| ☑ Defendant speaks English | Name: Mark A. Perez |
| ☐ Defendant does not speak English, but speaks and understands: | Address: 1120 Metrowest, Ste 201 |
| _____ | Carrollton, TX 75011 |
| | Telephone: (972) 416 - 5000 |
| | Bar Card No.: 15777150 |

## CASE NO. 0632165D

THE STATE OF TEXAS § IN THE CRIMINAL DISTRICT

§ COURT NUMBER ONE

VS. §

RANDY ETHAN HALPRIN § TARRANT COUNTY, TEXAS

### ORDER GRANTING MOTION FOR COMPETENCY EXAMINATION

### DATE OF ORDER: JANUARY 15, 1997

On this day, set forth above, came on to be heard and considered the Motion for Competency Examination of the above-named Defendant in this cause; said Motion was presented to the Court, and the Court having considered said Motion, is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the within-named doctor conduct an examination of the above-named Defendant to determine the Defendant's present competency to stand trial pursuant to Article 46.02, Texas Code of Criminal Procedure.

APPOINTMENT: Dr: MARY CANNON

Day/Date: FRIDAY, JANUARY 17, 1997

Time: 11:00AM

Place: TARRANT COUNTY JAIL

It is hereby further ORDERED that the aforementioned Doctor file the examination report with this Court on or before JANUARY 31, 1997.

It is hereby further ORDERED that the Assistant District Attorney assigned to this Court shall provide the offense report regarding these charges on the above-named Defendant to said Doctor.

It is hereby further ORDERED that in the event the aforementioned Doctor is unable to file the examination report on or before the above date, said Doctor will advise the Court as to why said report is not filed and the date it will be filed.

PRESIDING JUDGE

Date Signed:   JANUARY 15, 1997

ATTORNEY FOR DEFENDANT:

Name:       MARK A. PEREZ

Address:    703 MCKINNEY AVE, SUITE 211

DALLAS, TEXAS  75202

Telephone:  (214) 754-7100

Bar Card No.:  TX15777750



FILED
THOMAS A WILDER DIST CLERK
TARRANT COUNTY TEXAS

JAN 2 2 1997

TIME _____
BY _____ Deputy

January 21 1997

The Honorable Sharen Wilson Judge
Criminal District Court No One
Tarrant County Justice Center
401 W Belknap
Ft Worth Texas 76096

Case No 0632165D

Re Randy Ethan Halprin

Dear Judge Wilson

Pursuant to your order of January 15 1997 I have this date completed a psychiatric evaluation of the above named defendant for competency to stand trial This evaluation took place at the Tarrant County Jail on January 17 1997

conversation was not privileged

Based on my evaluation it is my opinion that

1.  The defendant has a factual as well as a rational understanding of the charge against him and

2.  The defendant has sufficient present ability to consult with his attorney with a reasonable degree of rational understanding

Mr Halprin was brought to the examining area at the appointed time He was neat clean and cooperative There were no tics tremors unusual movements nor mannerisms Mr Halprin answered all questions readily He knew his charge and the details surrounding his arrest

Mr Halprin was born in McKinney Texas but was removed from the home of his biological parents who abused him and his brother They were adopted by a family in Arlington Texas who also adopted two young Koreans

Mr Halprin dropped out of school in the 11th grade and has worked at various fast food

P O Box 92646  Southlake Texas 76092 · Metro 817 · 481 · 5406 · Fax 817 · 481 · 5430

Axle

TCDA's most recent info:

817-

X Rita 834-5021
Whitman 817-346-22
X McKinley 817-740-
070

X Hunting Green 817-568-0628
X 817-292-9348

places. He has lived with various friends for the past year or so

He has never been in a mental hospital nor clinic, but he stated that he ████ ███████████

Mr. Halprin stated that he has been arrested once before this current charge for credit card abuse. He stated that he received two years probation for this charge. He stated that he has used marijuana and LSD. He has been in good general health

The mental status examination revealed Mr. Halprin to be a pleasant, cooperative young ███ ██ made good eye contact and was aware of his surroundings. His ████████████████████ ██████████ and his affect was appropriate to his mood. His thought production was logical and goal-directed. There was no evidence of any thought disorder. His memory appeared to be fair. He was of average intelligence. He did very well on the Proverbs and Similarities Tests. He could perform basic m████████████████████ easily and accurately ████████████████ ██████████████████████████████ His general fund of information was good. He was orien██████ to time, place ███████ and circumstances

I think the ████████████████████████ that he has, at least on occasion ███████████████ ██████ Couple this with poor judgement and a tremendous problem arises. One must consider temporary insanity, but I believe that poor judgement and poor impulse controls the more likely causative factor ████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ Other than the obvious anger produced by the abuse, I don't know why this is true (I don't know anyone who knows why it is true either)

If you have any questions, please contact me at my ████████████████████████

Thank you for the opportunity to evaluate this defendant

Yours truly

Mary L. Cannon, M.D.

MLC/dm

Encl (1)

C E R T I F I C A T E   O F   P R O C E E D I N G S

DEFT. NAME:                DATE: 5 7 97          COURT: 26301460         SID: 446 0171

DEFENDANT: MAUPIN, GARY ETAL:                    INDICTED: Y    DATE:    WARRANT:
MICRO:

COURT:                     HEARD:                TRANSFER COURT:

CNTY:                      COUNTY:

CHARGE OFFENSE: SER/INJ INDIAN CHILD-SERIOUS INJ   DATE: 08/22/96   USR INC:

DISPOSITION OFFENSE:          380248

PLEA:      PGBC              BOND TYPE:            FINE:

DISP:      FELC             STATUS:               CT COST:

SENTENCE:  PO30Y            EVENT:                 MISC:

ACTION:                                            DUE:

PROB (MOS):                AMOUNT:                 PAID:

                           FORFEIT:

INST WORD:                 BONDSMAN:

PROCEEDINGS: ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CTS,  no contact w/IP as cond of parole

MAGISTRATE                        CLERK: Nauni Stelah

9-5-96 / 5-7-97 ✓

L. Ames                                    Mark Perez

NO. 0632165

| THE STATE OF TEXAS | )( | IN THE CRIMINAL DISTRICT |
|---|---|---|
| VS. | )( | COURT NUMBER ONE FILED |
| Halprin, Randy | )( | THOMAS A. WILDER, DIST. CLERK TARRANT COUNTY, TEXAS |

TARRANT COUNTY, TEXAS

MAY – 7 1997

Time ____ 4:30 ____

By ____ clew ____

ADMONISHMENTS

On this 7th day of MAY ____, 1997, pursuant to the requirements of law, you, the defendant in this cause, are hereby admonished in writing as follows:

1. You are charged with the felony offense of: Injury to a child · SBI - DW    Offense Code 380218

2. You are entitled to have a jury determine whether you are Guilty or Not Guilty; and if Guilty, to assess your punishment. Should you have more than one case pending, you may have them tried separately.

3. You may request that the indictment be read and explained to you in open court. You are not obligated to give evidence against yourself; you may require the state to prove the elements of the offense alleged in the indictment by legal and competent evidence beyond a reasonable doubt; you and your attorney may confront and cross-examine witnesses and you have the power of subpoena to bring witnesses into court to testify in your behalf.

4. If convicted, you face the following range of punishment:

[✓] **FIRST DEGREE FELONY**: Life or any term of not more than 99 years nor less than 5 years in the Institutional Division of the Texas Department of Criminal Justice, and in addition, a fine not to exceed $10,000 may also be assessed.

[ ] **SECOND DEGREE FELONY**: A term of not more than 20 years nor less than 2 years in the Institutional Division of the Texas Department of Criminal Justice, and in addition, a fine not to exceed $10,000 may also be assessed.

[ ] **THIRD DEGREE FELONY**: A term of not more than 10 years nor less than 2 years in the Institutional Division of the Texas Department of Criminal Justice; and, in addition, a fine not to exceed $10,000 may also be assessed.

[ ] **THIRD DEGREE FELONY PRIOR TO SEPTEMBER 1, 1994**: A term of not more than 10 years nor less than 2 years in the Institutional Division of the Texas Department of Criminal Justice or up to 1 year in a community correctional facility; and in addition, a fine not to exceed $10,000 may also be assessed.

[ ] **FIRST DEGREE ENHANCED**: Life or any term of not more than 99 years nor less than 15 years in the Institutional Division of the Texas Department of Criminal Justice, and in addition, a fine not to exceed $10,000 may also be assessed.

[ ] **SECOND DEGREE ENHANCED**: Life or any term of not more than 99 years nor less than 5 years in the Institutional Division of the Texas Department of Criminal Justice, and in addition, a fine not to exceed $10,000 may also be assessed.

[ ] **THIRD DEGREE ENHANCED**: A term of not more than 20 years nor less than 2 years in the Institutional Division of the Texas Department of Criminal Justice, and in addition, a fine not to exceed $10,000 may also be assessed.

[ ] **HABITUAL OFFENDER**: Life or any term of not more than 99 years nor less than 25 years in the Institutional Division of the Texas Department of Criminal Justice.

[ ] **OTHER**: _____

1

5. The plea bargain recommendation is: 30 yrs TDCJ ID + DW finding No contact with injured party as condition of parole.

6. **Plea Bargaining:** A plea bargain or recommendation of punishment is not binding on the Court. The Court may set punishment anywhere within the range provided by law for this offense. If there is a plea bargain agreement, the Court will inform you in open Court whether the agreement will be followed before making any finding on your plea. Should the Court reject the agreement, you will be permitted to withdraw your plea should you desire. Recommendations concerning conditions of community supervision are not binding on the Court.

7. **Permission to Appeal:** When the Court follows a plea bargain agreement, permission of the Court must be given before you can prosecute an appeal on any matter in the case, except for matters raised by written motion filed prior to trial. This Court seldom consents to an appeal where conviction is based upon a Guilty Plea. Where there is no plea bargain agreement, any appeal of your conviction upon a plea of nolo contendere or plea of guilty is limited to jurisdictional issues only.

8. **Citizenship:** If you are not a citizen of the United States of America, a plea of guilty or nolo contendere for this offense may result in deportation, the exclusion from admission to this country, or the denial of naturalization under federal law.

9. **Deferred Adjudication:** Should the Court defer adjudicating your guilt and place you on probation, upon violation of any imposed condition, you may be arrested and detained as provided by the law. You will then be entitled to a hearing limited to the determination by the Court, without a jury, whether to proceed with an adjudication of your guilt upon the original charge. No appeal may be taken from this determination. Upon adjudication of your guilt, the Court may assess your punishment anywhere within the range provided by law for this offense.

After adjudication of guilt, all proceedings including assessment of punishment, pronouncement of sentence, granting of probation and your right to appeal continue as if adjudication of guilt had not been deferred.

10. **Probation:** If the Court grants you straight probation as opposed to deferred adjudication, upon violation of any imposed condition, you may be arrested and detained as provided by law. You will then be entitled to a hearing limited to the determination by the court, without a jury, whether to revoke your probation and sentence you to imprisonment in the Institutional Division of the Texas Department of Criminal Justice for a period of time not to exceed that originally assessed by the Court at the time you were found guilty.

11. **Parole:** Neither the Court nor your attorney make any promises or representations about the amount of actual time you will serve on a sentence of incarceration in the Institutional Division of the Texas Department of Criminal Justice.

Neither the Court nor you attorney make any representation about the disposition of any parole revocation hearings.

12. If no indictment has been returned by a Grand Jury charging you with this offense, you do not have to stand trial until such an indictment has been returned, and you then will be given ample time (at least 10 days) to consult with your attorney before trial.

13. If a victim impact statement has been returned to the prosecutor under Art. 26.13 C.C.P., the Judge has reviewed a copy of that report.

Admonishments given this defendant on the above noted date.

SHAREN WILSON, PRESIDING JUDGE

2

## WRITTEN WAIVER OF DEFENDANT-JOINED BY ATTORNEY

Comes now the Defendant, in open Court, joined by my attorney and state:

(1) I am able to read the English language and fully understand each of the written plea admonishments given by the Court and I have no questions. If I am unable to read the English language, then my attorney or an interpreter for my attorney has read this entire document to me in my own language and I fully understand each of the written plea admonishments given by the Court and I have no questions.

(2) I waive arraignment and formal reading of the indictment or felony information;

(3) I am aware of the consequences of my plea;

(4) I am mentally competent and my plea is knowingly, freely, and voluntarily entered;

(5) Should my attorney be recently appointed, I give up and waive any right I may have for further time to prepare for trial;

(6) If I am proceeding on a felony information, I give up my right to indictment by a Grand Jury.

(7) Should I be tried on more than one case, I agree that all may be heard and determined at one time;

(8) I waive all pretrial motions that may have been filed in connection with my case(s);

(9) I am totally satisfied with the representation given to me by my attorney. My attorney provided me fully effective and competent representation;

(10) I also waive and give up in accordance with Art. 1.14 C.C.P. all rights given to me by law, whether of form, substance, or procedure;

(11) Joined by my attorney, I waive and give up my right to a jury, both as to my guilt and assessment of my punishment, and in accordance with Art. 1.15 C.C.P., I waive and give up the right to appearance, confrontation, and cross-examination of the witnesses, and I consent to oral and written stipulations of evidence;

(12) I give up my right not to incriminate my self and agree to testify under oath and judicially confess my guilt if requested by my attorney or the State's attorney;

(13) I request the Court to approve of the plea recommendation (in Paragraph 5 of the Plea Admonishments) and dispose of my case(s) in accordance therewith.

X _____
DEFENDANT


I have fully reviewed and explained the above and foregoing court admonishments, rights, and waivers to the Defendant and am satisfied that the Defendant is legally competent and has intelligently, knowingly, and voluntarily waived his rights and will plead guilty understanding the consequences thereof.

_____
ATTORNEY FOR DEFENDANT

3

Upon my oath I swear my true name is **Randy E Halprin** and I am ____ years of age; I have read the indictment or information filed in this case and I committed each and every act alleged therein, except those acts waived by the State; I am guilty of the offense as well as all lesser included offenses; an enhancement and habitual allegations set forth in the indictment are true and correct, except those waived by the State; I further admit my guilt on any unadjudicated offenses set forth in the plea recommendation (Paragraph 5 of the Plea Admonishments) and request the Court to take each into account in determining my sentence for the instant offense; I swear to all of the foregoing and I further swear that all testimony I give in the case will be the truth, the whole truth and nothing but the truth, so help me God.

                                    x _____
                                    **DEFENDANT**

## APPLICATION FOR PROBATION

I swear and it is my testimony here in open court that I have never before been convicted of a felony offense in any court of the State of Texas, any other state, nor in any Federal Court of the United States. I request the Court to consider this my application for a probated sentence.

                                    x _____
                                    **DEFENDANT**

Sworn to and subscribed before me this **7** day of **May**, 199**7**

                                    _____
                                    **DEPUTY DISTRICT CLERK**
                                    **TARRANT COUNTY, TEXAS**

                                    ★★★★★★

In open court we join and approve the waiver of jury trial pursuant to Art. 1.13 C.C.P. and the stipulations of evidence pursuant to Art. 1.15 C.C.P. We further agree and consent to the admission of guilt of any unadjudicated offense under Section 12.45 of the Texas Penal Code. In addition, the Court finds as a fact that the Defendant is mentally competent and that his plea is intelligently, freely and voluntarily entered.

_____                    SBN _15777750_
**ATTORNEY FOR DEFENDANT**

_____

**SHAREN WILSON, PRESIDING JUDGE**

4

13

Cause No. 0683216 5D

The State of Texas

vs.

Randy Ethan Halprin

In the Criminal District

Court Number One for

Tarrant County, Texas

## ORDER REFERRING CASE TO MAGISTRATE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above styled and numbered cause is hereby referred to a Criminal District Magistrate of Tarrant County, Texas, pursuant to Section 54.657, Government Code, for the following duties:

_____ affidavits for release of surety
_____ agreed competency trial
_____ agreed revocation of probation
_____ appointment of attorney
_____ arraignment
_____ bond forfeiture
_____ bond violation hearing
_____ examining trial
_____ jury selection
___✓___ negotiated plea of guilty before the Court
_____ order disposing of property
_____ order for photo for rearrest of defendant
_____ post-conviction writ of Habeas Corpus
_____ pre-trial motions
_____ pre-trial writ of Habeas Corpus
_____ search and arrest warrants
_____ setting of bail
_____ waiver of extradition rights

SIGNED AND ENTERED this _7_ day of _May_, 199_7_.

Judge Sharen Wilson
Criminal District Court No. One

CAUSE NO. __0632165__

| | | |
|---|---|---|
| THE STATE OF TEXAS | )( | IN THE CRIMINAL DISTRICT |
| VS | )( | COURT NUMBER ONE |
| RANDY E HALPRIN | | TARRANT COUNTY, TEXAS |

### REQUEST FOR COUNSEL

On this __13th__ day of __SEPT__ , 19 __96__ . I have been advised by the Court of my right to representation by counsel in the trial of the charge pending against me. I certify that I am without means to employ counsel of my own choosing and I hereby request the Court to appoint counsel for me.

If I am later able to pay, I will reimburse the County for the cost of my attorney under the provisions of the Code of Criminal Procedure.

### OATH

I, __RANDY E HALPRIN__ , being presently incarcerated in Tarrant County Jail in Tarrant County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed this __13th__ day of __SEPTEMBER__ , 19 96

DEFENDANT

---

### ORDER APPOINTING COUNSEL

The Court determines this defendant is indigent.

It is therefore ORDERED, ADJUDGED AND DECREED THAT _Mark Perez_ a practicing attorney of this Court, is appointed to defend said defendant.

Signed this __13th__ day of __SEPT__ , 19 96

~~JUDGE~~ / MAGISTRATE

---

_Mark Perez_
_P.O.B. 181944_
_Dallas, TX 75218_

Date __SEPTEMBER 13, 1996__

Please be advised that you have been appointed to represent the above defendant, who is charged with the offense of __INJURY CHILD SI__ and is now confined in the Tarrant County Jail, Fort Worth, Texas.

You will be notified by the Court of the Setting date.

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

SEP 13 1996

THOMAS A. WILDER, DISTRICT CLERK

__J GENTRY__
Deputy District Clerk

Time __8__
By _____ Deputy

---

TO: AUDITOR, TARRANT COUNTY, TEXAS

This is to certify that the above attorney has appeared in this Court a total of __5__ day(s) in representing the above named defendant in the above styled and numbered cause(s).

$ _____

Date _____

_See attached_

JUDGE, CRIMINAL DISTRICT
COURT NUMBER ONE

DC-43B (CDC#1 Only)   REV. 1-96
GPC-1831

C.4.1559

LAW OFFICES
MCCRACKEN TAYLOR & NELSON, P.C.
1120 METROCREST, SUITE 201
BOX 110488
CARROLLTON, TEXAS 75011-0488
972-416-5000
FAX (972) 416-5007

HOWARD C. McCRACKEN
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW*
LEDDIE C. TAYLOR
THOMAS S. NELSON
CHRISTINA L. McCRACKEN
MARK A. PEREZ

Honorable Sharen Wilson
Criminal District Court No. 1
401 Belknap
Fort Worth, TX 76196

Re:   State of Texas v. Randy E. Halprin
      Cause No. 0632165D

Your Honor:

The following log documents all our of court time spent on the above said cause:

| Date | Activity | Time |
|------|----------|------|
| 09/13/96 | Initial appointment | 0.50 |
| 11/11/96 | Ltr from Client | 0.25 |
| 12/03/96 | Lrt to Client | 0.50 |
| 12/12/96 | T/c with court | 0.25 |
| 12/12/96 | T/c with prosecutor | 1.00 |
| 01/09/97 | Jail visit with Client | 1.50 |
| 01/09/97 | Prepared motion for compentency exam | 0.50 |
| 01/14/97 | Filed motion.Discussed case with D.A. | 1.00 |
| 01/16/97 | Review of D.A. file | 1.00 |
| 01/16/97 | Prepared Pretrial motions | 1.00 |
| 01/21/97 | T/c with Dr. Mary Cannon | 1.00 |
| 01/21/97 | T/c with Judge | 0.25 |
| 01/29/97 | Review of Dr. report | 0.50 |
| 01/29/97 | Letter to Client's parents | 1.00 |
| 02/05/97 | Letter to Client and parents | 1.00 |
| 02/06/97 | T/c with client | 0.75 |
| 02/13/97 | T/c to court, follow up letter | 0.50 |
| 02/18/97 | T/c with D.A. | 0.25 |
| 02/19/97 | T/c with parents fo client | 1.00 |
| 02/21/97 | T/c with D.A. | 0.25 |
| 04/09/97 | T/C with D.A. | 0.25 |

*TEXAS BOARD OF LEGAL SPECIALIZATION

Copies 105 @ .15= $15.75

Thanks for the business!

Mark A. Perez

Pay $1390 ²⁵

5-9-97

13.75
15.75
1390.75

001-564011-41201

RECEIVED
JAN 5

CASE NO. 0632165D

IN THE CRIMINAL DISTRICT

COURT NUMBER ONE

THE STATE OF TEXAS

VS.

RANDY ETHAN HALPRIN  *UOG A*

*O4G0513*

TARRANT COUNTY, TEXAS

## ORDER GRANTING MOTION FOR COMPETENCY EXAMINATION

### DATE OF ORDER: JANUARY 15, 1997

On this day, set forth above, came on to be heard and considered the Motion for Competency Examination of the above-named Defendant in this cause; said Motion was presented to the Court, and the Court having considered said Motion, is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the within-named doctor conduct an examination of the above-named Defendant to determine the Defendant's present competency to stand trial pursuant to Article 46.02, Texas Code of Criminal Procedure.

APPOINTMENT:   Dr.:        MARY CANNON

Day/Date:   FRIDAY, JANUARY 17, 1997

Time:        11:00AM

Place:        TARRANT COUNTY JAIL

It is hereby further ORDERED that the aforementioned Doctor file the examination report with this Court on or before JANUARY 31, 1997.

It is hereby further ORDERED that the Assistant District Attorney assigned to this Court shall provide the offense report regarding these charges on the above-named Defendant to said Doctor.

It is hereby further ORDERED that in the event the aforementioned Doctor is unable to file the examination report on or before the above date, said Doctor will advise the Court as to why said report is not filed and the date it will be filed.

PRESIDING JUDGE

Date Signed:     JANUARY 15, 1997

ATTORNEY FOR DEFENDANT:

Name:        MARK A. PEREZ

Address:     703 MCKINNEY AVE, SUITE 211

DALLAS, TEXAS 75202

Telephone:   (214) 754-7100

Bar Card No.:   TX15777750

OFFICER'S RETURN

Came to hand on the 17 day of JAN 97 and was executed on the 17 day of JAN 97 by delivery x (T II)
GEORGE A. DELGADO 2275

DAVID C. WILLIAMS Sheriff
Tarrant County, Texas
by GEORGE A. DELGADO



**Mary L. Cannon, M. D.**
Forensic Psychiatry

Statement of charges of professional services in the matter of
Randy Ethan Halprin, Case No. 0632165D:

January 17, 1997                                                            $200.00

Mary L. Cannon, M. D.

MLC/dm

001-561011-41201

| 001 | 5905 | | TX2000 |

**ARREST/IDENTIFICATION**

HALPERN Ricky Ethan                    Ft Worth TX

in W ~ Sm 204 Bl Brn

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                              CD

14176250        TX C

3600 Las Vegas TR #208  Ft Worth TX 76116

TX 2201200                              09-05-1996

Ft Worth Police    # 96518568

A001   1349602     Inj to Child Serious Bodily  B 104(5) PC        I
                                                04-05-1996    TX  2200156
25-20-1996    HEB                        NP Willis #1332

**PROSECUTOR**

TX22015H     TARRANT  CO.  DIST.  ATTY
            ACCEPT

            TX2200085T

C22    Michael A. Klein                        0907 1996

**COURT**

TX2200085J    CDC1            22.04(a)(1)Pc
1349 0002    INJ TO A CHILD - SERIOUS BOD INJ
            CR3346
            X         0507 1997  05071997       310

30 YEARS
167        332

                    DCJ

                                        05081997
D.WEBB
            Ft Worth Warrant
            96 FX7704

IS THE USE OF SUPPLEMENT REQUIRED ON THIS INCIDENT?  YES __  NO X
MAIL TOP COPY TO: TEXAS DEPARTMENT OF PUBLIC SAFETY  PO BOX 4143  AUSTIN TX 78765-4143
WHITE—ARREST REPORTING SHEET        YELLOW—PROSECUTOR REPORTING SHEET        PINK—COURT REPORTING SHEET

CASE NO. 0632165 D

| | | |
|---|---|---|
| THE STATE OF TEXAS | S | IN THE CRIMINAL |
| vs. | S | DISTRICT COURT ONE |
| Randy Ethan Halprin | S | TARRANT COUNTY, TEXAS |

## ORDER ADOPTING ACTIONS OF MAGISTRATE

BE IT KNOWN that the Court has reviewed the actions taken by Magistrate GENE GRANT , sitting for this Court in the above styled and numbered cause, and has reviewed all ORDERS contained on the docket in this cause and within the papers filed in this cause; as well as any exhibits introduced into evidence in this cause.

IT IS HEREBY ORDERED AND DECREED that the Court specifically adopts and ratifies the actions taken by said Magistrate on behalf of this Court in Compliance with Section 54.662(b) Government Code, and further GRANTS/DENIES probation to Defendant.

SIGNED THIS THE ___8___ DAY OF ___May___ , 19__97__.

_____

JUDGE, CRIMINAL DISTRICT COURT ONE

OF TARRANT COUNTY, TEXAS

NAME     RANDY ETHAN HALPRIN

ADDRESS 3000     LAS VEGAS      APT 1-233

        FORT WORTH        TX 76115

RACE □ SEX □ AGE □ DOB 09-13-77

CASE NO. 0632165  FILED: (DATE) 09-09-96
IT HAS BEEN DETERMINED            DATE
TRANSFER045 COURT

OFFENSE  INJURY CHILD-SERIOUS INJ

DATE 08-22-96

I. P.          JARED SMITH

C. C.

AGENCY FORT WORTH PD
OFFENSE NO. 96510568    COURT CDC1

INDICTMENT NO.  0632165

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS OF TARRANT COUNTY, TEXAS, duly elected, tried, empaneled, sworn and charged to inquire of offenses committed in Tarrant County, in the State of Texas, upon their oaths do present in and to the  * * * * * * * * *  of said County that  * *

372nd DISTRICT COURT

RANDY ETHAN HALPRIN          hereinafter called Defendant, in the County of Tarrant and State aforesaid, on or about the   22ND  day of AUGUST    199   , did

INTENTIONALLY OR KNOWINGLY CAUSE SERIOUS BODILY INJURY TO JARED SMITH, A CHILD YOUNGER THAN 15 YEARS OF AGE, BY HITTING, PUSHING, AND PULLING JARED SMITH WITH HIS HAND AND BY KICKING JARED SMITH WITH HIS FOOT AND BY A COMBINATION OF THESE ACTS,

AND IT IS FURTHER PRESENTED TO THE COURT THAT A DEADLY WEAPON, TO-WIT:  THE HAND OF THE DEFENDANT, THAT IN THE MANNER OF ITS USE OR INTENDED USE WAS CAPABLE OF CAUSING DEATH OR SERIOUS BODILY INJURY, WAS USED DURING THE COMMISSION OF THIS OFFENSE OR IN IMMEDIATE FLIGHT FROM THIS OFFENSE AND THE DEFENDANT USED OR EXHIBITED THAT DEADLY WEAPON OR THE DEFENDANT WAS A PARTY TO THE OFFENSE AND KNEW THAT A DEADLY WEAPON WOULD BE USED OR EXHIBITED,

AND IT IS FURTHER PRESENTED TO THE COURT THAT A DEADLY WEAPON, TO-WIT:  THE FOOT OF THE DEFENDANT, THAT IN THE MANNER OF ITS USE OR INTENDED USE WAS CAPABLE OF CAUSING DEATH OR SERIOUS BODILY INJURY, WAS USED DURING THE COMMISSION OF THIS OFFENSE OR IN IMMEDIATE FLIGHT FROM THIS OFFENSE AND THE DEFENDANT USED OR EXHIBITED THAT DEADLY WEAPON OR THE DEFENDANT WAS A PARTY TO THE OFFENSE AND KNEW THAT A DEADLY WEAPON WOULD BE USED OR EXHIBITED,

Filed (Clerk's use only)

FILED
THOMAS A. WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

OCT 31 1996

Time  9:30 am

By _____ Deputy

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
Criminal District Attorney

_____
Foreman of the Grand Jury

INDICTMENT - ORIGINAL

CASE NO. 0622165D

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| VS. | § | COURT NUMBER ONE |
| RANDY ETHAN HALPRIN | § | TARRANT COUNTY, TEXAS |

## JUDGMENT ON PLEA OF GUILTY OR NOLO CONTENDERE BEFORE COURT WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding | : MAGISTRATE GENE GRANT | Date of Judgment | : MAY 7, 1997 |
| Attorney for State District Attorney | : TIM CURRY | Assistant District Attorney | : LISA M. AMOS |
| Attorney for Defendant | : MARK A. PEREZ | Charging Instrument | : INDICTMENT |

| Offense Date | Convicted Offense | |
|---|---|---|
| AUGUST 22, 1996 | INJURY TO A CHILD - SERIOUS BODILY INJURY | |

| Degree | Count | Plea |
|---|---|---|
| 1ST | ONE | GUILTY |

| | |
|---|---|
| Findings on Deadly Weapon | : THE COURT AFFIRMATIVELY FINDS THAT THE DEFENDANT USED OR EXHIBITED A DEADLY WEAPON, TO-WIT: THE HAND OF THE DEFENDANT DURING THE COMMISSION OF THE OFFENSE OR DURING THE IMMEDIATE FLIGHT THEREFROM. |
| Terms of Plea Bargain | : 30 YRS. IDTDCJ + DW FINDING, NO CONTACT WITH INJURED PARTY AS CONDITION OF PAROLE |
| Plea to Enhancement Paragraph(s) | : NONE |
| Plea to Habitual Paragraph(s) | : NONE |
| Findings on Enhancement/ Habitual Paragraph(s) | : NONE |
| Date Sentence Imposed | : MAY 7, 1997     Date to Commence : MAY 7, 1997 |
| Punishment Place of Confinement | : COUNT ONE - THIRTY(30) YEARS : INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE |

| | | | |
|---|---|---|---|
| | | Court Costs | : $166.50 |
| Time Credited | : 245 DAYS | Restitution | : NONE |
| Reparation | : NONE | | |
| | : NO CONTACT WITH INJURED PARTY AS CONDITION OF PAROLE | | |

On this day, set forth above, this cause came for trial and came the State of Texas by its above-named attorney, and the Defendant appeared in person and by the above-named attorney for the Defendant, or, where a Defendant is not represented by counsel, that the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel; and announced ready for trial, the Defendant having been heretofore arraigned, or having waived arraignment in open court, and having agreed in writing that the testimony may be stipulated in this cause and the Defendant, his counsel, and the State's attorney having agreed in writing in open court to waive a jury in the trial of this cause and to submit this cause to the Court, and the Court having agreed to the same, the said attorney for the State read the instrument charging the offense as shown or the reading of the charging instrument having been waived by the Defendant in open court; the Defendant entered the above shown plea thereto; and it appearing to the Court that the Defendant is mentally competent and the plea is free and voluntary, and the Court having duly admonished the Defendant as to the consequences of such plea, including the range of punishment attached to the offense and the fact that any recommendation of the prosecuting attorney as to punishment is not binding on the Court, yet the Defendant persisted in entering such plea; said plea is by the Court received and now entered of record upon the minutes of the Court, is of the opinion and so finds that the said Defendant is guilty of the offense as confessed and set forth above.

VOLUME 117 PAGE 304A OF CASE NO. 0632165D



And when shown above, that the charging instrument contains enhancement paragraph(s), which were not waived, and alleges Defendant to have been convicted previously of any felony or offense for the purpose of enhancement of punishment then the Court asked Defendant if such allegations were true or false and Defendant answered True.   Thereupon, the Court, after having heard all of the evidence as to such alleged prior convictions, is of the opinion and finds Defendant has been heretofore convicted as alleged in said enhancement paragraph(s) as may be shown above.

IT IS THEREFORE CONSIDERED AND ORDERED by the Court, in the presence of the Defendant, that said judgment be, and the same is hereby in all things approved and confirmed, and that said Defendant is adjudged guilty of the offense set forth above, by the Court (a jury having been waived in accordance with law) and that said Defendant be punished in accordance with terms set forth above, and the Defendant is sentenced to a term of imprisonment or fine or both as set forth above, and be delivered by the Sheriff to the Director of the Institutional Division of the Texas Department of Criminal Justice, or other person legally authorized to receive such convicts for the punishment and execution may issue as necessary.

And, if shown above that Defendant has been duly and legally convicted of a prior offense by showing the court, cause number, and offense together with his punishment for such offense and date Defendant was sentenced for such offense in accordance with such conviction, then it is further ORDERED AND ADJUDGED that the punishment herein adjudged against the said Defendant shall begin when the judgment and sentence in such prior offense, when shown above, shall have ceased to operate.

And the said Defendant is remanded to jail until said Sheriff can obey the direction of this judgment.

PRESIDING JUDGE

Date Signed      :   MAY 8, 1997

Notice of Appeal          :   _____

Mandate Received          :   _____

CASE NO. 0632165D

| THE STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| VS. | § | COURT NUMBER ONE |
| RANDY ETHAN HALPRIN | § | TARRANT COUNTY, TEXAS |

JUDGMENT ON PLEA OF GUILTY OR NOLO CONTENDERE BEFORE COURT
WAIVER OF JURY TRIAL

| Judge Presiding | : MAGISTRATE GENE GRANT | Date of Judgment | : MAY 7, 1997 |
|---|---|---|---|
| Attorney for State District Attorney | : TIM CURRY | Assistant District Attorney | : LISA M. AMOS |
| Attorney for Defendant | : MARK A. PEREZ | Charging Instrument: INDICTMENT | |

| Offense Date | Convicted Offense | | |
|---|---|---|---|
| AUGUST 22, 1996 | INJURY TO A CHILD - SERIOUS BODILY INJURY | | |
| Degree | Count | Plea | |
| 1ST | ONE | GUILTY | |
| Findings on Deadly Weapon | : THE COURT AFFIRMATIVELY FINDS THAT THE DEFENDANT USED OR EXHIBITED A DEADLY WEAPON, TO-WIT: THE HAND OF THE DEFENDANT DURING THE COMMISSION OF THE OFFENSE OR DURING THE IMMEDIATE FLIGHT THEREFROM. | | |
| Terms of Plea Bargain | : 30 YRS. IDTDCJ + DW FINDING, NO CONTACT WITH INJURED PARTY AS CONDITION OF PAROLE | | |
| Plea to Enhancement Paragraph(s) | : NONE | | |
| Plea to Habitual Paragraph(s) | : NONE | | |
| Findings on Enhancement/ Habitual Paragraph(s) | : NONE | | |
| Date Sentence Imposed | : MAY 7, 1997 | Date to Commence | : MAY 7, 1997 |
| Punishment Place of Confinement | : COUNT ONE - THIRTY(30) YEARS INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE | | |

| Time Credited | : 245 DAYS | Court Costs | : $166.50 |
|---|---|---|---|
| Reparation | : NONE | Restitution | : NONE |
| | : NO CONTACT WITH INJURED PARTY AS CONDITION OF PAROLE | | |

On this day, set forth above, this cause came for trial and came the State of Texas by its above-named attorney, and the Defendant appeared in person and by the above-named attorney for the Defendant, or, where a Defendant is not represented by counsel, that the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel; and announced ready for trial, the Defendant having been heretofore arraigned, or having waived arraignment in open court, and having agreed that the testimony may be stipulated in this cause and the Defendant, his counsel, and the State' attorney having agreed in writing in open court to waive a jury in the trial of this cause and to submit this cause to the Court, and the Court having agreed to the same, the said attorney for the State read the instrument charging the offense as shown or the reading of the charging instrument having been waived by the Defendant in open court; the Defendant entered the above shown plea thereto; and it appearing to the Court that the Defendant is mentally competent and the plea is free and voluntary, and the Court having duly admonished the Defendant as to the consequences of such plea, including the range of punishment attached to the offense and the fact that any recommendation of the prosecuting attorney as to punishment is not binding on the Court, yet the Defendant persisted in entering such plea; said plea is by the Court received and now entered of record upon the minutes of the Court, is of the opinion and so finds that the said Defendant is guilty of the offense as confessed and set forth above.

VOLUME 117 PAGE 304A OF CASE NO. 0632165D





**MEMBERS**
Online Tools
Maintaining Your License
Build Your Practice
Get Involved
Member Benefits

**NEWS & INFORMATION**
News and Events
About The State Bar
Links

**PUBLIC**
Find A Lawyer
Complaints About Lawyers
Consumer Information
Teacher Resources

Home
Search the State Bar Site

## Search Results

### PEREZ, MARK ANTHONY

| BarCard # | 15777750 |
|---|---|

### Contact Information

| Company | |
|---|---|
| Business Address | |
| | 900 JACKSON STE 440 |
| | DALLAS \| TX \| 75202 |
| Business Phone | (214) 752-0505 |

### Current Member Status

| Texas License Date | 5/15/1989 |
|---|---|
| Current Status | Eligible to Practice in Texas |

### Public Discipline History, if Any

| Discipline History | Click Here For Discipline History Detail |
|---|---|

### Discipline History Detail

| Last Discipline Date | None On File |
|---|---|
| History Detail | This Attorney's status record indicates no prior disciplinary actions. For additional detail or certification of this information you must contact the State Bar of Texas Office of the Chief Disciplinary Counsel at (877)953-5535 |

© 2002 State Bar of Texas    Feedback | Contact Us | Disclaimer | Privacy Statement | State Bar Careers



MyTexasBar | Texas Bar Journal | TexasBarCLE | TYLA | Attorney Search | Contact Info

MEMBERS
Online Tools
Maintaining Your License
Build Your Practice
Get Involved
Member Benefits

NEWS & INFORMATION
News and Events
About The State Bar
Links

PUBLIC
Find A Lawyer
Complaints About Lawyers
Consumer Information
Teacher Resources

Home
Search the State Bar Site

## Search Results

### AMOS, LISA MARIE

| BarCard # | 01160700 |
|-----------|----------|

## Contact Information

| Company | |
|---------|---|
| Business Address | JUSTICE CENTER |
| | 401 W BELKNAP |
| | |
| | FORT WORTH | TX | 76196-0201 |
| Business Phone | (817) 884-1400 |

## Current Member Status

| Texas License Date | 9/12/1985 |
|--------------------|-----------|
| Current Status | Eligible to Practice in Texas |

## Public Discipline History, if Any

| Discipline History | Click Here For Discipline History Detail |
|--------------------|------------------------------------------|

© 2002 State Bar of Texas    Feedback | Contact Us | Disclaimer | Privacy Statement | State Bar Careers

```
SERVICE NO.96518568          FORT WORTH POLICE DEPARTMENT       SERVICE NO 96518568
    TRY DATE 08/29/96            OFFENSE/INCIDENT REPORT              PAGE  1
    TRY TIME 0440                   DEPARTMENTAL  COPY             WEST DIVISION
```

```
                          OFFENSE/INCIDENT  INFORMATION
                                     PENAL CODE  22 04   UCR CLASS  04 631
INJURY TO A CHILD
REPORT STATUS:OPEN        UCR DISPOSITION                        HATE CRM  N
REPORT DATE. 08/29/96
```

```
                       LOCATION/DATE/TIME/INFORMATION
                                 APT  PRA  BUSINESS NAME        CODE
OFFENSE LOCATION           TRL     1-233 T370 LAS VEGAS APT COMPLEX  0501
 003000   LAS VEGAS       TIME OF DAY   DAY(S) OF OCCURANCE
DATES OF OCCURANCE          0700 2100        WED
 08/28/96               UNIT  I311     BEAT  N116
WEATHER CONDITIONS: RAIN
```

```
                          INVESTIGATIVE INFORMATION
REPORTING OFFICER(S). MCCOY, D J      2539     CP SERVICES      FAMILY V  Y
INVESTIGATIVE DIVISION NOTIFIED: CACU
FOLLOW-UP ASSIGNED TO: CACU    INVESTIGATOR
```

```
                    UPDATED COMPLAINANT INFORMATION
NAME               R/E/S/A       DOB

HOME ADDRESS

                            PHONE          OCCUPATION  WORK HOURS
BUSINESS ADDRESS
REMARKS
```

```
                    UPDATED INJURED COMPLAINANT
                      TAKEN BY    CONDITION
PERSON TAKEN TO                   STABLE
CHILDREN MEDICAL CENTR  MOTHER
BOTH ARMS ARE BROKEN (LEFT AND RIGHT) BOTH OF HIS LEGS ARE BROKEN
(LEFT AND RIGHT). FRACTURED SKULL. DAMAGE TO THE LEFT EYE
```

```
                         GENERAL MO INFORMATION
DESCRIPTION OF MO

FORCE USED? UNK    TOOL DESCRIPTION:
OTHER ACTS OR TRADEMARKS

      -- C R I M E   T R A C K I N G   F L A G S --
DRUG RELATED            GANG RELATED      ALCOHOL RELATED
RETALIATION             ARGUMENT/FIGHT    INNOCENT BYSTANDER
DRIVE BY SHOOTING
```

```
        --------  U S E   O F   F O R C E  ---------
                           ESB      ASB      SSB
N/E FOB      S/W FOB
```

```
                      SUSPECT #001 INFORMATION
                    R/E/S/A     DOB HEIGHT  WEIGHT  ALIAS/NICKNAME
NAME                W N F 20 10/08/75 5 06    165
SMITH, CHARITY S                           TRL-     APT #1-233
ADDRESS:       LAS VEGAS
       FT WORTH/76116  TX      PHONE: 560-3192
EYE COLOR:        HAIR COLOR:
HAIR STYLE:        UNK
FACIAL HAIR:       UNK
EYES:              UNK
FACIAL ODDITIES:   UNK
TEETH:             UNK
COMPLEXION         UNK
SPEECH             UNK
```

```
SERVICE NO.96518568          FORT WORTH POLICE DEPARTMENT      SERVICE NO.96518568
ENTRY DATE 08/29/96            OFFENSE/INCIDENT REPORT                    PAGE  2
ENTRY TIME 0440                  DEPARTMENTAL COPY                  WEST DIVISION
MISSING BODY PARTS: UNK.
TATTOO:             UNK.
SCAR/BIRTHMARK/MOLE:UNK.
GENERAL APPERANCE:  UNK.
SUSPECT WORE:       UNK.
R/L HANDED:         UNKNOWN
BUILD:              UNK.
---------------------------- SUSPECT #002 INFORMATION --------------------------
NAME                    R/E/S/A    DOB HEIGHT  WEIGHT   ALIAS/NICKNAME
HALPRIN, RANDY -----    W N M 26
ADDRESS:                LAS VEGAS ---------- TRL_     APT #1-233
           FT WORTH/76116__ TX   PHONE: 560-3192
EYE COLOR:       HAIR COLOR:
HAIR STYLE:         UNK.
FACIAL HAIR:        UNK.
EYES:               UNK.
FACIAL ODDITIES:    UNK.
TEETH:              UNK.
COMPLEXION:         UNK
SPEECH:             UNK.
MISSING BODY PARTS: UNK.
TATTOO:             UNK.
SCAR/BIRTHMARK/MOLE:UNK.
GENERAL APPERANCE:  UNK.
SUSPECT WORE:       UNK.
R/L HANDED:         UNKNOWN
BUILD:              UNK.
------------------------ SUSPECT WEAPON #001 INFORMATION -----------------------
           MAKE  MODEL      GUAGE  SERIAL NUMBER         VALUE

WEAPON TYPE:           HANDS, FEET BODILY FORCE
ADDITIONAL DESCRIPTION
      HANDS.
-------------------------------- ORIGINAL NARRATIVE ---------------------------
DECOR ENTRY BY: 602
CALLING OFFICER: MCCOY, D J       2539
ORO CODING BY: K519
         ON WEDNESDAY, 082896, AT 2208 HRS, OFFICER D J MCCOY #2539,
    WORKING 1311, WAS DISPATCHED TO 801 7TH AV, COOK'S CHILDRENS MEDICAL
    CENTER, REF TO A SIG 27 (INJURED PERSON). UPON ARRIVAL AT 2217 HRS,
    ON 082896, I MET WITH DON TATLOCK WHO IS THE PATIENT ADVOCATE AT
    COOK'S MEDICAL CENTER. MR. TATLOCK STATED TO ME AS I WALKED INTO
    THE HOSPITAL IN THE EMERGENCY ROOM, YOU MAY WANT TO CALL CRIME SCENE
    RIGHT NOW. MR. TATLOCK ADVISED ME THAT THE COMP ████████████████
    LEFT AND RIGHT ARM WERE BROKEN AND HIS LEFT AND LEFT AND RIGHT LEG
    WERE BROKEN, HAD A FRACTURED SKULL AND A DAMAGED LEFT EYE. AFTER
    HEARING THE BRIEF DESCRIPTION, ACTING SGT MARSHALL WHO WAS WORKING
    1320 GOT ON THE TELEPHONE AND CALLED CRIME AGAINST CHILDREN UNIT.
    DET KAMPER #2519 AND SGT PENDERGRAF FROM CRIMES AGAINST CHILDEN CAME
    TO THE LOCATION TO DO THE INVESTIGATION. CHILD PROTECTIVE SERVICE
    REPRESENTATIVE CAME TO THE LOCATION ALSO, DIANE BYBEE, CRIME SCENE
    OFFICER G R GRAY CAME TO THE LOCATION TO PHOTOGRAPH. THIS CASE WAS
    THEN TURNED OVER TO DET KAMPER AND SGT PENDERGRAF TO DO FURTHER
    INVESTIGATION ON THIS OFFENSE. THE REST OF THE DETAILS WILL BE
    PROVIDED BY THEM.
    SGT HORTMAN / SUPERVISOR
    SACK519
```

B 06

Case 3:13-cv-01535-L Document 17-117 Filed 08/21/14 Page 106 of 118 PageID 14528

```
SERVICE NO. 96518568          FORT WORTH POLICE DEPARTMENT      SERVICE NO. 96518568
ENTRY DATE 08/29/96           OFFENSE/INCIDENT  REPORT                        PAGE  3
ENTRY TIME 0440                  DEPARTMENTAL   COPY            WEST DIVISION
                REFER TO SUPPLEMENT #01 FOR ADDITIONAL DETAILS
```

C 06

SERVICE NO. 96518568
ENTRY DATE 08/29/96
ENTRY TIME 0455

FORT WORTH POLICE DEPARTMENT
OFFENSE/INCIDENT SUPPLEMENTAL REPORT #01
DEPARTMENTAL COPY

SERVICE NO. 96518568
PACE 4
WEST DIVISION

---

### OFFENSE/INCIDENT INFORMATION
PENAL CODE: 22.04   UCR CLASS: 04.631

INJURY TO A CHILD
REPORT STATUS: OPEN         UCR DISPOSITION:                          HATE CRM: N
REPORT DATE: 08/29/96

---

### LOCATION/DATE/TIME/INFORMATION
APT. PRA   BUSINESS NAME                CODE
OFFENSE LOCATION              TRL    1-233 T370  LAS VEGAS APT COMPLEX   0501
003000    LAS VEGAS      TIME OF DAY   DAY(S) OF OCCURANCE
DATES OF OCCURANCE          0700 2100              WED
08/28/96                              UNIT: I311   BEAT: N116
WEATHER CONDITIONS: RAIN

---

### INVESTIGATIVE INFORMATION
2539         CP SERVICES           FAMILY V: Y
REPORTING OFFICER(S): MCCOY, D J
INVESTIGATIVE DIVISION NOTIFIED: CACU
FOLLOW-UP ASSIGNED TO: CACU    INVESTIGATOR:

---

### WITNESS #001 INFORMATION
                                                      RELATION
                  R/E/S/A    DOB HEIGHT  WEIGHT    SSN        NONE
NAME              W N F 26  02/26/70                     ST  PHONE
PLUMMER, RAMIE DAVIS             APT.   CITY          TX  560-3192
HOME ADDRESS              TRL    1-233  FT WORTH/76116  ST  PHONE
003000    LAS VEGAS                     CITY
BUSINESS ADDRESS

REMARKS  DL 04119099

---

### WITNESS #002 INFORMATION
                                                      RELATION
                  R/E/S/A    DOB HEIGHT  WEIGHT    SSN        NONE
NAME              W N M 29  12/29/66                     ST  PHONE
PLUMMER, TODD Loyd              APT.   CITY          TX  560-3192
HOME ADDRESS              TRL    1-233  FT WORTH/76116  ST  PHONE
003000    LAS VEGAS                     CITY
BUSINESS ADDRESS

---

### WITNESS #003 INFORMATION
                                                      RELATION
                  R/E/S/A    DOB HEIGHT  WEIGHT    SSN        NONE
NAME              ███████  ███████  CITY ███████    ST  PHONE
                                                      TX
HOME ADDRESS ███████    TRL    █████  ███████    ST  PHONE
BUSINESS ADDRESS                       CITY

---

### WITNESS #004 INFORMATION
                                                      RELATION
                  R/E/S/A    DOB HEIGHT  WEIGHT    SSN        NONE
NAME              ███████  ███████  CITY ███████    ST  PHONE
                                                      TX
HOME ADDRESS ███████    TRL         ███████    ST  PHONE
BUSINESS ADDRESS                       CITY

---

### GENERAL MO INFORMATION

DESCRIPTION OF MO

FORCE USED? UNK    TOOL DESCRIPTION:
OTHER ACTS OR TRADEMARKS

-- C R I M E   T R A C K I N G   F L A G S --
                        GANG RELATED :      ALCOHOL RELATED :
DRUG RELATED :          ARGUMENT/FIGHT :    INNOCENT BYSTANDER :
RETALIATION

D 06

```
SERVICE NO.96518568      FORT WORTH POLICE DEPARTMENT      SERVICE NO.96518568
ENTRY DATE 08/29/96   OFFENSE/INCIDENT SUPPLEMENTAL REPORT #01          PAGE  5
ENTRY TIME 0455              DEPARTMENTAL  COPY              WEST DIVISION
DRIVE BY SHOOTING :


        --------- U S E   O F   F O R C E  ---------
N/E FOB :     S/W FOB :     ESB :     ASB :     SSB :
--------------------------------------------------------------------------------
                       SUPPLEMENT #01 NARRATIVE
DECOR ENTRY BY: 602
CALLING OFFICER: MCCOY, D J       2539
ORO CODING BY: K519
        ON THURSDAY, 082996, AT APPROX 0412 HRS, OFFICER D J MCCOY #2539,
   WORKING I311, WOULD LIKE TO SUPPLEMENT THIS REPORT BY ADDING THE
   WITNESS INFORMATION. AS I STATED EARLIER THE REST OF THE
   INVESTIGATION WILL BE CONDUCTED BY DET KAMPER AND SGT PENDERGRAF.
   SGT HORTMAN / SUPERVISOR
   SACK519
        REFER TO SUPPLEMENT #02 FOR ADDITIONAL DETAILS
```

E 06

```
SERVICE NO. 96518568     FORT WORTH POLICE DEPARTMENT      SERVICE NO. 96518568
ENTRY DATE 09/05/96   OFFENSE/INCIDENT SUPPLEMENTAL REPORT #02        PAGE  6
ENTRY TIME 1453             DEPARTMENTAL   COPY              WEST DIVISION
------------------------------------------------------------------------------
                    OFFENSE/INCIDENT  INFORMATION
INJURY TO A CHILD               PENAL CODE: 22.04  UCR CLASS: 04.631
REPORT STATUS: OPEN       UCR DISPOSITION:
REPORT DATE: 08/29/96                                        HATE CRM: N
------------------------------------------------------------------------------
                    LOCATION/DATE/TIME/INFORMATION
OFFENSE LOCATION                 APT. PRA  BUSINESS NAME           CODE
003000   LAS VEGAS           TRL    1-233 T370  LAS VEGAS APT COMPLEX  0501
DATES OF OCCURANCE     TIME OF DAY   DAY(S) OF OCCURANCE
08/28/96              0700 :100             WED
WEATHER CONDITIONS: RAIN       UNIT: I311    BEAT  N116
------------------------------------------------------------------------------
                    INVESTIGATIVE INFORMATION
REPORTING OFFICER(S): MILLER, D P       1382
INVESTIGATIVE DIVISION NOTIFIED: CACU          CP SERVICES      FAMILY V: Y
FOLLOW-UP ASSIGNED TO: CACU   INVESTIGATOR:
------------------------------------------------------------------------------
                    GENERAL MO INFORMATION
DESCRIPTION OF MO

FORCE USED? UNK     TOOL DESCRIPTION:
OTHER ACTS OR TRADEMARKS

   -- C R I M E   T R A C K I N G   F L A G S --
DRUG RELATED :          GANG RELATED :      ALCOHOL RELATED :
RETALIATION :           ARGUMENT/FIGHT :    INNOCENT BYSTANDER :
DRIVE BY SHOOTING :

   -------- U S E   O F   F O R C E  ---------
N/E FOB :      S/W FOB :     ESB :      ASB :      SSB :
------------------------------------------------------------------------------
                  ARRESTED PERSON #001 INFORMATION
TRN: 0018316905  DATE ARRESTED: 09/05/96
NAME              R/E/S/A    DOB HEIGHT  WEIGHT  ALIAS/NICKNAME
HALPRIN, RANDY E    W N M 18 09/13/77 5 10'    224
ADDRESS:        LAS VEGAS ---------- TRL-     APT #1-233
       FT WORTH/76116__ TX   PHONE: 265-7725
EYE COLOR: BLU  HAIR COLOR: BRN
HAIR STYLE:          UNK.
FACIAL HAIR:         UNK.
EYES:                UNK.
FACIAL ODDITIES:     UNK.
TEETH:               UNK.
COMPLEXION:          UNK
SPEECH:              UNK.
MISSING BODY PARTS:  UNK.
TATTOO:              UNK.
SCAR/BIRTHMARK/MOLE: UNK.
GENERAL APPERANCE:   UNK.
SUSPECT WORE:        UNK.
R/L HANDED:          UNKNOWN
BUILD:               UNK.
------------------------------------------------------------------------------
                    SUPPLEMENT #02 NARRATIVE
DECOR ENTRY BY: 542
CALLING OFFICER: MILLER, D P      1382
ORO CODING BY: K308
        OFCR MILLER 1382, WORKING W426, OUT OF FUGITIVE, WAS ASSIGNED
     INJURY TO A CHILD/SERIOUS BODILY INJURY WARRANT #96F1877CU FOR THE
```

F 06

```
SERVICE NO.96518568      FORT WORTH POLICE DEPARTMENT        SERVICE NO.96518568
ENTRY DATE 09/05/96   OFFENSE/INCIDENT SUPPLEMENTAL REPORT #02        PAGE  7
ENTRY TIME 1453                   DEPARTMENTAL  COPY              WEST DIVISION
```

ARREST OF AP/HALPRIN.
AT 1330 HRS, THIS DATE, OFCR MILLER WENT TO THE LOCATION,
3000 LAS VEGAS TRL, APT 1-233, WHERE AP/HALPRIN LIVED WITH FRIENDS.
OFCR MILLER KNOCKED ON DOOR OF THIS APT AND AP/HALPRIN, ANSWERED THE
DOOR.  OFCR MILLER IDENTIFIED HIMSELF TO AP/HALPRIN AS A FORT WORTH
POLICE OFCR, ADVISED HIM HE WAS BEING PLACED UNDER ARREST FOR
INJURY TO A CHILD/WITH SERIOUS BODILY INJURY.  AP WAS ADVISED OF
HIS CONSTITUTIONAL RIGHTS.  OFCR MILLER TRANSPORTED AP/HALPRIN TO
THE CRIMES AGAINST CHILDREN UNIT, WHERE HE SPOKE BRIEFLY WITH
DET KAMPER.
OFCR MILLER THEN TRANSPORTED AP/HALPRIN TO THE FORT WORTH
TARRANT COUNTY JAIL, WHERE HE WAS BOOKED ON THE FORT WORTH CHARGE.
LT ALCON
          REFER TO SUPPLEMENT #03 FOR ADDITIONAL DETAILS

G 06

```
SERVICE NO.96518568      FORT WORTH POLICE DEPARTMENT       SERVICE NO.96518568
ENTRY DATE 09/08/96    OFFENSE/INCIDENT SUPPLEMENTAL REPORT #03      PAGE
ENTRY TIME 1048              DEPARTMENTAL  COPY              WEST DIVISION
```

---

```
                        OFFENSE/INCIDENT  INFORMATION
INJURY TO A CHILD                    PENAL CODE: 22.04  UCR CLASS: 04.631
REPORT STATUS:CLOSED       UCR DISPOSITION: CLEARED BY ARREST
REPORT DATE: 08/29/96                                        HATE CRM: N
```

---

```
                        LOCATION/DATE/TIME/INFORMATION
                                 APT. PRA   BUSINESS NAME          CODE
OFFENSE LOCATION                                                  0501
003000   LAS VEGAS           TRL   1-233 T370  LAS VEGAS APT COMPLEX
DATES OF OCCURANCE     TIME OF DAY   DAY(S) OF OCCURANCE
08/28/96                  0700 2100         WED
WEATHER CONDITIONS: RAIN     UNIT: I311    BEAT: N116
```

---

```
                        INVESTIGATIVE INFORMATION
REPORTING OFFICER(S): KAMPER,S.R.      2519      CP SERVICES     FAMILY V: Y
INVESTIGATIVE DIVISION NOTIFIED: CACU
FOLLOW-UP ASSIGNED TO: CACU   INVESTIGATOR
```

---

```
                        GENERAL MO INFORMATION
DESCRIPTION OF MO

FORCE USED? UNK    TOOL DESCRIPTION:
OTHER ACTS OR TRADEMARKS

    -- C R I M E   T R A C K I N G   F L A G S --
DRUG RELATED :          GANG RELATED :       ALCOHOL RELATED :
RETALIATION :           ARGUMENT/FIGHT :     INNOCENT BYSTANDER :
DRIVE BY SHOOTING :

    -------- U S E   O F   F O R C E  ---------
N/E FOB :    S/W FOB :    ESB :    ASB :    SSB :
```

---

```
                        SUPPLEMENT #03 NARRATIVE
DECOR ENTRY BY: 612
CALLING OFFICER: KAMPER,S.R.      2519
ORO CODING BY: K803
         ON 08-28-96, I, DETECTIVE S. R. KAMPER/CRIMES AGAINST CHILDREN
UNIT WAS CALLED TO COOK CHILDREN'S HOSPITAL BY PATROL OFFICER D. J.
MCCOY #2539, IN REFERENCE TO AN INJURED CHILD.  SGT. M.F. PENDERGRAF,
MYSELF, AND CHILD PROTECTIVE SERVICES CASEWORKER, SUSAN WAGGONER,
RESPONDED TO THE SCENE.
         UPON ARRIVAL, WE WERE MET BY EMERGENCY ROOM PHYSICIANS AND
OFFICER MCCOY.  EMERGENCY ROOM PHYSICIAN, DR. FULLER, ADVISED THAT THE
COMP HAD SEVERAL INJURIES, TO INCLUDE:  FRACTURES IN BOTH ARMS, ONE IN
TWO PLACES, BOTH LEGS, ONE IN TWO PLACES, A SKULL FRACTURE, A BLACK
EYE, EXTENSIVE BRUISING TO THE FACE AND HEAD, AND A RUPTURED EAR DRUM.
DR. FULLER ADV THE COMP HAD BEEN BROUGHT IN TO THE ER BY SUSP1 AND W1
REPORTING THAT HE HAD A SWOLLEN LEG THAT WASN'T GETTING ANY BETTER.
         I SPOKE BRIEFLY WITH SUSP WHO ADV SHE, W1, W2, AND THEIR CHILDREN
W3 AND W4, ALONG WITH SUSP2 ALL LIVED IN THE SAME APARTMENT.  W2 WAS
AT HOME WATCHING W3 AND W4.  SUSP2 WAS ALSO AT HOME.  SUSP1 AND W1
ACCOMPANIED OFFICERS TO THE CRIMES AGAINST CHILDREN OFFICE.  AFTER
BEING READ HER MIRANDA WARNINGS, SUSP1 GAVE A DICTATED STATEMENT TO
DET KAMPER DENYING ANY KNOWLEDGE OF INTENTIONAL INJURY TO THE COMP.
W1 ALSO GAVE A DICTATED AFFIDAVIT REGARDING HER KNOWLEDGE OF THE FACTS
IN THIS CASE.  SGT. PENDERGRAF WENT TO SUSP2'S ADDRESS AND ASKED THAT
HE COME TO 908 SOUTHLAND.  SUSP2 AGREED AND RETURNED WITH SGT. PENDER-
GRAF.  AFTER BEING READ HIS MIRANDA WARNINGS, SUSP2 GAVE A DICTATED
STATEMENT DENYING ANY KNOWLEDGE OF INTENTIONAL INJURY TO THE COMP.
BOTH SUSP1 AND SUSP2 AGREED TO TAKE A POLYGRAPH EXAMINATION REGARDING
```

H 06

SERVICE NO. 965: 8568        FORT WORTH POLICE DEPARTMENT        SERVICE NO. 96518568
ENTRY DATE 09/08/96  OFFENSE/INCIDENT SUPPLEMENTAL REPORT #03          PAGE   9
ENTRY TIME 1048                  DEPARTMENTAL COPY               WEST DIVISION
THIS MATTER.  WI HAD ALREADY GONE HOME AND SUSP1 AND SUSP2 WERE TRANS
TO THEIR RESIDENCE BY OFFICER MCCOY. WHILE DET KAMPER AND CPS/SUSAN
WAGGONER DROVE SEPERATELY AND MET THE SUSPS AT THEIR RESIDENCE.
WHILE AT THEIR RESIDENCE OFFICERS AND CPS SPOKE WITH W2 WHO STATED HE
HAD NEVER SEEN ANYONE INTENTIONALLY HURT THE COMP. BUT DESCRIBED THE
SUSP1 AS BEING ROUGH WITH THE COMP. PULLING HIM UP BY THE ARMS AND
YELLING AT HIM ALOT.  WI AND SUSP2 ALSO MADE REFERENCE TO THIS IN
THEIR STATEMENTS.  THE COMP WAS VOLUNTARILY PLACED IN THE CARE OF HIS
MATERNAL GRANDPARENTS THROUGH AN AGREEMENT WITH SUSP1 AND CPS.  THE
COMP WAS ALSO ADMITTED TO COOK CHILDREN'S HOSP ON THIS DATE.
      ON 090496. SUSP1 AND SUSP2 WENT TO 350 W BELKNAP WERE A POLYGRAPH
EXAMINATION WAS ADMINISTERED BY ROBERT VIANA WITH THE CITY OF FT. WORT
THE RESULTS OF THOSE EXAMINATIONS WILL BE FILED WITH THIS CASE PACKET
AT APPROX 4:30 PM ON THIS DATE I CALLED MR VIANA TO INQUIRE ABOUT THE
RESULTS OF SUSP1 AND SUSP2'S EXAMINATION AND WAS TOLD BY MR. VIANA
THAT SUSP2 WOULD LIKE TO SPEAK WITH ME.  I WENT TO 350 AND AFTER READ-
ING SUSP2 HIS MIRANDA WARNINGS. OBTAINED A DICTATED STATEMENT ATTEST-
ING TO HIS KNOWLEDGE OF THE INTENTIONAL INJURIES INFLICTED UPON THE
COMP.
      ON 090596. I WROTE PROBABLE CAUSE WARRANT #961877CU/INJURY TO A
CHILD FOR SUSP 2.  THE WARRANT WAS SIGNED BY JUDGE SHARON WILSON AND
ASSIGNED A BOND OF 50.000.    THE WARRANT WAS SERVED ON THIS DATE BY
FWPD FUGITIVE OFFICER D. P. MILLER #1382 AND THE SUSP2 WAS TRANS AND
BOOKED AT TCSO JAIL FACILITY WITHOUT INCIDENT.
I RECOMMEND THIS CASE BE CLEARED AND CLOSED BY ARREST.
SGT.  PENDERGRAF
STATUS:   CLOSED
          REFER TO SUPPLEMENT #04 FOR ADDITIONAL DETAILS

I 06

```
SERVICE NO.96518568    FORT WORTH POLICE DEPARTMENT      SERVICE NO 96518568
ENTRY DATE 09/13/96   OFFENSE/INCIDENT SUPPLEMENTAL REPORT #04        PAGE 10
ENTRY TIME 1016            DEPARTMENTAL  COPY                WEST DIVISION
```

----------------------------------------------------------------------
### OFFENSE/INCIDENT INFORMATION
```
INJURY TO A CHILD                 PENAL CODE: 22.04  UCR CLASS: 04.631
REPORT STATUS:CLOSED      UCR DISPOSITION: CLEARED BY ARREST
REPORT DATE: 08/29/96                                      HATE CRM  N
```
----------------------------------------------------------------------
### LOCATION/DATE/TIME/INFORMATION
```
OFFENSE LOCATION               APT. PRA   BUSINESS NAME           CODE
003000    LAS VEGAS       TRL   1-233 T370  LAS VEGAS APT COMPLEX  0501
DATES OF OCCURANCE    TIME OF DAY   DAY(S) OF OCCURANCE
08/28/96              0700 2100        WED
WEATHER CONDITIONS: RAIN    UNIT: I311    BEAT: N116
```
----------------------------------------------------------------------
### INVESTIGATIVE INFORMATION
```
REPORTING OFFICER(S): KAMPER,S.R.      2519
INVESTIGATIVE DIVISION NOTIFIED: CACU         CP SERVICES      FAMILY V  Y
FOLLOW-UP ASSIGNED TO: CACU    INVESTIGATOR:
```
----------------------------------------------------------------------
### COMPLAINANT INFORMATION
```
NAME                 R/E/S/A     DOB
SMITH, JARED ROBERT  W N M 01  03/28/95
HOME ADDPESS
003000    LAS VEGAS            TRL    1-233
FT WORTH      TX 76116  PHONE: 560-3192
BUSINESS ADDRESS                          OCCUPATION  WORK HOURS
REMARKS  17 MONTHS
```
----------------------------------------------------------------------
### GENERAL MO INFORMATION
```
DESCRIPTION OF MO

FORCE USED? UNK   TOOL DESCRIPTION:
OTHER ACTS OR TRADEMARKS

    -- C R I M E   T R A C K I N G   F L A G S --
DRUG RELATED :        GANG RELATED :    ALCOHOL RELATED :
RETALIATION           ARGUMENT/FIGHT :  INNOCENT BYSTANDER :
DRIVE BY SHOOTING :

    --------- U S E  O F  F O R C E  ---------
N/E FOB :     S/W FOB      ESB :     ASB :     SSB :
```
----------------------------------------------------------------------
### SUPPLEMENT #04 NARRATIVE
```
DECOR ENTRY BY: 514
CALLING OFFICER: KAMPER,S.R.       2519
ORO CODING BY: G809
     ARREST CASE FILED:
     CASE FILED ON:  RANDY ETHAN HALPRIN
     CHARGE:  INJURY TO A CHILD
     ARREST NUMBER: 1234092
     ARREST DATE:  9-5-96
     OFFICER:  D J MCCOY, 2539
     INVESTIGATOR:  S R KAMPER, 2519
     SUPERVISOR:  SGT. PENDERGRAF, 2012
     CLOSED, CLEARED BY ARREST
     G809
          REFER TO PREVIOUS REPORTS FOR ADDITIONAL DETAILS
          END OF REPORT
```

J 06

1          State's Exhibit 0

2

3

4

5

6

7

8

9

10

11

12

13

14

15          (handwritten note, attached hereto)

16

17

18

19

20

21

22

23

24

25

*Dr. Kelly R. Goodness*
June 16, 2005 *Clinical and Forensic Psychologist*

Dear Bubba,

Capital death case work is hard, hard work with all too little recognition. Thus, I wanted to be sure to let you know how impressed ~~I~~ was with you and ~~George~~ on the Halprin case. Your skill, dedication to your work, and your legal acumen was ~~apparent~~ apparent as I watched you work in the courtroom. If only all lawyers



STATE'S
EXHIBIT
0
8-20-10

PENGAD-Bayonne,N.J.

had your traits ...

I hope you take time
to rest as this work
is draining.

Warm Regards,

Self Goodness, Phd.

```
 1  STATE OF TEXAS     )

 2  COUNTY OF DALLAS   )

 3       I, Bridget Barnhill, Official Court Reporter in and

 4  for the 283rd Judicial District Court of Dallas County,

 5  Texas, do hereby certify that the following exhibits

 6  constitute true and complete duplicates of the original

 7  exhibits, excluding physical evidence, admitted into

 8  evidence during the proceedings had in the

 9  above-entitled and numbered cause as set out herein

10  before the Honorable Rick Magnis, Judge of the 283rd

11  Judicial District Court of Dallas County, Texas, on

12  August 20, 2010.

13       WITNESS MY OFFICIAL HAND on this 3rd day of

14  September, 2010.

15

16

17

18                    Bridget Barnhill, CSR No. 3199

19                    Official Court Reporter
                      283rd Judicial District Court
20                    Dallas County, Texas

21  Date of Expiration of Current
    Certification:   12-31-10
22  Address: 133 North Riverfront Blvd.
                 Dallas, Texas 75207
23  Telephone Number:  (214) 653-5863

24

25
```

```
 1 | STATE OF TEXAS    )
 2 | COUNTY OF DALLAS  )
 3 |      I, Bridget Barnhill, Official Court Reporter in and
 4 | for the 283rd Judicial District Court of Dallas County,
 5 | Texas do hereby certify that the above and foregoing
 6 | contains a true and correct transcription of all
 7 | portions of evidence and other proceedings requested in
 8 | writing by counsel for the parties to be included in the
 9 | reporter's record in the above-styled and numbered
10 | cause, all of which occurred in open court or in
11 | chambers and were reported by me.
12 |      I further certify that this transcription of the
13 | proceedings truly and correctly reflects the exhibits,
14 | if any, admitted by the respective parties.
15 |      I further certify that the total cost for the
16 | preparation of this Reporter's Record is $ 1393.00 and
17 | will be paid by Dallas County.
18 |      WITNESS MY HAND this the 3rd day of September,
19 | 2010.
20 |
21 |                         Bridget Barnhill, CSR No. 3199
22 |                         Official Court Reporter
23 |                         283rd Judicial District Court
                            Dallas County, Texas
24 | Date of Expiration of Current
   | Certification:   12-31-10
25 | Address:   133 N. Riverfront Blvd.
   |            Dallas, Texas 75207
   | Telephone Number:  (214) 653-5863
```