```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 5 2017
CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

To Judge Irma Carillo Ramirez,

Hello, your Honor. I pray that this letter finds you in good health.

I'm writing because I've asked Federal Appeals Attorney, Greg Gardner out of Colorado to help as co-counsel on my appeals and he has agreed to help and jump on my case if my attorney of record, Alex Calhoun agreed. The problem that I'm having is that Mr. Calhoun has not responded to any of my letters to him, nor my requests for a personal meeting or phone call in well over a year! I've not met him face to face or talked to him since he was appointed my attorney. I recently sent him a letter about three weeks ago pleading for some kind of response and he has still not replied. I really don't know what else to do.

I'm humbly asking the court to appoint Greg Gardner as co-counsel and to please direct Mr. Calhoun to not only respond to my letters, but to work with Mr. Gardner. I do not mean to waste the courts time with my request but I ask that you please consider this.

Thank you for your time, your Honor. I truly appreciate it.

Sincerely,

*Randy Halprin* (signature)

Randy E. Halprin #999453
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

MORTH HOUSTON TX 77...
28 MAR 2017 PM 1 1

MAGISTRATE JUDGE IRMA RAMIREZ
1100 Commerce ST.
Room 1567
Dallas, TX 75242-1003

75242-106192

Rajoy J. Halpern #599953
Polunsky unit
3872 FM 350 South
Livingston, TX 77351

82

legal mail