RECEIVED
JUL - 5 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

June 26, 2017

To The Honorable Judge Irma Ramirez,

Hello, your Honor. I hope that this finds you in good health and spirits.

I am writing to request a copy of whatever attorney Alex Calhoun has recently filed and was put under seal by the Courts. He has not forwarded a copy to me and I would like to have a copy for record purposes, if the Court would please allow this.

He recently told me in a letter that he no longer had the time to represent me as my attorney or if he has filed anything with the Courts of this manner I would very much like to have a record of that.

Thank you for your time in this manner. I greatly appreciate it.

Sincerely,
Randy E. Halprin

Randy E. Halprin #999453
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Randy E. Halprin #999453
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Legal Mail

United States District Court
Office of the Clerk
c/o Honorable Judge Irma Carrillo Ramirez
Northern District of Texas
1100 Commerce - Room 1452
Dallas, TX 75242-1495

# United States District Court
## Northern District of Texas

*Dallas Division*

July 5, 2017

Randy Ethan Halprin
#999453
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

Re: Your correspondence received in the U.S. District Clerk's Office on July 5, 2017
Case No./Style: 3:13-cv-01535-L, Halprin v. Davis, Director TDCJ-CID

The clerk's office is unable to provided the requested information. Mr. Calhoun remains counsel of record. Please find enclosed a courtesy copy of your docket sheet.

Sincerely,

Deputy Clerk - A. Lowe