

RECEIVED OCT - 4 2017 IN THE CHAMBERS OF JUDGE SAM A. LINDSAY

September 27, 2017

Dear Honorable Judge Lindsay,

    Hello. I hope that this finds you well. It has been brought to my attention that my Case 3:13-CV-01535-P-BH has been returned to you.

    I wanted to write to let you know what has been happening from my perspective, if only to preserve for the record. I thank you greatly for your time. It is not my intent to waste the Courts time nor bog it down with frivolous issues. This is a matter of great concern.

    On March 26, 2017 I wrote a letter to Magistrate Judge, Irma Ramirez informing her that my attorney of record, Alex Calhoun, had not been communicating with me. I asked her to appoint Co-Counsel. That request was denied, but she asked Mr. Calhoun to respond. He filed two motions - under seal - responding to my claims of lack of communication in the first motion, but in his second motion he told the Court that he no longer had time to represent me. He then sent me a letter on July 7th, 2017 informing me that he

2

he no longer had the time to represent me, responded to the court but had not recieved a response at that time.

Since then, and after doing some legal research, I suggested to him in a letter that maybe he should consider filing a motion - without oral - asking the court for new representation or Co-Counsel under 18 USCS § 3599. It is my understanding that the Co-Counsel he suggested was and is willing to offer assistance on my appeal. He has not responded to my letter since this suggestion.

My concern, your Honor, is that I will be stuck with an attorney who has openly admitted to the courts and myself that he does not have the time to properly represent me. I just want the record to reflect this.

Again, thank you for your time in this matter.

Sincerely
Randy E. Halprin

Randy E. Halprin #999453
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351