IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RANDY ETHAN HALPRIN,** | § | |
| Petitioner, | § | |
| -VS- | § | CIVIL NO. 3:13-cv-1535-L |
| **LORIE DAVIS**, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

## NOTICE OF APPEAL

On September 27, 2017, the United States District Court for the Northern District of Texas, Dallas Division, entered a Final Judgment in this matter.

Notice is hereby given that Petitioner, Randy Ethan Halprin, in accordance with 28 U.S.C. § 1291 and F.R.A.P. 4, appeals to the United States Court of Appeals for the Fifth Circuit from the following orders entered by the United States District Court for the Northern District of Texas, Dallas Division, in the above numbered cause: (1) the final judgment entered on September 27, 2017; (2) the memorandum opinion and order denying relief entered on September 27, 2017; and (3) any other order denying a relief of any kind, including for ancillary resources and an evidentiary hearing, and denying a certificate of appealability.

Mr. Zelaya has been previously granted leave to proceed in forma pauperis during this proceeding and proceeds on appeal in forma pauperis in accordance with 28 U.S.C. § 1915(a) and F.R.A.P. 24(a).

Dated: October 25, 2017                    Respectfully submitted,

                                                    ALEXANDER C. CALHOUN*
Texas Bar No. 24091608
Texas Bar No. 00787187
4301 W. William Cannon Drive
Suite B-150, #260
Austin, Texas 78749
(Tel) 512-420-8850
(Fax) 512-233-3159

PAUL E. MANSUR*
Attorney at Law
Texas Bar No. 00796078
P.O. Box 1300
Denver City, Texas 79323
(806) 215-1025
(806) 592-9136 (facsimile)
pmansur@texasdefender.org

/s/ Paul E. Mansur
Counsel to Petitioner,
Randy Ethan Halprin

*Admitted to practice in the U.S. District Court,
   Northern District of Texas

## Certificate of Service

     I hereby certify that on October 25, 2017, a true and correct copy of the foregoing Notice of Appeal was served on counsel for Respondent:

Jeremy Greenwell
Postconviction Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

                                                     /s/ Paul E. Mansur