UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RANDY ETHAN HALPRIN, | § § § § | |
| Petitioner, | | |
| v. | § § § | CAUSE NO. 3: 13-cv-1535 L |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | CASE INVOLVING THE DEATH PENALTY |
| Respondent. | § | |

PETITION FOR WRIT OF HABEAS CORPUS
SUPPORTED BY POINTS AND AUTHORITIES

MAUREEN FRANCO
Federal Public Defender
Western District of Texas

TIVON SCHARDL
Chief, Capital Habeas Unit
Florida Bar No. 73016
TIMOTHY GUMKOWSKI
Assistant Federal Defender
Texas Bar No. 24104788
919 Congress Avenue, Suite 950
Austin, Texas 78701
737-207-3007 (tel.)
512-499-1584 (fax)
Tivon_schardl@fd.org
Tim_gumkowski@fd.org

PAUL E. MANSUR
Texas Bar No. 796078
P.O. Box 1300
Denver City, Texas 79323
(806) 592-2797 (tel.)
(806) 592-9136 (fax)
paul@paulmansurlaw.com

Counsel for Randy Ethan Halprin

DATED: May 17, 2019                                         Respectfully submitted,

| | |
|---|---|
| MAUREEN FRANCO<br>Federal Public Defender<br>Western District of Texas<br><br>*s/ Tivon Schardl*<br>TIVON SCHARDL<br>Chief, Capital Habeas Unit<br>Florida Bar No. 73016<br>*s/ Timothy Gumkowski*<br>TIMOTHY GUMKOWSKI<br>Assistant Federal Defender<br>Texas Bar No. 24104788<br>919 Congress Avenue, Suite 950<br>Austin, Texas 78701<br>737-207-3007 (tel.)<br>512-499-1584 (fax)<br>Tivon_schardl@fd.org<br>Tim_gumkowski@fd.org | */s Paul E. Mansur*<br>PAUL E. MANSUR<br>Texas Bar No. 796078<br>P.O. Box 1300<br>Denver City, Texas 79323<br>(806) 592-2797 (tel.)<br>(806) 592-9136 (fax)<br>paul@paulmansurlaw.com<br><br><br><br><br><br><br><br>Counsel for Randy Ethan Halprin |