

Halprin v. Davis
USDC No. 3: 13 CV 1535

DVD-R   4.7 GB   16x   120 min

Dallas Morning News
Former Jude Vic Cunningham
Published May 18, 2018



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 4 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy


