Case 3:13-cv-01535-L Document 74 Filed 08/13/19 Page 1 of 3 PageID 19194



RABBI JONAH DOV PESNER, *Director*
ISABEL P. (LIZ) DUNST, *Chair, Commission on Social Action of Reform Judaism*

Arthur and Sara Jo Kobacker Building
2027 Massachusetts Avenue, NW, at Kivie Kaplan Way

(202) 387-2800

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 13 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

July 30, 2019

Clerk, Northern District of Texas
United States District Court
1100 Commerce Street, Room 1452
Dallas, Texas 75242

> Re: *Randy Ethan Halprin v. Lorie Davis, Director, Texas Department of Criminal Justice*,
> Case No. 3:13-cv-1535-L; In the U.S. District Court for the Northern District of Texas

To Whom It May Concern:

The Commission on Social Action of Reform Judaism files this letter brief in support of Petitioner Randy Ethan Haprin's habeas petition.

### Statement of Interest

The Commission on Social Action is the governing body of the Religious Action Center of Reform Judaism (RAC), which for nearly six decades has been the hub of Jewish social justice and legislative work, representing the values of the largest and most diverse Jewish Movement in North America. The RAC's work is mandated by the Union for Reform Judaism, whose 900+ congregations across North America include 1.5 million Reform Jews, and the Central Conference of American Rabbis, whose membership includes more than 2,000 Reform rabbis.

### Concurrence with the Anti-Defamation League

On behalf of the Commission on Social Action of Reform Judaism, we concur with the Anti-Defamation League's (ADL) letter brief (Document 68-1, filed on June 19, 2019), which provides historical context for Judge Vickers Cunningham's anti-Semitic statements and emphasizes the danger of biased judges presiding over criminal trials.

### Danger of Anti-Semitism

As Jews, we understand too well to the dangers of anti-Semitism. It is clear from the evidence cited by the ADL that Judge Cunningham's animus towards Mr. Halprin prevented him from presiding impartially over Mr. Halprin's criminal trial and sentencing. We would particularly direct the Court's attention to pages Section C of the Statement of Facts of Halprin's Petition, which chronicles Judge Cunningham's history of Anti-Semitism and racial bias.

*The Religious Action Center pursues social justice and religious liberty by mobilizing the Reform Jewish community and serving as its advocate in Washington, D.C. The Center is led by the Commission on Social Action of the Central Conference of American Rabbis and the Union for Reform Judaism (and its affiliates) and is supported by the congregations of the Union.*




In light of the above, we respectfully urge this Court to rule that bias and prejudice have no place in our judicial system, and thus grant Mr. Halprin's petition for habeas corpus.

Sincerely,

Mike Sims, Member
Commission on Social Action
Texas Bar No.: 00784974
12222 Merit Dr.
Suite 1340
Dallas, TX 75251
214-542-0315

Liz Dunst, Chair
Commission on Social Action

**Religious Action Center of Reform Judaism**
2027 Massachusetts Ave NW
Washington, D.C. 20036

Clerk, Northern District of Texas
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

RECEIVED-3
AUG 13 2019
MAILROOM

US POSTAGE
$ 00.50
First-Class
Mailed From 20036
08/09/2019
032A 0061861038

7524231310 0001