UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RANDY ETHAN HALPRIN, § § Petitioner, § § v. § § LORIE DAVIS, Director, Texas § Department of Criminal Justice, § Correctional Institutions Division, § § Respondent. § | CAUSE NO. 3:13-cv-1535-L  CASE INVOLVING THE DEATH PENALTY |

### NOTICE OF APPEAL

Notice is given that Petitioner, Randy Ethan Halprin, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order Transferring Potentially Successive Petition, ECF No. 77, entered in this case on August 28, 2019. *See In re Bradford*, 660 F.3d 226, 229 (5th Cir. 2011) ("We now hold that this Court has jurisdiction over appeals from orders that transfer successive motions to this Court."). This notice is made pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

///

///

///

///

DATED: September 10, 2019.             Respectfully submitted,

                                                                  */s/ Paul E. Mansur*
                                                                  PAUL E. MANSUR
                                                                  Texas Bar No. 796078
                                                                  P.O. Box 1300
                                                                  Denver City, Texas 79323
                                                                  (806) 592-2797 (tel.)
                                                                  (806) 592-9136 (fax)
                                                                  paul@paulmansurlaw.com

                                                                  MAUREEN FRANCO
                                                                  FEDERAL PUBLIC DEFENDER

                                                                  */s/ Tivon Schardl*
                                                                  TIVON SCHARDL
                                                                  CAPITAL HABEAS UNIT CHIEF
                                                                  Florida Bar No. 73016
                                                                  TIMOTHY GUMKOWSKI
                                                                  ASSISTANT FEDERAL DEFENDER
                                                                  Texas Bar No. 24104788
                                                                  Federal Defender Office
                                                                  919 Congress, Suite 950
                                                                  Austin, Texas 78701
                                                                  737-207-3007 (tel.)
                                                                  512-499-1584 (fax)
                                                                  Tivon_schardl@fd.org
                                                                  Tim_gumkowski@fd.org

                                                                  Attorneys for Petitioner/Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer Wren Morris
Assistant Attorney General
P.O. Box 12548, Capital Station
Austin, Texas 78711

*/s/ Tivon Schardl*
Tivon Schardl