# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-10960

Consolidated with 19-10970

In re: RANDY ETHAN HALPRIN,

      Movant

Motion for an order authorizing
the United States District Court
for the Northern District of Texas to consider
a successive 28 U.S.C. § 2254 application

Before SMITH, DENNIS, and HAYNES, Circuit Judges.

      IT IS ORDERED that movant's motion to stay execution pending our decision is denied as moot.

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 24, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 19-10960    In re: Randy Halprin cons w/
            19-10970    USDC No. 3:19-CV-1203
                        USDC No. 3:13-CV-1535

Enclosed is an order entered in this case.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705

Mr. Timothy Gumkowski
Mr. Paul Edward Mansur
Ms. Karen S. Mitchell
Ms. Jennifer Wren Morris
Mr. Tivon Schardl